**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CHARTER INTERNATIONAL OIL COMPANY** | 06 324 |
| **vs.** | **C.A. No.** |
| **TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY)** | **(Providence County Superior Court C.A. File No. 06-3226)** |

**PETITION FOR REMOVAL**

Defendant Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company (hereinafter "Travelers"), in accordance with the provisions of 28 U.S.C. § 1446, hereby petitions this Court to remove this action from the Superior Court for the County of Providence, State of Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for removal, Travelers states as follows:

1. On June 15, 2006, Plaintiff filed a civil action against Travelers in Rhode Island Superior Court, entitled Charter International Oil Co. v. Travelers Casualty and Surety Co., Civ. No. 06-3226 (the "State Court Action"). Copies of all process, pleadings and orders served on Travelers in the State Court Action are attached to this Petition as Exhibit A.

2. Travelers was served with the Complaint on June 23, 2006. As required by 28 U.S.C. § 1446(b), this Petition is filed within thirty days after service of process. A copy of the Complaint is included in Exhibit A.

3. This action may be removed to this Court in accordance with 28 U.S.C. §§ 1332 and 1441, because the action involves a controversy between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4. Plaintiff alleges that it is a corporation organized under the laws of Texas, with a principal place of business in the State of Pennsylvania.

5. Travelers is a corporation, not incorporated in the State of Rhode Island, or pursuant to the laws of the State of Rhode Island, which maintains its principal place of business in the State of Connecticut.

6. In accordance with 28 U.S.C. § 1446(d), a copy of this Petition for Removal and a Notice of Removal will be served this day upon Plaintiff's counsel and will also be sent by messenger this day to the Rhode Island Superior Court for filing.

WHEREFORE, on the basis of the foregoing, Travelers respectfully requests that this action be removed to the United States District Court for the District of Rhode Island.

**TRAVELERS CASUALTY AND SURETY COMPANY**

**By Counsel,**

R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

**CERTIFICATION**

I hereby certify that a true copy of the foregoing has been hand-delivered on this 17th day of July, 2006 to Gerald J. Petros, Esq. and Attorney Anna M. Piazza, Hinckley, Allen & Snyder LLP, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island 02903.