RKS/100/dml
400-283
299046 (7/20/06)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARTER INTERNATIONAL OIL
COMPANY

vs. C.A. No.06-324 S

TRAVELERS CASUALY AND SURETY
COMPANY (f/k/a AETNA CASUALTY
AND SURETY COMPANY

## ENTRY OF APPEARANCE

The undersigned attorney hereby enter his appearance for the Defendant, Travelers Casualty & Surety Company, regarding the above-captioned matter.

R. Kelly Sheridan (#1976)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the within to be mailed, postage prepaid, on the 20th day of July, 2006 to the follow attorney of record:

Gerald J. Petros, Esq.
Anna M. Piazza, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903