STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3226 CHARTER INTERNATIONAL OIL CO V TRAVELERS CASUALTY

Filing Date: 06-15-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 07-18-2006

Plaintiff: CHARTER INTERNATIONAL OIL COMPANY
ID: @10846166

Attorney: GERALD PETROS

Defendant: TRAVELERS CASUALTY AND SURETY COMF
ID: @10846167

Defendant: AETNA CASUALTY AND SURETY COMPANY
ID: @10846168

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-15-2006 | COMPLAINT FILED | |
| 06-15-2006 | INITIAL FILING FEE | |
| 06-15-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP228387. |
| 06-19-2006 | SUMMONS,PROOF OF SERVICE FILED | TO TRAVELERS CASUAOLTY AND SURETY CO |
| 07-10-2006 | STIPULA FILED,EXTEN OF TIME | BY AGREEMENT OF PARTIES THE DEFT MAY HAVE UP TO AND INCLUDING 08-18-06. |
| 07-18-2006 | PETITION FILED | REMOVAL TO US DISTRICT COURT Affiliated: TRAVELERS CASUALTY AND SURETY COMPANY |
| 07-18-2006 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT NUMBER-CA 2006-324S Affiliated: TRAVELERS CASUALTY AND SURETY COMPANY |
| 07-18-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT Affiliated: TRAVELERS CASUALTY AND SURETY COMPANY |
| 07-18-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island