**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff, | : | |
| v. | : | C.A. NO. 06-324S |
| TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY,<br><br>Defendant. | : | |

**ENTRY OF APPEARANCE**

I, Anna M. Piazza, hereby enter my appearance as co-counsel on behalf of the Plaintiff, Charter International Oil Company.

Respectfully submitted,

/s/Anna M. Piazza

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com
apiazza@haslaw.com

Dated: August 22, 2006

Counsel for Plaintiff
Charter International Oil Company

**Certificate of Service**

I hereby certify that on August 22, 2006, a copy of foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Anna M. Piazza

Gerald J. Petros (#2931)
Anna M. Piazza (7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)
gpetros@haslaw.com
apiazza@haslaw.com

743954 (43914/77607)