UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARTER INTERNATIONAL OIL COMPANY,
Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),
Defendant.

C.A. NO. 06-324S

**STIPULATION**

Plaintiff and Defendant hereby stipulate that the time within which Plaintiff shall respond to Defendant's Motion to Dismiss is extended to and includes Monday, September 18, 2006. Plaintiff and Defendant further stipulate that the time within which Defendant may file and serve a reply memorandum is extended to and includes Tuesday, October 3, 2006. The parties respectfully request that the Court grant these stipulated extensions of time.

CHARTER INTERNATIONAL OIL COMPANY
By its Attorneys,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
apiazza@haslaw.com

Dated: August 29, 2006
745060v1 (43914/77607)

TRAVELERS CASUALTY AND SURETY COMPANY
By its Attorneys,

/s/ R. Kelly Sheridan

R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
(401) 521-7000
(401) 521-1328 (fax)
ksheridan@rcfp.com
jpreciphs@rcfp.com

Dated: August 29, 2006

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/30/06