UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARTER INTERNATIONAL OIL
COMPANY,

Plaintiff

v. C.A. NO. 06-324 S

TRAVELERS CASUALTY AND
SURETY COMPANY (f/k/a AETNA
CASUALTY AND SURETY COMPANY),
Defendant.

**NOTICE OF APPEARANCE**

I, Robin L. Main, hereby enter my appearance on behalf of the Plaintiff, Charter International Oil Company.

Charter International Oil Company

By its Counsel

/s/ Robin L. Main

Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rmain@haslaw.com

Dated: December 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Robin L. Main
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rmain@haslaw.com