UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),<br><br>Defendant. | ) | Civil Action No. 06-324S |

**PLAINTIFF'S ASSENTED-TO MOTION**
**TO FILE AN AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff, Charter International Oil Company, hereby moves for leave of court to file its First Amended Complaint in the form attached hereto as Exhibit 1. Plaintiff's counsel has conferred with Defendant's counsel, and Defendant's counsel has assented to the filing of this motion. In further support of this motion, Plaintiff relies on the memorandum of law submitted herewith.

CHARTER INTERNATIONAL OIL COMPANY,
By its attorneys,

/s/ Anna M. Piazza
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
apiazza@haslaw.com

James R. Segerdahl
Neal R. Brendel
Brian F. Saulnier
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
james.segerdahl@klgates.com

Dated: April 26, 2007.

**CERTIFICATE OF SERVICE**

To:

John A. Nadas, Esq.
Kathleen Burdette Shields, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence RI 02903

I hereby certify that on April 26, 2007, a copy of the foregoing Assented-to Motion to File an Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Anna M. Piazza
Anna M. Piazza

798636v1 (43914/77607)