UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),<br><br>Defendant. | Civil Action No. 06-324S |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS ASSENTED-TO MOTION TO FILE AN AMENDED COMPLAINT**

Plaintiff, Charter International Oil Company, hereby moves for leave of court to file its First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). A party may amend its pleading "by leave of court or by written consent of the adverse party." Fed. R. Civ. P. 15(a). Leave of court to file an amended pleading "shall be freely given when justice so requires." Id. Plaintiff's counsel has conferred with Defendant's counsel, and Defendant's counsel has provided written consent to the filing of this motion. See e-mail dated Apr. 24, 2007, attached as Exhibit 1.

In support of this motion, Plaintiff states that Defendant has produced during discovery additional insurance policy information. The First Amended Complaint incorporates this new information, identifying additional policy numbers and correcting erroneous policy numbers. For the aforementioned reasons, Plaintiff respectfully requests that the Court grant its motion for leave to file its First Amended Complaint.

CHARTER INTERNATIONAL OIL COMPANY,
By its attorneys,

/s/ Anna M. Piazza
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
apiazza@haslaw.com

Neal R. Brendel
James R. Segerdahl
Brian F. Saulnier
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
james.segerdahl@klgates.com

Dated: April 26, 2007.

**CERTIFICATE OF SERVICE**

To:

John A. Nadas, Esq.
Kathleen Burdette Shields, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence RI 02903

I hereby certify that on April 26, 2007, a copy of the foregoing Memorandum in Support of Assented-to Motion to File an Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Anna M. Piazza
Anna M. Piazza

798646v1 (43914/77607)