# EXHIBIT
# 1

**Piazza, Anna M.**

**From:** Shields, Kathleen Burdette [KBShields@choate.com]
**Sent:** Tuesday, April 24, 2007 2:13 PM
**To:** Saulnier, Brian F.
**Cc:** Segerdahl, James; Semins, William; Main, Robin L.; Piazza, Anna M.; Nadas, John; R. Kelly Sheridan
**Subject:** RE: Charter Oil/Travelers

Brian -

Travelers does not oppose Charter's request to file the First Amended Complaint that you attached to your email below.

- Kathy

-----Original Message-----
From: Saulnier, Brian F. [mailto:brian.saulnier@klgates.com]
Sent: Monday, April 23, 2007 11:29 AM
To: Shields, Kathleen Burdette
Cc: Segerdahl, James; Semins, William; Main, Robin L.; Piazza, Anna M.
Subject: FW: Charter Oil/Travelers

Kathy --

Attached please find Charter's proposed First Amended Complaint. In short, the only substantive changes are to Attachment A identifying a few more policies and changing some previously incorrect policy numbers based upon information produced by Travelers during discovery. Please let us know if Travelers will stipulate to the filing of this amended complaint.

Thanks,

Brian F. Saulnier
K&L Gates
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
(412) 355-6504 wk.
(412) 445-8296 cell
(412) 355-6501 fax
brian.saulnier@klgates.com
www.klgates.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at brian.saulnier@klgates.com.

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto)

regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com