**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),<br><br>Defendant. | Civil Action No. 06-324-S |

**AFFIDAVIT OF HOWARD E. FITTS IN SUPPORT OF TRAVELERS CASUALTY AND SURETY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS**

TRAVELERS CASUALTY AND SURETY COMPANY

R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

John A. Nadas (admitted pro hac vice)
Kathleen Burdette Shields (admitted pro hac vice)
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000 (P)
(617) 248-4000 (F)

Dated: April 30, 2007

I, Howard E. Fitts, affirm and declare as follows:

1. I have personal knowledge of the matters set forth herein and if called as a witness, could and would testify as to such matters.

2. In my capacity as a director in the Enterprise Operations, Document Management Unit, of The Travelers Indemnity Company, I am authorized to make this affidavit on behalf of Travelers Casualty and Surety Company ("Travelers C&S"). I submit this affidavit in support of Travelers C&S's Motion for Summary Judgment on the Statute of Limitations.

3. Travelers C&S was formerly known as The Aetna Casualty and Surety Company. I am familiar with Travelers C&S's files and records relating to the claim for insurance benefits made by Plaintiff Charter International Oil Company, or its related corporate entities, in this action.

4. Each of the documents attached to this affidavit are kept and maintained in the regular course of business in Travelers C&S's records, files, or records retention facilities, and each are true and accurate certified copies of the originals of Travelers C&S as as of the dates shown on the certification stamp of each policy from Travelers C&S's files regarding this matter. Each of the documents referenced in this affidavit was submitted to, or created by Travelers C&S at or near the time, or at or near the date(s), set forth in the documents.

5. Attached hereto is a CD containing Exhibits A through N, which are true and accurate certified copies as of the dates shown on the certification stamp of each policy of the Comprehensive General Liability policies, issued by The Aetna Casualty

and Surety Company to Northeast Equities, Inc. and/or Northeast Petroleum Industries, Inc. The following table lists the policy numbers and policy periods of the exhibits that are attached hereto:

| Exhibit Number | Bates Number of Document | Policy Number | Policy Period |
|---|---|---|---|
| A | TCS 011274- 011338 | 12 AL 002251 SR | 7/1/66 – 7/1/67 |
| B | TCS 008897 - 008978 | 12 AL 132463 SR | 7/1/67 – 7/1/68 |
| C | TCS 009799 - 009842 | 12 AL 800006 SR | 7/1/69 – 7/1/70 |
| D | TCS 011194 - 011273 | 06 AL 133505 SRA(Y) | 7/1/73 – 7/1/74 |
| E | TCS 009023 - 009086 | 06 AL 133536 SRA | 7/1/74 – 7/1/75 |
| F | TCS 009843 - 009927 | 06 AL 133565 SRA | 7/1/75 – 7/1/76 |
| G | TCS 009170 - 009193 | 06 AL 230002 SRA | 7/1/76 – 7/1/77 |
| H | TCS 009928 - 009988 | 06 AL 230024 SRA | 7/1/77 – 7/1/78 |
| I | TCS 009989 - 010039 | 06 GL 1 SRA | 7/1/78 – 7/1/79 |
| J | TCS 009370 - 009411 | 06 GL 1447 SRA | 7/1/80 – 7/1/81 |
| K | TCS 010040 - 010092 | 06 GL 1468 SRA | 7/1/81 – 7/1/82 (per endorsement policy end date amended to 9/1/82) |
| L | TCS 010093 - 010148 | 06 GL 1489 SRA | 9/1/82 – 9/30/83 |
| M | TCS 010149 - 010204 | 35 GL 278404 SRA | 9/30/83 – 10/1/84 |
| N | TCS 011143 - 011193 | 35 GL 278405 SRA | 10/1/84 – 10/1/85 |

6. Included on the CD attached hereto are Exhibits O through R, which are true and accurate certified copies certified copies as of the dates shown on the certification stamp of each policy of the Excess Indemnity (Umbrella) policies, issued by The Aetna Casualty and Surety Company to Northeast Equities, Inc. and/or Northeast Petroleum Industries, Inc. The following table lists the policy numbers and policy periods of the exhibits that are attached hereto:

| Exhibit Number | Bates Number of Document | Policy Number | Policy Period |
|---|---|---|---|
| O | TCS 009636 - 009661 | 12 XS 3 SC | 7/1/65 – 7/1/68 |
| P | TCS 009663 - 009691 | 12 XS 80006 SC | 7/1/68 – 7/1/71 |
| Q | TCS 009692 - 009720 | 06 XS 55809 SCA | 7/1/81 – 7/1/82 (per endorsement policy end date amended to 9/1/82) |
| R | TCS 009721 - 009753 | 06 XS 55812 SCA | 9/1/82 – 9/30/83 |

7. Included on the CD attached hereto as Exhibits S through U, which are true and accurate certified copies as of the dates shown on the certification stamp of each policy of the Excess Overlayer Indemnity policies, issued by The Aetna Casualty and Surety Company to Northeast Equities, Inc. and/or Northeast Petroleum Industries, Inc. The following table lists the policy numbers and policy periods of the exhibits that are attached hereto:

| **Exhibit Number** | **Bates Number of Document** | **Policy Number** | **Policy Period** |
|---|---|---|---|
| S | TCS 010265 - 010274 | 01 XN 1111 WCA | 7/1/76 – 7/1/77 |
| T | TCS 010275 - 010291 | 01 XN 1468 WCA | 7/31/77 – 7/1/78 |
| U | TCS 011034 - 011066 | 01 XN 1887 WCA | 7/1/78 – 7/1/79 |

I declare under penalty of perjury under the laws of the State of Rhode Island that the foregoing is true and correct and that this affidavit is executed at Hartford, Connecticut on April 26, 2007.

Howard E. Fitts

Howard E. Fitts

# Exhibits

Accompanying Exhibits designated as Exhibits A through U (A-U) have been conventionally filed and will be available through the Clerk's Office.