UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),<br><br>Defendant. | ) | Civil Action No. 06-324-S |

**AFFIDAVIT OF KATHLEEN BURDETTE SHIELDS IN SUPPORT OF TRAVELERS CASUALTY AND SURETY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS**

TRAVELERS CASUALTY AND SURETY COMPANY

R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

John A. Nadas (admitted pro hac vice)
Kathleen Burdette Shields (admitted pro hac vice)
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000 (P)
(617) 248-4000 (F)

Dated: April 30, 2007

I, Kathleen Burdette Shields, affirm and declare as follows:

1. I am an attorney with Choate, Hall & Stewart LLP, counsel of record for Travelers Casualty and Surety Company ("Travelers C&S"). I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in support of Travelers C&S's Motion for Summary Judgment on the Statute of Limitations.

2. Attached hereto as Exhibit 1 is a true and correct copy of the objections and response by Charter International Oil Co. ("Charter") to Request for Admission No. 5, which was propounded by Travelers C&S.

3. Attached hereto as Exhibits 2 and 3 are excerpts of true and correct copies of the First Amended Complaint filed by Charter in this action, and the Answer filed by Travelers C&S in this action.

4. Attached hereto as Exhibit 4 is a true and correct copy of printouts from the website www.thevillagesonmounthopebay.com. This website advertises the townhouse and condominium development, The Villages On Mount Hope Bay, that has been built on the former Tiverton Site.

5. Attached hereto as Exhibits 5 through 33 are true and correct copies of documents produced by Charter during discovery in this case. The following table provides a brief summary of the documents that are attached hereto:

| **Exhibit Number** | **Bates Number of Document** | **Date of Document** | **Brief Description of Document** |
|---|---|---|---|
| 5 | CIOC 00024270-72 | February 19, 1985 | Check showing payment from Northeast to Whilden & Associates, Inc. |
| 6 | CIOC 00023759 | August 26, 1985 | Check showing payment from Northeast to Travelers C&S |

| | | | |
|---|---|---|---|
| 7 | CIOC 00022157 | December 9, 1985 | Letter from Robert H. Takvorian (Northeast) to Julie A. Miller (RIDEM) |
| 8 | CIOC 00021772-73 | December 18, 1985 | Letter from Michael Annarummo (RIDEM) to Robert H. Takvorian (Northeast) |
| 9 | CIOC 00023405 | March 5, 1986 | Letter from Boyd W. Fink (Charter) to Travelers C&S |
| 10 | CIOC 00079911 | April 4, 1986 | Letter from Boyd W. Fink (Charter) to Thomas F. Butler (Travelers C&S). |
| 11 | CIOC 00037163-92 | April 21, 1986 | Excerpts from report by Camp Dresser & McKee entitled "A Preliminary Assessment of the Environmental Contamination at the Northeast Petroleum Corporation Terminal in Tiverton, Rhode Island" |
| 12 | CIOC 00033602-05 | June 25, 1986 | Letter from Michael Annarummo (RIDEM) to John Dow (Charter) and Lawrence J. Partridge (Camp, Dresser & McKee) |
| 13 | CIOC 00022964-67 | March 11, 1987 | Letter from Lawrence J. Partridge (Camp, Dresser & McKee) to Jonathan Dow (Charter) with attached memorandum of meeting |
| 14 | CIOC 00015070-78 | April 24, 1987 | Letter from Lawrence J. Partridge (Camp, Dresser & McKee) to David Sheldon (RIDEM) with attached comments on draft consent agreement |
| 15 | CIOC 00046107-16 | May 2, 1988 | Letter from Sean Coffey (Licht & Semonoff) to Howard Cohen (RIDEM) with attached draft consent agreement |
| 16 | CIOC 00017821-46 | February 1991 | Excerpts from GZA Remedial Work Plan, Revision 2 |
| 17 | CIOC 00000001-15 | March 25, 1992 | Consent Agreement between Charter and RIDEM |
| 18 | CIOC 00000386-97, 0000404-12 | September 1993 | Excerpts from IES Draft Remedial Work Plan Revision 2 |
| 19 | CIOC 00027766-94 | June 1997 | Excerpts from Application for Assent Modification to the Coastal Resources Management Council for the Former Northeast Petroleum Terminal |
| 20 | CIOC 00000580-83 | October 29, 1997 | Letter from Gregory S. Fine (RIDEM) to John E. Ross (Charter) |
| 21 | CIOC 00000600-34 | March 3, 1998 | Letter from A. Pacchiana (NES, Inc.) to K. Owens (RIDEM) |
| 22 | CIOC 00000755-56 | May 5, 1999 | Letter from T. O'Connor (VHB) to G. Fine (RIDEM). |

| | | | |
|---|---|---|---|
| 23 | CIOC 00000764-79 | June 24, 1999 | Letter from T. O'Connor (VHB) to G. Fine (RIDEM). |
| 24 | CIOC 00052115 | August 4, 2000 | Tiverton Costs: 1992-Present |
| 25 | CIOC 00052692, CIOC 00052264 | April 21, 1999 and August 16, 2000 | Spreadsheets of Charter Legal and Consultants Fees Paid for Years 1990 through 1999. |
| 26 | CIOC 00001034-51 | June 26, 2001 | Closure Report for the Northeast Petroleum Terminal Site Remediation |
| 27 | CIOC 00001160-64 | May 30, 2002 | Letter of Compliance from Kelly Owens (RIDEM) to John E. Ross (Charter) |
| 28 | CIOC 00054454-525, CIOC 00053016-26, CIOC 00054768-72, CIOC 00054881-931, CIOC 00055024-79 | 1986-1990 | N.P. Corporation 1986-1990 Spreadsheet of Environmental Expenditures, Detail of Legal Expenses |
| 29 | CIOC 00032861 | April 30, 1990 | Excerpt from Northeast Petroleum Corporation Analysis of Assets Held for Disposition as of March 31, 1990 |

I declare under penalty of perjury under the laws of the State of Rhode Island that the foregoing is true and correct and that this affidavit is executed at Boston, Massachusetts on April 27, 2007.

Kathleen Burdette Shields

Kathleen Burdette Shields



4199550v1

# **Exhibits**

Accompanying Exhibits Numbered 1 through 29 have been conventionally filed and will be available through the Clerk's Office.