UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),<br><br>Defendant. | Civil Action No. 06-324-S |

**AFFIDAVIT OF JULIO C. VELEZ IN SUPPORT OF TRAVELERS CASUALTY AND SURETY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS**

TRAVELERS CASUALTY AND SURETY COMPANY

R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

John A. Nadas (admitted pro hac vice)
Kathleen Burdette Shields (admitted pro hac vice)
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000 (P)
(617) 248-4000 (F)

Dated: April 30, 2007

I, Julio C. Velez, affirm and declare as follows:

1. I have personal knowledge of the matters set forth herein and if called as a witness, could and would testify as to such matters.

2. In my capacity as a legal specialist in the environmental litigation group of Travelers, I am authorized to make this affidavit on behalf of Travelers Casualty and Surety Company ("Travelers C&S"). I submit this affidavit in support of Travelers C&S's Motion for Summary Judgment on the Statute of Limitations.

3. I am generally familiar with Travelers C&S's claims and underwriting files relating to the claim made by Charter International Oil Company for insurance benefits under policies issued to Northeast Equities, Inc. and/or Northeast Petroleum Corporation (collectively "Northeast").

4. Each of the documents attached to this affidavit is a true and correct copy of a document that is kept and maintained by Travelers C&S in the regular course of its business, in its records, files, or record retention facilities.

5. The following table provides a brief summary of the documents that are attached hereto:

| **Exhibit Number** | **Bates Number of Document** | **Date of Document** | **Brief Description of Document** |
|---|---|---|---|
| A | TCS 002198-99 | April 29, 1969 | Travelers C&S retrospective premium billing to Herbert A. Sullivan, Inc. |
| B | TCS 000333-34 | June 9, 1971 | Letter from J. Brian Sullivan (Herbert A. Sullivan, Inc.) to Richard Bingaman (Travelers C&S) |
| C | TCS 002685-86 | August 1, 1973 | Letter from John H. Sullivan (Herbert A. Sullivan, Inc.) to Jean Gorman (Travelers C&S) |
| D | TCS 007983-85 | July 26, 1974 | Letter from John T. Kelleher (Travelers C&S) to Edward Konieczny, Jr. (Marsh & McLennan) |
| E | TCS 001696 | May 20, | Letter from L. F. Hayward (Travelers |

| | | | |
|---|---|---|---|
| | | 1975 | C&S) to Stephen Thompson (Marsh & McLennan, Inc.) |
| F | TCS 001733 | 1975 | Payment Arrangement Information for Northeast policies |
| G | TCS 008336-37 | September 22, 1976 | Letter from Priscilla Coughlin (Marsh & McLennan) to E. Parker Bliss (Travelers C&S) |
| H | TCS 006827-29 | October 5, 1977 | Letter from Priscilla Coughlin (Marsh & McLennan) to Claudia Hunter (Travelers C&S) |
| I | TCS 006446 | November 27, 1978 | Letter from P.J. Paradiso (Marsh & McLennan) to Richard J. Plante (Travelers C&S) |
| J | TCS 005875 | May 15, 1979 | Payment Arrangement Information for Northeast policies |
| K | TCS 005527-29 | October 3, 1979 | Letter from Paul Weitz (March & McLennan) to Richard J. Plante (Travelers C&S) |
| L | TCS 005163-64 | April 15, 1982 | Letter from William LaFrance (Marsh & McLennan) to Robert Golden (Travelers C&S) |
| M | TCS 002093 | March 2, 1983 | Letter from Walter J. Bart, Jr. (Northeast) to Jack X. Probolus (Marsh & McLennan) |
| N | TCS 003402-07, 3410-18, 3421-24 | October 1, 1983 | Excerpts from proposal prepared by Whilden & Associates, Inc. and Travelers C&S |
| O | TCS 003276-78 | December 29, 1983 | Letter from Walter J. Bart, Jr. (Northeast) to David A. Liedtke (Whilden & Associates, Inc.) |
| P | TCS 004046 | July 12, 1984 | Letter from Walter J. Bart, Jr. (Northeast) to David A. Liedtke (Whilden & Associates, Inc.) |
| Q | TCS 004035-40 | September 12, 1984 | Renewal Committee Meeting Minutes & Underwriting Evaluation by Edith Warner (Travelers C&S) |
| R | TCS 003269 | June 24, 1985 | Renewal Committee Meeting Minutes & Underwriting Evaluation by Dorothy Nugent (Travelers C&S) |
| S | TCS 010887 | September 23, 1985 | Letter from Robert H. Takvorian (Northeast) to Robert Bendick (RIDEM) |
| T | TCS 010851–58 | December 31, 1991 | Letter from George H. Thibeau (Travelers C&S) to Thomas J. Terbreuggen (Risico Management Corp.) |
| U | TCS 011579-647 | July 1, 1980 to July 1, 1981 | Copy of Policy No. 06 GL 1447 SRA with additional schedules |

6. There is no evidence that Charter responded to Exhibit T, Travelers C&S's December 31, 1991 letter that denied coverage for the Tiverton Site.

I declare under penalty of perjury under the laws of the State of Rhode Island that the foregoing is true and correct and that this affidavit is executed at Hartford, Connecticut on April 26, 2007.

Julio C. Velez

# **Exhibits**

Accompanying Exhibits designated as Exhibits A through U (A-U) have been conventionally filed and will be available through the Clerk's Office.