**IN THE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARTER INTERNATIONAL OIL COMPANY, Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 06-324 S |
| TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY), Defendant. | ) | |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS**

Plaintiff, Charter International Oil Company, respectfully moves this Court for an extension up to and including May 31, 2007 to respond to Defendant's Motion for Summary Judgment on the Statute of Limitations. Defendant assents to this motion. Given this proposed extension, the parties have agreed to the following remaining briefing schedule: Defendant's reply to Plaintiff's opposition will be due on June 15, 2007 and Plaintiff's sur-reply will be due on June 22, 2007.

CHARTER INTERNATIONAL OIL COMPANY,
By its attorneys,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Robin L. Main (#4222)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
apiazza@haslaw.com

James R. Segerdahl
Neal R. Brendel
Brian F. Saulnier
Kirkpatrick & Lockhart Preston Gates Ellis
LLP Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
james.segerdahl@klgates.com

Dated: May 16, 2007.

**CERTIFICATE OF SERVICE**

To:

John A. Nadas, Esq.
Kathleen Burdette Shields, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence RI 02903

I hereby certify that on May 16, 2007, a copy of the foregoing Assented-To Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros