# EXHIBIT
# 1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
83 Park Street
Providence, R. I. 02903

December 18, 1985

Mr. Robert H. Takvorian
Northeast Petroleum
295 Eastern Avenue
Chelsea, Massachusetts 02150

Dear Mr. Takvorian:

The Division of Water Resources of the Department of Environmental Management has received from the Division of Air and Hazardous Materials a letter from Northeast Petroleum to the Director and copies of laboratory analyses of soil samples obtained from the company's Tiverton tank farm.

Review by the Division of Air and Hazardous Materials indicates that only soil sample #6 approached pollutant levels which would qualify as a "Type 3 C- Slightly Flammable Waste". It is the responsibility of the Division of Water Resources to inform you that other standards exist as applicable to "waters" of the State as defined in R.I.G.L. 46-12-1 (6). It is a direct prohibition of Rhode Island Law 46-12-15 (a) to ".... place any pollutant in a location where it is likely to enter the waters .... organic or non-organic in any waters." Reference is also made to R.I.G.L. 46-13. 1-2, defining protection of the State's groundwater.

Analyses presented to the Department indicate composite of soil samples for oil and grease at 8,920 mg/kg (or 8,920 ppm). Individual concentrations ranged higher and indicate the introduction of pollutant levels far in excess of existing levels established by the RI Department of Health for maximum contaminant levels for certain organic chemicals.

From the data collected and its applicability to Rhode Island Law it is required that Northeast Petroleum submit to this office for review a comprehensive proposal indicating:

1. Overall plan to scale, prepared by professional services showing original sample sites, proposed sample sites, location of existing structures, topography and property lines.

2. Plan shall indicate location of proposed development and improvements.

3. All water courses and bodies of water on the property including Narragansett Bay.

4. Public and private wells within 400 feet of the property shall be shown.

5. List of specific organic parameters to be tested including at least a Volatile Organic Scan for soil samples as well as water samples, shall be specified. These plans shall include the location of a representative number of groundwater monitoring wells including specifications for installation.

Proposal shall be submitted within 60 days to:

Michael Annarummo, Supervisor-Groundwater Section
83 Park Street
Providence, RI 02903

If you have any questions please feel free to contact David Sheldon at 277-3961.

Sincerely,

Michael Annarummo

Michael Annarummo, Supervisor
Groundwater Section
Division of Water Resources
Department of Environmental Management

MA:DS:dab

cc: Tom Wright, DEM
J. Fester, DEM
T. Getz, DEM
J. Miller