# EXHIBIT
# 5

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

235 Promenade Street, Providence, RI 02908-5767 TDD 401-831-5508

**CERTIFIED MAIL**

November 7, 1997

RECEIVED
NOV 10 1997
LEGAL DEPARTMENT

Mr. John Ross, Deputy General Counsel
Spelling Entertainment Group, Inc.
Charter International Oil Company
4655 Salisbury Road, Suite 399
Jacksonville, FL 32256

RE: Charter International Oil Company
995 Main Road (Block 24- Lots 1 &2; Block 51- Lots 1&2; Block 54- Lot 16, Lot 22, Lot 29A; Block 94- Lot 191A)
Tiverton, Rhode Island (the "Site")

Dear Mr. Ross:

Enclosed please find the **Order of Approval** (Order) which was issued for the proposed remediation plan at the Site. Please review the stipulations of this Order thoroughly to ensure your compliance with the requirements.

Please notify this office 48 hours prior to the initiation of any work at the Site related to the proposed remediation relative to this Order. If you have any questions regarding this matter, please contact Kelly Owens at (401) 277-2797 (Ext. 7108).

This Order shall be recorded in the land evidence records of the Town of Tiverton as required by law.

Sincerely,

James Fester, P.E.
Associate Director
Department of Environmental Management

cc: Terrence Gray, Chief, RIDEM/OWM
Greg Fine, Supervising Engineer, RIDEM/OWM
Jeff Crawford, Principal Environmental Scientist, RIDEM/OWM
Kelly Owens, Engineer, RIDEM/OWM
Claude Cote, Esquire, RIDEM/Office of Legal Services
Adam Pacchiana, Environmental Engineer, NES
Chuck Hobert, RIDEM/OWR

DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

In the matter of the application
for Remedial Action Approval at:
**Charter International Oil Company Property**
**995 Main Road**
**Tiverton, Rhode Island (the "Site")**

Case No. 97-059

ORDER OF APPROVAL

In the above entitled matter, **Charter International Oil Company ("Charter")**, in its capacity as owner of the Site, has filed with the Rhode Island Department of Environmental Management, Office of Waste Management (the Department), the following plans and specifications:

- The Application For Assent Modification to the Coastal Resource Management Council, Wakefield, Rhode Island for the Former Northeast Petroleum Terminal, Tiverton, Rhode Island dated June 1997;
- All of the correspondences and deliverables outlined in the Department's 29 October 1997 letter to Charter pertaining to the remediation of near shore soils at the Site; and
- The 30 October 1997 letter from Charter documenting concurrence with all of the terms, conditions, relevant correspondences and deliverables which were presented in the Department's 29 October 1997 letter.

Collectively, the abovereferenced documentation meets the requirements of a Remedial Action Work Plan (RAWP) as described in Section 8 of the Department's Rules and Regulations for the Investigation and Remediation of Hazardous Material Releases (Remediation Regulations). The RAWP describes a means to prevent pollution as defined in Chapter 46-12 of the General Laws of 1956, as amended and the Department's Remediation Regulations, as amended August 1996 in accordance therewith.

Upon consideration thereof, the Department approves said means to prevent pollution via this Order of Approval (Order), provided that the following conditions are met:

1. The remedy as described in the RAWP shall be implemented within ninety (90) days of receipt of this Order.

2. The soil remediation goal shall be 500 ppm for Total Petroleum Hydrocarbons achieved by excavation as described in the RAWP.

3. The Department shall receive a Fresh Water Wetland Restoration/Replication Plan for the Site by November 15, 1997. If said plan is not received by November 15, 1997, all remediation work relative to this Order must stop at the Site unless otherwise authorized by the Department. The Department may extend the deadline for submission of said plan upon demonstration of good cause.

4. Sampling of all media involved in the remedial action shall be conducted in accordance with the requirements of the RAWP.

5. Remedial work must be consistent with Section 11.00 Remedial Action in the Remediation Regulations.

6. At the conclusion of the remedial action, a closure report detailing the remedial action shall be submitted to the Department in accordance with item 12.

7. All waste derived from implementation of the RAWP shall be managed in accordance with the Remediation Regulations and the Rules and Regulations for Hazardous Waste Management, as appropriate.

8. Results of all environmental sampling shall be sent to the Department in accordance with item 12.

9. The Department shall be immediately notified of any action, occurrence or condition that results in non-compliance with this Order.

10. Any Remedial Action interruptions shall be reported to the Department by telephone within one (1) working day and in writing within seven (7) days in accordance with item 12.

11. This Order does not remove Charter's obligation to obtain any necessary permits from other state, local, or federal agencies.

12. All notices and submissions should be sent to:

Kelly Owens
Department of Environmental Management
Office of Waste Management
235 Promenade Street, 3rd Floor
Providence, RI 02908
Telephone Number (401) 277-2797, Ext. 7108

This Order shall remain in full force and effect as long as said plan or means shall be operated and maintained in a condition satisfactory to the Department. Failure to comply with all points stipulated in this Order shall result in the issuance of a Notice of Violation and Order against the owner of the property.

This Order shall be subject to modification or revocation in accordance with law.

Entered as the Order of the Department this 7 day of November, 1997.

By: [signature]
James Fester, P.E.
Associate Director
Department of Environmental Management