# EXHIBIT
# 8

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

RECEIVED
JUN 03 2002
JACKSONVILLE

**LETTER OF COMPLIANCE**

May 30, 2002

Mr. John E. Ross, Esq.
Charter International Oil Company
c/o de maximis, Inc.
8833 Perimeter Park Blvd., Suite 402
Jacksonville, FL 32216.

Re: Former Northeast Petroleum Terminal
Tiverton, Rhode Island

Dear Mr. Ross:

In the matter of investigation activities at the above referenced property, the Rhode Island Department of Environmental Management (RIDEM) has received and reviewed the following documents regarding this property:

- Consent Agreement between RIDEM and Charter International Oil Company dated March 25, 1992.
- Pre-Remedial Characterization Report (NES), October 1992.
- Pre-Remedial Soil Characterization Plan, Addendum No. 1(NES), July 1993.
- Remedial Work Plan, Revision 1 (NES), July 1993.
- Draft Remedial Work Plan, Revision 2 (NES), September 1993.
- Letter from P. Therrien (RIDEM) to R. McPeak (NES) dated November 27, 1993 regarding comments on the Draft Remedial Work Plan, Revision 2.
- Data Tables and Site Maps, Former Northeast Petroleum Terminal, Tiverton, Rhode Island (NES), dated July 16, 1997.
- Letter from J. Ross (Spelling Entertainment) to G. Fine (RIDEM) regarding outstanding regulatory matters w/regard to completion of remedial activities dated July 16, 1997.
- Letter from J. Ross (Charter) to G. Fine (RIDEM) dated August 5, 1997 regarding the shore and Texaco shore areas with attachments.



30% post-consumer fiber

- Letter from J. Ross (Charter) to G. Fine (RIDEM) dated August 7, 1997 regarding omissions from the August 5, 1997 submittal with attachments.
- Letter from A. Pacchiana (NES, Inc.) to G. Fine (RIDEM) regarding Data Tables and Site Maps from July 16, 1997submitted with attachments dated August 15, 1997.
- Letter from J. Ross (Spelling Entertainment) to G. Fine (RIDEM) regarding the revised agreement with respect to site TPH criteria and compliance sampling dated October 15, 1997.
- Letter from G. Fine (RIDEM) to J. Ross (Charter) dated October 29, 1997 regarding Application for Assent Modification and the functional equivalent of an amended remedial action work plan.
- Letter from J. Ross (Charter) to G. Fine (RIDEM) dated October 30, 1997 regarding Shore Remedial Action.
- Letter from J. Fester (RIDEM) to J. Ross (Charter) dated November 7, 1997 enclosing Order of Approval dated November 7, 1997.
- Letter from J. Ross (Charter) to G. Fine (RIDEM) dated February 26, 1998 regarding the on-site laboratory.
- Letter from A. Pacchiana (NES, Inc.) to K. Owens (RIDEM) with attachments regarding TPH Closure Documents for the Northeast Parcel and the Air Force Parcel dated March 3, 1998.
- Letter from A. Pacchiana (NES, Inc.) to G. Fine (RIDEM) with attachments regarding TPH Closure Documents for the Pacific Parcel, Souza Road Parcel, Texaco Shore Parcel and the Town of Tiverton Parcel, May 12, 1998.
- Letter from R. McPeak (NES, Inc.) to G. Fine (RIDEM) dated August 27, 1998 regarding TPH Closure Documents for the Shore Area Parcel.
- Letter from R. McPeak (NES, Inc.) G. Fine (RIDEM) dated August 28, 1998 regarding Treatment Cell Closure Report.
- Letter from R. McPeak (NES, Inc.) G. Fine (RIDEM) dated October 13, 1998 regarding Treatment Cell Closure Report Addendum.
- Letter from R. McPeak (NES, Inc.) to G. Fine (RIDEM) regarding Groundwater Sampling July 1998 with attachments dated October 13, 1998.
- Northeast Parcel Closure Report Addendum for NEPR-14 (NES), December 8, 1998.
- Letter from T. O'Connor (VHB) to G. Fine (RIDEM) dated May 5, 1999 regarding Groundwater Monitoring.

- Letter from T. Crawford (Charter) to G. Fine (RIDEM) dated May 7, 1999 regarding the on-site laboratory.
- Letter from T. O'Connor (VHB) to G. Fine (RIDEM) dated June 24, 1999 regarding Groundwater Monitoring.
- Human Health Risk Assessment of the Former Northeast Petroleum Terminal Railroad ROW by the Center for Toxicology and Environmental Health (CTEH) dated July 12, 1999.
- Letter from W. Angell (RIDEM) to J. Ross (Charter) dated July 26, 1999 regarding groundwater monitoring.
- Letter from W. Angell (RIDEM) to J. Ross (Charter) dated July 26, 1999 regarding the on-site laboratory.
- Risk Assessment Addendum Railroad ROW, Former Northeast Petroleum Terminal by CTEH dated November 4, 1999.
- Letter from T. O'Connor (VHB) to W. Angell (RIDEM) dated November 10, 1999, with attachments regarding the railroad right-of-way.
- Letter from T. O'Connor (VHB) to W. Angell (RIDEM) dated April 24, 2000 regarding sampling data for SVOCs in railroad ROW.
- Human Health Risk Assessment of the Railroad ROW, Former Northeast Petroleum Terminal by CTEH dated April 2000.
- Letter from T. O'Connor (VHB) to J. Crawford (RIDEM) dated December 14, 2000 regarding response to RIDEM comments on risk assessment dated September 1, 2000.
- Letter from G. Petros (HAS) to L. Hellested (RIDEM) dated June 21, 2001, with attachments regarding final Settlement Agreement and three ELURs.
- Closure Report for the Former Northeast Petroleum Terminal by Charter International Oil Company dated June 26, 2001 by VHB, Inc.
- Letter from D. Lough (HAS) to RIDEM dated August 8, 2001, regarding proof of recording two ELURs for the Charter International Oil property.
- Memo from T. O'Connor (VHB) to Kelly Owens (RIDEM) dated May 8, 2002, regarding ROW agreements with attachments.
- Soil Management Plan for the Railroad Right of Way by VHB dated May 2002.
- Memo from T. O'Connor (VHB) to Kelly Owens (RIDEM) dated May 14, 2002, regarding finalized ROW ELUR and Soil Management Plan.

- Recorded Environmental Land Usage Restriction w/ attachments (recorded 5/24/02) for the RIDOT Railroad Right of Way with cover letter from G. Petros, Esq.

Based upon the data contained in these submittals, and the rest of the Administrative File, the Department concurs that the above referenced property is in compliance with the March 1992 Consent Agreement and the November 7, 1997 Order of Approval as they relate to the Department's amended Rules and Regulations for the Investigation and Remediation of Hazardous Materials Releases (Remediation Regulations).

Be advised that the Department reserves the right to require additional actions under the abovementioned Regulations at the subject site should any of the following occur:

A. Conditions at the site, previously unknown to the Department, are discovered;

B. Information, previously unknown to the Department, becomes available; or

C. Policy and/or regulatory requirements change;

D. Violation of the ELUR's for the Charter International Oil property or RIDOT Railroad Right of Way.

The recording of this Letter of Compliance in the Land Evidence Records of the Town of Tiverton, shall operate as a release of all covenants and agreements set forth in the Consent Agreement entered into between the State of Rhode Island Department of Environmental Management and Charter International Oil Company recorded in the Land Evidence Records of the Town of Tiverton in Book 352, Pages 160-174 and the Consent Agreement shall expire and be void upon such recording.

Nothing in this Letter of Compliance (LOC) relieves the responsible party or the site from compliance with all other applicable State or Federal regulations.

If you have any further questions regarding this matter, please direct them to me at (401) 222-2797.

Sincerely,

State of Rhode Island
Department of Environmental Management

By: Kelly J. Owens
Kelly Owens, Supervising Engineer
Office of Waste Management

cc: Timothy O'Connor, VHB
Gerald Petros, HAS

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

_____In the City of Providence, on the 30TH day of MAY, 2002, before me personally appeared the aforesaid Kelly Owens, a duly authorized representative of the State of Rhode Island, Department of Environmental Management, to me known and known by me to be the person executing the foregoing Letter of Compliance, and she acknowledged said instrument executed by her to be her free act and deed and the free act and deed of the State of Rhode Island, Department of Environmental Management.

Patrick Hogan
NOTARY PUBLIC
My commission expires:
September 30, 2005

#486850