**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),<br><br>Defendant. | ) | Civil Action No. 06-324S |

**AFFIDAVIT OF ROBIN L. MAIN**

I, Robin L. Main, affirm and declare as follows:

1. I am a partner with the firm of Hinckley, Allen and Snyder LLP and counsel of record for Charter International Oil Company ("Charter"). I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in support of Charter's Opposition to the Motion for Summary Judgment of Travelers Casualty and Surety Company f/k/a Aetna Casualty and Surety Company ("Travelers").

2. Attached hereto as Exhibit A is a true and correct copy of Travelers's response to Charter's First Set of Requests for Admissions.

3. Attached hereto as Exhibits B through FF are true and correct copies of documents produced by Charter and Travelers during discovery in this case. The following table provides a brief summary of the documents that are attached hereto:

| Exhibit Number | Bates Number of Document | Date of Document | Brief Description of Document |
|---|---|---|---|
| B | CIOC 00017821-46 | February 1991 | GZA GeoEnvironmental, Inc.'s Remedial Work Plan (Revision 2) for the former DEP Terminal in Tiverton, Rhode Island |
| C | CIOC 00037141 | March 22, 1985 | Letter from Julie A. Miller (RIDEM) to Peter L. Ryan (Island Engineering) |
| D | CIOC 00021693 | September 17, 1985 | Letter from Peter L. Ryan (Island Engineering) to Robert Takvorian (Northeast Petroleum) |
| E | CIOC 00022156 | December 6, 1985 | Letter from Julie A. Miller (RIDEM) to Robert Takvorian (Northeast Petroleum) |
| F | CIOC 00021700-01 | December 18, 1985 | Letter from Michael Annarummo (RIDEM) to Robert Takvorian (Northeast Petroleum) |
| G | CIOC 00016110-204 | July 1993 | Integrated Environmental Services' ("IES") Remedial Work Plan, Revision 1 for the former Northeast Petroleum Terminal |
| H | CIOC 00000001-15 | March 25, 1992 | Consent Agreement between RIDEM and Charter |
| I | CIOC 00000220-22 | June 15, 1993 | Letter from Paula-Jean Therrien (RIDEM) to Robert McPeak (IES) |
| J | CIOC 00000209-14 | Undated | Excerpts from IES' Pre-Remedial Soil Characterization Plan: Addendum 1 |
| K | CIOC 00000487-88 | November 27, 1993 | Letter from Paula-Jean Therrien (RIDEM) to Robert McPeak (IES) |
| L | CIOC 00029588-90 | March 31, 1993 | Letter from David W. Stevens (IES) to Charles Horbert (RIDEM) |
| M | CIOC 00029483-84 | February 25, 1993 | Letter from Scott P. Rabideau (Natural Resource Services, Inc.) to David Stevens (IES) |
| N | CIOC 00029004-8 | August 2, 1993 | Letter from Charles Horbert (RIDEM) to Nuclear Energy Services |
| O | CIOC 00028983-85 | December 8, 1997 | Letter from Kelly J. Owens (RIDEM) to Adam Pacchiana (NES) |
| P | CIOC 00029237-50 | December 3, 1997 | Memorandum from John E. Ross (Charter) to Sean Coffey, Esq. *et al* |
| Q | CIOC 00048736-49 | November 14, 1997 | Note and letter from Adam Pacchiana (NES) to Gregory Fine (RIDEM) |
| R | CIOC 00001200-14 | July 3, 2000 | Fax transmittal from Timothy O'Connor (VHB) to John Ross (Charter) with draft Marsh and Wetland Monitoring Report |
| S | CIOC 00027766-74 | June 1997 | Application for Assent Modification by Charter to Rhode Island Coastal Resources Management Council ("RI CRMC") |
| T | CIOC 00000580-83 | October 29, 1997 | Letter from Gregory S. Fine (RIDEM) to John E. Ross (Charter) |
| U | CIOC 00007399-402 | July 13, 2000 | Fax transmittal from Timothy O'Connor (VHB) to John Ross (Charter) |
| V | CIOC 00079911 | April 4, 1986 | Letter from Boyd W. Fink (Charter) to Thomas F. Butler (Travelers) |
| W | CIOC 00052115 | August 4, 2000 | Excerpt with Charter's costs |
| X | TCS 010610-82 | February 1996 | TRC Environmental Corporation's Draft Site Ownership and Operation History Report (V. I) for Tiverton Air Force Petroleum Retail Distribution Station |

| Exhibit Number | Bates Number of Document | Date of Document | Brief Description of Document |
|---|---|---|---|
| Y | TCS 010702-05 | February 23, 1993 | Assent No. B92-8-39 by RI CRMC granted to Charter |
| Z | TCS 010708-09 | October 1, 1993 | Letter from Alicia M. Good (RIDEM) to Robert J. DeSista (US Army Corps of Engineers) |
| AA | TCS 010710-15 | August 2, 1993 | Letter from Charles Horbert (RIDEM) to Nuclear Energy Services |
| BB | TCS 010534-36 | September 20, 1993 | Letter from Kenneth A. Reich (Day, Berry & Howard) to Lt. Gen. Arthur E. Williams (U.S. Army Corps of Engineers) |
| CC | TCS 010537-46 | September 24, 1993 | Narrative and Project Summary Sheet for DERP eligibility |
| DD | TCS 10594-609 | June 1995 | TRC Environmental Corporation's Final Preliminary Cost Analysis and PRP Screening Report for Tiverton Air Force Petroleum Retail Distribution Station |
| EE | CIOC 00025741-56 | July 24, 1996 | Memorandum from Alan Nye (Terranext) to John Ross (Charter) with attached letter to Greg Timothy O'Connor and Greg Fine (RIDEM) |
| FF | CIOC 00000546-49 | July 16, 1997 | Letter from John E. Ross (Charter) to Gregory Fine (RIDEM) |
| GG | CIOC-00028018-20 | Undated | Excerpt from VHB Project Overview |

I declare under penalty of perjury under the laws of the State of Rhode Island that the foregoing is true and correct and that this affidavit is executed at Providence, Rhode Island on May 31, 2007.

Robin L. Main

Robin L. Main

Subscribed and sworn to before me this 31st day of May, 2007.

Joanne L. Nassaf

Notary Public

My Commission Expires 4-21-2009

#804569

# CERTIFICATE OF SERVICE

**TO:**

John A. Nadas, Esq.
Kathleen Burdette Shields, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

R. Kelly Sheridan, Esq.
Jason C. Preciphs, Esq.
Roberts, Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

I hereby certify that on May 31, 2007, a copy of the foregoing Affidavit of Robin L. Main was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)