# EXHIBIT C

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
75 Davis Street
Providence, R.I. 02908

22 March 1985

Mr. Peter L. Ryan
Island Engineering
Two Narragansett Avenue
Jamestown, RI 02835

Dear Mr. Ryan:

On 1 March 1985 Thomas Epstein and I toured Northeast Petroleum's Tiverton tank farm. While we did not see any signs of soil contamination at the site, the possibility does exist that previous waste management practices or spills may have contaminated the area.

The Division of Air and Hazardous Materials does not have regulatory authority to require Northeast Petroleum to test the soil since we have no reason, at this time, to believe that it is hazardous.

Since you wish to test the site, I recommend that you look for the prescence of arsenic, barium, cadmium, chormium, lead, mercury, selenium, silver, and volatile organics in areas where you believe that contamination is most likely to occur. If the soil is found to be contaminated, but not hazardous, you should contact Michael Annarummo at the Department of Environmental Management's Division of Water Resources at 277-2234.

Please keep me informed of any developments.

Sincerely,

Julie A. Miller

Julie A. Miller
Engineer
Division of Air and Hazardous
Materials

JAM:jg

C23018