# EXHIBIT D

Island Engineering
65 NORTH ROAD
JAMESTOWN, RHODE ISLAND 02835
(401) 423-1200

September 17, 1985

Mr. Robert Takvorian
Northeast Petroleum
295 Eastern Avenue
Chelsea, MA 02150

Dear Mr. Takvorian,

During April and May of this year, we collected 9 soil samples from various portions of the Tiverton Tank Farm with the intended purpose of determining the amounts of Arsenic, Barium, Cadmium, Chromium, Lead, Mercury, Selenium, Silver and volatile organics present on the site. The samples were collected from areas which had a high probability of contamination, based on visual indications and Northeast Petroleum personnel recollection of terminal operations over the years.

These samples were analyzed by the Chemical Waste Management of Massachusetts, Inc. laboratory using EPA EP Toxicity methods as described in "Test Methods for Evaluating Solid Waste; Physical/Chemical Methods," Office of Solid Waste, U.S. EPA, Washington, D.C. SW-846, 1982. In all cases, the chemical content of the samples were well below Rhode Island minimum standards, with only two samples having a flash point of less than the minimum standard.

It appears, based on these tests, that there is no chemical contamination of the site, and that only a small portion of the property might have volatile organics present.

I would therefor conclude that the Tiverton Tank Farm is not to be considered a hazardous waste location, and that the property can be safely used for any appropriate purpose, commercial or residential.

Sincerely,

Peter L. Ryan, PE

cc John Smyth
Gary Ivanson