# EXHIBIT E

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
75 Davis Street
Providence, R. I. 02908

ICI- 277-2797

6 December 1985

Mr. Robert B. Takvorian
Northeast Petroleum
295 Eastern Avenue
Chelsea, MA 02150

Dear Mr. Takvorian:

I have reviewed Chemical Waste Management's laboratory analysis of the nine soil samples taken from Northeast Petroleum's Tiverton tank farm.

While none of the sample analyses show the soil to be hazardous, Sample No. 6 indicates that the soil in that area is very close to meeting the definition of a "Slightly Flammable Waste" as per Rule 3.62 of the Rhode Island Rules and Regulations for Hazardous Waste Generation, Transportation, Treatment, Storage and Disposal. Due to the degree of accuracy of the flash point test, it is possible that the actual flash point may be below 100 degrees fahrenheit, which would make this soil a hazardous waste. Therefore, the soil in the area of Sample No. 6 should be removed and disposed of at a hazardous waste facility by 14 February 1986.

If you have any questions concerning this, please call me at 277-2797.

Sincerely,

Julie A. Miller

Julie A. Miller, Engineer
Division of Air and Hazardous
Materials

JAM:jlg

cc: Michael Annarummo

Doris: Also get her tele number as I want to call her ASAP.