# EXHIBIT G

# REMEDIAL WORK PLAN
# REVISION 1
# FORMER NORTHEAST PETROLEUM TERMINAL
# TIVERTON, RHODE ISLAND

**Prepared for:**

**CHARTER INTERNATIONAL OIL COMPANY**
**ONE EAST FOURTH STREET**
**CINCINNATI, OHIO**

**Prepared by:**
**INTEGRATED ENVIRONMENTAL SERVICES**
**A DIVISION OF NES, INC.**
**44 SHELTER ROCK ROAD**
**DANBURY, CONNECTICUT**

**JULY 1993**

**DOCUMENT NUMBER IES-019-002 REV. 1**

A Division of nes
44 Shelter Rock Road
Danbury, CT 06810
Tel No. (203) 796-5268 FAX No. (203) 792-3168

# REMEDIAL WORK PLAN
# REVISION 1
# FORMER NORTHEAST PETROLEUM TERMINAL
# TIVERTON, RHODE ISLAND

**Prepared for:**

**CHARTER INTERNATIONAL OIL COMPANY**
**ONE EAST FOURTH STREET**
**CINCINNATI, OHIO**

**Prepared by:**
**INTEGRATED ENVIRONMENTAL SERVICES**
**A DIVISION OF NES, INC.**
**44 SHELTER ROCK ROAD**
**DANBURY, CONNECTICUT**

**JULY 1993**

**DOCUMENT NUMBER IES-019-002 REV. 1**

**Document Authorization Form**

**Remedial Work Plan**
**Revision 1**
**Former Northeast Petroleum Terminal**
**Tiverton, Rhode Island**

**Prepared for:**

**Charter International Oil Company**
**One East Fourth Street**
**Cincinnati, Ohio**

**Prepared By:**

**Integrated Environmental Services**
**A Division of NES, Inc.**
**44 Shelter Rock Road**
**Danbury, CT 06810**

**July 1993**

**Document Number IES-019-002 Rev. 1**

| | |
|---|---|
| **Adam R. Pacchiana** | 7/7/93 |
| **Environmental Engineer** | **Date** |
| **Francisco Trejo** | 7/7/93 |
| **Vice President and General Manager** | **Date** |
| **Integrated Environmental Services** | |

## TABLE OF CONTENTS


SECTION TITLE PAGE

1. INTRODUCTION ....................1
   1.1. Consent Agreement ....................1
2. BACKGROUND ....................2
   2.1. Site Description ....................2
   2.2. History ....................3
   2.3. Existing Investigation Information ....................4
   2.4. GZA Work Plan ....................5
   2.5. Permitting ....................7
3. PRE-REMEDIAL INVESTIGATION ....................8
   3.1. Methodology ....................8
   3.2. Focus ....................8
   3.3. Results ....................8
   3.4. Additional Investigation ....................8
   3.5. Lead Soils ....................9
4. REMEDIAL AREAS ....................11
   4.1. Shore Area ....................11
   4.2. Upland Areas ....................12
5. REMEDIAL OPERATIONS ....................16
   5.1. Bioremediation Overview ....................16
   5.2. Pilot Studies ....................17
   5.3. Treatment Cell Preparation ....................18
   5.4. Transfer of Soils to Treatment Cells ....................20
   5.5. Land Farming Operation ....................21
   5.6. In-Situ Remediation ....................22
   5.7. Railroad Right of Way ....................22
   5.8. Interim Testing ....................23
6. WATER QUALITY ....................25
   6.1. Bacterial Culture ....................25
   6.2. pH Adjusters ....................25
   6.3. Nutrients ....................25
   6.4. Soil Amendments ....................27
   6.5. Bio-Enhancers ....................27
7. EROSION CONTROL ....................28
   7.1. Site Characteristics ....................28
   7.2. Pollutants ....................30
   7.3. Erosion Control Measures ....................31
   7.4. Shore Area ....................33
   7.5. Implementation Measures ....................35
   7.6. Specifications ....................36

8. FINAL CONFIRMATION TESTING ....................................39
8.1. Grid Frequency ....................................39
8.2. Methodology ....................................40
8.3. Statistical Analysis ....................................40

9. HEALTH AND SAFETY ....................................41
9.1. Emergency Information ....................................41
9.2. Directions to Hospital ....................................41
9.3. Key Personnel ....................................41
9.4. Site Conditions ....................................43
9.5. Hazard Assessment ....................................43
9.6. Monitoring Equipment ....................................43
9.7. Levels of Protection ....................................43
9.8. Field Organization ....................................43
9.9. General Guidelines ....................................44

## LIST OF TABLES

Table 1: Lead Sample Results ....................................9
Table 2: Remedial Soil Volumes ....................................10
Table 3: Biobed Volume Schedule ....................................20
Table 4: Soils Investigation Summary Statistics ....................................37

## LIST OF CHARTS

Chart 1: Total Petroleum Hydrocarbons (mg/kg) vs. Time ....................................18

## APPENDICES

Appendix A .................................... Location and Site Maps
Appendix B .................................... Pre-Remedial Soil Characterization Sample Results
Appendix C .................................... Specification Sheets
Appendix D .................................... Construction Schedule
Appendix E .................................... Material Safety Data Sheets
Appendix F .................................... In-Situ Bioremediation Schematic Drawing
Appendix G .................................... Site Plans
Figure 1 .................................... Excavation and Erosion Control Plan
Figure 2 .................................... Biobed Site Plan
Figure 3 .................................... Texaco Tank Farm
Figure 4 .................................... Existing API Separator/Storm Water Drainage System
Figure 5 .................................... Miscellaneous Details

# 1. INTRODUCTION

In accordance with the Consent Agreement executed by and between the Charter International Oil Company (Charter) and the Groundwater Section of the Rhode Island Department of Environmental Management (RIDEM), Integrated Environmental Services (IES) proposes the following Remedial Work Plan for the Former Northeast Petroleum Terminal (the site) in Tiverton, Rhode Island. This Work Plan gives an account of the current status and history of the site, presents the major points of the approved GZA conceptual plan and details the proposed methodology for the remediation of petroleum contaminated soils at the site.

## 1.1. Consent Agreement

In April, 1992, Charter and RIDEM entered into Consent Agreement to remediate the subject site following the conceptual work plan developed by GZA GeoEnvironmental, Inc. entitled *Remedial Workplan (Revision 2), Former DEP Terminal, Tiverton, Rhode Island*, dated February, 1991. The project is to be completed within 60 months (by March 1997) following these clean up criteria:

| Matrix | Contaminant | Maximum Contaminant Level | |
|---|---|---|---|
| Soils | BTEX * | 250 | μg/kg |
| | Petroleum Hydrocarbons | 50 | mg/kg |
| | Lead | 250 | mg/kg ** |
| Groundwater | BTEX * | 250 | μg/l *** |
| | Petroleum Hydrocarbons | 50 | mg/l |
| | Volatile Organic Compounds ("VOCs") | 1 | ppm *** |

* = Benzene, toluene, ethylbenzene and xylene

** = Or consistent with levels established by the Rhode Island Department of Health or the Hazardous Materials Section of the Department of Environmental Management.

*** = No individual compound shall exceed the established Maximum Contaminant Level.

## 2. BACKGROUND

This Remedial Work Plan is based on the findings of several previous studies conducted by other parties in conjunction with additional site investigation and information discovered during site decommissioning by IES. The following sub-sections offer a brief summarization of the information gathered to date.

### 2.1. Site Description

The Former Northeast Petroleum Terminal is two parcels (995 and 1060 Main Road) of approximately 98 and 8 acres respectively. The site is situated in a suburban area of predominantly residential and commercial properties. The site is bordered by Old Main Road and Route 138 to the east, the Sakonnet River to the west, and residential developments to the north and south (see Appendix A: Location and Site Maps). Property comprising the site is designated as Tiverton Tax Assessor's Plat 24, Lot 1/2; Plat 51, Lot 1/2; Plat 54, Lot 16; Plat 57, Lot 22/23/29A; and Plat 94, Lot 191A.

#### 2.1.1. Topography

The site slopes steeply towards the Sakonnet River and Mount Hope Bay from 233 feet above mean sea level in the 1060 Main Road parcel to two feet above mean sea level at the shoreline. The Rhode Island Department of Transportation holds a railroad right-of-way running north-south through the property. This right-of-way bisects the site into the sloped upland area to the east and the generally flat Shore Area to the west. The inoperable railway is situated upon a heavily vegetated berm that prevents water from flowing directly from the upland area to the Shore Area and the Sakonnet River.

The upland area is sparsely vegetated with the exception of the railroad berm and the northern end of the site where there has been minimal construction. The diked areas are arranged so as to prevent erosion and control drainage. All diked areas that formerly contained tanks have been graded smooth in preparation for excavation and bioremediation.

#### 2.1.2. Layout

As shown on the Site Map in Appendix A, the upland portion of the site is generally divided into three farm areas associated with their former operators; the Pacific Farm, the Northeast Farm and the Air Force Farm or A-Farm.

The Shore Area consists of the beach, the former Texaco shore area (a diked area formerly housing two tanks), the API Separator building and outfall, and three docks. The beach area has sparse grass cover throughout with the exception of a depressed area where most of the petroleum contamination is located. The Texaco area is raised 10 to 15 feet above the water level and is vegetated in a manner similar to the upland areas.

The API Separator system is a gravity fed network of pipes connecting each diked area to the main oil/water separator located in the separator building at the west end of Carey Lane. The majority of the piping and control valves are intact.

Discharge from the separator flows into the Sakonnet River and is in accordance with National Pollution Discharge Elimination System Permit Number RI40000418.

### 2.1.3. Geology

In the upland area, the first 2-4 feet of soil is generally composed of gray and brown fine-coarse sands; fine to coarse gravels with traces of silt; and some cobbles and boulders. Bedrock outcrops appear in the eastern portion of the site (particularly in the Air Force Farm) while depths to bedrock of 6-8 feet are more common near the railroad. The water table is above ground at the lagoon and at no more than 6-7 feet below grade elsewhere. Numerous springs have formed following the removal of paving and structures throughout the site.

The beach area can be generalized as having a brown fine-coarse sand with a trace of silt overlying fine-coarse gravel with occasional cobbles and boulders. Bedrock is at approximate depths of 5-10 feet below grade occasionally reaching 15-20 feet. Groundwater is at depths of 3-5 feet below grade throughout the beach area. The beach area was reportedly created prior to 1950 with hydraulic dredge spoils from the Sakonnet River.

## 2.2. History

During the life of the terminal, ownership and operation has passed through many organizations. The following is a short summation of the available operational history amassed to date. Historic data has been obtained from previous investigation reports (explained later) and through conversations with individuals familiar with the history of the terminal.

### 2.2.1. Operation

Construction of the terminal began in the 1920s by Sinclair Oil and Pacific Oil with the erection of ten riveted tanks. Organizations involved with ownership, operation and leasing of the terminal include the United States Federal Government, Sinclair Oil, Bay Oil, Texaco, Northeast Petroleum and Pacific Oil, among others.

The terminal was originally constructed with limited drainage and containment structures. In 1965 Northeast Petroleum implemented several spill prevention measures throughout the site, including extensive diking and runoff channels. The API Separator was installed in 1975. Subsequent to the sale of the Northeast Petroleum wholesale business to Cargill Inc. in 1986, many salvageable materials and equipment were removed and all terminal operations ceased. Northeast Petroleum was merged into the current owner, Charter International Oil Company in 1989.

### 2.2.2. Decommissioning

The first three phases of the terminal decommissioning project have been completed. Specifically, they are: Phase I, the removal of all product from all

storage tanks and piping; Phase II, the relocation of all reusable storage tanks; and Phase III, the demolition and removal of all remaining tanks, piping, buildings and other features. All existing structures at the facility, excluding the on site oil/water separator and retaining walls, were demolished during Phase III, which occurred from June to December, 1992. General topography (diking and drainage swales) remains as it was during active facility operation in order to preserve the flow of storm water through the API separator system.

### 2.3. Existing Investigation Information

Three investigations of various scope have been performed through the last seven years, each building upon the data from the previous site characterization. All previous investigations focused mainly on the areas subject to petroleum distribution (i.e., rack and loading areas), while the individual tank and dike areas were not extensively studied.

#### 2.3.1. Donald Reed

Initial field investigations were conducted by Mr. Donald Reed in December of 1985 with the installation of 16 monitoring wells and 33 soil borings. Photoionization detection equipment was utilized to determine the presence of volatile organic compounds in the soil. Groundwater and soil analysis results are not available for review from this investigation.

#### 2.3.2. Camp Dresser & McKee (CDM)

From February 18, 1986, to March 4, 1986, CDM supplemented the investigation of Mr. Reed through the use of test pits, soil borings and monitoring wells. Over 300 soil samples were collected and analyzed using an Hnu photoionization detector and an organic vapor analyzer with supplemental lab analysis for TPH, BTEX and heavy metals. Of the following ten areas studied by CDM, those six marked with an asterisk were identified as in need of remediation for petroleum hydrocarbons and BTEX:

* Pacific Rack
* Northeast Rack
* Railroad Rack
* Texaco Shore Tanks
* Shore Area
* Big Louie, the lagoon
Air Force Farm
Texaco Farm
Tank P-7
Tanks No. 2 + 4

Cross sections of the site were also developed to identify the flow of groundwater and the location of bedrock to further understand the present location and possible future migration of contaminants. Using the average depths and total areas, rough volumes were calculated to estimate the amount of soil to be remediated.

#### 2.3.3. CDM Bioremediation Feasibility Study

From June 25, 1986 to January 20, 1987, CDM conducted a study to determine the feasibility of remediation using biological treatment (bioremediation) on the contaminated beach soils. The main objectives were: to evaluate the potential success of the indigenous bacteria versus added cultured mutant bacteria at degrading petroleum hydrocarbons; and to judge the success of existing carbon sources and the need for additive nutrients in supporting microbial growth.

Four cells, twelve feet square each, were constructed. Three cells were spiked with carbon sources and nutrients (fertilizer) while one served as a control with no additives. The parameters for determining biological activity within the cells were: temperature deviation from ambient; pH; petroleum hydrocarbon and oil and grease content via IR; total Kjeldahl nitrogen; and total volatile solids.

Based on data that was primarily qualitative, CDM concluded that the indigenous bacteria would degrade petroleum hydrocarbons without added carbonaceous material, nutrients or supplemental microbes. The parameters and procedures used in this study offered very few quantitative results with regard to Total Petroleum Hydrocarbon levels (starting or ending), nutrient supplementation, and little information with respect to time requirements.

#### 2.3.4. GZA Groundwater Study

In 1990, Goldberg-Zoino & Associates, Inc. (GZA) conducted a groundwater study which included the installation of two wells in the vicinity of tank No. P-7. This investigation was conducted to determine the effect of a suspected dump area upon the groundwater quality. The parameters tested in this investigation included pH, conductivity, VOC's, PHC-Fingerprint, and TPH. From the data obtained, GZA concluded that groundwater quality was not affected by the suspected dump site.

#### 2.3.5. GZA Lead Study

In 1992, GZA performed a study to determine the extent of lead concentrations in soil above the clean up criteria stated in the Consent Agreement. GZA collected 64 additional soil samples from questionable areas (i.e., drains, valve locations, etc.) to be tested for lead. Several surficial samples (0 - 6 inches) were found to be above the 250 ppm criteria while only one sample at depth contained elevated concentrations of lead. The conclusions from this study suggested that the proposed bioremediation would have little if any affect on the lead in the soils at the site.

### 2.4. GZA Work Plan

Using all of the previous investigations and data, GZA prepared a Remedial Work Plan in February, 1991 outlining a full scale bioremediation operation for submittal to RIDEM. The basic approach proposed the use of the Air Force Farm (A-Farm, referred to as Texaco A-Farm and Texaco Area in the Work Plan) as a "Centralized Treatment Area" to which all contaminated soils, from the upland area, would be

transported for remediation. The Shore Area soils were to be treated in place. The A-Farm was chosen for its adaptability into individual treatment cells, central location, and existing contamination. Cells would be adapted individually as the volume of contamination dictated.

The plan called for supplementing the soil with nutrients only as needed (bio-stimulation) and did not include the addition of microbes (bio-augmentation). Soils would be aerated via tilling and plowing bimonthly for an estimated project length of four to five years. This Plan was approved by RIDEM and specified in the Consent Agreement.

### 2.4.1. Shore Area

The Shore Area (a suspected former dump site) was identified by GZA as the largest single area requiring remediation, with an estimated area of 270,000 square feet at depths up to 10 feet. Groundwater was found to be at a depth of three feet. Remediation of soils within the water table was not proposed for the reason that "the removal of contaminant sources from upgradient areas would result in dissipation of the deeper contamination" (from GZA *Remedial Work Plan (Revision 2)*, February, 1991).

A discrepancy is noted here between depth of contamination (ten feet) and depth of remediation (three feet). GZA used the former number in determining the volume of soils to be remediated and the later depth of three feet as the vertical limit of remediation when defining the scope of work in the February, 1991 Work Plan. Soil volume calculations performed by IES appear in Section 4.1.1. *Remedial Areas: Beach Area.* Due to the inaccessibility and size of this area, GZA proposed to treat the beach soils in place using bio-stimulation.

### 2.4.2. Big Louie

The on-site lagoon, "Big Louie", located immediately west of tanks P-1, P-2 and P-3, contains several feet of water and approximately six feet of petroleum hydrocarbon contaminated soils and sediment. The maximum TPH concentration found within this layer of muck was approximately 3200 ppm. The GZA work plan proposed to drain the lagoon, then excavate, dry and treat the approximately 3400 cubic yards of contaminated soils in the centralized treatment area.

### 2.4.3. Upland Areas

Soils in all remaining areas identified in the previous investigations (i.e., GZA, CDM and Mr. Reed) as well as those contaminated soils discovered during site demolition, were to be transported and treated in the centralized treatment areas. The soils scheduled by GZA for transport and treatment in the A-Farm biobeds include: three rack areas, Pacific, Northeast and Railroad; Big Louie; the Texaco Shore Area; and uncharacterized areas discovered during decommissioning.

## 2.5. Permitting

### 2.5.1. Coastal Resources Management Council

The Rhode Island Coastal Resources Management Council (CRMC), a division of the Department of Environmental Management, has jurisdiction over all construction within 200 feet of a Rhode Island waterway and consequently this remedial project. The CRMC has received and approved formal plans and specifications for the Shore Area remediation contingent upon a Water Quality Certification from the RIDEM Division of Water Resources.

### 2.5.2. Wetlands Permits

Several wetland areas have developed throughout the site as a result of inactivity. IES representatives have applied for permits from the Army Corps of Engineers and the RIDEM Division of Wetlands. The scope of work involved for the two permits includes: delineation of the wetlands boundaries; representation of wetlands on a topographic site map; identification of wetlands vegetation; and identification of soil strata composition.

### 2.5.3. Rhode Island Pollutant Discharge Elimination System (RIPDES)

All stormwater is discharged through the on-site API oil/water separator and monitored under Permit No. RI000418 of the RIPDES program. Application for renewal of the existing permit is presently under review by the RIDEM Division of Water Resources.

# 3. PRE-REMEDIAL INVESTIGATION

From October through December, 1992, upon completion of the demolition of the terminal, IES performed an extensive soils investigation to better define the location, volume, and nature of petroleum contaminated soils exceeding site specific clean-up criteria. IES analyzed all former tank locations, diked areas, the Shore Area, and the rack areas. A total of 680 soil samples were collected from 267 borings and 17 test pits throughout the site. The data obtained during this investigation was used to locate and quantify areas and volumes of soils in need of remediation.

## 3.1. Methodology

Various soil samples were analyzed for the presence of the three parameters outlined in the Consent Agreement ⁽ⁱTEX, TPH and total lead). TPH analysis was performed in an on-site laboratory ar ⁱTEX and total lead analysis were performed off-site by an independent state certified laboratory. TPH was analyzed via modified EPA method 418.1 utilizing a field Infrared Petroleum Hydrocarbon Analyzer made by General Analysis Corporation of South Norwalk, Connecticut. The TPH Analyzer was calibrated to accurately detect levels from 10 to 10,000 mg/kg. BTEX and total lead analyses were performed by a qualified independent laboratory in accordance with EPA methods 8020 and 7420, respectively.

Samples were collected using a hand-held power auger to advance the hole and decontaminated split spoons to obtain soil samples. Pre-cleaned sampling containers adequate and appropriate for each analysis were used.

## 3.2. Focus

The field investigation performed by IES was designed to further define the boundaries and parameters of the contaminated areas at the site. Sampling focused on the following areas: those designated for remediation in the GZA Workplan; those identified by GZA as "other characterized and uncharacterized areas"; and other notable areas discovered by IES field representatives during site decommissioning. The IES study also verified and supplemented data collected by CDM, GZA and Mr. Reed in the rack, shore and tank areas.

## 3.3. Results

*The Pre-Remedial Soil Characterization Report* previously submitted to RIDEM presents the findings of the investigation. Appendix B contains a summary table for the results of the IES investigation. Section 4. *Remedial Areas* gives a brief accounting of each individual area studied in the IES investigation and the previous investigations.

## 3.4. Additional Investigation

In response RIDEM questions pertaining to several areas regarded as deficient in the original sampling round, IES has recently undertaken additional sampling as outlined in the following sections. The sampling plan for these areas has been presented to RIDEM as an addendum to the Work Plan. A final site characterization report

accounting for any additional findings shall be also submitted. Any additional volumes of soils discovered during sampling will only increase the scope of work to be performed and not the proposed methodology presented herein.

#### 3.4.1. Shore Area

Original sampling in the Shore Area was taken to a maximum depth of three feet (i.e. the water table). Additional borings in the area designated for in-situ bioremediation will be taken to bedrock to further characterize the depth of the contamination plume. Previously unsampled areas to be characterized include: the vegetated area west of sample number SHOR-14 and south of sample number SHOR-8; the former separator outfall west of sample number SHOR-3; and samples to bedrock in the Texaco Shore Area.

#### 3.4.2. Underground Storage Tanks

The soils surrounding former underground storage tank locations will be investigated separately where no excavation is planned. Upon excavation at former tank locations, the excavation depth will be at a minimum to the bottom of the tank grave to ensure characterization and/or bioremediation of soils adjacent to former USTs.

#### 3.4.3. Tank Dikes

To determine whether the tank dikes are mainly composed of contaminated or clean soils, sampling at 150 foot intervals will be performed. This will dictate whether the dikes will add significant amounts of soils to the bioremediation process or whether contamination will occur at most in isolated locations.

Excavation of contaminated soils in close proximity to the dikes will account for 75% of the dike walls and enable discrete samples in those areas as needed. In this manner any localized contamination will be found and added to the excavation and bioremediation process.

### 3.5. Lead Soils

The remedial criteria for permissible concentrations of lead in soils established in the Consent Agreement is 250 mg/kg qualified with the statement "Or consistent with levels established by the Rhode Island Department of Health or the Hazardous Materials Section of DEM." In response to this statement IES representatives initiated contact with the Rhode Island Department of Health. Discussions with the Chief of the Rhode Island Department of Health, Office of Environmental Health Risk Assessment have prompted IES to reevaluate the need for the abatement of lead in soils. The Department of Health recognizes concentrations in soils between 150 mg/kg and 500 mg/kg as consistent with those typically found in residential areas. Remedial approaches recommended by the Department of Health for the treatment of surficial lead contamination include tilling to reduce the potential for human contact with lead.

Of the 209 samples collected for lead analysis, the 5 samples with concentrations

greater than 250 mg/kg are shown below with the corresponding TPH concentration.

| SAMPLE ID | LOCATION | LEAD (mg/kg) | TPH (mg/kg) |
|---|---|---|---|
| AFA1-4-1 | Air Force Tank 1 | 553 | 2035 |
| AFA1-3-1 | Air Force Tank 1 | 404 | 129 |
| NESW-1-2 | Northeast Swale | 396 | 8160 |
| TK10-1-2 | Northeast Tank 10 | 340 | 31 |
| AFA4-3-1 | Air Force Tank 4 | 294 | 204 |

**Table 1. Lead Sample Results**

As the table indicates, all soil samples except one with total lead concentrations above 250 mg/kg had a TPH concentration above 50 mg/kg. Therefore, IES proposes no additional treatment of soils for the abatement of lead for the following reasons:

1) Only one soil sample of the 209 samples collected contained lead concentrations greater than the Department of Health accepted concentration for residential areas of 500 mg/kg.

2) All areas but one (Northeast Tank 10, TPH 31) determined to have lead concentrations greater than 250 mg/kg will be incorporated into bioremediation process (i.e. TPH>50). All soils to be bioremediated will be tilled; tilling is considered an acceptable method for treatment of high lead concentrations in soils.

## 4. REMEDIAL AREAS

Appendix G: Figure 1 shows the estimated limits of soils determined to be above clean up criteria for petroleum hydrocarbons and BTEX. Sample results for each individual area are outlined below. The following table illustrates the original estimates of soil contamination for all areas and the revised estimates calculated by IES. Water table and bedrock depths are estimates derived from the soil borings performed by CDM and the data obtained by IES in the *Pre-Remedial Soils Investigation.*

| AREA | ORIGINAL VOLUME (CY) | IES ESTIMATE AREA (SF) | IES ESTIMATE VOLUME (CY) | WATER TABLE (FT) | BEDROCK (FT) |
|---|---|---|---|---|---|
| SHORE AREA | 100,000 | 75,500 | 8,390 | 0-3 | 4-6 |
| TEXACO SHORE AREA | 8,900 | 44,350 | 10,139 | 5-11 | 10-17 |
| PACIFIC RACK | 11,000 | 55,749 | 7,353 | 3-5 | 4-7 |
| NORTHEAST RACK | 50,000 | 55,866 | 12,449 | 3-5 | 2-10 |
| RAIL ROAD RACK | - | 66,567 | 11,894 | 3-5 | 6-9 |
| PACIFIC FARM | - | 153,891 | 20,665 | 0-5 | 2-7 |
| NORTHEAST FARM | - | 118,438 | 21,998 | 2-5 | 3-10 |
| AIR FORCE FARM | - | 27,194 | 26,726 | 3-5 | 0-9 |
| TEXACO FARM + RACK | - | 20,437 | 1,508 | - | 3-7 |
| RAILROAD ROW | - | 10,000 | 1,574 | - | - |
| BIG LOUIE LAGOON | 3,400 | 15,000 | 3,400 | 0 | 6-11 |

**Table 2. Remedial Soil Volumes**

### 4.1. Shore Area

The original work plan addressed the Texaco Shore Area as part of the centralized treatment process, however due to inaccessibility and size IES proposes to remediate the Texaco Shore and the Beach Area utilizing in place or in-situ techniques.

#### 4.1.1. Beach Area

Estimates from CDM and GZA labeled the beach area as the single largest area of concern with contamination estimated at 270,000 square feet extending to a depth of 10 feet (100,000 cubic yards). GZA proposed not to treat soils within the water table (below 3 feet), reducing the actual quantity of soils to be remediated to 30,000 cubic yards. IES concurs with the approved methodology for the treatment of only source contamination in the Shore Area, that is, soils to a depth of 3 feet.

To account for the 270,000 square feet of contamination that GZA had noted, over

50% of the entire beach area would be included. IES found that only two samples north of the Pacific pier contained TPH concentrations above 50 ppm. These two points are believed to be isolated contamination areas that may be attributed to specific equipment, namely, the former separator outfall at the north end of the beach (sample No. SHOR-3), and an area underneath the pier pipeline (sample No. SHOR-8).

From data obtained in the Pre-Remedial Investigation, IES estimates the area to be treated on the beach is approximately 75,500 square feet, which translates to 8,390 cubic yards at a depth of at 3 feet.

#### 4.1.2. Texaco Shore

The Texaco Shore Area contamination was originally calculated to be 20,000 square feet at an average depth of 12 feet, totaling 8,900 cubic yards located between the two existing tanks. Upon investigation of the former tank locations the revised area is now calculated at 48,750 square feet to an estimated depth of 7 feet, which totals approximately 10,787 cubic yards.

### 4.2. Upland Areas

As indicated earlier, all previous investigations were focused on the rack areas and substantially ignored potential contamination within tank dikes. The Pre-Remedial Investigation performed by IES has supplemented that information and added the individual tank locations as sources of concern. Graphical representation of the contaminated areas appears on Excavation and Erosion Control Plan in Appendix G: Figure 1.

#### 4.2.1. Loading Rack Areas

The loading racks were areas where the transfer and distribution of petroleum products took place. In general, products were brought to the terminal via tanker or rail car and transferred to the tanks for storage. Trucks were then loaded at the individual racks through overhead piping, creating an area susceptible to spills. Aside from the Shore Area and Big Louie, these areas were the only areas where detailed sampling was performed and soil volumes calculated.

##### 4.2.1.1. Pacific Rack

The 1½ acre Pacific Rack contained several office and shop buildings associated with administration and maintenance of the terminal. The area was approximately 75% paved. Following removal of all paving and structures, analysis showed heavy soil contamination in areas of product distribution and the former underground storage tank locations with levels above 10,000 mg/kg TPH. TPH levels above 50 mg/kg are present throughout the entire ·ed area and extend north into the nearest diked area (tank No. P-6). ·ntaminated soils ranged from the surface to a depth of 6 feet below grade. o soil samples tested for lead contained concentrations above 250 mg/kg. One sample analyzed for BTEX in the loading rack area contained soils with a Xylene concentration of 1.7 mg/kg.

Previous sampling indicated the Pacific Rack to contain 11,000 cubic yards of soil that exceeded TPH or BTEX cleanup standards. IES estimates this quantity at 7,400 cubic yards.

#### 4.2.1.2. Northeast Rack and Swale

The Northeast Rack was the last operational part of the terminal with one administration building and an overhead product loading rack. The one acre paved area drained to a primary oil/water separator tank. Discharge from the separator tank flowed overland, via the Northeast Swale, to tank dike No. 9. The soils surrounding the rack structure, separator area and the drainage swale were found to contain TPH and BTEX concentrations above clean up criteria. Elevated TPH and BTEX concentrations were found at depths up to 9 feet. One sample from the Northeast Swale was found to contain lead concentrations greater than 250 mg/kg while no elevated lead concentrations were found in soils analyzed in the Northeast Rack area.

Previous sampling indicated 50,000 cubic yards of soil in need of remediation for TPH and BTEX. IES estimates 12,449 cubic yards of soil with TPH or BTEX concentrations above clean up criteria.

#### 4.2.1.3. Railroad Rack

The 1¼ acre Railroad Rack and siding were equipped with an elevated concrete rack designed to distribute products from the Air Force Farm to rail cars. This area also contained three support buildings. Gasoline distribution was common at this rack with access to two of the three gasoline tanks at the site. The IES soil survey characterized this area as laden with BTEX and petroleum hydrocarbons extending into the adjacent railroad right of way to depths of 5 feet below grade. IES estimates 11,894 cubic yards of soil in this area are to be slated for remediation.

### 4.2.2. Tank Farms

The facility is divided into individual "tank farm" areas named for their major operator. Each tank is located within a diked area constructed to control stormwater runoff and direct all flow to the API Separator system.

#### 4.2.2.1. Northeast Farm

The Northeast Farm contained seven of the ten original tanks built at the site, namely, tank Nos. 1, 2, 3, 4, 8, 9 and 10. Stormwater runoff is channeled from the rack area through a primary oil/water separator, overland via the Northeast Swale and into tank dike No. 9. Consequently, this swale and dike were found to contain high concentrations of TPH.

Tank dike No. 4 was also found to be highly contaminated with petroleum hydrocarbons. This is thought to be the result of pumping overflow from the settlement basin directly into dike No. 4. The only other area with significantly elevated TPH concentrations is tank dike No. 8, which is

suspected to be an area were tank bottoms were dumped. Other areas show isolated TPH contamination and one Lead and two BTEX samples were above criteria levels but not associated with a specific source.

#### 4.2.2.2. Pacific Farm

The Pacific Farm is the northern most third of the terminal and housed seven tanks and a settlement basin named Big Louie. There were also two primary oil/water separators, one within the settlement basin and another inside the P-4/P-5 diked area. High petroleum hydrocarbon concentrations were found throughout the Pacific Farm due to the overland flow of stormwater carrying product. All samples collected by IES were found to be below cleanup criteria for Lead and BTEX. TPH levels were generally below 5,000 mg/kg with higher concentrations in the P-7 tank dike soils corresponding with a tank bottom dump site. The separator system formerly contained within areas P-4 and P-5 discharged directly into the Sakonnet River under the NPDES program. The soil in the vicinity of the discharge was found to be above cleanup levels.

Former investigations in this area did not address soils outside of the settlement basin. The total volume of soils to be remediated in this area as estimated by IES is 20,665 cubic yards.

#### 4.2.2.3. Air Force Farm

The nine Air Force tanks were the most modern and largest tanks at the facility occupying the southern most third of the main parcel. CDM has indicated that this area was constructed in the 1950's for use in the Korean Conflict. The Air Force Farm was serviced through the Railroad Rack and siding. Each diked area was found to contain contaminated soil consistent with tank bottom dumping and surface water migration. Tanks A-1 and A-4 were former gasoline storage tanks where soil samples showed total lead concentrations of 294, 404 and 553 mg/kg. One BTEX sample in the A-1 dike indicated toluene at 0.8 mg/kg.

Individual tank dikes were not studied previous to the IES investigation. IES estimates the total volume of soils above clean up criteria to be 26,726 cubic yards.

#### 4.2.2.4. Texaco Farm

The Texaco Farm, located on a separate 8± acre parcel, housed six small tanks and an overhead distribution rack. This area was found to have relatively little contamination. The rack area had light soil surface staining of 1,000 to 2,000 ppm TPH to a depth of 1 to 3 feet and the tank area showed soils with isolated levels below 500 ppm TPH.

### 4.2.3. Big Louie

Big Louie, an approximately 15,000 square foot settlement basin, was constructed

to separate product from runoff prior to sending water through the API separator. Tank dike P-6 drained surface water over the Pacific Swale into the P-1, P-2 and P-3 area, eventually flowing into Big Louie. There is a 3 foot layer of petroleum contaminated muck at the bottom of the lagoon. The quantity of material to be excavated, as estimated by GZA, is approximately 3,400 cubic yards. Three lead samples taken within the layer of muck were found to be within State guidelines.

#### 4.2.4. Railroad Right Of Way

The railroad right of way that bisects the property was found to have two areas with elevated BTEX levels direetly west of tank dike A-9. The total amount of soil to be excavated is about 4,000 cubic yards.

# 5. REMEDIAL OPERATIONS

## 5.1. Bioremediation Overview

Bioremediation is performed by bacteria within the soils, either indigenous or supplemental. Various conditions must be met to ensure successful land treatment of organic matter. To ensure the optimal environment for microbial populations to proliferate and effectively breakdown hydrocarbons, the following basic conditions must be met.

### 5.1.1. Bacterial Culture

For Bio-augmentation, a number of naturally occurring microbial species are combined into a synergistic formulation for oxidization of hydrocarbons to accomplish specific remedial goals. Cultural formulations are acclimated to specific hydrocarbon wastes since stock cultures are carried in the lab on various petroleum hydrocarbon containing media. Resultant cultures have enzyme systems immediately receptive to degradation of a given waste.

Supplemental cultures that may be added to soils will not be genetically engineered nor pathogenic in nature. They contain no known, or suspected, human or animal carcinogens, and no chemical agents listed in 40CFR-268 Land Disposal Restrictions.

### 5.1.2. Oxygen

Oxygen, as an electron acceptor, is required for hydrocarbon metabolism. Thus, the presence of oxygen is one of the most crucial factors affecting the rate of reaction in the common aerobic process. In soil, bioremediation efficacy depends on the total amount of air-filled pore spaces. For bacteria that require abundant amounts of oxygen and are used for in-situ or groundwater applications, supplemental oxygen must be made available. Several means may be employed to supply oxygen to the bacteria, including tilling for soils, forced air or the addition of oxygen carriers, such as aerated water or hydrogen peroxide.

### 5.1.3. Water

Bacteria rely on water as a medium to exchange compounds through the cell wall. Water also dissolves nutrients and solubilizes organic constituents that so they arc available to the microorganisms. If moisture content is to low (0% - 15%) osmotic forces may not be adequate for microbial assimilation; whereas if moisture content is to high (80% - 100%) dissolved oxygen is rapidly depleted. A moisture content of 15% - 35% saturation by weight is generally optimum for bioremediation depending on the particular soil type and additives involved.

### 5.1.4. Soil pH

Microbial populations and degradation rates are strongly affected by soil pH. A range of 6.0 to 8.5 is acceptable, while 7.0 to 7.5 is considered optimal. The overall rate at which bacteria metabolize hydrocarbons is generally higher under slightly alkaline conditions. Since pH is measured on a logarithmic scale, a

sudden swing of pH in either direction will result in a significant reduction in bacterial populations. For these reasons, pH will be closely monitored throughout the project.

#### 5.1.5. Nutrients

Bacteria utilize nutrients and trace metals as a food source in the degradation process. To ensure an atmosphere that promotes hydrocarbon degradation these elements must be present in ample supply.

#### 5.1.6. Salinity

Microbes may acclimate to saline conditions over a long period of time, as the indigenous bacteria in the Shore Area most assuredly have. A rapid increase in salinity would greatly reduce a microbial population that is not acclimated to saline conditions. Soil salinity will be monitored and adjusted to prevent any great fluctuations. Any microbes that will be added to the Shore Area will be adapted to saline conditions.

### 5.2. Pilot Studies

To obtain empirical data as to the probable success of the proposed bioremediation techniques, IES contracted four firms to perform field scale pilot studies (namely, Alpha Environmental Biosystems, Inc., Green Environmental, Inc., Northeast Site Remediation, and Terra Systems, Inc.). Pilot tests were conducted at the actual remediation site under naturally occurring conditions that influenced the test in ways similar to large scale efforts. The goals of the study were to quantify the rate of contaminant degradation and consumption of nutrients and to determine the overall suitability and effectiveness of each individual process for a large scale operation.

Initial soil parameters including TPH and nutrient concentrations were obtained to establish a baseline for comparison to later samples. Subsequent data was then plotted to establish a curve of contaminant degradation as a function of time.

IES and the subcontractors split soil samples and analyzed for TPH by EPA Method 418.1 every two weeks. Terra Systems, Inc. divided the pilot study into two separate tests to analyze two different nutrient packages, hence the two curves. One additional sample, to be used as the experiment control, was also taken from the original soil pile used for the individual pilot studies. Figure 1 shows a plot of the TPH reduction over time for the four bioremediation pilot studies and the control pile.




**Chart 1**
**Total Petroleum Hydrocarbons (mg/kg) vs. Time**

From the graph, it is evident that all of the processes will substantially degrade petroleum hydrocarbons. Subsequently the decision process involved more financial stability, and organizational factors than strictly scientific data. From this information, IES has decided to award the contract for the in-situ work and the land farming aspects separately.

Terra Systems, Inc., (Terra) of Wilmington, Delaware, will be contracted to provide technical support and oversight for the land farming operations. Terra maintains that stimulating the existing population of microbes will adequately reduce the hydrocarbon concentrations in the soils. Terra will control the inoculation procedure to ensure the proper application of all soil additives.

Green Environmental, Inc., (Green) of Quincy, Massachusetts, will be contracted to manage the in-situ operations throughout the site. Green proposes to employ bio-augmentation as the method for in-situ remediation at the site.

### 5.3. Treatment Cell Preparation

The land farming operation shall incorporate almost all of the diked areas as treatment cells or "biobeds". Appendix G: Figure 2 shows the Biobed Site Plan with all biobed

numbers and locations. Table 3 below lists the volumes and areas of each biobed.

| BED NO. | LOCATION | AREA SF | VOLUME CY |
|---|---|---|---|
| #01 | 'A" FARM | 157,490 | 17,499 |
| #02 | 'A" FARM | 157,490 | 17,499 |
| #03 | 'A" FARM | 131,250 | 14,583 |
| #04 | TANK NO 8 | 34,470 | 3,830 |
| #05 | TANK NO 9 | 37,850 | 4,206 |
| #06 | TANK P-1/P-2/P-3 | 42,510 | 4,723 |
| #07 | TANK NO 14/15 | 37,760 | 4,196 |
| #08 | TANK NO 10 | 48,900 | 5,433 |
| #09 | TANK P-4 & P-5 | 55,115 | 6,124 |
| #10 | TANK NO P-6 | 23,200 | 2,578 |
| #11 | TANK P-7 | 59,260 | 6,584 |
| #12 | SOUZA RD | 138,210 | 15,357 |
| **TOTAL** | | **923,505** | **102,612** |

**Table 3. Biobed Volume Schedule**

To adapt the diked areas for bioremediation, the following items must be addressed in this order:

### 5.3.1. Retaining Wall Demolition

The Air Force farm treatment area (Biobeds Nos. 1, 2 & 3) formerly contained concrete retaining walls separating the individual tank dikes. These walls have been removed to create three cell from the eight diked areas. Soils with indications of petroleum contamination, i.e. strong odor or dark color, have been segregated for analysis and/or incorporation into the treatment cell.

### 5.3.2. Contaminated Soil Removal

In order to establish a clean base for the bioremediation cells, the soils with elevated TPH concentrations must be removed from the cell and stockpiled. This operation will be conducted in the same manner as excavation of soils discussed later in Section 5.4.1. *Soil Excavation and Transportation.*

### 5.3.3. Raise Catch Basins

Each storm drain inlet within a treatment cell area, either a catch basin or valve, must be raised to the top of the biobed. The inlet structures will also be adapted with both a perforated pipe extending through the depth of the biobed, to allow

standing water to drain, and a top grate opening, to account for surface water. (Shown in Appendix G: Figure 5)

#### 5.3.4. Grading

The interior of each diked area must be graded to establish a base that can accommodate the placement of the material to be land farmed. Rough grading will establish a plane to allow soils to be placed at three foot depths and give the tiller an even workable surface. The beds shall be graded to a minimum slope of 2% towards the catch basins to allow drainage. The beds shall not be sloped greater than 3%, the maximum manageable slope for the tiller.

### 5.4. Transfer of Soils to Treatment Cells

#### 5.4.1. Soil Excavation and Transportation

Using standard construction and earth moving equipment (excavators, front-end loaders, dump trucks, etc.) soils determined to be above cleanup criteria for TPH and/or BTEX by the Pre-Remedial Investigation will be excavated and loaded onto trucks for transportation. Loaded trucks will carry soil to the nearest biobed and unload onto screens that will segregate rocks greater than 3 inches.

Soils that are to be transported to Biobed No. 12 in the separate parcel will be done so in a manner so as to minimize the spread of soils off site. All transportation across State roads will be performed in a continuous manner, that is, once the operation has begun, it will take precedence over all other scheduled items. Erosion control mats, as detailed in Appendix G: Figure 5, will be installed at the exits of both parcels. IES personnel equipped with two-way hand held radios will be stationed at each exit to ensure the timely transport of soils. All trucks leaving either site will do so through these designated areas and be inspected for any loose dirt and cleaned as necessary.

#### 5.4.2. Big Louie

Standing water in the lagoon will be drained into the API separator system using a floating intake line. The volume of drainage will be limited to the available capacity of the separator system. The mud layer on the bottom will be excavated and mixed with dry bioremediation soils to produce a homogeneous mixture with a moisture level within an acceptable range for bioremediation. Excavation walls will be tested for TPH in accordance with the guidelines indicated in Section 5.4.3. *Post Excavation Sampling*. Following confirmation that all contaminated soils have been removed, the lagoon will be filled with clean soils from the site to limit the accumulation of surface water.

#### 5.4.3. Post Excavation Sampling

Initial soil excavation will be advanced to predetermined depths estimated from the data obtained in the Pre-Remedial Investigation. IES personnel will continually monitor soil conditions through visual observations, odors and/or PID screening.

When it is believed the limits of contamination has been reached, excavation faces will then be tested at the rate of one sample for every 25 lineal feet of wall surface and one sample for every 2000 square feet of floor area. These samples will be analyzed on site using an infrared TPH field analyzer employed during the Pre-Remedial Investigation and described in Section 3.1. *Pre-Remedial Investigation: Methodology.* Ten percent of the confirmation sampling will be analyzed by a State certified independent laboratory for verification.

If soil samples show TPH concentrations above 50 mg/kg, more soil will be excavated until acceptable concentrations are reached using the sampling protocol outlined above.

#### 5.4.4. Interim Grading

The majority of soil to be excavated is located in areas designated as bioremediation beds. Therefore, grading of the area will be incorporated into the biobed preparation procedure. Those areas where excavation will occur without subsequent treatment cell construction, namely the Pacific, Northeast and Railroad Racks, will be excavated last so as to minimize the total exposure time for soils. As a precautionary erosion control measure, all excavations that are to be left as depressions for longer than one week will be graded as per the guidelines of Section 7.3.2. *Erosion Control: Grading.*

#### 5.4.5. Nutrient Application

Initial application of all soil additives will be performed either at the screening devices as soils are ejected, or in the beds on top of each one foot lift. Terra uses a granular form slow release nutrient package. Specifications and application rates are discussed in Section 6.3. *Water Quality: Nutrients.*

#### 5.4.6. Soil Spreading

Spreading of soils will be a simple earth moving operation. Soils ejected from the screens will be spread by bull dozers into 1 foot lifts. Soils will be spread to a maximum depth of 3 feet and will not be compacted to maintain the maximum pore space available within the soil.

### 5.5. Land Farming Operation

Once all biobeds have been constructed and the soils are in place, the actual remediation operation is the cyclic implementation of tilling and sampling with additional inoculation, if and when needed.

#### 5.5.1. Tilling

Tilling reconstitutes the soil with oxygen and homogenizes the biobed. Oxygen regeneration is crucial to the bioremediation process as described earlier while soil mixing eliminates the petroleum "hot spots" that would slow the degradation process within a localized area.

IES will utilize a tractor mounted horizontal auger designed by the Brown Bear Corporation of Corning, Iowa, to till the soils. The tractor to be used is the Brown

Bear® 500 Hydrostatic Tractor equipped with a 39 inch paddle auger. The Brown Bear® tractor is a soil tilling machine designed for agricultural use that turns and aerates the top 3 feet of soils. Tilling will be performed twice per month per bed or as frequent as possible during the growing season. Design specifications and product literature appear in Appendix C.

### 5.5.2. Nutrient Supplementation

Using the information gathered through soil testing, Terra will be able to assess the condition of soils within each biobed. From this data, they may formulate additive mixtures to be spread on soils that will reconstitute the soil matrix with those constituents found to be depleted. Reapplication of soil additives will be performed by an agricultural spreader attached to the tiller. This will guarantee a uniform spread of nutrients through the immediate tilling of inoculated soils.

The only other parameter that will be supplemented is moisture content. This will be accomplished through the use of irrigation piping or a water truck. By ensuring adequate amounts of all necessary parameters, the bioremediation process can proceed unhindered by poor conditions.

## 5.6. In-Situ Remediation

In response to the findings of the Pre-Remedial Investigation, the scope of work in the Shore Area has been significantly reduced. Original estimates placed the emphasis of work at the site in this area, whereas, IES data indicates minor operations in the Shore Area in relation to the upland area. However, the inaccessibility of the Shore Area dictates the use of in-situ or in place remediation as opposed to moving the contaminated soils to a centralized treatment area. The Shore Area, as defined by IES, includes all areas west of the railroad tracks.

### 5.6.1. Microbe Injection

Bacteria, nutrients, additives, and oxygen will be applied to the soils through either a series of piping galleries installed within the top one foot of soil or injection wells. These methods will allow additives to percolate through the vadose zone where hydrocarbons most likely exist and spread to the groundwater table. Depending on the soil conditions, final determination of vertical contamination limits, and the physical constraints pertaining to each in-situ operation, one or both of the injection methods may be used.

Additives will be prepared in liquid form in a batch mixing solution according to the current soil conditions. Oxygen will be transferred to the soils through either direct air injection through the wells or via the addition of aerated water. A schematic drawing of the proposed piping system is presented in Appendix F.

## 5.7. Railroad Right of Way

The railroad tracks directly west of tanks A-9 and A-6 were found to have volatile organic compound concentrations above the regulatory limit. Due to the limited access of this area, soils will be treated in-situ. Injection wells will be installed to transfer the soil additives and aerated water.

### 5.8. Interim Testing

To maximize microbial activity and proliferation, optimum soil conditions must be maintained. Periodic testing will determine the amount of soil additives needed at the time of each discrete sample round. In addition, hydrocarbon concentrations will be monitored to ascertain the rate of bio-degradation. Final testing to verify compliance with clean up criteria is explained in Section 8.1. *Confirmation Testing.*

#### 5.8.1. Treatment Cells

Soil testing will be performed by IES at a frequency determined by the bioremediation subcontractor at a minimum rate to produce statistically valid data (see Section 8.1. *Confirmation Testing: Grid Frequency).* Samples will be taken from various depths within the biobed stratum as well as below the actual biobed base (i.e., greater than 3 feet deep) to verify that soils below the biobed are not being contaminated.

Interim sampling will be performed according to the following schedule:

| | |
|---|---|
| Weekly: | |
| % Moisture | ASTM D-2216-80 |
| pH | EPA 150.1 |
| Monthly: | |
| Standard Plate Count | EPA 9215 |
| Total Hydrocarbon Utilizer Count | |
| Nitrogen, Ammonia-$NH_4$ | EPA 350.1 |
| Nitrogen, Nitrate-$NO_3$ | EPA 352.1 |
| Nitrogen, Nitrite-$NO_2$ | EPA 354.1 |
| Ortho Phosphorus | EPA 365.2 |
| Bi-Monthly: | |
| TPH-IR | Modified EPA 418.1 |
| GC Fingerprint | Modified EPA 8100 |

#### 5.8.2. Shore Area

Samples within the Shore Area will be taken at the surface and at 3-5 foot intervals. Borings will be advanced to depths equal to the limits of contamination as determined by the *Pre-Remedial Investigation: Addendum 1.*

Preliminary analytical testing to determine exact soil additive mixture will include:

| Analysis | Method No. |
|---|---|
| Standard Plate Count | EPA 9215 |
| Nitrogen, Ammonia-$NH_4$ | EPA 350.1 |
| Nitrogen, Nitrate-$NO_3$ | EPA 352.1 |
| Nitrogen, Nitrite-$NO_2$ | EPA 354.1 |
| Ortho Phosphorus | EPA 365.2 |
| pH | EPA 150.1 |
| TPH | 418.1 and/or Modified 8100 |
| Soil Particle Size | ASTM D-422-63 (1972) |
| % Moisture | ASTM D-2216-80 |

Interim testing will include monthly analysis of Standard Plate Count, pH, % moisture and TPH.

### 5.8.3. Sampling Methodology

IES will perform sample collection and analysis using the cquipment and methodology outlined in Section 3.1. *Pre-Remedial Investigation: Methodology.* Samples will be obtained through the use of a hand-held power auger and hand augering devices in conjunction with split spoon samplers. Pre-cleaned sampling containers which are adequate and appropriate for BTEX and TPH analysis will be filled directly from the sampling device in that order with soil representative of the sampling interval.

### 5.8.4. Analysis

During the bioremediation process, the long petroleum hydrocarbon chains are broken down into daughter products of the biodegredation process. These are trapped by a silica gel washing as part of the analysis preparation in EPA Method 418.1, but, due to the abundance of these daughter products, the silica gel may be overwhelmed and allow a significant number of non-petroleum based hydrocarbon compounds to pass. Thus, using EPA method 418.1 is a conservative estimate of the actual TPH level since some hydrocarbons that may have otherwise been trapped by the silica gel may register as TPH. One solution to this problem, which may be employed by IES, is to perform multiple silica gel washings during the preparation for analysis.

In addition to the field TPH-IR analyzer, IES may use a field GC-FID analysis or independent state certified laboratory to confirm TPH results. For final confirmation testing, as discussed in Section 8. *Final Confirmation Testing*, IES will use the more reliable GC-FID analysis.

# 6. WATER QUALITY

In an effort to maintain the quality of all site and local waters, IES has chosen the bioremediation subcontractors whose methods pose minimum impact to the site and surrounding environment. As previously mentioned, Terra Systems, Inc. will implement the land farming operation using bio-stimulation, that is, with no added bacteria. Green Environmental shall manage the in-situ process.

All substances to be added to the soil are outlined below along with pertinent application rates and possible environmental impact.

## 6.1. Bacterial Culture

Bacteria will be added in the in-situ process as part of the batch inoculation solution. Bacterial migration in regard to effluent water quality is not perceived as a potential problem as they adhere to individual soil particles making them less likely to be leached from the soil matrix. Any bacteria that does become mobile and flow through the water will survive only in areas that provide adequate living conditions. Part of these living conditions include petroleum hydrocarbons as a food source. Hence the only environment that will support microbial populations are those in which microbial populations are desired as a petroleum metabolizer.

## 6.2. pH Adjusters

The soil pH adjuster to be added is hydrated lime, $Ca(OH)_2$. The acceptable pH range for bioremediation activity is 6.0 to 8.5 while the optimum range is 7.0 to 7.5. These ranges are consistent with current effluent limits set forth in the Rhode Island Pollution Discharge Elimination System Permit currently held for the API oil/water separator discharge. The RIDEM Water Quality Regulations dictate the effluent pH shall be "As naturally occurs" which corresponds with the optimal pH range.

## 6.3. Nutrients

In addition to the issues mentioned here, discussion of nutrient transportation appears in Section 7. *Erosion Control.*

### 6.3.1. Terra Systems, Inc.

Terra utilizes a 3-4 month slow release fertilizer that is encapsulated in a linseed oil membrane. The major factor controlling the nutrient release rate is temperature. The higher the temperature, the faster the nutrients are released, and the more active the microbes become and the faster nutrients are metabolized. As the temperature drops, the nutrient release slows as well as the microbial metabolism. Furthermore, the linseed oil membrane is not water soluble and hence the nutrients are not leachable in water until the membrane breaks down. These characteristics will substantially reduce the potential for nutrient leachability.

The nutrient package to be used in the land farming operation is 28N-8P-0K with buffered pH of 6.5 - 7.0 and the following breakdown:

| Component | Weight % |
|---|---|
| Ammonia - N | 11.0 |
| Nitrate - N | 11.0 |
| Urea | 6.0 |
| Total Nitrogen (N) | 28.0 |
| Total Phosphorous (P) | 8.0 |
| Total Potassium (K) | 0.0 |

The application rate used for the pilot study was 25 pounds of nutrients per 20 X 15 X 1 foot plot to achieve a desired maximum soil nitrate concentration of 500 ppm.

#### 6.3.1.1. Leachability Study

In 1986, a leachability study was conducted by the nutrient manufacturer to prove the effectiveness of the controlled release nutrients in reducing nitrate-nitrogen losses. The experiment was performed using containerized plants, on gravel covered soil beds. An individual bed was created for each nutrient treatment. The beds were sloped to guide the leachate into individual collection buckets. The results of three treatments most pertaining to bioremediation practice are discussed here.

The first treatment was a liquid feed applied directly to the containerized plants. A 150 ppm nitrate-nitrogen liquid feed was used for each irrigation. The second treatment was the controlled release nutrient package to be used at the site. The third treatment was a clear water irrigation used for eontrol. Leachate was collected on five separate sampling dates, over a four month period. The following results were obtained.

| | Nitrate Concentration (ppm) | | |
|---|---|---|---|
| **Test Procedure** | **Minimum** | **Maximum** | **Average** |
| Liquid Feed | 63.80 | 145.55 | 109.80 |
| Controlled Release | 8.43 | 33.70 | 15.82 |
| Control | 0.00 | 2.67 | 0.92 |

The data from the study was analyzed for statistical significance using Duncan's Multiple Range Test at the 1% confidence level. The average nitrate concentration for the control and controlled release tests were found to be not significantly different.

It is evident from the data obtained from this study and the intrinsie design of the nutrient package that nitrate leaching will have minimal impact on surrounding water bodies. In addition, particulate controls as outlined in Section 7. *Erosion Control* will further aid in the prevention of off site nutrient migration.

### 6.3.2. Green Environmental, Inc.

Green uses a standard agricultural fertilizer mixture with the following weight proportions.

| Component | Weight % |
|---|---|
| Total Nitrogen (N) | 35.0 |
| Total Phosphorous (P) | 9.0 |
| Total Potassium (K) | 3.0 |

Application is at the rate of 200 lb./acre/foot depth to achieve a desired soil nitrate concentration range of 20 - 250 ppm and phosphorous concentration range of 10 - 200 ppm.

## 6.4. Soil Amendments

Soil amendments increase the organic content of soils and add trace minerals necessary for the metabolic process. Amendments are composed of soluble, complex organic molecules that are formed by the breakdown of organic matter. These amendments tremendously increase the efficiency of fertilizers, inhibit nutrient ions from leaching, and buffer against excessive nutrient concentrations in the reaction medium. These colloids have cation exchange capacities, and may be expected to reduce the fixation of nutrient ions by soil colloids. They also mobilize the phosphate anion because of equal competition for anion exchange sites on clays.

The soil conditioner used by Green has the following properties:

| Component | Weight % |
|---|---|
| Humic Acid | 80.00 |
| Calcium | 2.70 |
| Magnesium | 0.55 |
| Iron | 0.45 |

Terra uses no soil conditioner.

## 6.5. Bio-Enhancers

Proprietary bio-enhancers are often employed as a wetting agent thus enabling greater microbial access for hydrocarbon degradation. Green uses an anionic surfactant as a "Bio-enhancer" with proprietary formulation. A Material Safety Data Sheet for this compound is provided in Appendix E. Terra uses no soil enhancers.

# 7. EROSION CONTROL

The following Erosion Control Plan has been developed to set forth general guidelines and specific measures to be implemented in an effort to abate pollution discharges from the site during excavation and bioremediation activities and as a final measure when all work is complete. Specific and general erosion control techniques are outlined here for particular applications and guidelines to follow throughout and beyond the life of the project.

This plan utilizes site conditions to aid in sediment control and incorporates many erosion control techniques in series to provide redundant measures that will minimize the effect of remedial activities upon the adjoining water bodies. The Erosion Control Site Map, Appendix G: Figure 1, graphical lisplays the location of specific measures described herei

## 7.1. Site Characteristics

Certain site specific characteristics must be addressed in the develop it of an effective Erosion Control Plan. This site has several attributes that may be au ...ted to serve as effective steps in the control of erosion. The following site cha .ristics are addressed individually to achieve maximum erosion control.

### 7.1.1. Topography

The site was originally constructed in a manner to minimize the flow of petroleum products downgradient with the installation of dikes and drainage swales. This sa..e construction is ideal for erosion control using the same intent of stormwater control.

Site topography will be utilized to manage stormwater flow and dictate where sp..cific control devices will be located relative to the disturbed area (i.e., di ..rsion berms upgradient and swales ilt fence and hay bales down gradient). . general layout of the site separate . Shore Area from the upland portion to the east. The existing railroad tracks . located upon an embankment that serves as a barrier at the foot of the slope hydraulically separating the Shore Area from the remainder of the site. The existing gravel and earthen berms, that functioned as emergency spill dikes for the terminal, have been left in place to reduce sediment migration in the upland area.

This existing control of runoff will be of great benefit in preventing the release of sediments by creating several redundant erosion control devices. The containment of stormwater within a diked area creates a settlement basin that aids in the settlement of fines out of standing water. Release of water can easily be controlled by the use of existing valves and catch basins. Valves may be closed to allow add...onal settlement time if water is found to contain suspended solids, or opened noff water is relatively clear.

#### 7.1.. . Diking And Drainage Swales

Surface water movement in the Upland area is limited by diked areas where it

may settle and enter the separator system through a drain or catch basin and piping system. The integrity of the diking system is to be maintained throughout the project. Each dike wall will be analyzed for petroleum hydrocarbons to assess the need for excavation and bioremediation treatment. If it is determined that part of the wall must be excavated to remove contaminated soils, the integrity of the wall as a whole shall be preserved so as not to allow water to flow unchecked. All access paths cut into dikes shall be done so on the upgradient side so as to maintain the function of the berm.

#### 7.1.1.2. Railroad Berm

In addition to diked containment areas, the railroad embankment will serve as a final barrier to prevent water from flowing directly into the river or onto the beach area. Silt fencing and/or hay bales will be installed at key locations, as determined in the field, where overland flow is greatest or where the possibility of breaching the embankment is high. Runoff will be diverted from areas that may no longer serve as a barrier and efforts will be made to ensure the effectiveness of the remainder of the embankment if disturbed.

### 7.1.2. Weather Conditions

The proximity of the site to the Sakonnet River suggests that there may be tidal influences and heavy winds that could significantly increase erosion at the site. The barrier designed for the Shore Area will limit the effect of tidal erosion while wind erosion will have little affect upon the area since the bioremediation operation maintains considerable moisture in the soil. The bioremediation cells themselves will be kept at a specified moisture content to provide ample oxygen to the microbes. All on-site excavations will most likely be saturated with groundwater and surface runoff.

### 7.1.3. Exposure Time and Area

The schedule for excavation and treatment of soils is crucial in limiting the exposure time and area of bare soil. Although the exposure area of soils may not be limited and bacterial degradation is inherently a time consuming process, the exposure time of soils may be limited using the techniques indicated in Section 7.3. *Erosion Control Measures.*

The schedule (shown in Appendix D) has been developed to limit the exposure times of all areas as much as possible. The Rack areas are the only areas to be excavated that are not to be used as bioremediation beds and are therefore scheduled last to limit their exposure time. Upon completion of excavation, all applicable erosion control measures shall be implemented as soon as practically possible.

### 7.1.4. Soil Types

The Upland area overburden soil is mostly undifferentiated glacial till with large erratics of various lithologies throughout. Glacial till is generally categorized as a well graded (many sizes) soil with particles ranging from silts (#100 to #200 sieve

size) to large boulders. The Shore Area is composed mainly of poorly graded sandy soil with particle sizes ranging from fine to coarse (#4 to #100 sieve sizes). Typical erosion control fencing and hay bales will effectively retain particles down to a #100 sieve size and form a dam of silt that further obstructs sediment passage. Fencing specifications for this project shall include an apparent opening size consistent with these soil conditions.

#### 7.1.5. Vegetative Cover

Vegetation acts as a natural sedimentation barrier, slowing the flow of water and trapping sediments. The existing vegetation outside of excavation areas will be maintained to aid in erosion control. Most areas outside of the developed dikes and racks are topped with dense vegetation or extensive ground cover. All dikes are either of earth construction protected by grass and light vegetation or made of gravel that will reduce the potential for erosion. Seeding of all disturbed upland areas will be performed to establish a stand of grass as soon as final grading of the area is complete.

### 7.2. Pollutants

The major pollutants of concern regarding the excavation and bioremediation process proposed here are sediments, petroleum products and nutrients.

#### 7.2.1. Sediments

The migration of sediment and silt is the most common erosion problem associated with construction and excavation projects. Exposing soil to rain and surface water allows fine particles to become suspended in runoff and flow downgradient. The erosion control measures to be implemented at the site are designed to retain sediment and silt while allowing water to pass.

#### 7.2.2. Petroleum Products

Machinery used to grade and till the soil utilizes various petroleum products including fuels and hydraulic oils. These products will not only pollute the area water but decrease the effectiveness of the bioremediation process by adding petroleum hydrocarbons. To ensure that additional petroleum hydrocarbons are neither added to the bioremediation process nor allowed to pollute surface waters, the machinery will be maintained in good operating condition and handled in a manner that will minimize petroleum emissions.

Stormwater contact with petroleum hydrocarbons within the soils is not foreseen as a possible means for migration as any hydrocarbons that remain in the soil have become part of the soil matrix and are subsequently tightly bound to the soil individual particles. Contact with water will not likely break the bond between soil and hydrocarbons as petroleum hydrocarbons are not soluble in water and therefore erosion control efforts will be focused on trapping soil particles (thus trapping petroleum hydrocarbons in the process).

### 7.2.3. Nutrients

Nutrients, in the form of common fertilizers, are added to the bioremediation process to accelerate degradation. The application of nutrients will be performed as determined by soil testing when the available nitrate level drops below an established minimum. While the Rhode Island Department of Water Resources does not specifically limit nitrate concentrations in effluent, limits of 10 mg/kg are common in other states. This concentration of nitrate in water will be used as a guideline in determining the amount of nutrients to be added to the soils. Proper application and appropriate erosion control measures will be implemented to prevent the discharge of runoff containing excessive concentrations of nutrients.

Settlement basins provide the most effective means in controlling nutrient transport. Several erosion control techniques to be used at the site will employ this concept, namely the existing diking system, installation of diversion ditches, and the API Separator system.

## 7.3. Erosion Control Measures

As described earlier, several redundant measures will be installed to achieve maximum erosion control at the site. An example of this redundant system follows.

Step 1 Runoff may flow through one or more diversion ditches or swales which may include erosion control fencing and/or settlement pools.

Step 2 Runoff will eventually flow into a diked area where hay bales surrounding all outlet structures within the existing dikes creating small settlement basins allowing suspended solids to precipitate from runoff water.

Step 3 Runoff flows through hay bales which screen the water for suspended particles.

Step 4 Runoff flow to the API separator system which serves as a final measure by creating a detention basin prior to release of flow into the Sakonnet River.

These individual control devices shall be implemented where shown on the Excavation and Erosion Control Plan (Appendix G: Figure 1) and as deemed necessary during excavation, earth moving and bioremediation activities.

### 7.3.1. Separator System Adaptation

As noted earlier, all surface runoff in the upland area is diverted through the API Separator system, originally designed to control petroleum product migration into the Sakonnet River. Consequently, the management and monitoring of other pollutants associated with bioremediation is made significantly easier.

Testing of the separator system effluent is performed periodically for NPDES permit reporting and may be expanded to include the pollutants in question here. Monitoring the effluent is the most accurate gauge in determining the integrity of the erosion control plan as a whole. If pollutant concentrations are found to be above background, further testing or inspection of specific areas will narrow the

problem down to the source, where maintenance may be performed as necessary.

To control sediments entering the system, individual inlet structures will be modified and protected from direct stormwater intake. Each catch basin in the bioremediation cells will be raised to grade level and encircled with hay bales prior to placement of contaminated soils. Standing water in the biobeds will be drained through a top grate and perforated pipe covered with filter fabric below grade. A typical design detail is shown in Appendix G: Figure 5. Draining standing water is crucial to the bioremediation process as it prevents anaerobic conditions associated with stagnant water. This design will also facilitate the management of stormwater by diverting runoff to one location.

### 7.3.2. Grading

Grading can be used to control the flow direction and velocity of runoff waters and thereby dissipate energy. The use of strategically placed swales and diversion berms can assist in directing runoff waters to controlled locations where erosion control devices can be placed to control siltation. Grading shall include the installation of drainage ditches and swales on the downhill side of disturbances and construction of berms on the uphill side of sensitive areas.

All excavations that are neither within a diked area nor to be used as bioremediation beds shall be sloped to direct runoff to drainage swales where siltation barriers shall be installed. A typical drawing is presented in Appendix G: Figure 5.

### 7.3.3. Siltation Barriers

The final temporary defense against the release of sediments is the use of siltation barriers which trap sediments prior to releasing site runoff to down gradient waters. Siltation barriers provide the necessary protection by reducing velocity upgradient and thus allowing the settlement of suspended solids, and also by filtering waters as they pass through the barrier. Silt fencing, filter fabric and hay bales shall be the primary control devices used to precipitate sediments out of runoff. These devices will be installed at the low points of the site and specific points where swales and berms route runoff waters. Characteristics of each device allow its use in certain circumstances, while field conditions may dictate which specific item will be used in a particular location.

Silt fencing will be installed where shown on the site plan or deemed necessary by the site supervisor. Hay bales may be installed in place of or in conjunction with silt fencing along drainage ditches and around catch basins.

### 7.3.4. Vegetation

Establishing a dense stand of vegetation is a long term solution and the most effective method of erosion control. Upon completion of all activities in any one area, grass cover shall be established with fast growing grass species specified in Section 7.6.3. *Specifications: Seeding.*

#### 7.3.5. Spoil Pile Placement/Control

All soils awaiting processing shall be placed beyond the limits of disturbance in areas where minimum stormwater flow will occur. Diked areas shall be used whenever possible with hay bales and silt fencing installed downgradient to prevent the erosion and migration of petroleum hydrocarbons and sediments. Design details appear in Appendix G: Figure 5.

#### 7.3.6. Dewatering

Where dewatering is necessary, there shall not be a discharge directly into wetlands or watercourses. In order to minimize the disturbance of suspended solids, water may be pumped into a diked area and/or surge protection may be provided at the inlet and the outlet of pumps. If pumping operations cause excessive turbidity, pumping shall cease until sufficient controls may be implemented to minimize flow with suspended solids.

#### 7.3.7. Soil Transportation

Transport of soils across town and state roads will be necessary during the construction of the various biobeds throughout the site. To minimize the spread of soils onto public roads, cleaning stations shall be constructed at exit points for removing loose dirt and mud from trucks prior to leaving the site boundaries. Matting will be placed at all exits to Carey Lane as shown on the Excavation and Erosion Control Plan to capture all dirt that may otherwise be carried downgradient or onto roadways.

Siltation barriers shown on the Excavation and Erosion Control Plan will address the areas that are to be excavated and areas that are to receive soil as prime concerns. In addition to these areas, controls for frequently used haul roads and travel roads will be addressed in the field. Typically drainage ditches will be installed downgradient to direct flow into a contained area. Redundant measures will be employed to maximize control such as: (1) drainage ditches downgradient of site roads; (2) siltation barriers within drainage ditches; (3) runoff directed to diked containment areas with settlement basins and hay bales; and, (4) final runoff control through the use of the API separator system.

#### 7.3.8. Rip Rap

As part of the preparation of soils for bioremediation, all rocks greater than three inches are to be screened out of the soil. After decontamination of the rocks, they will be used as erosion control devices in areas that experience large amounts of overland water flow. In particular, on-site rip rap materials will be placed in the two drainage swales, Northeast and Pacific, and under the outfall of any overflow pipes.

### 7.4. Shore Area

Efforts will be made to segregate the Shore Area from the upland area using the natural topography and the aforementioned guidelines. At the request of the CRMC,

the berm detail has been modified from the original application plans to prevent the disturbance of the existing berm.

### 7.4.1. Site Characteristics

As noted earlier, the Shore Area is geographically separated from all activities of the upland area. This separation shall be maintained by careful construction practices and augmented through the establishment of erosion control devices.

#### 7.4.1.1. Topography

The western most containment berms (of tanks 1, 4, 8, P1, P2, P4, P5, A3, A6, and A9) and the railroad embankment hydraulically separate the Shore Area from the remainder of the site, and greatly reduce the quantity of runoff which contacts the Shore Area. As shown on the Drawing Numbers 1 and 4, all runoff from east of the railroad tracks flows to the API oil/water separator. These conditions allow the use of an isolated erosion control plan for the Shore Area.

An earthen berm was created in 1986 as part of the Bioremediation Feasibility Study performed by CDM. This berm serves to protect the Shore Area from tidal encroachment and consequently protects the river from petroleum product contamination.

#### 7.4.1.2. Weather Conditions

The proximity of the remediation area to the Sakonnet River suggests that there may be tidal influences that could significantly increase erosion of this portion of the site. Berms, silt fencing and hay bales placed between the remediation area and the river will help prevent tidal erosion as well as serve the intended purpose of a sediment barrier.

#### 7.4.1.3. Soil Types

The Shore Area is composed mainly of sandy soil with particle sizes ranging from fine to coarse. Typical erosion control fencing and hay bales will effectively retain particles down to a #100 sieve size. Most sandy soils will be of larger diameter (ranging from about #100 sieve size to #4 sieve) thus making a sandy soil more easily controlled by such devices.

#### 7.4.1.4. Vegetative Cover

The embankment directly to the east of the Shore Area is covered with beach grass which helps to reduce runoff velocities that may flow over the hill. As much vegetation as possible on the beach will be maintained outside the remediation area.

### 7.4.2. Erosion Control Devices

The establishment of a dense stand of vegetation is probably the most effective means of controlling erosion; however, aside from the existing beach grass, this control measure is not an applicable interim erosion control measure for the Shore

Area. The sand would not support a fast growing plant species that would be used. A number of other basic temporary measures listed below will be implemented in order to protect the site

#### 7.4.2.1. Earthen Berm

As directed by the Coastal Resources Management Council, an impermeable barrier will be constructed in conjunction with the existing berm located at the shore line to contain flow which would enter the river. The earthen berm is to be maintained at a height of 2.5 feet above mean high water (1.31 feet). The impervious barrier and on-site rip rap materials will be placed on the landward and seaward slopes of the berm, respectively. The impervious barrier is included to prevent contaminants from leaving the depressed Shore Area, while the rip rap or geotextile membrane blocks wave action from eroding the berm.

#### 7.4.2.2. Siltation Barriers and Hay Bales

Silt fencing and hay bales will be installed from the north end of the existing berm and extended to encircle all upgradient arcas to be disturbed. Refer to the Excavation and Erosion Control Plan in Appendix G: Figure 1 for the approximate location of the bcrm and proposed erosion control devices.

#### 7.4.2.3. Containment Boom

As a final precautionary measure, containment booms may be placed in the bay area to absorb any petroleum products that may be released from the site. Booms shall be eight inch (8") in diameter by ten (10) feet with twelve (12) gallons absorbency per boom.

## 7.5. Implementation Measures

The implementation and maintenance procedures are as crucial to the integrity of an erosion control plan as the written plan itself. The following guidelines shall be strictly enforced so as not compromise the effectiveness of the plan.

### 7.5.1. Personnel Training

Inspectors, as well as the contractors involved in the project, shall be familiar with the erosion control techniques and where and how to implement them. Several items which shall be addressed in conjunction with the implementation of the plan and impressed upon the environmental Inspectors and contractors at the site include:

a) Appropriate location for each type of temporary and post-construction erosion control measure.

b) Proper installation of erosion control devices.

c) How site operations affect the direction and velocity of overland flow and subsequent erosion control.

### 7.5.2. Maintenance

Appropriate maintenance of erosion control devices is also crucial to successful implementation of the Plan. This aspect will be accomplished with the use of three major components which include periodic inspection, field reporting and maintenance.

Inspection personnel must remain active in examining existing erosion control devices during the remediation process. Each area should be inspected weekly at a minimum and more frequently following major rainfall events so that all affected areas may be corrected within a reasonable period of time.

Field reporting is the second critical aspect of the successful implementation of appropriate erosion control measures. In an effort to accomplish this goal, field reports will be completed by inspectors weekly and submitted to the central office weekly. Additional information will also be conveyed by telephone as needed, in order to enhance communications with management personnel and provide immediate reporting of substantial problem areas.

Inspector's weekly field review will include observation of the following specific items:

a) Sufficient amounts of controls in place.
b) Installation of proper type of controls.
c) Proper installation of controls.
d) Barriers which have been breached.
e) Additional areas where erosion is taking place.
f) Sediments collected behind the barrier requiring removal or causing need for relocation of the barrier.

All of these items should be observed and specific deficiencies should be noted on the report form by the inspector.

The most critical aspect of implementation is the response to the inspector's discovery of deficient areas. Sufficient maintenance personnel will be available for correction of problem areas within a reasonable time frame and eliminate future downgradient discharge of suspended solids. Inspectors should be aware that locations where failure of control devices could result in sediment discharge to waters of the State are the most critical locations. These areas should be prioritized in scheduling preventive maintenance activities so that numerous simultaneous failures in such locations do not occur. When direct sediment discharge is discovered, correction will be a top priority.

## 7.6. Specifications

Installation and construction of all erosion control barriers and fabric shall be in accordance with the methods specified herein, as indicated in the detail drawings, or as directed by the environmental Inspector in keeping with this Plan.

### 7.6.1. Silt Fencing

Silt fencing fabric shall be a minimum of three feet (3'-0") in height with stakes four feet (4'-0") in length provided at a maximum spacing of ten feet (10'-0"). Stakes shall a minimum of two inches by two inches (2" x 2") and made of wood or metal. All silt fencing shall be new material and contain the following properties:

| Property | Units | Average Value Required | Test Method |
|---|---|---|---|
| Grab Elongation | % | 15 | ASTM D-4632 |
| Mullen Burst Strength | psi | 275 | ASTM-3786 |
| U.V. Resistance | % Strength Retained | 70 | ASTM D-4355 |
| Apparent Opening Size | Sieve # | 20/30 | CW02215 |
| Permittivity | gal/min/ft$^2$ | 15 | ASTM D-4491 |

### 7.6.2. Hay Bales

Hay bales shall be made of hay with forty (40) pounds minimum weight and one hundred twenty (120) pounds maximum weight. They shall be installed as shown in the hay bale detail with two wood stakes in each bale. Wood stakes shall be a minimum of one inch by one inch (1" x 1") nominal size by a minimum of three feet (3') long.

### 7.6.3. Seeding

All seed mixtures shall conform to the following requirements:

| | Proportion by Weight Percent | Minimum Purity Content | Minimum Germination Percent |
|---|---|---|---|
| Champion Perennial Ryegrass | 25 | 24.50 | 90 |
| Annual Ryegrass | 25 | 24.47 | 90 |
| Creeping Red Fescue | 25 | 24.60 | 90 |
| Tital Tall Fescue | 18 | 17.74 | 85 |
| Kentucky Bluegrass | 5 | 4.46 | 80 |
| Exeter Col. Bentgrass | 1 | 0.99 | 90 |
| Red Top | 1 | 0.99 | 87 |

Seed mixtures shall be delivered in new, clean, sealed containers. Labels and contents shall conform to all RIDEM and Federal regulations. Seed shall be uniformly applied by an agronomically acceptable and feasible method at a rate of four (4) pounds per one thousand (1000) square feet. Fertilizer shall be uniformly placed at a rate of six hundred forty (640) pounds per acre.

### 7.6.4. Installation

All erosion control fabrics shall be installed in locations designated by the project superintendent, as indicated on the Excavation and Erosion Control Plan and as recommended by the manufacturer where applicable.

## 8. FINAL CONFIRMATION TESTING

To determine if the TPH concentrations in remediated soils at the site have been reduced below 50 mg/kg, IES has developed the following systematic sampling plan in accordance with the EPA's Handbook for Hazardous Waste Sampling and Analysis SW-846.

### 8.1. Grid Frequency

Using the equation shown in Table 4, the number of samples required (n) may be calculated. Statistical analysis of the data obtained in the *Pre-Remedial Soils Investigation* has shown that a minimum of eight samples per environment are required to ascertain whether the clean up criteria of 50 mg/kg has been reached. Table 4 presents the summary statistics of the sample results from this investigation. The summary statistics are based on results greater than 50 mg/kg and less than 10,000 mg/kg.

| PARAMETER | SYMBOL | VALUE |
|---|---|---|
| Mean | X | 1294.44 |
| Standard Error | $s_X$ | 121.46 |
| Median | | 437.01 |
| Mode | | 2000 |
| Standard Deviation | S | 2124.65 |
| Variance | | 4514149 |
| Kurtosis | | 7.69 |
| Skewness | | 2.73 |
| Range | | 11780.21 |
| Minimum | | 50.78 |
| Maximum | | 11830.99 |
| Sum | $\Sigma$ | 396097.72 |
| Count | | 306 |
| Student's T value | $t_{.10}$ | 1.650 |
| Regulatory Threshold | RT | 50 |

$$n = \frac{(t_{.10})^2 \times S^2}{\Delta^2} \qquad \text{where} \qquad \Delta = RT - X$$

**Table 4: Soils Investigation Summary Statistics**

Eight samples taken over the largest biobed area (Biobed No. 1 or 2) equals approximately one sample per every 20,000 square feet or at the nodes of a 140 foot grid. For a conservative estimate, IES will sample every biobed at the nodes of a 100 foot grid with a minimum of eight samples taken from every biobed.

Samples will be taken from varying depths within the treatment cells and at depths greater than 3 feet to confirm soil conditions within the bed and below. Samples taken from within the in-situ treatment areas will also be taken from varying depths and at locations below the limits of contamination as initially determined.

Confirmation testing will include testing of the existing monitoring wells in the Shore Area to characterize the groundwater condition. Results will be compared to initial data obtained during the groundwater characterization, as outlined in the *Pre-Remedial Investigation: Addendum I*.

### 8.2. Methodology

All final TPH confirmation testing will be as per GC-FID analysis. IES may use either a third party state certified laboratory or an on-site field GC-FID analyzer with independent laboratory confirmation of 10% of the samples. TPH-GC analysis will be based on Methods ASTM D3328, SW846 8100/3550 and the State of California L.U.F.T. field manual. IES feels this method provides the most accurate results in determining a true total petroleum hydrocarbon concentration in soils as well as qualification of petroleum constituents.

### 8.3. Statistical Analysis

Using statistical analysis of data obtained during each round in the interim testing, IES will calculate the mean TPH concentration and the 90% confidence interval. Using a one-sided one pool student's t-test, these results will be compared to the clean up criteria to determine whether remediation is complete with 95% certainty.

TPH data from each sampling round will also be compared to the data from the previous sampling round using a one-sided two pool student's t-test at a 90% confidence level. Using this analysis technique, the success of the bioremediation process can be evaluated. This will also indicate the power of each test and dictate whether a larger sample size (i.e., more samples) are needed to obtain the desired confidence level.

## 9. HEALTH AND SAFETY

This Safety, Health and Emergency Response Plan (SHERP) was prepared in confidence with the IES Health and Safety program and is intended to meet the requirements found in 29 CFR Parts 1910 and 1926 NIOSH/OSHA/USGG/EPA Guidance Manual for Hazardous Waste Site Activities (NIOSH No. 85-115) and US EPA "Standard Operating Safety Guides."

The SHERP addresses all activities associated with construction, excavation, remediation, etc. to be performed at the site. Compliance with this SHERP is required of all IES and subcontractor personnel entering the site.

### 9.1. Emergency Information

| | |
|---|---|
| **Police** | Dispatch ..................911 |
| Tiverton Police Department | Emergency ..........(401) 624-9611 |
| 1054A Fish Road | Information ..........(401) 624-3222 |
| **Fire** | Dispatch ..................911 |
| Tiverton Fire Department Station 1 | Information ..........(401) 625-6740 |
| 1449 Main Road | |
| Tiverton Fire Department Station 2 | Information ..........(401) 625-6751 |
| 85 Main Road | |
| **Ambulance** | Dispatch ..................911 |
| **Hospital** | St. Anne's Hospital..........(508) 674-5741<br>795 Middle Street<br>Fall River, MA 02721 |
| **Poison Control** | RI Poison Control Center..........1-277-5727 |
| IES General Manager | Francisco Trejo ..........(203) 796-5268 |
| IES Department Manager | Bob McPeak..........(203) 796-5229 |
| IES Project Engineer | Jim Pietrzak..........(203) 796-5241 |
| IES Site Superintendent | David Stevens ..........(401) 624-6638 |
| IES Health and Safety Officer | Martin Lunn ..........(203) 796-5319 |

#### 9.1.1. On Site Emergency Resources

Emergency and safety equipment located in the IES site trailer and vehicle include: first aid kit; eye wash kit; deionized water; two way radios; and fire extinguishers.

### 9.2. Directions to Hospital

See Appendix A: Location Map, for the location of St. Anne's Hospital.

### 9.3. Key Personnel

The following subsection briefly describes the Health and Safety designations and

general responsibilities that will be employed for the project.

### 9.3.1. Designation of Personnel

- Health and Safety Manager: Martin Lunn
- Site Safety Officer: David W. Stevens
- Project Engineer: James Pietrzak
- Site Supervisor: David W. Stevens

### 9.3.2. General Responsibilities

#### 9.3.2.1. Health and Safety Manager

The Health and Safety Manager, as the final authority to resolve health and safety issues that are not resolved at the site or through the Site Safety Officer/Industrial Hygienist, has overall responsibility for ensuring that the policies and procedures of this SHERP are implemented by the Site Safety Officer/Industrial Hygienist, and provides technical and management consultation to Site Management.

#### 9.3.2.2. Safety Officer/Industrial Hygienist (SO/IH)

The SO/IH has the overall responsibility for the implementation and enforcement of the site SHERP. The SO/IH shall also conduct the initial site specific training on-site and provide regular support for all health and safety activities, including upgrading or downgrading the level of personal protection, as needed, and only with the documented approval by the Contracting Officer. The SO/IH may delegate the implementation and enforcement of the SHERP to the Safety and Health Specialist/Industrial Hygiene Technician, with regular and continued evaluation of effectiveness of the plans to be performed by the SO/IH.

#### 9.3.2.3. Safety and Health Specialist/Industrial Hygiene Technician (SHS/IHT)

The primary role of the SHS/IHT is to implement and enforce the SHERP. The SHS/IHT has the authority to stop work at any time unsafe work conditions are present. Any potentially hazardous condition posing a risk, beyond the defined role or mission IES anticipates, will also require the SHS/IHT to stop work. Such a condition might be when drums are encountered during excavation activities. This situation would warrant the work to be stopped and the Site Project Engineer notified.

#### 9.3.2.4. Site Project Engineer

The Site Project Engineer will be responsible for conducting the work and for assuring that the work is conducted in accordance with the requirements of the Contract Document. The Site Project Engineer is on site or the offices of IES for the duration of the project and will manage all day-to-day activities of all parties of this project.

### 9.4. Site Conditions

The site presents several possible hazards due to topography and layout. The sloping nature of the site as well as the steeply sloping containment berms afford opportunities for accidents due to slippage. Other site characteristics that should be noted include: high retaining walls; water hazards; depressions and excavations; boulders and rock exposures; and buried and exposed metal materials. General site history and topography descriptions appear in Section 2. *Background.*

### 9.5. Hazard Assessment

Chemical hazards that exist at the site include petroleum hydrocarbons and volatile organic compounds (VOC's) within the soils. Most physical hazards to be encountered at the site will be associated with heavy equipment operation. As previously mentioned, uneven ground surfaces may also present possible hazardous situations.

### 9.6. Monitoring Equipment

On site equipment for the monitoring of hazardous conditions include a combustible gas indicator (CGI), with LEL/$O_2$/CO capability, and a photoionization detector (PID). Excavations shall be monitored initially for explosive limits with the CGI and continually for VOC's with the PID. Readings above 10 mg/kg on the PID will warrant the use of air purifying respirators. Work areas found to have lower explosive limits above 10% will be evacuated until such conditions return to a safe working atmosphere.

### 9.7. Levels of Protection

Level D protection will be used initially at all times with the capability of adding air purifying respirators should air quality dictate. Level D will include the use of long pants, sleeved shirts, steel toed shoes, and hard hats at all times. Should noise conditions in proximity to heavy machinery become hazardous, ear protection will be worn.

### 9.8. Field Organization

It is recognized that there is no single set of rules or guidelines that will apply in every project situation, but there are basic conditions that must be maintained to support any/all specific project requirements. Therefore, coordination of accident prevention activities between IES, the contractors and subcontractors in the field, <u>is mandatory</u>.

At all times during the execution of the contract, all contractors shall have one person on the site responsible and accountable for job safety. This will normally be the project manager or his designee, who will be identified in writing to IES.

At all times, IES will designate a specific person as the one that the contractors will work with on safety matters. IES will identify this person in writing to the contractors.

Prior to the commencement of work, the IES and all contractor representatives will

meet to establish a safety program for that particular job. The basic requirements shall be:

a) The program shall be written.

b) The program shall provide for employee orientation, instruction, and for disciplinary action in the event of failure to comply.

c) The program shall provide for regular safety meetings with a stated record keeping and reporting procedure.

d) The program shall provide for presentation of all required training certificates.

**9.8.1. Site Security**

All site personnel will be made aware of local security regulations including parking arrangements, entering the site and leaving the site for people, vehicles, tools, and equipment.

**9.8.2. Emergency Planning**

All site personnel will be advised of local emergency procedures including warning systems, lines of communications, and his involvement under emergency conditions.

**9.8.3. Housekeeping**

IES considers good housekeeping and sanitation to be of prime importance. Scrap, trash, and other waste will be placed in designated containers. Work areas will be cleaned up continually as the job progresses. A safe access way to all areas will be maintained.

**9.8.4. Hazardous Conditions**

OSHA requires that IES notify all site personnel and contractors of any hazardous conditions at the work site. These hazardous conditions are noted in this reference which will be made available to all site personnel.

**9.9. General Guidelines**

The following guidelines are general to the extent that activity in each of these areas is common to any industry activity. They represent minimum requirements only, and it is expected that additions and revisions will be established to meet specific local conditions.

9.9.1. All material, tools, and equipment will be stored in a stable manner (tied, stacked, chocked, blocked) to prevent rolling, sliding, or falling.

9.9.2. Material will never be thrown to the ground from upper levels. All hoisting activity up or down requires the use of a signalman. Hoisting areas will be barricaded, roped off, and identified.

9.9.3. Material hoists will only be operated by an "authorized operator." THEY ARE NOT TO BE USED FOR PERSONNEL. Gasoline engines

for hoists will be stopped before refueling.

9.9.4. Scaffolds will be adequate and built and maintained in accordance with all local, state, and federal regulations for the work that is to be accomplished. All ladders will meet pertinent standards for the job to be done.

9.9.5. All rigging will be in accordance with the most stringent of all pertinent regulations. Safety nets will be installed where there is danger of falling, and where safety belts, life lines, guarded platforms, and temporary floors are not feasible.

9.9.6. The moving of heavy and/or oversize equipment may constitute a hazardous situation. Preparation for such movement will be coordinated with IES. Particular attention will be given to overhead and/or underground power lines and piping during certain states of operations.

9.9.7. Barriers, warning signs, and/or warning lights will be installed wherever necessary to identify hazardous situations or conditions. These will be removed as soon as they are no longer needed.

9.9.8. Guy wires, winch lines, and/or temporary bracing will not be attached to any structure or piece of equipment without specific approval from IES.

9.9.9. Cords, hoses, ropes, etc., that are used in walkways, stairways, aisles, and/or other work areas will be routed and supported in a safe manner that will prevent tripping hazards and/or any other body contact.

9.9.10. Flammable liquids, in quantities of less than 55 gallon drums, will be stored in "Safety" cans which are identified according to their contents. Drums and tanks of 55 gallons or more will be labeled, grounded, equipped with self-venting bungs and self-closing faucets, and will be placed inside a barricade at least 20 feet away from smoking, welding, burning, or other heat sources.

Gasoline and other similar flammable materials will be dispensed from containers of approved design (National Fire Protection Association, Underwriter Laboratory, OSHA, etc.).

9.9.11. Provisions will be made to provide portable fire fighting equipment for all temporary buildings, material storage areas, and construction supplies for the work to be performed. Temporary buildings, and storage areas will be maintained free of fire hazards, and every reasonable precaution will be taken to prevent a fire from occurring. Employees will be familiar with the location of fire fighting equipment and will be trained in its use.

9.9.12. Safety work permits when required for welding, burning, confined space entry, or open flame work will be completed and recorded, according to site policy and procedure.

9.9.13. Fire extinguishers will be provided at the site for welding, burning, or

open flame work. Specific training will be given to all personnel who are to be used for firc watch during these operations.

9.9.14. If a fire alarm sounds, all welding or open flame work will be stopped immediately. Personnel will remain in their work area, unless the fire makes the area hazardous or they are requested to leave. Work will not resume until clearance is given under site policy and procedure.

9.9.15. Compressed gas cylinders will be properly secured in an upright position whether or not in use. The cylinders will be capped when not in use to prevent valve damage.

9.9.16. All site personnel will provide the equipment necessary for safe performance of the work to be done. All tools and equipment brought onto the site will mcet pertinent OSHA standards and be subject to inspec· n and approval by IES.

9.9.17. Powe: ɔols will meet all local, state, and federal standards.

9.9.18. All site personnel performing electrical work will become familiar with local electrical grounding requirements, and the pertinent standards as set by OSHA, and the National Electrical Code. Any unsafe condition will be reported to the site safety officer.

9.9.19. In the event of accidental breakage of any existing power line, workers will immediately notify the site safety officer and take whatever steps may be necessary to prevent further damage, fire, or injury to personnel.

9.9.20. Excavation and shoring practices will meet the most stringent of all pertinent standards.

9.9.21. All site personnel will be protected from the elements of extreme heat, extreme cold, excessive fatigue, and unusual weather conditions that have a potential for disaster.

9.9.22. Provisions for drinking water will meet established OSHA standards with respect to quantity, quality, and availability. All sanitary facilities will meet and be maintained at established standards.

9.9.23. All site traffic regulations will be observed. The speed limit at the site is 15 miles per hour unless otherwise posted. Personnel will not be permitted to ride on the bed of a truck unless proper seating equipment has been installed. No one is allowed to get on or off a moving vehicle. Personnel are not permitted to hitch rides on fork trucks, traveling cranes, tractors, winch trucks and other such mobilc equipment.

9.9.24. The IES Health and Safety representative will make routine project safety, housekeeping, and sanitary inspections. IES will reserve the right to stop work whenever there is a flagrant violation of safety rules, or whenever it is believed that an imminent danger exists.

# Appendix A

## Location and Site Maps




| REVISIONS | | PROJECT | FORMER NORTHEAST PETROLEUM TERMINAL<br>AIR FORCE TANK FARM<br>TIVERTON, RHODE ISLAND | ies<br>INTEGRATED ENVIRONMENTAL SERVICES | PROJECT # 2334-160<br>FILE 2334160C |
|---|---|---|---|---|---|
| NO. | DATE | | | | SCALE 1"=2000' DATE 12/18/92<br>DR AD |
| | | DRAWING | TIVERTON LOCATION PLAN | | FIGURE # 1 |




| REVISIONS | | PROJECT | FORMER NORTHEAST PETROLEUM TERMINAL<br>TIVERTON, RHODE ISLAND | IES<br>INTEGRATED ENVIRONMENTAL SERVICES | PROJECT # 2334-160<br>FILENAME 2334160D |
|---|---|---|---|---|---|
| NO. | DATE | | | | SCALE 1"=500' DATE 12/30/92 |
| | | DRAWING | SITE PLAN | | BY AD |
| | | | | | FIGURE # |

# Appendix B

## Pre-Remedial Soil Characterization Sample Results

ies

# TABLE 1
## SAMPLING RESULTS SUMMARY
### PRE-REMEDIAL SITE CHARACTERIZATION
### FORMER NEP TERMINAL
### TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Air Force Tank 1 | AFA1-1-1 | 0.5'-1.5' | 146 | NA | 35.5 |
| | AFA1-1-2 | 3.5'-4.0' | 426 | NA | 10.2 |
| | AFA1-1-3 | 4.5'-5.0' | 11 | ND | 8.74 |
| | AFA1-2-1 | 0.5'-1.5' | 85 | NA | 18.3 |
| | AFA1-2-2 | 3.0'-4.0' | 13 | 0.8 | 44.4 |
| | AFA1-3-1 | 0.5'-1.5' | 129 | NA | 404 (0.52) |
| | AFA1-3-2 | 3.0'-4.0' | 18 | ND | 17.4 |
| | AFA1-4-1 | 0.5'-1.5' | 2035 | NA | 553 (3.71) |
| | AFA1-5-1 | 0.5'-1.5' | 61 | NA | 123 |
| | AFA1-5-2 | 3.0'-4.0' | 42 | NA | 9.14 |
| | AFA1-5-3 | 6.0'-7.0' | 124 | NA | 18.7 |
| | AFA1-5-3 | 11.0' | 4 | NA | NA |
| | AFA1-6-1 | 0.5'-1.5' | 154 | NA | 26.7 |
| | AFA1-6-2 | 3.0'-4.0' | 710 | NA | 11.2 |
| | AFA1-6-3 | 6.0'-7.0' | 94 | NA | 5.52 |
| | AFA1-7-1 | 0.5'-1.5' | 16 | NA | 5.49 |
| | AFA1-7-2 | 3.0'-3.5' | 13 | NA | 5.71 |
| Air Force Tank 2 | AFA2-1-1 | 0.5'-1.5' | 7 | NA | 6.39 |
| | AFA2-1-2 | 3.0' | 7 | ND | 6.54 |
| | AFA2-1-3 | 4.5' | 8 | NA | 9.52 |
| | AFA2-2-1 | 0.5'-1.5' | 1116 | NA | 169 |
| | AFA2-2-2 | 3.5' | 947 | NA | 65.2 |
| | AFA2-2-3 | 4.5' | 82 | NA | 16.0 |
| | AFA2-3-1 | 0.5'-1.5' | 3 | NA | 33.8 |
| | AFA2-3-2 | 3.5' | 233 | NA | 100 |
| | AFA2-3-3 | 6.0' | 16 | NA | NA |
| | AFA2-4-1 | 0.5'-1.5' | 7 | NA | 22.0 |
| | AFA2-4-2 | 3.0' | 527 | NA | 164 |
| | AFA2-5-1 | 0.5'-1.5' | 125 | NA | 3.26 |
| | AFA2-5-2 | 2.5' | 16 | ND | 35.0 |
| | AFA2-5-2B | 3.0'-3.5' | 4 | NA | NA |
| | AFA2-5-3 | 4.5' | 3 | NA | NA |
| | AFA2-6-1 | 0.5'-1.5' | 21 | NA | 14.6 |
| | AFA2-6-2 | 3.0' | 9 | NA | 14.1 |
| Air Force Tank 3 | AFA3-1-1 | 0.5'-1.5' | >10000 | NA | 80.4 |
| | AFA3-1-2 | 3.0'-3.5' | 64 | NA | 5.38 |
| | AFA3-1-3 | 4.5'-5.0' | 533 | NA | 16.8 |
| | AFA3-2-1 | 0.5'-1.5' | 11 | ND | 15.9 |
| | AFA3-2-2 | 2.5' | 10 | NA | 9.39 |
| | AFA3-3-1 | 0.5'-1.5' | 4587 | NA | 233 |
| | AFA3-3-2 | 2.5'-3.0' | 849 | NA | 50.6 |
| | AFA3-4-1 | 0.5'-1.5' | 8 | ND | 8.15 |
| | AFA3-5-1 | 0.5'-1.5' | 529 | NA | 55.3 |
| | AFA3-5-2 | 2.5' | 170 | NA | 10.9 |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

TABLE 1
SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Air Force Tank 3 (continued) | AFA3-6-1 | 0.5'-1.5' | 17 | NA | 7.91 |
| | AFA3-6-2 | 3.0'-4.0' | 795 | NA | 17.0 |
| | AFA3-6-3 | 4.0'-4.5' | 4494 | NA | 7.95 |
| Air Force Tank 4 | AFA4-1-1 | 0.5'-1.5' | 15 | NA | NA |
| | AFA4-1-2 | 3.5'-4.0' | 8 | NA | NA |
| | AFA4-1-3 | 5.0'-5.5' | 20 | NA | NA |
| | AFA4-2-1 | 0.5'-1.5' | 18 | ND | NA |
| | AFA4-2-2 | 3.0'-4.0' | 7 | NA | NA |
| | AFA4-2-3 | 6.0'-7.0' | 19 | NA | NA |
| | AFA4-3-1 | 0.5'-1.5' | 204 | NA | 294 (1.58) |
| | AFA4-3-2 | 3.0'-4.0' | 172 | NA | NA |
| | AFA4-3-3 | 4.5'-5.0' | 124 | NA | NA |
| | AFA4-4-1 | 0.5'-1.5' | 97 | NA | NA |
| | AFA4-4-2 | 3.0'-4.0' | 122 | NA | NA |
| | AFA4-4-3 | 5.0'-5.5' | 170 | NA | 57.5 |
| | AFA4-5-1 | 0.5'-1.5' | 100 | NA | NA |
| | AFA4-5-2 | 3.0'-4.0' | 56 | NA | NA |
| | AFA4-6-1 | 0.5'-1.5' | 11 | NA | NA |
| | AFA4-6-2 | 3.0' | 17 | NA | NA |
| | AFA4-7-1 | 0.5'-1.5' | 15 | NA | NA |
| | AFA4-7-2 | 3.5' | 20 | NA | NA |
| | AFA4-7-3 | 4.5'-5.0' | 17 | NA | NA |
| Air Force Tank 5 | AFA5-1-1 | 0.5'-1.5' | 20 | NA | 20.1 |
| | AFA5-1-2 | 3.0'-4.0' | 19 | NA | 11.0 |
| | AFA5-1-3 | 6.0'-7.0' | 26 | NA | 8.0 |
| | AFA5-2-1 | 0.5'-1.5' | 181 | NA | 164 |
| | AFA5-2-2 | 3.0' | 116 | NA | 20.6 |
| | AFA5-2-3 | 4.5' | 26 | ND | 7.86 |
| | AFA5-3-1 | 0.5'-1.5' | 14 | NA | 73.7 |
| | AFA5-3-2 | 3.5'-4.5' | 236 | NA | 103 |
| | AFA5-3-3 | 6.0'-7.0' | 189 | NA | 78.4 |
| | AFA5-4-1 | 0.5'-1.5' | 159 | NA | 105 |
| | AFA5-4-2 | 3.0'-4.5' | 224 | NA | 47.5 |
| | AFA5-4-3 | 5.0' | 188 | NA | 28.7 |
| | AFA5-4-3B | 7.0' | 6 | NA | NA |
| | AFA5-5-1 | 0.5'-1.5' | 135 | NA | 20.2 |
| | AFA5-5-2 | 2.5' | 15 | ND | 6.84 |
| Air Force Tank 6 | AFA6-1-1 | 0.5'-2.0' | 370 | NA | NA |
| | AFA6-1-2 | 2.5' | 30 | NA | NA |
| | AFA6-2-1 | 0.5'-1.5' | 369 | NA | NA |
| | AFA6-2-2 | 2.5' | 64 | NA | NA |
| | AFA6-3-1 | 0.5'-1.5' | 28 | NA | NA |
| | AFA6-3-2 | 3.5'-4.5' | 22 | NA | NA |
| | AFA6-3-3 | 7.0' | 51 | ND | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

# TABLE 1
## SAMPLING RESULTS SUMMARY
### PRE-REMEDIAL SITE CHARACTERIZATION
### FORMER NEP TERMINAL
### TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Air Force Tank 6 (continued) | AFA6-4-1 | 0.5'-1.5' | 5258 | NA | 8.47 |
| | AFA6-4-2 | 3.0'-3.5' | 2897 | NA | NA |
| | AFA6-5-1 | 0.5'-1.5' | 593 | NA | 13.9 |
| | AFA6-5-2 | 3.5'-4.5' | 250 | NA | NA |
| | AFA6-5-2B | 6.0' | 37 | NA | NA |
| | AFA6-5-3 | 6.0'-7.0' | 29 | ND | NA |
| | AFA6-6-1 | 0.5'-1.5' | 12 | NA | NA |
| Air Force Tank 7 | AFA7-1-1 | 0.5'-1.5' | 72 | NA | NA |
| | AFA7-1-2 | 3.0'-4.0' | 133 | NA | NA |
| | AFA7-2-1 | 0.5'-1.5' | 7 | NA | NA |
| | AFA7-2-2 | 3.0'-3.5' | 5 | NA | NA |
| | AFA7-2-3 | 5.0'-5.5' | 8 | NA | NA |
| | AFA7-3-1 | 0.5'-1.5' | 10 | NA | NA |
| | AFA7-3-2 | 3.0'-3.5' | 14 | NA | NA |
| | AFA7-3-3 | 5.0'-5.5' | 20 | NA | NA |
| | AFA7-4-1 | 0.5'-1.5' | 81 | NA | NA |
| | AFA7-4-2 | 3.0'-4.0' | 30 | NA | NA |
| | AFA7-5-1 | 0.5'-1.5' | 12 | NA | NA |
| | AFA7-5-2 | 3.0'-4.0' | 833 | NA | NA |
| | AFA7-5-3 | 4.5'-5.0' | 1372 | NA | 46.1 |
| | AFA7-5-4 | 15.0' | 585 | NA | NA |
| | AFA7-6-1 | 0.5'-1.5' | 245 | NA | 65.4 |
| | AFA7-6-2 | 3.0'-3.5' | 243 | NA | NA |
| | AFA7-6-3 | 6.0'-6.5' | 17 | ND | NA |
| | AFA7-7-1 | 0.5'-1.5' | 15 | NA | NA |
| | AFA7-7-2 | 3.5'-4.0' | 8 | NA | NA |
| | AFA7-7-3 | 6.0'-6.5' | 26 | NA | NA |
| Air Force Tank 8 | AFA8-1-1 | 0.5'-1.5' | 130 | NA | 75.6 |
| | AFA8-1-2 | 3.0'-4.0' | 17 | NA | 11.9 |
| | AFA8-1-3 | 4.5' | 9 | ND | 7.87 |
| | AFA8-2-1 | 0.5'-1.5' | 274 | NA | 17.3 |
| | AFA8-2-2 | 3.5'-4.0' | 124 | NA | 56.1 |
| | AFA8-2-3 | 6.0'-7.0' | 5 | ND | 2.81 |
| | AFA8-3-1 | 0.5'-1.5' | 11 | ND | 15.2 |
| | AFA8-3-2 | 3.0'-4.0' | 8 | NA | 25.8 |
| | AFA8-3-3 | 5.5'-6.0' | 13 | NA | 18.4 |
| | AFA8-4-1 | 0.5'-1.5' | 33 | NA | 11.2 |
| | AFA8-4-2 | 3.5'-4.5' | 14 | NA | 6.47 |
| | AFA8-4-3 | 5.5' | 30 | NA | 6.18 |
| | AFA8-5-1 | 0.5'-1.5' | 291 | NA | 9.23 |
| | AFA8-5-2 | 3.0' | 106 | NA | 15.6 |
| | AFA8-5-2B | 4.5'-5.0' | 5 | NA | NA |
| | AFA8-6-1 | 0.5'-1.5' | 555 | NA | 18.2 |
| | AFA8-6-2 | 3.0'-4.0' | 33 | NA | 16.7 |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

# TABLE 1
## SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Air Force Tank 8 (continued) | AFA8-6-3 | 5.0'-6.0' | 129 | NA | 18.3 |
| | AFA8-7-1 | 0.5'-1.5' | 8 | NA | 5.23 |
| | AFA8-7-2 | 3.0' | 661 | NA | 8.57 |
| Air Force Tank 9 | AFA9-1-1 | 0.5'-1.5' | 21 | NA | NA |
| | AFA9-1-2 | 3.5' | 857 | NA | 79.3 |
| | AFA9-2-1 | 0.5'-1.5' | 72 | NA | 62.2 |
| | AFA9-2-2 | 3.0'-3.5' | 10 | NA | NA |
| | AFA9-2-3 | 4.5' | 7 | NA | NA |
| | AFA9-3-1 | 0.5'-1.5' | 25 | NA | NA |
| | AFA9-3-2 | 3.0'-3.5' | 7 | NA | NA |
| | AFA9-3-3 | 6.0'-7.0' | 14 | NA | NA |
| | AFA9-4-1 | 0.5'-1.5' | 7 | NA | NA |
| | AFA9-4-2 | 2.5' | 48 | NA | NA |
| | AFA9-5-1 | 0.5'-1.5' | 12 | NA | NA |
| | AFA9-5-2 | 2.5' | 12 | NA | NA |
| | AFA9-6-1 | 0.5'-1.5' | 14 | NA | NA |
| | AFA9-6-2 | 2.5'-3.0' | 12 | NA | NA |
| | AFA9-7-1 | 0.5'-1.5' | 10 | NA | NA |
| | AFA9-7-2 | 3.0'-4.0' | 21 | ND | NA |
| Big Louie | BGLO-1-1 | sediment | NA | NA | 48.1 |
| | BGLO-2-1 | sediment | NA | NA | 190 |
| | BGLO-3-1 | sediment | NA | NA | 241 |
| Northeast Pipe Run | NEPR-1-1 | 0.5'-1.5' | 1060 | NA | NA |
| | NEPR-1-2 | 3.0'-4.0' | 107 | NA | NA |
| | NEPR-1-3 | 5.0'-5.5' | 2000 | NA | 25.7 |
| | NEPR-2-1 | 0.5'-1.5' | 34 | ND | NA |
| | NEPR-2-2 | 3.0'-4.0' | 20 | NA | NA |
| | NEPR-3-1 | 0.5'-1.5' | 30 | ND | NA |
| | NEPR-3-2 | 3.0'-4.0' | 22 | NA | NA |
| | NEPR-3-3 | 4.5'-5.5' | 17 | NA | NA |
| | NEPR-4-1 | 0.5'-1.5' | 10 | NA | NA |
| | NEPR-4-2 | 3.0'-3.5' | 1884 | NA | NA |
| | NEPR-5-1 | 0.5'-1.5' | 8727 | NA | 6.86 |
| | NEPR-5-2 | 3.0'-4.0' | 79 | NA | NA |
| | NEPR-5-3 | 5.0'-6.0' | 139 | NA | NA |
| Northeast Rack | NERK-1-1 | 0.5'-1.5' | 14 | ND | 8.42 |
| | NERK-1-2 | 2.5'-3.0' | 79 | ND | 16.2 |
| | NERK-2-1 | 0.5'-1.0' | 181 | ND | 44.9 |
| | NERK-3-1 | 0.5'-1.5' | 41 | 2.5 | 6.86 |
| | NERK-3-2 | 3.0'-4.0' | 59 | ND | 47.7 |
| | NERK-3-3 | 6.0'-7.0' | 1242 | 85.0 | 14.4 |
| | NERK-3-4 | 10'-10.5' | 1541 | 37.0 | 8.88 |
| | NERK-4-1 | 0.5'-1.5' | 1840 | 0.6 | 61.4 |
| | NERK-4-2 | 3.0'-4.0' | 2753 | ND | 32.6 |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

TABLE 1
SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Northeast Rack (continued) | NERK-5-1 | 0'-1.0' | 646 | 7.4 | 39.0 |
| | NERK-5-2 | 3.0'-4.0' | 506 | ND | 22.8 |
| | NERK-5-3 | 6.0'-7.0' | 244 | ND | 7.95 |
| | NERK-6-1 | 0.5'-1.5' | 84 | ND | 36.5 |
| | NERK-6-2 | 3.0'-3.5' | 738 | ND | 16.2 |
| | NERK-6-3 | 5.5' | 780 | 1.8 | 86.3 |
| | NERK-7-1 | 0.5'-1.5' | 11831 | 6.9 | 73.1 |
| | NERK-7-2 | 3.0'-4.0' | 3299 | 5.3 | 33.3 |
| | NERK-7-3 | 6.0'-7.0' | 5610 | 30.4 | 53.4 |
| | NERK-8-1 | 0.5'-1.5' | 4983 | 29.3 | 27.8 |
| | NERK-8-2 | 3.0'-4.0' | 306 | ND | 5.95 |
| | NERK-8-3 | 6.0'-7.0' | 1569 | ND | 7.60 |
| | NERK-8-4 | 8.5' | 681 | 8.6 | 11.8 |
| | NERK-9-1 | 0.5'-1.5' | 814 | 4.7 | 46.2 |
| | NERK-9-2 | 3.5'-4.0' | 257 | 3.3 | 5.78 |
| | NERK-9-3 | 6.5'-7.0' | 56 | 7.1 | 6.17 |
| | NERK-10-1 | 0.5'-1.5' | 27 | 0.5 | 11.8 |
| | NERK-10-2 | 3.0'-4.0' | 189 | 1.4 | 7.47 |
| | NERK-11-1 | 0'-1.5' | 824 | 11.1 | 30.4 |
| | NERK-11-2 | 3.0'-4.5' | 1731 | 59.8 | 56.5 |
| | NERK-11-3 | 5.0'-5.5' | NA | 5.1 | 7.60 |
| | NERK-12-1 | 0.5'-1.5' | 543 | ND | 59.9 |
| | NERK-12-2 | 3.0'-4.0' | 346 | ND | 30.2 |
| | NERK-12-3 | 5.5' | 269 | 2.5 | 27.1 |
| | NERK-13-1 | 0.5'-1.5' | 10193 | 322.0 | 111 |
| | NERK-13-2 | 3.0'-4.0' | 11598 | 29.6 | 75.7 |
| | NERK-13-3 | 5.0'-5.5' | >10,000 | 24.1 | 165 |
| | NERK-14-1 | 0.5'-1.5' | 9213 | 10.4 | 47.6 |
| | NERK-14-2 | 3.0'-4.0' | 5888 | 9.1 | 212 |
| | NERK-14-3 | 6.0'-7.0' | 490 | 9.7 | 75.5 |
| | NERK-14-4 | 8.0'-9.0' | 1619 | ND | 10.0 |
| | NERK-15-1 | 0.5'-1.5' | 2054 | ND | 34.8 |
| | NERK-15-2 | 3.0'-4.0' | 173 | ND | 70.4 |
| | NERK-15-3 | 6.0'-7.0' | 521 | ND | 33.9 |
| | NERK-16-1 | 0.5'-1.5' | 6 | 4.6 | 16.1 |
| | NERK-16-2 | 3.0'-3.5' | 12 | 5.7 | 26.4 |
| | NERK-16-3 | 6.0'-7.0' | 82 | ND | 36.7 |
| | NERK-17-1 | 0.5'-1.5' | 29 | NA | NA |
| | NERK-17-2 | 2.5'-3.0' | 88 | NA | NA |
| | NERK-18-1 | 0.5'-1.5' | 5 | NA | NA |
| | NERK-18-2 | 3.0'-3.5' | 6 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

# TABLE 1
## SAMPLING RESULTS SUMMARY
### PRE-REMEDIAL SITE CHARACTERIZATION
### FORMER NEP TERMINAL
### TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Northeast Swale | NESW-1-1 | 0.5'-1.5' | 116 | 1.6 | 40.6 |
| | NESW-1-2 | 3.0'-4.0' | 8160 | 2.8 | 396 (0.98) |
| | NESW-1-3 | 5.0'-6.0' | 832 | 10.3 | 39.9 |
| | NESW-2-1 | 0.5'-1.5' | 115 | 2.4 | 69.8 |
| | NESW-2-2 | 3.0'-4.0' | 43 | 3.3 | 15.3 |
| Tanks P-1, P-2 & P-3 | P123-1-1 | 0.5'-1.5' | 488 | NA | 77.4 |
| | P123-1-2 | 3.0' | 191 | NA | NA |
| | P123-1-3 | 4.5' | 856 | NA | NA |
| | P123-1-3B | 12.0'-13.0' | 10 | NA | NA |
| | P123-2-1 | 0.5'-1.5' | 11 | NA | NA |
| | P123-2-2 | 3.5'-4.0' | 7 | NA | NA |
| | P123-2-3 | 5.0' | 35 | ND | NA |
| | P123-3-1 | 0.5'-1.5' | 526 | NA | 27.6 |
| | P123-3-2 | 3.0' | 148 | NA | NA |
| | P123-4-1 | 0.5'-1.5' | 224 | NA | NA |
| | P123-4-2 | 2.5' | 10 | ND | NA |
| | P123-5-1 | 0.5'-1.5' | 589 | NA | 25.0 |
| | P123-5-1D | 1.5' | 217 | NA | NA |
| | P123-6-1 | 0.5'-1.5' | 362 | NA | NA |
| | P123-7-1 | 0.5'-1.0' | 259 | NA | NA |
| | P123-8-1 | 0.5'-1.5' | 56 | NA | NA |
| | P123-8-2 | 3.5' | 41 | ND | NA |
| | P123-8-3 | 6.0'-7.0' | 8 | NA | NA |
| Tanks P-4 and P-5 | P-45-1-1 | 0.5'-1.5' | 229 | NA | NA |
| | P-45-1-2 | 3.0'-4.0' | 904 | NA | NA |
| | P-45-2-1 | 0.5'-1.5' | 290 | NA | NA |
| | P-45-2-2 | 3.5'-4.0' | 1048 | NA | 4.79 |
| | P-45-2-3 | 6.0'-7.0' | 25 | NA | NA |
| | P-45-3-1 | 0.5'-1.5' | 20 | NA | NA |
| | P-45-3-2 | 3.0' | 69 | NA | NA |
| | P-45-4-1 | 0.5'-1.5' | 30 | NA | NA |
| | P-45-5-1 | 0.5'-1.5' | 30 | NA | NA |
| | P-45-5-2 | 3.0'-3.5' | 20 | NA | NA |
| | P-45-5-3 | 4.0'-4.5' | 100 | NA | NA |
| | P-45-5-3B | 6.0'-7.0' | 10 | NA | NA |
| | P-45-5-4 | 15.0' | 8 | NA | NA |
| | P-45-6-1 | 0.5'-1.5' | 32 | NA | NA |
| | P-45-6-2 | 1.5'-2.0' | 6 | ND | NA |
| | P-45-7-1 | 0.5'-1.5' | 34 | NA | NA |
| | P-45-8-1 | 0.5'-1.5' | 44 | NA | NA |
| | P-45-8-2 | 2.5'-3.0' | 45 | NA | NA |
| | P-45-8-3 | 5.5' | 53 | ND | NA |
| | P-45-9-1 | 0.5'-1.5' | 127 | NA | NA |
| | P-45-9-1B | 0-1.0' | 172 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

# TABLE 1
## SAMPLING RESULTS SUMMARY
### PRE-REMEDIAL SITE CHARACTERIZATION
### FORMER NEP TERMINAL
### TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Tanks P-4 and P-5 | P-45-9-2 | 3.0'-4.0' | 5584 | NA | 31.3 |
| | P-45-9-3 | 10.0' | 538 | NA | NA |
| Tank P-6 | P-6-1-1 | 0.5'-1.5' | 150 | NA | NA |
| | P-6-1-2 | 3.0'-4.0' | 7 | ND | NA |
| | P-6-2-1 | 0'-1.0' | 93 | NA | NA |
| | P-6-3-1 | 0.5'-1.5' | 78 | NA | NA |
| | P-6-4-1 | 0.5'-1.5' | 4604 | NA | NA |
| | P-6-4-2 | 3.0'-3.5' | 6571 | NA | 37.6 |
| | P-6-4-3 | 4.0'-5.0' | 2277 | NA | NA |
| | P-6-5-1 | 0'-1.0' | 1602 | NA | NA |
| | P-6-5-2 | 1.5'-2.0' | 6028 | NA | NA |
| | P-6-6-1 | 0.5'-1.5' | 4 | NA | NA |
| | P-6-6-2 | 2.0'-3.0' | 755 | NA | NA |
| Tank P-7 | P-7-1-1 | 0'-1.0' | 27 | NA | NA |
| | P-7-1-2 | 3.0'-4.0' | 14 | NA | NA |
| | P-7-2-1 | 0'-1.0' | 152 | NA | NA |
| | P-7-2-2 | 3.0'-4.0' | 835 | NA | NA |
| | P-7-3-1 | 0.5'-1.5' | >10000 | NA | 14.4 |
| | P-7-3-2 | 2.0'-3.0' | >10000 | NA | NA |
| | P-7-3-3 | 4.0'-5.0' | 1400 | NA | NA |
| | P-7-4-1 | 0.5'-1.5' | >10000 | NA | NA |
| | P-7-4-2 | 3.0'-4.0' | 90 | NA | NA |
| | P-7-4-3 | 4.0'-5.0' | 3904 | NA | NA |
| | P-7-5-1 | 0.5'-1.5' | 15 | NA | NA |
| | P-7-5-2 | 2.5 | 38 | NA | NA |
| | P-7-6-1 | 0.5'-1.5' | 51 | NA | NA |
| | P-7-6-2 | 2.5 | 9 | ND | NA |
| | P-7-7-1 | 0.5'-1.5' | 1 | NA | NA |
| | P-7-7-2 | 2.0' | 7 | NA | NA |
| | P-7-8-1 | 0.5'-1.5' | 7 | NA | NA |
| | P-7-8-2 | 3.0'-4.0' | 2 | NA | NA |
| | P-7-8-3 | 6.0'-7.0' | 3 | NA | NA |
| | P-7-9-1 | 0.5'-1.5' | 8 | NA | NA |
| | P-7-9-2 | 3.0'-4.0' | 5 | NA | NA |
| Pacific Rack | PCRK-1-1 | 0.5'-1.5' | 6 | NA | NA |
| | PCRK-1-2 | 1.5'-2.5' | 9 | NA | NA |
| | PCRK-2-1 | 0.5'-1.5' | 37 | ND | NA |
| | PCRK-2-2 | 3.0'-3.5' | 13 | NA | NA |
| | PCRK-2-3 | 4.0'-4.5' | 26 | NA | NA |
| | PCRK-3-1 | 0.5'-1.5' | 252 | NA | NA |
| | PCRK-3-2 | 2.0'-2.5' | 1323 | NA | NA |
| | PCRK-4-1 | 0.5'-1.5' | 1030 | NA | NA |
| | PCRK-4-2 | 2.5'-3.0' | 3012 | NA | 70.6 |
| | PCRK-5-1 | 0.5'-1.5' | 215 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

# TABLE 1
## SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Pacific Rack (continued) | PCRK-5-2 | 2.0'-2.5' | 514 | NA | NA |
| | PCRK-6-1 | 0.5'-1.5' | 361 | NA | NA |
| | PCRK-6-2 | 3.0'-3.5' | 44 | NA | NA |
| | PCRK-6-3 | 4.5'-5.0' | 193 | NA | NA |
| | PCRK-7-1 | 0.5'-1.5' | 572 | NA | NA |
| | PCRK-7-2 | 2.5'-3.0' | 7 | ND | NA |
| | PCRK-8-1 | 0.5'-1.5' | 138 | NA | NA |
| | PCRK-8-2 | 2.5'-3.0' | 29 | NA | NA |
| | PCRK-8-3 | 4.5' | 46 | ND | NA |
| | PCRK-9-1 | 0.5'-1.5' | 481 | NA | NA |
| | PCRK-9-2 | 2.5-'3.0' | 444 | NA | NA |
| | PCRK-9-3 | 3.5'-4.0' | 762 | NA | 27.3 |
| | PCRK-10-1 | 0.5'-1.5' | 30 | NA | NA |
| | PCRK-10-2 | 3.0' | >10000 | NA | 16.9 |
| | PCRK-10-3 | 4.0' | 2996 | NA | NA |
| | PCRK-11-1 | 0.5'-1.5' | 2543 | NA | NA |
| | PCRK-11-2 | 2.5' | >10000 | NA | 38.2 |
| | PCRK-12-1 | 2.5'-3' | 1050 | NA | NA |
| | PCRK-12-3 | 6.0' | 22 | NA | NA |
| | PCRK-13-1 | 0.5'-1.5' | 43 | ND | NA |
| | PCRK-13-2 | 2.0' | 8 | NA | NA |
| | PCRK-14-1 | 0.5'-1.0' | 20 | NA | NA |
| | PCRK-14-2 | 2.5' | 17 | NA | NA |
| | PCRK-15-1 | 0.5'-1.5' | 585 | NA | NA |
| | PCRK-15-2 | 2.5'-3.0' | 155 | NA | NA |
| | PCRK-15-3 | 5.0' | 1302 | 1.7 | NA |
| | PCRK-16-1 | 0.5'-1.5' | 26 | NA | NA |
| | PCRK-16-2 | 2.0' | 46 | NA | NA |
| | PCRK-17-1 | 0.5'-1.0' | 1320 | NA | NA |
| | PCRK-17-2 | 2.0' | 5 | ND | NA |
| | PCRK-18-1 | 0.5'-1.5' | 4557 | NA | NA |
| | PCRK-18-2 | 3.0' | 8591 | NA | 25.3 |
| | PCRK-18-3 | 6.0'-6.5' | 6817 | NA | NA |
| | PCRK-19-1 | 0.5'-1.5' | 2364 | NA | NA |
| | PCRK-19-2 | 2.5'-3.0' | 384 | NA | NA |
| | PCRK-19-3 | 5.5' | 3328 | NA | 31.1 |
| | PCRK-20-1 | 0.5'-1.5' | >10000 | NA | NA |
| | PCRK-20-2 | 3.0' | >10000 | NA | 24.7 |
| | PCRK-20-3 | 6.0' | 6900 | NA | NA |
| | PCRK-21-1 | 0.5'-1.5' | 547 | NA | NA |
| | PCRK-21-2 | 2.5'-3.0' | 5 | ND | NA |
| | PCRK-22-1 | 0.5'-1.5' | 1147 | NA | NA |
| | PCRK-22-2 | 2.5' | 69 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

TABLE 1
SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Pacific Rack (continued). | PCRK-23-1 | 0.5'-1.5' | 2428 | NA | NA |
| | PCRK-23-2 | 3.0' | 31 | NA | NA |
| | PCRK-23-3 | 3.5'-4.0' | 1771 | NA | NA |
| | PCRK-23-3 | 4.5'-5.5' | 2 | NA | NA |
| | PCRK-24-1 | 0.5'-1.5' | 127 | NA | NA |
| | PCRK-24-2 | 3.0'-4.0' | 673 | NA | NA |
| | PCRK-24-3 | 5.0' | 357 | NA | NA |
| | PCRK-25-1 | 0.5'-1.5' | 15 | NA | NA |
| | PCRK-25-2 | 3.0'-4.0' | 24 | NA | NA |
| Pacific Swale | PCSW-1-1 | 0.5'-1.5' | 188 | NA | NA |
| | PCSW-1-2 | 3.0'-4.0' | 2500 | NA | 107 |
| | PCSW-1-3 | 4.5' | 872 | NA | NA |
| | PCSW-2-1 | 0.5'-1.5' | 102 | NA | NA |
| | PCSW-2-2 | 3.0'-4.0' | 1108 | NA | NA |
| | PCSW-3-1 | 0.5'-1.5' | 218 | NA | NA |
| | PCSW-3-2 | 3.0' | 266 | NA | NA |
| | PCSW-3-3 | 4.0'-4.5' | 1709 | ND | NA |
| | PCSW-4-2A | 3.0'-4.0' | 526 | NA | NA |
| | PCSW-4-2B | 3.0'-4.0' | 266 | NA | NA |
| | PCSW-5-2 | 3.0'-4.0' | 547 | NA | NA |
| Railroad Rack | RRRK-1-1 | 0.5'-1.5' | 170 | 0.5 | 150 |
| | RRRK-1-2 | 3.0'-4.0' | 2041 | 230.0 | 112 |
| | RRRK-1-3 | 5.0'-5.5' | 1253 | 72.0 | 28.6 |
| | RRRK-2-1 | 0.5'-1.5' | 10 | ND | 14.4 |
| | RRRK-2-2 | 3.0'-3.5' | 10 | 3.9 | 3.55 |
| | RRRK-2-3 | 6.0' | 192 | 11.0 | 16.0 |
| | RRRK-3-1 | 0.5'-1.5' | 23 | ND | 151 |
| | RRRK-3-2 | 3.0'-4.0' | 848 | 16.4 | 32.6 |
| | RRRK-4-1 | 0.5'-1.5' | 202 | ND | 103 |
| | RRRK-4-2 | 3.0' | 84 | ND | 57.8 |
| | RRRK-5-1 | 0.5'-1.5' | 638 | ND | 31.9 |
| | RRRK-5-2 | 3.0'-4.0' | 2000 | 2.8 | 48.8 |
| | RRRK-5-3 | 15.0' | 1420 | NA | NA |
| | RRRK-6-1 | 0.5'-1.5' | 94 | ND | 4.49 |
| | RRRK-6-2 | 3.0'-4.0' | 1045 | 1.1 | 155 |
| | RRRK-6-3 | 5.0'-5.5' | 251 | 1.3 | 31.9 |
| | RRRK-7-1 | 1.0'-1.5' | 344 | NA | NA |
| | RRRK-7-2 | 3.0'-3.5' | 1009 | NA | NA |
| | RRRK-7-3 | 5.0' | 1951 | NA | NA |
| Railroad R-O-W | RROW-1-1 | 0.5'-1.5' | 9 | ND | 12.6 |
| | RROW-1-2 | 2.5' | 7 | ND | 50.0 |
| | RROW-2-1 | 0.5'-1.5' | 9 | ND | 40.5 |
| | RROW-2-2 | 3.0'-4.0' | 8 | 1.3 | 11.6 |
| | RROW-2-3 | 6.0'-7.0' | 9 | 6.4 | 6.36 |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

# TABLE 1
## SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Railroad R-O-W (continued) | RROW-3-1 | 0.5'-1.5' | 20 | 3.4 | 6.90 |
| | RROW-3-2 | 3.0'-4.0' | 6 | ND | 6.47 |
| | RROW-3-3 | 6.0'-7.0' | 9 | ND | 3.70 |
| Shore Area | SHOR-1-1 | 0'-1.0' | 23 | NA | NA |
| | SHOR-1-2 | 2.0'-3.0' | 7 | NA | NA |
| | SHOR-2-1 | 0'-1.0' | 9 | NA | NA |
| | SHOR-2-2 | 2.0'-3.0' | 8 | NA | NA |
| | SHOR-3-1 | 0'-1.0' | 460 | NA | NA |
| | SHOR-3-2 | 2.0'-3.0' | 115 | NA | NA |
| | SHOR-4-1 | 0'-1.0' | 9 | NA | NA |
| | SHOR-4-2 | 2.0'-3.0' | 7 | NA | NA |
| | SHOR-5-1 | 0'-1.0' | 9 | NA | NA |
| | SHOR-5-2 | 2.0'-3.0' | 10 | NA | NA |
| | SHOR-6-1 | 0'-1.0' | 7 | NA | NA |
| | SHOR-6-2 | 2.0'-3.0' | 6 | NA | NA |
| | SHOR-7-1 | 0'-1.0' | 7 | NA | NA |
| | SHOR-7-2 | 2.0'-3.0' | 6 | NA | NA |
| | SHOR-8-1 | 0'-1.0' | 15 | NA | NA |
| | SHOR-8-2 | 2.0'-3.0' | 670 | NA | NA |
| | SHOR-9-1 | 0'-1.0' | 21 | NA | NA |
| | SHOR-9-2 | 2.0'-3.0' | 14 | NA | NA |
| | SHOR-10-1 | 0'-1.0' | 124 | NA | NA |
| | SHOR-10-2 | 3.0' | 368 | NA | NA |
| | SHOR-11-1 | 0'-1.0' | 332 | NA | NA |
| | SHOR-11-2 | 2.0'-3.0' | 9244 | NA | NA |
| | SHOR-12-1 | 0'-1.0' | 197 | NA | NA |
| | SHOR-12-2 | 2.0'-3.0' | >10000 | NA | NA |
| | SHOR-13-1 | 0'-1.0' | 248 | NA | NA |
| | SHOR-13-2 | 2.0'-3.0' | 866 | NA | NA |
| | SHOR-14-1 | 0'-1.0' | 1828 | NA | NA |
| | SHOR-14-2 | 2.0'-3.0' | 96 | NA | NA |
| | SHOR-15-1 | 0'-1.0' | 10211 | NA | NA |
| | SHOR-15-2 | 2.0'-3.0' | >10000 | NA | 2.42 |
| | SHOR-16-1 | 0'-1.0' | 53 | NA | NA |
| | SHOR-16-2 | 2.0'-3.0' | 231 | NA | NA |
| | SHOR-17-1 | 0'-1.0' | 4715 | NA | NA |
| | SHOR-17-2 | 2.0'-3.0' | 36 | ND | NA |
| | SHOR-18-1 | 0'-1.0' | 557 | NA | NA |
| | SHOR-18-2 | 2.0'-3.0' | 57 | NA | NA |
| | SHOR-19-1 | 0'-1.0' | 18 | NA | NA |
| | SHOR-19-2 | 2.0'-3.0' | 5175 | NA | NA |
| | SHOR-20-1 | 0'-1.0' | 27 | NA | NA |
| | SHOR-20-2 | 2.0'-3.0' | 592 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

# TABLE 1
## SAMPLING RESULTS SUMMARY
### PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Souza Road Tanks | SZRT-1-1 | 0.5'-1.5' | 3 | NA | NA |
| | SZRT-1-2 | 3.0'-4.0' | 1 | NA | NA |
| | SZRT-1-3 | 4.5' | 3 | NA | NA |
| | SZRT-2-1 | 0.5'-1.5' | 476 | NA | 8.51 |
| | SZRT-2-2 | 3.0' | 10 | ND | NA |
| | SZRT-3-1 | 0.5'-1.5' | 1 | NA | NA |
| | SZRT-3-2 | 3.0'-4.0' | 5 | NA | NA |
| | SZRT-3-3 | 4.5'-5.0' | 18 | NA | NA |
| | SZRT-4-1 | 0.5'-1.5' | 143 | NA | 15.6 |
| | SZRT-4-2 | 3.0'-3.5' | 7 | ND | NA |
| | SZRT-5-1 | 0.5'-1.5' | 36 | NA | NA |
| | SZRT-5-2 | 3.0'-4.0' | 2 | NA | NA |
| | SZRT-5-3 | 6.0'-7.0' | 17 | NA | NA |
| | SZRT-6-1 | 0.5'-1.5' | 22 | NA | NA |
| | SZRT-6-2 | 3.0'-4.0' | 1 | NA | NA |
| | SZRT-6-3 | 5.5' | 0 | NA | NA |
| | SZRT-7-1 | 0.5'-1.5' | 0 | NA | NA |
| | SZRT-7-2 | 3.0'-4.0' | 0 | NA | NA |
| | SZRT-7-3 | 5.5'-6.0' | 0 | NA | NA |
| | SZRT-8-1 | 0.5'-1.5' | 8 | NA | NA |
| | SZRT-8-2 | 3.0'-3.5' | 9 | NA | NA |
| | SZRT-9-1 | 0.5'-1.5' | 16 | NA | NA |
| | SZRT-9-2 | 3.0'-4.0' | 6 | NA | NA |
| | SZRT-9-3 | 5.0'-5.5' | 102 | NA | 17.2 |
| | SZRT-10-1 | 0.5'-1.5' | 35 | NA | NA |
| | SZRT-10-2 | 3.0'-4.0' | 28 | NA | NA |
| | SZRT-10-3 | 6.0'-7.0' | 2 | NA | NA |
| | SZRT-11-1 | 0.5'-1.5' | 216 | NA | 10.9 |
| | SZRT-11-2 | 3.0'-4.0' | 0 | ND | NA |
| | SZRT-11-3 | 5.5'-6.0' | 1 | NA | NA |
| | SZRT-12-1 | 0.5'-1.5' | 66 | NA | 10.9 |
| | SZRT-12-2 | 3.0'-4.0' | 6 | ND | NA |
| | SZRT-12-3 | 6.0'-7.0' | 5 | NA | NA |
| | SZRT-13-1 | 0.5'-1.5' | 4 | NA | NA |
| | SZRT-13-2 | 3.0'-4.0' | 26 | NA | NA |
| | SZRT-14-1 | 0.5'-1.5' | 145 | NA | 4.42 |
| | SZRT-14-2 | 3.0'-3.5' | 1 | ND | NA |
| | SZRT-15-1 | 0.5'-1.5' | 11 | NA | NA |
| | SZRT-15-2 | 3.0'-3.5' | 4 | NA | NA |
| | SZRT-15-3 | 6.0'-7.0' | 15 | 1.7 | NA |
| | SZRT-16-1 | 0.5'-1.5' | 4 | NA | NA |
| | SZRT-16-2 | 3.0'-4.0' | 0 | NA | NA |
| | SZRT-17-1 | 0.5'-1.5' | 1 | NA | NA |
| | SZRT-17-2 | 2.5' | 147 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

TABLE 1
SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Souza Road Tanks (continued) | SZRT-18-1 | 0.5'-1.5' | 8 | NA | NA |
| | SZRT-18-2 | 3.0'-4.0' | 2 | NA | NA |
| | SZRT-18-3 | 4.0' | 2 | NA | NA |
| Texaco Flanged Product Line | TFPL-1-1 | 1.0'-2.0' | 9 | NA | NA |
| | TFPL-1-2 | 2.0'-2.5' | 20 | ND | NA |
| | TFPL-2-1 | 0.5'-1.0' | 11 | NA | NA |
| | TFPL-2-2 | 2.5'-3.0' | 12 | NA | NA |
| | TFPL-3-1 | 0.5'-1.0' | 11 | NA | NA |
| | TFPL-3-2 | 3.0'-3.5' | 10 | NA | NA |
| | TFPL-3-3 | 5.5'-6.0' | 6 | NA | NA |
| | TFPL-4-1 | 0.5'-1.5' | 8 | NA | NA |
| | TFPL-4-2 | 3.0'-3.5' | 9 | NA | NA |
| | TFPL-4-3 | 4.5'-5.0' | 21 | NA | 3.33 |
| Tank 1 | TK-1-1-1 | 0.5'-1.5' | 39 | NA | NA |
| | TK-1-1-2 | 3.0'-4.0' | 128 | NA | NA |
| | TK-1-1-3 | 6.0'-7.0' | 23 | ND | NA |
| | TK-1-2-1 | 0.5'-1.5' | 21 | NA | NA |
| | TK-1-2-2 | 3.0'-4.0' | 25 | NA | NA |
| | TK-1-2-3 | 6.0'-7.0' | 28 | ND | NA |
| | TK-1-3-1 | 0.5'-1.5' | 2868 | NA | 6.67 |
| | TK-1-3-2 | 3.0'-4.0' | 1559 | NA | NA |
| | TK-1-4-1 | 0.5'-1.5' | 2 | NA | NA |
| | TK-1-4-2 | 3.0'-4.0' | 4 | NA | NA |
| | TK-1-4-3 | 5.5'-6.0' | 11 | NA | NA |
| | TK-1-5-1 | 0.5'-1.5' | 168 | NA | 104 |
| | TK-1-5-2 | 3.0'-4.0' | 25 | NA | NA |
| | TK-1-5-3 | 6.5'-7.0' | 159 | NA | NA |
| Tank 2 | TK-2-1-1 | 0.5'-1.5' | 19 | NA | NA |
| | TK-2-1-2 | 3.0'-3.5' | 16 | 0.7 | NA |
| | TK-2-2-1 | 0.5'-1.5' | 26 | NA | NA |
| | TK-2-2-2 | 3.0'-4.0' | 42 | NA | NA |
| | TK-2-2-3 | 6.0'-7.0' | 163 | NA | 5.49 |
| | TK-2-3-1 | 0.5'-1.5' | 10 | NA | NA |
| | TK-2-3-2 | 3.0'-4.0' | 24 | NA | NA |
| | TK-2-4-1 | 0.5'-1.5' | 20 | ND | NA |
| | TK-2-4-2 | 2.5' | 29 | NA | 6.35 |
| | TK-2-5-1 | 0.5'-1.5' | 21 | NA | NA |
| | TK-2-5-2 | 3.0'-4.0' | 5 | NA | NA |
| Tank 4 | TK-4-1-1 | 0.5'-1.5' | 990 | NA | NA |
| | TK-4-1-2 | 2.5' | 907 | NA | NA |
| | TK-4-2-1 | 0.5'-1.5' | 193 | NA | NA |
| | TK-4-2-2 | 2.5'-3.0' | 398 | ND | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

TABLE 1
SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Tank 4 (continued) | TK-4-3-1 | 0.5'-1.5' | 78 | NA | NA |
| | TK-4-3-2 | 3.0'-4.0' | >10000 | NA | 172 |
| | TK-4-3-3 | 6.0'-7.0' | 4066 | NA | NA |
| | TK-4-4-1 | 0.5'-1.5' | 3814 | NA | NA |
| | TK-4-4-2 | 3.5'-4.5' | 2586 | NA | NA |
| | TK-4-4-3 | 6.5'-7.0' | 4959 | NA | 8.04 |
| | TK-4-5-1 | 0.5'-1.5' | 6 | NA | NA |
| | TK-4-5-2 | 3.0'-3.5' | 4 | NA | NA |
| | TK-4-5-3 | 5.0' | 44 | ND | NA |
| | TK-4-6-1 | 0.5'-1.5' | 122 | NA | NA |
| | TK-4-6-2 | 3.5' | 430 | NA | NA |
| | TK-4-6-3 | 5.0' | 1219 | NA | 57.1 |
| | TK-4-7-1 | 0.5'-1.5' | 78 | NA | NA |
| | TK-4-7-2 | 3.0'-4.0' | 29 | NA | NA |
| | TK-4-8-1 | 0.5'-1.5' | 34 | ND | NA |
| | TK-4-8-2 | 3.0'-3.5' | 29 | NA | NA |
| Tank No. 8 | TK-8-1-1 | 0.5'-1.5' | 230 | NA | NA |
| | TK-8-1-2 | 3.0'-4.0' | 902 | NA | NA |
| | TK-8-1-3 | 5.5'-6.0' | 517 | NA | NA |
| | TK-8-2-1 | 0.5'-1.5' | 9 | NA | NA |
| | TK-8-2-2 | 3.5'-4.0' | 2490 | NA | 63.8 |
| | TK-8-2-3 | 15.0' | 2 | NA | NA |
| | TK-8-3-1 | 0.5'-1.5' | 6 | NA | NA |
| | TK-8-3-2 | 3.5'-4.0' | 9 | NA | NA |
| | TK-8-3-3 | 6.0'-7.0' | 29 | ND | NA |
| | TK-8-4-1 | 0.5'-1.5' | 22 | 0.5 | NA |
| | TK-8-4-2 | 3.0'-4.0' | 6 | NA | NA |
| | TK-8-4-3 | 5.5'-6.5' | 11 | NA | NA |
| | TK-8-5-1 | 0.5'-1.5' | 1531 | NA | 12.0 |
| | TK-8-6-1 | 0.5'-1.5' | 15 | NA | NA |
| | TK-8-6-2 | 3.5'-4.0' | 6 | NA | NA |
| | TK-8-6-3 | 6.0'-7.0' | 33 | ND | NA |
| | TK-8-7-1 | 0.5'-1.5' | 3096 | NA | NA |
| | TK-8-7-2 | 3.0'-4.0' | 1570 | NA | NA |
| | TK-8-7-3 | 4.5'-5.0' | 9009 | NA | 45.2 |
| | TK-8-7-4 | 11.0' | 1857 | NA | NA |
| | TK-8-8-1 | 0.5'-1.5' | 9 | NA | NA |
| | TK-8-8-2 | 3.5' | 8 | NA | NA |
| | TK-8-8-3 | 6.0'-6.5' | 16 | NA | NA |
| | TK-8-9-1 | 0.5'-1.5' | 8 | NA | NA |
| | TK-8-9-2 | 3.0'-3.5' | 22 | NA | NA |
| | TK-8-9-3 | 5.0' | 111 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

# TABLE 1
## SAMPLING RESULTS SUMMARY
### PRE-REMEDIAL SITE CHARACTERIZATION
### FORMER NEP TERMINAL
### TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Tank No. 9 | TK-9-1-1 | 0.5'-1.5' | 452 | NA | NA |
| | TK-9-1-2 | 3.0'-4.0' | 1184 | NA | NA |
| | TK-9-1-3 | 5.0'-6.0' | 1442 | NA | 8.04 |
| | TK-9-2-1 | 0.5'-2.0' | 610 | NA | NA |
| | TK-9-2-2 | 3.0'-4.0' | 2154 | NA | NA |
| | TK-9-2-3 | 6.0'-7.0' | 2026 | NA | 59.1 |
| | TK-9-3-1 | 0.5'-1.5' | 27 | NA | NA |
| | TK-9-3-2 | 3.0' | 7647 | NA | 6.71 |
| | TK-9-3-3 | 6.0'-7.0' | 1218 | NA | NA |
| | TK-9-4-1 | 0.5'-1.5' | 19 | NA | NA |
| | TK-9-4-2 | 3.0' | 302 | ND | NA |
| | TK-9-5-1 | 0.5'-1.5' | 381 | NA | NA |
| | TK-9-6-1 | 0.5'-1.5' | 31 | ND | NA |
| | TK-9-6-2 | 2.0' | 15 | NA | NA |
| | TK-9-7-1 | 0.5'-1.5' | 312 | NA | NA |
| Tank No. 10 | TK10-1-1 | 0.5'-1.5' | 8 | NA | NA |
| | TK10-1-2 | 3.0' | 31 | NA | 340 (<0.04) |
| | TK10-2-1 | 0.5'-1.5' | 0 | ND | NA |
| | TK10-2-2 | 3.0' | 0 | NA | NA |
| | TK10-2-3 | 4.5' | 0 | NA | NA |
| | TK10-3-1 | 0.5'-1.5' | 18 | NA | NA |
| | TK10-3-2 | 3.0' | 10 | NA | NA |
| | TK10-3-3 | 6.0' | 5 | NA | NA |
| | TK10-4-1 | 0.5'-1.5' | 21 | NA | NA |
| | TK10-4-2 | 3.0' | 6 | NA | NA |
| | TK10-4-3 | 4.5' | 27 | NA | NA |
| | TK10-5-1 | 1.0' | 3 | NA | NA |
| | TK10-5-2 | 3.0' | 3 | ND | NA |
| | TK10-6-1 | 0.5'-1.5' | 63 | NA | 17.0 |
| | TK10-6-2 | 3.0' | 11 | NA | NA |
| | TK10-6-3 | 6.0'-7.0' | 3 | NA | NA |
| | TK10-7-1 | 0.5'-1.5' | 6 | NA | NA |
| | TK10-7-2 | 3.0'-3.5' | 13 | NA | NA |
| | TK10-7-3 | 4.5' | 4 | NA | NA |
| | TK10-8-1 | 0.5'-1.5' | 51 | NA | 51.7 |
| | TK10-8-2 | 2.5' | 31 | NA | NA |
| | TK10-9-1 | 0.5'-1.5' | 4 | NA | NA |
| | TK10-9-2 | 2.5' | 6 | ND | NA |
| Tank No. 14 | TK14-1-1 | 0.5'-1.5' | 98 | NA | NA |
| | TK14-1-2 | 3.0'-3.5' | 38 | NA | NA |
| | TK14-1-3 | 5.0'-5.5' | 199 | NA | 124 |
| | TK14-2-[illegible] | 0.5'-1.5' | 8 | NA | NA |
| | TK14-[illegible] | 3.0' | 7 | NA | NA |
| | TK14-2-[illegible] | 5.0' | 6 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

ies

# TABLE 1
## SAMPLING RESULTS SUMMARY
### PRE-REMEDIAL SITE CHARACTERIZATION
### FORMER NEP TERMINAL
### TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Tank No. 14 (continued) | TK14-3-1 | 0.5'-1.5' | 9 | NA | NA |
| | TK14-3-2 | 3.0'-4.0' | 7 | NA | NA |
| | TK14-3-3 | 4.5'-5.0' | 8 | ND | NA |
| | TK14-4-1 | 0.5'-1.5' | 12 | NA | NA |
| | TK14-4-2 | 3.0'-3.5' | 11 | NA | NA |
| | TK14-4-3 | 4.5'-5.0' | 9 | NA | NA |
| | TK14-5-1 | 0.5'-1.5' | 11 | NA | NA |
| | TK14-5-2 | 3.0'-3.5' | 15 | ND | NA |
| | TK14-6-1 | 0.5'-1.5' | 22 | NA | 7.33 |
| | TK14-6-2 | 3.0'-4.0' | 14 | NA | NA |
| Tank 15 | TK15-1-1 | 0.5'-1.5' | 42 | NA | NA |
| | TK15-1-2 | 3.0'-4.0' | 32 | NA | NA |
| | TK15-1-3 | 6.0'-7.0' | 237 | NA | 7.98 |
| | TK15-1-4 | 12.0' | 160 | NA | NA |
| | TK15-2-1 | 0.5'-1.5' | 9 | NA | NA |
| | TK15-2-2 | 3.5' | 2 | NA | NA |
| | TK15-2-3 | 6.0'-7.0' | 11 | NA | NA |
| | TK15-3-1 | 0.5'-1.5' | 12 | ND | NA |
| | TK15-3-2 | 3.5' | 10 | NA | NA |
| | TK15-3-3 | 6.0'-7.0' | 4 | NA | NA |
| | TK15-4-1 | 0.5'-1.5' | 6 | NA | NA |
| | TK15-4-2 | 2.5'-3.0' | 6 | ND | NA |
| | TK15-5-1 | 0.5'-1.5' | 180 | NA | 152 |
| | TK15-5-2 | 3.0' | 30 | NA | NA |
| | TK15-6-1 | 0.5'-1.5' | 29 | NA | NA |
| | TK15-6-2 | 3.0'-4.0' | 9 | NA | NA |
| | TK15-6-3 | 6.0'-7.0' | 18 | NA | NA |
| Texaco Shore Tanks | TXST-1-1 | 0.5'-1.5' | 7500 | NA | 131 |
| | TXST-1-2 | 3.0'-4.0' | 13 | ND | NA |
| | TXST-2-1 | 0.5'-1.5' | 2212 | NA | 5.17 |
| | TXST-2-2 | 3.0'-4.0' | 1188 | NA | NA |
| | TXST-2-3 | 6.0'-7.0' | 1009 | NA | NA |
| | TXST-3-1 | 0.5'-1.5' | 45 | 0.3 | NA |
| | TXST-3-2 | 3.0'-4.0' | 34 | NA | NA |
| | TXST-3-3 | 6.0'-7.0' | 32 | NA | NA |
| | TXST-4-1 | 0.5'-1.5' | 28 | NA | NA |
| | TXST-4-2 | 3.0'-4.0' | 7 | NA | NA |
| | TXST-4-3 | 6.5' | 6 | NA | NA |
| | TXST-5-1 | 0.5'-1.5' | 25 | NA | NA |
| | TXST-5-2 | 3.0'-4.0' | 1936 | NA | 10.0 |
| | TXST-5-3 | 6.0'-6.5' | 1040 | NA | NA |
| | TXST-6-1 | 0.5'-1.5' | 23 | NA | NA |
| | TXST-6-2 | 3.0'-4.0' | 74 | NA | NA |
| | TXST-6-3 | 6.0'-6.5' | 115 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

TABLE 1
SAMPLING RESULTS SUMMARY
PRE-REMEDIAL SITE CHARACTERIZATION
FORMER NEP TERMINAL
TIVERTON, RHODE ISLAND

| AEC | Sample ID | Depth | TPH Conc. | BTEX Conc. | LEAD Conc. |
|---|---|---|---|---|---|
| Texaco Shore Tanks (continued) | TXST-7-1 | 0.5'-1.5' | 10 | NA | NA |
| | TXST-7-2 | 3.0'-4.0' | 11 | NA | NA |
| | TXST-7-3 | 6.0'-7.0' | 23 | ND | NA |
| | TXST-8-1 | 0.5'-1.5' | 271 | NA | NA |
| | TXST-8-2 | 3.0'-4.0' | 227 | NA | NA |
| Texaco Rack (Souza Rd.) | TXRK-1-1 | 0.5'-1.5' | 1187 | NA | NA |
| | TXRK-1-2 | 2.0'-2.5' | 69 | NA | NA |
| | TXRK-2-1 | 0.5'-1.5' | 89 | NA | NA |
| | TXRK-2-2 | 3.0'-3.5' | 6 | ND | NA |
| | TXRK-2-3 | 6.0'-6.5' | 4 | NA | NA |
| | TXRK-3-1 | 1.0'-1.5' | 8 | NA | NA |
| | TXRK-3-2 | 2.5' | 66 | NA | NA |
| | TXRK-4-1 | 1.0'-1.5' | 30 | NA | NA |
| | TXRK-4-2 | 3.0'-4.0' | 18 | NA | NA |
| | TXRK-5-1 | 0.5'-1.5' | 5095 | NA | 11.0 |
| | TXRK-5-2 | 2.0' | 292 | NA | NA |
| | TXRK-5-3 | 3.0' | 2777 | NA | NA |
| | TXRK-6-1 | 0.5'-1.5' | 4 | NA | NA |
| | TXRK-6-2 | 3.0'-4.0' | 12 | NA | NA |
| | TXRK-6-3 | 6.0'-7.0' | 10 | NA | NA |

NOTES:
All concentrations in ppm
NA Not Analyzed
ND Not Detected
TCLP Lead Results in parenthesis

# Appendix C

## Specification Sheets

BROWN BEAR

# BROWN BEAR® 500 HYDROSTATIC TRACTOR



*Unit shown is equipped with non-standard items*

**DIESEL ENGINE POWER**

**CATERPILLAR 3306TA** @ 300 h.p.

**FULL TIME FOUR WHEEL DRIVE**
With selectable steering modes, "Crab-Coordinated-Front only."

**HYDROSTATICS**
Axial piston hydraulic pumps (variable) and motors (fixed) provide infinitely variable and stepless power transmission, efficiently at low operating temperatures.

**HYDROSTATIC PROPEL DRIVE SYSTEM**
Gives infinite speed variations in all gear ranges. Instant forward/reverse shuttle, single lever control.

**HYDROSTATIC IMPLEMENT DRIVE SYSTEM**
Gives multiple attachment capability, front and rear.

**PLANETARY AXLES (front and rear)**
Limited slip differentials and heavy drive lines transmit hydrostatic power to the ground.

**MULTIPLE TIRE OPTIONS**

**UNITIZED MAIN FRAME**
Absorbs heavy shock loads, maintains power train alignment.

**COMPONENTIZED POWER TRAIN**
Permits servicing of individual components without disturbance of the rest of the drive line.

**ROPS & FOPS CAB**
Isolated with rubber mounts to reduce noise and vibration. Comfortable operator seat, full instrumentation. Standard with heater, pressurization, wiper, A/C and AM/FM radio

**FRONT IMPLEMENT ATTACHMENTS**
Category III H 3-point for attaching, auger backfiller, auger composter, snowblower, sweeper broom, angle dozer, brush rake, V-plow, forklift and more.

**REAR IMPLEMENT ATTACHMENTS** (optional)
Backhoes, winches, scarifier/ripper, towable attachments and Category III 3-point

***Three Brown stripes . . . the sign of quality***

## SPECIFICATIONS:

**Engine:**
CAT 3306TA in-line 6 cylinder diesel, 638 cu. in. (10.5 liter) w/replaceable paper element fuel filter, spin-on full flow oil filter, dry type 2 stage replaceable element air filter. Turbo charged after cooled

| | |
|---|---|
| Horsepower (int) | 300 hp @2200 RPM |
| Max. Torque | 879 ft. lbs. @1400 RPM |

**Transmission:**
3 speed power shift, driven by 2 speed hydraulic motor, hydraulic input over mechanical output

**Axles:**
Planetary drive steer, 30,000 lb. nominal load rating, limited slip differential front and rear, front axled fixed, rear axle 15° oscillation

**Brakes:**
Service — wheel disc caliper, parking — disc caliper on transmission output shaft

**Steering:**
Hydrostatic power w/ 2 steer cylinders per axle

**Electrical:**
12 volt system, two (2) batteries rated at 900 amps, 80 amp alternator

## SERVICE CAPABILITIES:

| | |
|---|---|
| **Cooling System** | 12.45 gal. (46.5 liter) |
| **Fuel Tanks** | 50 gal each/total 100 gal (378 liter) |
| **Engine Oil** | 7.39 gal (27.6 liter) |
| **Hydraulic System** | 60 gal (226.9 liter) |

## HYDRAULIC SYSTEMS:

**Ground Drive:**
Closed loop, 80 GPM @ 5500 psi @ 2200 engine rpm (310 LPM @ 379 BAR)

**Implement Drive:**
Closed loop, 172 GPM @ 5500 psi @ 2200 engine rpm (651 LPM @ 379 BAR)

**Steering & Auxiliary:**
Open center 30 GPM @ 2500 psi @ 2200 engine rpm (113 LPM @ 172 BAR)




## DIMENSIONS:

| | | | |
|---|---|---|---|
| **Tire Size** | 23.1 x 26 | 28L x 26 | 30.5 x 32 |
| **Wheel Tract** | 72" (1.85m) | 82" (2.1m) | 92" (2.35m) |
| **Width (overtire)** | 101" (2.6m) | 110" (2.82m) | 122" (3.13m) |
| **Length** | 219.5"(5.63m) | 219.5"(5.63m) | 219.5"(5.63m) |
| **Height** | 126" (3.23m) | 126" (3.23m) | 126" (3.23m) |
| **Weight (wet)** | 19927 lbs | 20419 lbs | 21539 lbs |
| | 9055 kg | 9279 kg | 9788 kg |
| **Turning Circle** | 38'3"/11.7m | 39'/11.9m | 39.4'/12m |
| **Wheel Base** | 116"/2.97m | 116"/2.97m | 116"/2.97m |

Other tire sizes may be available — consult your dealer

## STANDARD EQUIPMENT:

Deluxe all weather cab, pressurized with filter, air conditioning, front defrost fan, heater, front windshield wiper and washer, tilt and telescoping steering wheel, locking cab door, adjustable shock absorbing seat with flip-up armrests, lap belt, dome light, tinted safety glass, full insulation and heavy rubber floor mat for noise reduction • Lighted operator controls with international symbols and neutral safety start switching • Illuminated gauges for engine oil pressure, coolant temperature and hydraulic oil temperature • warning lights and buzzer for engine and hydraulic oil, coolant temperature • hourmeter, tachometer, voltmeter, fuel gauge, parking brake on, high beam and rear wheel centered pilot indicator lights • Automatic reset circuit breakers • hydraulic reservoir oil level sight gauge • Quick disconnect couplers on auxiliary hydraulic circuits • Electrical engine block heaters • lockable tool box and battery box • Vandal protection enclosures and hasps • Four headlights, high & low beam • Amber turn signal/emergency flashers • Red tail/brake lights • Cold weather starting disconnect clutch • Ether injector • Upright muffler with rain cap • Back-up alarm • Non-skid access surfaces • Antifreeze solution to -20° F • Front and rear fenders • Lockable fuel caps • Drawbar • Hydraulic oil cooler

## OPTIONAL EQUIPMENT:

Live power beyond with Quick-tach rear bracketry • Rear windshield wiper & washer • Fluid level sensors and indicators for hydraulic reservoir and radiator coolant • Back-up lights • Mirrors • Fire extinguisher • Rear work lights • Precleaner • Rear defrost fan • Additional hydraulic controls, spools & quick coupler outlets • Rear Cat. III 3 pt hitch

**NOTE:** All specifications are stated in accordance with SAE Standards or recommended practices where applicable.

**IMPORTANT:** Every attempt has been made to ensure the correctness of these specifications, however no guarantees are made as to accuracy. Brown Bear Corp. reserves the right to change these specifications without notice and without incurring any obligation relating to such change.

BROWN BEAR

Brown Bear Corp. Corning, Iowa 50841 (515) 322-4220

L-500-7-90-BP

BROWN BEAR

# DEWATERING AND COMPOSTING
## WITH BROWN HORIZONTAL AUGER ATTACHMENT







### Dewater and Compost

The horizontal auger provides an economical mechanical solution for dewatering sludge in beds, building windrows, blending bulking agents or additives, pulverizing and aerating or water mixing for aerobic composting. The rapid handling rate exposes 100% of the material to oxygen immediately so that noxious odors can be absorbed. Handling costs can range from one to two cents per ton.

### Simple Procedure

The Brown auger works directly into the bed forming its own windrow. Windrows can be formed from piles of nearly any size. Alleyways are not required with this machine, so there is a great reduction in space requirements. The large tires, clearances and propulsion system allows work on irregular bases and doesn't require a special work pad. The auger's reverse rotation works the windrow from the bottom up and to the side, so the height of the material isn't restricted because it has to pass under the machine.

### Low Maintenance

The auger is simple in design. The principle as a material mover had been proven with over 25 years use as a cross country pipeline backfiller. The patented wear edges on the auger are adjustable and replaceable. Carbide teeth can be mounted behind the wear plates for extra aggressiveness, although the flights themselves will pulverize frozen materials. The tractor is built just like the most reliable of the construction machines.







## Energy Efficient

The auger is hydrostatically powered by the exclusive Brown four-wheel hydrostatic drive tractors, so a separate fuel consuming auxiliary engine is not required. The average capacity of a wheel loader for mixing and handling is 200 to 300 cubic yards per shift. The Brown BEAR tractor is 80 times more efficient than a wheel loader in this application. Fuel and labor savings to complete the job will be dramatic.

## Versatility

The auger can be used for other applications including trench backfilling, berm construction, wet silt grading, mixing of dry road patch and more. Plus the tractor propels other public works attachments including brush shredders, forklifts, snow blowers, blades, V-plows, gang mowers, trenchers, backhoes, drop hammers and sweepers.

## Dewatering

Reduction of the amount of water at the treatment site saves on hauling costs and eliminates the nuisances connected with sludge sticking to truck beds, seepage, odors and spreading problems. Dewatered material can be spread throughout the year.

NOTE: Special warranty considerations are applicable for submerged applications.

## Composting

This is the natural, biological decomposition of solid organic matter, and the windrow process appears to be the most economical on a large scale.

Heat produced by aerobic microorganisms warms the air within the windrow with convective forces moving air through the windrow to supply oxygen to the microorganisms. The composted product is available for immediate crop utilization because the material is stabilized and is free of pathogens, weed seeds and parasites. The most significant contribution made by the composting process is its long term effect on soil fertility, especially on accumulated fertility. Without humus, most nutrients in soil minerals remain unavailable to plants.

Organic waste utilization by dewatering or composting is an asset for our current energy situation and is in keeping with Federal and State guidelines to evaluate land treatment as a disposal alternative. The assets are reaped by utilizing the material for mineral recovery, soil building, salt stabilization, fertilizer, feed and fuel supplementation, or as a more ecologically safe landfill material.

## Mixing

Mixing sludges and bulking agents, the Brown BEAR Auger is compatible with the static pile method. Fast, economical mixing of sludges and bulking agents on prepared or unprepared pads. The auger's reverse rotation works the windrow from the bottom up for a fast, thorough mixing job.

**Brown Bear Corporation**
Corning, Iowa 50841 (515) 322-4220

U S Patent 3.362 092 Canadian Patent 853.917 Other Patents Pending

Printed in U S A L-100-200-108-12-90 BP

BROWN BEAR

# HYDROSTATIC AUGER

FOR USE WITH THE BROWN BEAR HYDROSTATIC TRACTORS

## DEWATER — COMPOST — LAND FARM



*Three Brown stripes . . . the sign of quality*

*Screw auger on BB 200 w/optional loader*



*BB 200 w/optional loader, screw auger*

*Paddle auger on BB 300 w/optional loader*



*BB 3 optional loader, paddle auger*

| Auger Diameter | Tractor Model | Auger Width | Weight | Style | Drive | Rotation Speed | Length w/Tractor (approximate) |
|---|---|---|---|---|---|---|---|
| 31" | 200 | 8'<br>10' | 4000<br>4290 | Paddle or Screw | Hydrostatic Single Motor | 0-142 RPM | Std. 19'6"<br>w/loader 22'6" |
| 36" | 300 | 10'<br>12' | 4816<br>5106 | Paddle or Screw | Hydrostatic Single Motor | 0-144 RPM | Std. 21'2"<br>w/loader 23'8" |
| 39" | 400 | 12'<br>14' | 4907<br>5128 | Paddle or Screw | Hydrostatic Single Motor | 0-140 RPM | 24' |
| 39" | 500 | 12'<br>14' | 4907<br>5126 | Paddle or Screw | :drostatic al Motor | 0-140 RPM | 24' |
| 48" | 500 | 12'<br>14' | 6720<br>7120 | Paddle | /drostatic Dual Motor | 0-140 RPM | 25'6" |

*All Augers — tilt right and left 8° • hydraulic motor(s) input through Planetary transmission • oil splash lubricated chain drive in sealed case*

**NOTE:** All specifications are stated in accordance with SAE Standards or recommended practices where appliable

**IMPORTANT:** Every attempt has been made to ensure the correctness of these specifications, however no guarantees are made as to accuracy Brown Corp reserves the right to change these specifications without notice and without incurring any obligation relating to such change

BROWN BEAR

Brown Bear Corp., Corning, Iowa 50841 (515) 322-4220

L 100-200-109-7-90 BP

# Appendix D

## Construction Schedule

**Abbreviations**

| | | |
|---|---|---|
| EXC | = | Excavate |
| TPH | = | Total Petroleum Hydrocarbons |
| RELOC | = | Relocate |
| BIOBED #7 | = | Biobed number on location map |
| A4 | = | Area location of former Tank A-4 |
| MTL | = | Bioremediated soil |

ies

| ACTIVITY ID | EARLY START | EARLY FINISH | 1993–1994 (FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC / JAN FEB MAR) |
|---|---|---|---|
| BD020EXS | | 22MAR93A | PREPARE EARTHWORK BID DOCUMENTS |
| BD021EXS | 23MAR93 | 5APR93 | BID DOCUMENTS TO BIDDERS |
| BD022EXS | 19APR93 | 19APR93 | BID DATE FOR EARTHWORK SUBCONTRACTORS |
| BD052AWD | 3MAY93 | 3MAY93 | AWARD/CONTRACT EARTHWORK |
| EX006A02 | 25MAY93 | 26MAY93 | EXC TPH SOIL A2 (1768 CY) |
| EX008A04 | 25MAY93 | 25MAY93 | EXC TPH SOIL A4 (1574 CY) |
| EX011A07 | 26MAY93 | 27MAY93 | EXC TPH SOIL A7 (2759 CY) |
| EX072B03 | 26MAY93 | 1JUN93 | GRADE BIOBED #3 (A4-A7) |
| EX009A05 | 27MAY93 | 28MAY93 | EXC TPH SOIL A5 (3133 CY) |
| EX053A04 | 27MAY93 | 27MAY93 | RELOC BERM SOIL TO A4 VOIDS (1574 CY) |
| EX007A03 | 28MAY93 | 31MAY93 | EXC TPH SOIL A3 (3007 CY) |
| EX012A08 | 31MAY93 | 3JUN93 | EXC TPH SOIL A8 (5866 CY) |
| EX056A07 | 31MAY93 | 1JUN93 | RELOC BERM SOIL TO A7 VOIDS (2759 CY) |
| EX010A06 | 1JUN93 | 2JUN93 | EXC TPH SOIL A6 (3597 CY) |
| EX051A02 | 1JUN93 | 2JUN93 | RELOC BERM SOIL TO A2 VOIDS (1765 CY) |
| EX013A09 | 3JUN93 | 3JUN93 | EXC TPH SOIL A9 (934 CY) |
| EX052A03 | 3JUN93 | 7JUN93 | RELOC BERM SOIL TO A3 VOIDS (3007 CY) |
| EX054A05 | 3JUN93 | 7JUN93 | RELOC BERM SOIL TO A5 VOIDS (3133 CY) |
| EX070B01 | 3JUN93 | 10JUN93 | GRADE BIOBED #1 (A3-A9) |
| EX016OP7 | 4JUN93 | 7JUN93 | EXC TPH SOIL P7 (3276 CY) |
| EX034ROW | 4JUN93 | 8JUN93 | EXC TPH SOIL RR RIGHT OF WAY (1574 CY) |
| EX0200P6 | 8JUN93 | 11JUN93 | EXC TPH SOIL P6 (5591 CY) |
| EX055A06 | 8JUN93 | 10JUN93 | RELOC BERM SOIL TO A6 VOIDS (3597 CY) |
| EX058A09 | 8JUN93 | 8JUN93 | RELOC BERM SOIL TO A9 VOIDS ( 934 CY) |
| EX022010 | 9JUN93 | 9JUN93 | EXC TPH SOIL 10 (189 CY) |
| EX0310TR | 10JUN93 | 10JUN93 | EXC TPH SOIL TEX RACK-SOUSA RD (1116 CY) |
| EX032SRT | 10JUN93 | 10JUN93 | EXC TPH SOIL SOUSA RD TANKS (545 CY) |
| EX0610P7 | 10JUN93 | 14JUN93 | MOVE BERM SOIL TO TANK P7 VOIDS (3276 CY) |
| EX071B02 | 10JUN93 | 17JUN93 | GRADE BIOBED #2 (A2-A8) |
| EX028NPR | 11JUN93 | 11JUN93 | EXC TPH SOIL NE PIPE RUN (1000 CY) |
| EX057A08 | 11JUN93 | 17JUN93 | RELOC BERM SOIL TO A8 VOIDS (5866 CY) |
| EX077B08 | 11JUN93 | 14JUN93 | GRADE BIOBED #8 (#10) |
| EX080B11 | 11JUN93 | 14JUN93 | GRADE BIOBED #11 (P7) |
| EX019PSW | 14JUN93 | 17JUN93 | EXC TPH SOIL PACIFIC SWALE (6487 CY) |
| EX023014 | 14JUN93 | 14JUN93 | EXC TPH SOIL 14 (844 CY) |
| EX063010 | 14JUN93 | 14JUN93 | MOVE BERM SOIL TO TANK 10 (189 CY) |

Plot Date 23MAR93
Data Date 23MAR93
Project Start 6FEB93
Project Finish 1APR97

(c) Primavera Systems, Inc.

Activity Bar/Early Dates
Critical Activity
Progress Bar
Milestone/Flag Activity

Sheet 1 of 3

IES
CHARTER OIL BIOREMEDIATION
EARTHWORK CONTRACTOR PRELIM SCHEDULE

| Date | Revision | Checked | Approved |
|---|---|---|---|

ies

| ACTIVITY ID | EARLY START | EARLY FINISH | Description (1993–1994 schedule bars: FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR) |
|---|---|---|---|
| EX024015 | 15JUN93 | 15JUN93 | EXC TPH SOIL 15 (891 CY) |
| EX068SRT | 15JUN93 | 15JUN93 | MOVE BERM SOIL @ SOUSA RD [illegible] CY) |
| EX025002 | 16JUN93 | 16JUN93 | EXC TPH SOIL 02 (162 CY) |
| EX064014 | 16JUN93 | 16JUN93 | MOVE BERM SOIL @ TANK 14 (844 CY) |
| EX076B07 | [illegible] | 17JUN93 | GRADE BIOBED #7 (14/15) |
| EX081B12 | [illegible] | 21JUN93 | GRADE BIOBED #12 (SOUSA) |
| EX026004 | 17JUN93 | 18JUN93 | EXC TPH SOIL 04 (3146 CY) |
| EX065015 | 17JUN93 | 17JUN93 | MOVE BERM SOIL @ TANK 15 (891 CY) |
| EX079B10 | 17JUN93 | 25JUN93 | GRADE BIOBED #10 (P6) |
| EX018OP1 | 18JUN93 | 18JUN93 | EXC TPH SOIL P1/P2/P3 (912 CY) |
| EX017OP4 | 21JUN93 | 23JUN93 | EXC TPH SOIL P4/P5 (4339 CY) |
| EX027001 | 21JUN93 | 21JUN93 | EXC TPH SOIL 01 (1465 CY) |
| EX066OP6 | 21JUN93 | 25JUN93 | MOVE BERM SOIL @ TANK P6 (5591 CY) |
| EX030RRR | 22JUN93 | 29JUN93 | EXC TPH SOIL RR RACK (8859 CY) |
| EX075B06 | 23JUN93 | 24JUN93 | GRADE BIOBED #6 (P1/P2/P3) |
| EX014008 | 24JUN93 | 25JUN93 | EXC TPH SOIL 08 (2860 CY) |
| EX067OP1 | 24JUN93 | 24JUN93 | MOVE BERM SOIL @ TANK P1/P2/P3 (912 CY) |
| EX091B02 | 25JUN93 | 12JUL93 | SPREAD MTL IN BIOBED #2 |
| EX092B03 | 25JUN93 | 6JUL93 | SPREAD MTL IN BIOBED |
| EX015009 | 28JUN93 | 1JUL93 | EXC TPH SOIL 09 (5421 CY) |
| EX021OPR | 30JUN93 | 6JUL93 | EXC TPH SOIL PACIFIC RACK (7353 CY) |
| EX062OP4 | 1JUL93 | 6JUL93 | MOVE BERM SOIL TO TANK P4/P5 VOIDS (4339 CY) |
| EX005A01 | 2JUL93 | 7JUL93 | EXC TPH SOIL A1 (5833 CY) |
| EX059008 | 2JUL93 | 5JUL93 | MOVE BERM SOIL TO TANK 8 VOIDS (2860 CY) |
| EX073B04 | 5JUL93 | 5JUL93 | GRADE BIOBED #4 (#8) |
| EX078B09 | 5JUL93 | 6JUL93 | GRADE BIOBED #9 (P4/P5) |
| EX060009 | 7JUL93 | 13JUL93 | MOVE BERM SOIL TO TANK 9 VOIDS (5421 CY) |
| EX029NSW | 8JUL93 | 8JUL93 | EXC TPH SOIL NE SWALE (706 CY) |
| EX033NER | 9JUL93 | 20JUL93 | EXC TPH SOIL NE RACK (12449 CY) |
| EX090B01 | 9JUL93 | 26JUL93 | SPREAD MTL IN BIOBED #1 |
| EX097B08 | 9JUL93 | 13JUL93 | SPREAD MTL IN BIOBED #8 |
| EX050A01 | 12JUL93 | 16JUL93 | RELOC BERM SOIL TO A1 VOIDS (5833 CY) |
| EX074B05 | 15JUL93 | 15JUL93 | GRADE BIOBED #5 (#9) |
| EX100B11 | 16JUL93 | 21JUL93 | SPREAD MTL IN BIOBED #11 |
| EX099B10 | 23JUL93 | 26JUL93 | SPREAD MTL IN BIOBED #10 |
| EX096B07 | 27JUL93 | 28JUL93 | SPREAD MTL IN BIOBED #7 |

Plot Date 23MAR93
Data Date 23MAR93
Project Start 8FEB93
Project Finish 1APR97

Activity Bar/Early Dates
Critical Activity
Progress Bar
Milestone/Flag Activity

Sheet 2 of 3

IES
CHARTER OIL BIOREMEDIATION
EARTHWORK CONTRACTOR PRELIM SCHEDULE

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

(c) Primavera Systems, Inc.

| ACTIVITY ID | EARLY START | EARLY FINISH |
|---|---|---|
| EX095B06 | 28JUL93 | 30JUL93 |
| EX093B04 | 30JUL93 | 2AUG93 |
| EX098B09 | 2AUG93 | 4AUG93 |
| EX094B05 | 3AUG93 | 4AUG93 |
| EX101B12 | 5AUG93 | 19AUG93 |




Plot Date 23MAR93
Data Date 23MAR93
Project Start 8FEB93
Project Finish 1APR97

(c) Primavera Systems, Inc.

Activity Bar/Early Dates
Critical Activity
Progress Bar
Milestone/Flag Activity

Sheet 3 of 3

IES
CHARTER OIL BIOREMEDIATION
EARTHWORK CONTRACTOR PRELIM SCHEDULE

| Date | Revision | Checked | Approved |
|---|---|---|---|

CIOC00016191

# Appendix E

## Material Safety Data Sheets

May be used to comply with OSHA's Hazard Communication Standard 24 cfr 1910.1200

In accordance with U.S. Department of Labor form 174

# SOIL / GRAVEL WASH

## MATERIAL SAFETY DATA SHEET

JOHNSON & ASSOC. CONSULTING SPCO-1540

CAS NUMBER: N/A

NFPA HAZARD RATING

| | |
|---|---|
| 4 - Extreme | Flammability = 0 |
| 3 - HIGH | Reactivity = 0 |
| 2 - MODERATE | Health = 0 |
| 1 - SLIGHT | Special = N/A |
| 0 - INSIGNIFICANT | |

## HAZARDOUS MATERIALS IDENTIFICATION SYSTEM

| HMIS HAZARD INDEX | HMIS RATINGS |
|---|---|
| 4 - Severe | Health = 0 |
| 3 - Serious | Flammability = 0 |
| 2 - Moderate | Reactivity = 0 |
| 1 - Slight | Personal protection = 0 |
| 0 - Minimal | *See last page for code table |

## DIVISION AND LOCATION — SECTION I

| | |
|---|---|
| Division: | Johnson & Assoc. Consulting |
| Location: | Houston, Texas |
| Emergency phone number: | (713) 379-5818 |
| Transportation emergency: | (713) 379-5818 |

## HAZARDOUS INGREDIENTS / IDENTITY INFORMATION — SECTION II

Hazardous components (specific chemical identity; common names) :
This product has no hazardous components under current OSHA definition.

## PHYSICAL / CHEMICAL CHARACTERISTICS — SECTION III

| | |
|---|---|
| Boiling point: | 212° F |
| Vapor pressure (mm Hg): | LT01 |
| Vapor density (air = 1): | N/DA |
| Solubility in water (by weight %): | Completely |
| Appearance and odor: | Yellow liquid, bland odor |
| Specific gravity ($H_2O$ = 1) | 1.017 |

| | |
|---|---|
| Melting point: | Not applicable |
| Evaporation rate (Butyl acetate = 1): | LT1 |

**FIRE AND EXPLOSION DATA --- SECTION IV**

| | |
|---|---|
| Flash point: | GT 200° F |
| Flammable limits: | Not applicable |
| Extinguishing media | Foam, $CO_2$, dry chemical, water |
| Special fire fighting procedures: | Aviod breathing vapors |
| Unusual fire fighting procedures: | None |

**REACTIVITY DATA --- SECTION V**

| | |
|---|---|
| Stability: | Stable |
| Incompatibility: | Acids, heat may be generated strong oxidizing agents |
| Hazardous decomposition, or byproducts: | Oxides of nitrogen |
| Hazardous polymerization: | Will not occur |

**HEALTH HAZARDOUS DATA / IDENTITY INFORMATION ---SECTION VI**

| | |
|---|---|
| Routes of entry: | Inhalation? Yes |
| | Skin? Yes |
| | Ingestion? Yes |
| Health hazards (acute and chronic): | Not applicable |
| Carcinogenicity: | None known |
| Signs and symptions of exposure: | Eyes: irritation,; skin: slight irritation |
| Medical conditions generally aggravated by exposure: | None |
| Emergency first aid procedures: | INHALATION: Move subject to fresh air<br>INGESTION: Induce vomiting<br>EYE CONTACT: Flush thoroughly with water for 15 minutes |

**PRECAUTIONS FOR SAFE HANDLING AND USE --- SECTION VII**

| | |
|---|---|
| Steps to be taken in case material is released: | Wash area with water. Absorb large spills with sorbant and landfill |
| Waste disposal method: | In accordance with State and federal regulations |
| Precautions to be taken in handling and storage: | Store between 30°F and 120°F |
| Other precautions: | Do not ingest |

**CONTROL MEASURES --- SECTION VIII**

| | |
|---|---|
| Respiratory protection (specify type): | None |
| Ventilation: | Not required |
| Protective gloves: | Cotton, canvas, or latex |
| Eye protection: | Safety glasses |
| Other protective clothing or equipment: | Eye wash facility |
| Work / hygienic practices: | Exposed employees should exercise reasonable personal cleanliness. Clean exposed skin area several times daily with soap and water. Launder clothes daily. |

# Appendix F

## In-Situ Bioremediation Schematic Drawing




TYPICAL PIPING TRENCH INSTALLATION




PLAN

TYPICAL GRID DESIGN




ELEVATION

PERCULATION SYSTEM DESIGN

NOT TO SCALE

| | | |
|---|---|---|
| TITLE: FORMER NORTHEAST PETROLEUM TERMINAL<br>DATUM: NGVD, 1929<br>IES<br>44 SHELTER ROCK ROAD<br>DANBURY, CT 06810 | APPLICATION BY:<br>CHARTER INTERNATIONAL OIL CO.<br>ONE EAST FOURTH STREET<br>CINCINNATI, OHIO | ADJACENT TO: SAKONNET RIVER<br>AT: TIVERTON<br>COUNTY: NEWPORT<br>ST: RI 6 OF 6<br>2024040C |

# Appendix G

## Site Plans

Figure 1 .......... Excavation and Erosion Control Plan
Figure 2 .......... Biobed Site Plan
Figure 3 .......... Texaco Tank Farm
Figure 4 .......... Existing API Separator/Storm Water Drainage System
Figure 5 .......... Miscellaneous Details


A-9
N 205000
E 579500
DRAIN
3"RCP
TOUR
IF EXCAVATION
IF IN-SITU REMEDIATION
RMER TANKS
N 205500
E 579000
FOR
EXCAVATI
PROJECT
DRAWING
ies
INTEGRATED
ENVIRONMENTAL
SERVICES
PROJECT #
2024-060
FILENAME
2024060C
SCALE
1"=100'
DATE
6/11/93
BY
AD
CK
FIGURE
1


NIC
PROP. EL. 63.0
EXIST. EL. 56.2
ONTOUR
AND VALVES.
N 205500
E 579000
PROJECT
DRAWING
INTEGRATED ENVIRONMENTAL SERVICES
PROJECT #
2024-060
FILENAME:
2024060B
SCALE:
1" = 100'
DATE:
6/11/93
BY:
AD
FIGURE #
2


EXCAVATION AND
PROJECT
DRAWING
ies
INTEGRATED ENVIRONMENTAL SERVICES
PROJECT #
2024-060
FILENAME:
2024060D
SCALE:
1" =100'
BY: AD
CK:
FIGURE #
3
E 581000
N 205000
E 580500
N 205500
140
PLAN


A-9
E 579500
E 579000
N 205500
DRAIN
30" RCP
NTOUR
UND DRAINAGE PIPE
UND DRAINAGE PIPE
EXISTING API
PROJECT
DRAWING
INTEGRATED ENVIRONMENTAL SERVICES
PROJECT #
2024-060
FILENAME:
2024060A
SCALE:
1"=100'
DATE:
BY:
AD
FIGURE #
4




TING VALVE MODIFICATIONS




N CONTROL MATTING

N.T.S.

FOR

PROJECT

DRAWING

INTEGRATED ENVIRONMENTAL SERVICES

| | |
|---|---|
| PROJECT # 2024–060 | |
| FILENAME: 2024060E | |
| SCALE: NTS | DATE: 9/23/93 |
| BY: AD | CK: JMF |
| FIGURE # 5 | |

Box:
WK Plan
G/W Sampling