# EXHIBIT I

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Environmental Management
DIVISION OF GROUNDWATER AND ISDS
GROUNDWATER SECTION
291 Promenade Street
Providence, R.I. 02908 - 5767
(401) 277 - 2234

June 15, 1993

CERTIFIED MAIL

Robert McPeak
Integrated Environmental Services
44 Shelter Rock Rd.
Danbury, CT 06810

Re: Former Northeast Petroleum Terminal, Tiverton

Dear Mr. McPeak:

Per your request, this letter will summarize several concerns regarding the soil investigation and the proposed remediation at the above site which were discussed at the May 19th meeting of representatives of IES and the DEM.

1. Soils in the Shore Area were only sampled to a depth of three feet, which is the proposed depth for in situ remediation. An investigation of the contamination profile of the deeper soils (to bedrock) is needed.

2. No soil sample results were reported for the Shore Area west of sample location SHOR-14 and south of SHOR-8. Soil sampling locations adjacent to this area all have shown elevated (>500 ppm) TPH. As the areas proposed for in situ remediation are being delineated based on the soil analyses, sampling is necessary in this area.

3. The Underground Storage Tanks were closed and inspected by Department personnel with the understanding that the surrounding and underlying soils would be investigated as part of the remediation of the site. The depth of sampling reported so far does not satisfy this requirement. In addition, no soil samples were taken in the areas of the former UST's in the Texaco Shore Area and the Souza Rd. (Texaco Farm) area. Soil samples must be taken and analyzed for all the former USTs. The exact locations of the former USTs and the soil samples should be mapped.

4. Soils in the Texaco Shore Area, where in situ remediation is being proposed, have only been sampled to a depth of 7 feet. Borings performed by CDM and

presented in a cross section in the April 1986 report indicate that the depth of soils in this area range from 10' to 15'. These deeper soils need to be investigated.

5. The soils which comprise the tank dikes have not been sampled. Section 6.1.1.1 of the April 1993 IES report states that each dike wall will be analyzed to assess the need for excavation and treatment but no further details are given. A sampling and analysis plan which addresses the dike soils for the entire site should be prepared for review by the Department. Based on experience from other sites, the Department believes that the volume of soils found contaminated will exceed the estimated volume, particularly since the dikes were not included in previous sampling. As you stated during our meeting that all available biobed space is being used, the project may need to be lengthened to treat additional soils.

6. The oil/water separator inside the P4-P5 diked area discharged directly to the beach. The discharge then flowed down a swale to the Sakonnet River. A single sampling location (SHOR-3) found elevated TPH and has been used to identify an area for in situ remediation. The soils in the swale need to be sampled so that the area of contamination can be delineated.

7. The remedial approach on this site has been the removal of source contamination, i.e. soils, followed by an investigation of groundwater contamination and subsequent remediation of groundwater, if required. The Department recommends that the existing monitor wells, which have not been looked at for years, be sampled as they may provide valuable information particularly for the proposed in situ remediation of the shore areas.

The above represents the major deficiencies that the Department has found in the pre-remedial soil investigation. It is the position of the Department that the above information must be collected and incorporated in to the remediation plan.

As you have indicated that the IES Proposed Remedial Work Plan for the Former Northeast Petroleum Terminal dated April 1993 is meant to be the Project Implementation Plan required in the Consent Agreement, the Department has the following comments.

Final specification of treatment procedures is required by the Agreement and has not been provided. The report presents conceptual bioremedial strategies proposed by three companies that have conducted pilot tests on site. The results of these tests have not been reported and the selection of a final bioremediation strategy has not been reported. The Agreement requires that the description of the specific treatment processes be sufficient to provide reasonable expectations that the remediation would yield timely results. Final specific monitoring activities that evaluate the effectiveness of treatment are required. In the submitted report, each

firm has proposed a different schedule of testing.

The Division of Water Resources (DWR) requires that you identify the frequency, duration, rates and types of nutrients that are proposed to be used in the bioremediation process, as well as a complete explanation of the expected impacts to State waters from this treatment. The DWR is also concerned about other types of pollutants entering State waters in loads that would impact the designated uses of these waters. A complete explanation of the types of site activities that may involve the release of pollutants to the Sakonnet River, Mt. Hope Bay and other wetlands in the project area is required. Upon submittal of this information, the DWR will assess the need for a pollutant loading analysis, either of nutrient loads or other types of pollutant loads that may impact the designated uses of the State waters in the project area. Please contact Terry Walsh at 277-3961 if you have any questions regarding the requirements of the Division of Water Resources.

As stated by the DEM in our recent meeting, any chemicals or mixtures of chemicals added to the environment whether for use as soil amendments, bio-enhancers, or for any other purpose must be characterized as completely as possible and the DEM must approve their usage.

If you have any questions please feel free to call Mike Mulhare or me at 277-2234.

Sincerely,

Paula-Jean Therrien
Senior Environmental Management

cc: Michael Mulhare PE, Supervising Engineer, DEM
Terry Walsh, Environmental Scientist, DEM