# EXHIBIT J

# 4.0 AREAS OF INVESTIGATION

The sections that follow describe the proposed work within each area of concern as per the RIDEM letter dated June 15, 1993 (Appendix B).

## 4.1 Shore Area (CONCERN 1 AND 2)

**Description**

The shore area is approximately 10 acres of beach at the northwestern portion of the property. Much of this area was reportedly built up from hydraulic dredge spoils from the Sakonnet River.

**Previous Sampling**

Reed installed 17 borings in this area (B-10 through B-18 and B-21 through B-28). Of the 7 samples analyzed from this area 5 exceeded the remedial cleanup standard for TPH.

CDM constructed 19 test pits in the area. Analytical results of samples taken from these pits was not available. CDM noted that extensive contamination was observed at the toe of the railroad embankment and noted free product on water in the test pits.

IES advanced an additional 20 borings (SHOR-1 through SHOR-20) in this area at the locations indicated on Figure 7. Two soil samples were collected from each boring, at the 0-1' and 2-3' intervals (40 samples total). TPH cleanup criteria was exceeded in 22 of the 40 samples. Sampling results were translated into the areas delineated on Figure 3 (approx. 3200 cy) as the probable limits of soil contamination. Sampling results are shown in Appendix D

**Potential Sources of Contamination**

Potential sources of contamination include leakage from product lines, surface and subsurface drainage from up slope areas, and possible dumping. Several areas of heavily contaminated soil were observed in this area during the current decommissioning efforts.

**RIDEM Concerns**

The soil in the shore area was investigated to groundwater depth of 3 feet by IES personnel. Soils below the water table were not analyzed as the contamination in this zone was thought to be associated with groundwater. RIDEM has expressed concern that the soil within the groundwater is contaminated and has requested that IES characterize these soils.

Two additional areas have not been investigated but are in the vicinity of other samples showing elevated concentrations of TPH. These areas are the former separator outfall from P4/P5 tank dike and the area west of sample SHOR-14 and south of sample SHOR-8.

**Proposed Sampling and Analysis Program**

IES proposes to advance an additional 11 borings (SHOR-21 through SHOR-31) in this area as indicated on Figure 3. Boring numbers SHOR-21 through SHOR-28 will be taken from within the previously delineated contamination area. Boring numbers SHOR-29 through SHOR-31 will be advanced in the area west of sample SHOR-14 and south of sample SHOR-8 that has not been characterized to date. All samples within the beach area will be collected from the top two (2) feet of every five (5) foot interval, continuing to refusal.

### 4.2 Former UST Areas (CONCERN 3)

**Description**

Three locations where UST's were situated are shown on Figures 3 and 4 and are numbered according to the UST number assigned to each tank in its respective Certificate of Closure (included in Appendix E).

**Previous Sampling**

Samples were collected from the tank areas that were within the soil excavation limits as shown on Figure 3 and 4.

**RIDEM Concerns**

All USTs were closed during site decommissioning operations with RIDEM's understanding that these areas would be investigated as part of the site wide soils investigation. Several of the UST locations have not been characterized and others have not been characterized to sufficient depths.

**Proposed Sampling and Analysis Program**

IES proposes to advance 3 borings (UST6, UST13/14 and UST15) in these areas. Only USTs that are not in areas of soil excavation will be sampled individually as part of this characterization plan. Former UST locations that lie within excavation limits will be sampled at the time of excavation. Excavation depths shall be taken to below the bottom of all former USTs to ensure sampling of the tank grave and all soils in the vicinity of the UST.

Former USTs 1-5 were within the Northeast Rack excavation limits and USTs 7-12 lay within the Pacific Rack excavation limits. Soil samples will be collected by IES at the time of excavation for these tanks once the floor of the tank excavations are exposed. Soil samples will be taken at a depth below the original grade of the tank bottom to verify the extent of the contamination zone. A confirmation sampling plan has been incorporated into the Remedial Work Plan to address this issue.

The three locations to be sampled at this time include former USTs 6, (Northeast Rack) 13&14 (Souza Road Texaco Rack) and 15 (Texaco Shore Tank). Borings will be advanced two to three feet hydraulically down gradient from the center of the tank to a depth equal to the bottom of the tank.

### 4.3 Texaco Shore Area (CONCERN 4)

**Description**

The Texaco shore area included two former ASTs designated T-1 and T-2, associated containments, and a pier located near the southwest corner of the site. According to information gathered from NEP files and conversations with former employees, No. 2 Fuel oil was the last product stored in the two tanks.

**Previous Sampling**

Reed took four soil borings (B-5 through B-8) in this area. Samples were taken at 2 foot intervals and screened for TPH using PID and FID instruments. One sample from the boring for monitoring well MW-5 was analyzed for TPH and found to contain 3400 mg/kg. CDM estimated that about 8,000 C.Y. of soil exceeded clean-up criteria.

IES collected 22 samples from eight different borings (TXST-1 through TXST-8). Samples were collected at depths between 0-1', 3-4' and 6-7' (refer to Figure 5). TPH cleanup concentrations were exceeded in 10 of the 22 samples. Sampling results are shown in Appendix D. Sampling results lead to the areas delineated on Figure 3 (approx. 10,100 cy) as the probable limits of contaminated soil.

**Potential Sources of Contamination**

Potential sources of contamination in the Texaco Shore Area include: leaks from the tanks and leaks from product lines.

**RIDEM Concerns**

Soil in the Texaco Shore Area was investigated to a depth of 7 feet. Bedrock in this area is presumed to be below ten feet. RIDEM has requested that IES characterize the Texaco Shore Area soils to bedrock.

**Proposed Sampling and Analysis Program**

IES proposes to advance an additional 2 borings, TXST 8 & 9, in this area as indicated on Figure 3. All samples within the Texaco Shore Area will be collected from the top two (2) feet of every five (5) foot interval, continuing to refusal.

### 4.4 Storage Tank Secondary Containment Dikes (CONCERN 5)

**Description**

The dike areas were constructed to encompass the former ASTs and provide a secondary containment field for potential tank leaks. Dikes were constructed within the Air Force, Northeast, Pacific and Texaco Souza and Shore areas.

**Previous Sampling**

No records of previous sampling of the dike areas has been found.

**Potential Sources of Contamination**

The potential source of contamination within the actual dike material is unknown.

**RIDEM Concerns**

No sampling of these areas was included in the IES Pre-Remedial Sampling Plan. RIDEM has experienced contamination associated with dike materials in other petroleum terminals and has asked IES to characterize the condition of the dikes at the site.

**Proposed Sampling and Analysis Plan**

The secondary containment dikes will be sampled at an average of every 150 linear feet of dike (see Figures 3 & 4). This number will be adjusted as needed to include all dikes of lesser magnitude. The borings will be split spoon sampled every 5 feet of depth or at noticeable changes in the subsurface condition. An estimated 69 borings will be drilled, with an estimated

207 samples to be analyzed. Boring identification is identified on the drawing according to the area of concern, i.e. (AF1D-1 indicates Air Force Dike Area boring #1, sample #1). Total number of sampling points for each dike area is presented below:

| AIR FORCE | TEXACO SHORE | PACIFIC TANKS | NORTHEAST | BIG LOUIE | SOUZA |
|---|---|---|---|---|---|
| 26 | 6 | 10 | 20 | 3 | 4 |

### 4.5 Oil/Water Separator Discharge at Shore Area West of P4/P5 Dike (CONCERN 6)

**Description**

The P-4/P-5 area of investigation included the locus of the former tanks and associated one acre containment area and a swampy area north of the former tanks. According to NEP files and conversations with former employees, No. 2 fuel oil was the last product stored in Tank P-4; no information was available on the former contents of Tank P-5. A oil/water separator, no longer in use, was discovered directly east of previous sampling point SHOR-3.

**Previous Sampling**

IES advanced boring SHOR-3 in this area at the location indicated on Figure 5 of the Sampling and Analytical Plan. The two samples taken from this boring were analyzed for TPH with results of 115 and 460 mg/kg.

**Potential Sources of Contamination**

The potential source of contamination in this area is believed to be effluent discharge from the former oil/water separator in the P4/P5 tank area.

**RIDEM Concerns**

Sampling results from this area have indicated elevated levels of TPH within the drainage swale. No other samples have been collected from within the drainage path. RIDEM has requested further characterization of this area.

**Proposed Sampling and Analysis Program**

IES proposes to advance two additional borings (SHOR-32 and SHOR-33) in the swale area used as a discharge from the P4/P5 separator in the vicinity of previous boring SHOR-3. Refer to Figure 3. Samples will be collected at intervals of 5' starting at grade level and continuing until bedrock.

### 4.6 Existing Monitoring Wells (CONCERN 7)

**Description**

The nine monitoring wells are located in the Shore Areas as described in section 4.1 and 4.3

**Previous Sampling**

Reed installed eight monitoring wells (MW-3, MW-4, MW-5, MW-5A, MW-6, MW-7, MW-8, and MW-9) in this area. Groundwater samples from MW-4, MW-5A, and MW-9 were analyzed for TPH; MW-4 had a TPH concentration less than 0.025 ppm, MW-5A had 4.0 ppm TPH, and MW-9 had 130 ppm TPH, exceeding the remedial concentration of 50 ppm.

**Potential Sources of Contamination**

Potential sources of contamination in the well areas include: leaks from the tanks and leaks from product lines.

**RIDEM Concerns**

The existing nine monitoring wells in the shore areas were sampled approximately 6 years ago. A total of 16 wells were on site 6 years ago, however due to the removal of numerous storage tanks, elimination of 7 monitoring wells was unavoidable. Sampling results CDM (Appendix C) indicate that there were elevated levels of TPH exceeding the clean-up criteria for groundwater. RIDEM has requested IES to update the groundwater characterization in this area.

**Proposed Sampling and Analysis Program**

IES will sample 5 monitoring wells, MW-1, 2, 9, 12 and 13, for TPH, BTEX, nitrates, nitrites and phosphorous. The wells to be sampled were determined by IES based upon elevated levels of TPH found in the CDM samples and on site topography. Nitrates, nitrites and phosphorous will be analyzed by an independent state certified laboratory to determine background levels.