# EXHIBIT K

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Environmental Management
DIVISION OF SITE REMEDIATION
291 Promenade Street
Providence, R.I. 02908-5767

November 27, 1993

Mr. Robert E. McPeak, Jr., P.E.
Integrated Environmental Services
44 Shelter Rock Rd.
Danbury, CT 06810

Re: Former Northeast Petroleum Terminal
Tiverton, RI

Dear Mr. McPeak:

The Rhode Island Department of Environmental Management has received and reviewed the Draft Remedial Work Plan Revision 2 dated September 1993, the Quarterly Status Report of the Excavation and Bioremediation Project dated November 5, 1993 and the November 4, 1993 letter from Jim Pietrzak to William McCarthy of the RIDOT, and provides the following comment.

The sampling plan for the Big Louie lagoon appears to involve TPH only. As the clean up criteria for soils on this site are also defined for BTEX and lead, a sampling plan for these parameters must be submitted for approval.

The plans for post excavation sampling and final confirmation testing also involve measurement of TPH only. These plans must be amended to include testing for BTEX.

IES has applied to the RIDOT for permission to install an at grade crossing over the railroad tracks for the movement of heavy equipment including excavators and dump trucks for the remediation of soils west of the railroad right of way. This crossing would allow access to the Texaco Shore area. The DEM has in the past expressed concern that the in situ treatment of soils in the Texaco Shore area would provide a strategy much less aggressive than that employed in the other contaminated former tank areas onsite. The Department only agreed to such a remedial approach because IES insisted that there was no access to this area for the heavy equipment necessary to excavate soils for landfarming. Please advise the Department of progress in obtaining RIDOT permission and of the most current plans for the remediation of the Texaco Shore area.

REDACTED

REDACTED

REDACTED The soil samples taken adjacent to UST's 13 & 14 on the Souza Rd. parcel have shown an elevated level (23,970 ppm) of TPH contamination in the sample from 8' depth. The DEM UST Program file on this site indicates that these were abandonned tanks and their contents were unknown. Due to these facts, the Department requires that sampling be conducted in this area to determine the level of BTEX and Lead contamination.

It is clear from the amount of soil excavated in the A-farm that, as the Department suspected, the volume of contaminated soil requiring excavation greatly exceeds estimates from pre-excavation sampling. This was especially true for A-3 and A-6. Of real concern is the large amount of contaminated soil that had to be removed from the dikes around A-3 and A-6. The pre-excavation sampling of the dikes in these areas had indicated that no dike soils required excavation. In order to better evaluate this situation, the Department requests that you submit a plan of the areas actually excavated during the time frame covered by this quarterly report. The Department also requests that such a plan be provided with every subsequent quarterly report.

In the August 1993 Pre-Remedial Soil Characterization Report, Addendum 1, IES recommended that the existing wells be monitored during the remediation of site soils. Please provide the Department with details regarding this groundwater monitoring program. Please note that the Department has required that an investigation of groundwater contamination be conducted subsequent to the current project of source soil treatment. The existing monitor wells on the western edge of the site do not provide ample groundwater monitoring for the entire site. Additional monitor well installation will be required at that time.

If you have any questions, please feel free to call me at 277-2234.

Sincerely,

Paula-Jean Therrien

Paula-Jean Therrien
Principal Environmental Scientist

cc: Michael Mulhare, P.E. - DEM
John E. Ross - Charter