# EXHIBIT L

*INTEGRATED ENVIRONMENTAL SERVICES*
*A DIVISION OF nes*
*44 SHELTER ROCK ROAD*
*DANBURY, CT 06810*
*(203) 796-5279*

RECEIVED
AUG 15 1997
LEGAL DEPARTMENT

March 31, 1993
Refer to: ESE-020

Mr. Charles Horbert, Supervisor for Applications of Wetland
Rhode Island Department of Environmental Management
Division of Freshwater Wetlands
291 Promenade Street
Providence, Rhode Island 02908-5767

Subject: Freshwater Wetlands Application Package
Former Northeast Petroleum Terminal

Dear Mr. Horbert:

Enclosed is the completed DEM, Division of Freshwater Wetlands application package. The application has been prepared by Integrated Environmental Services (IES), on behalf of The Charter International Oil Company to secure the necessary permits required to initiate the Former Northeast Petroleum Terminal Remediation project in Tiverton, Rhode Island. Because of the unique nature of this project we have submitted narrative descriptions where drawings are not applicable.

The subject site that had been an active petroleum terminal since the 1920's was decommissioned in 1986. The site is located at 995 Main Road in Tiverton, Rhode Island and encompasses approximately 106 acres adjacent to the Sakonnet River and Mount Hope Bay. While operational, the activities on site included the storage and distribution of petroleum products. In December of 1992, IES completed the demolition of the terminal including the removal of all above and underground tanks, buildings and foundations, and pipelines associated with the facility.

The next phase proposed will include the on-site bioremediation of soils containing elevated concentrations of total petroleum hydrocarbons (TPH), and benzene, toluene, ethylbenzene, and xylene (BTEX). The remediation plan has been developed in accordance with the DEM, Division of Water Resources Consent Agreement (copy enclosed), which describes the criteria agreed to by the Division of Water Resources and The Charter International Oil Company.

On site wetland areas have been formed within man-made earth containment dikes for the former storage tank locations. IES anticipates the excavation of approximately 600 cubic yards of contaminated soil from within the wetland area located immediately north of the former P-5 tank (identified as B1 to B8 on the Excavation and Erosion Site Plan). Approximately 630 cubic yards will be removed within 100 feet of the inland wetland boundary. The area excavated will be backfilled to grade with clean on-site borrow material. Biobed construction in the area within 100 feet of the inland wetland boundary will involve the placement of an additional +/- 850 cubic yards of soils to be remediated +/- 3 feet above grade. A Habitat Protection Rock Berm will be constructed to separate and protect the inland wetland area from the biobed.

This inland wetland area (B1 to B8), is a man-made settlement basin referred to as "Hector Pond." It was a functioning element of the on site National Pollution Discharge Elimination System (NPDES) permitted oil-water separator system. The flow of waters in and out of this area is controlled by man-made drainage swales and valved drainage lines. Accumulated flow drains through the existing site separator system.

In addition, a wetland like area occupies an area east of the former storage Tank #4. Tank #4 was removed in the early 1970's but, the steel tank bottom was left in place within the former tank's containment area. It is our intention to remove this 50 ft. (approximate) diameter steel plate.

At present it is not possible to accurately locate the horizontal/vertical extent of the areas to be excavated for remediation or to depict this work in drawing form. As documented in the DEM, Division of Water Resources Consent Agreement, soil that contains concentrations in excess of the clean-up criteria must be identified and remediated. The areas shown on the drawing titled Excavation and Erosion Site Plan are estimations of the possible extent of the contamination, however the actual extent of the excavation will be determined in the field during the progress of the work. It is not feasible to measure and/or describe the effected areas at present as they will continually be redefined in the field as work is in progress.

Based on the results of the Wetland Delineation Report for the areas in question, our understanding of their origins and isolated locations, as well as their minimal impact on the surrounding environment, IES feels these areas do not warrant preservation or replacement. The fact that the project will greatly improve the environmental conditions throughout the entire subject site is the goal of the Consent Agreement.

The shore area shown in the drawing titled Excavation and Erosion Site Plan is shown as the Flagged Boundary of Coastal Feature; CF1 to CF7 and the Flagged Boundary of Sand Flat; A1 to A21 and in the enclosed Army Corps Delineation reports. The proposed remediation in this area will be performed in-situ. Our intent is to introduce the remediation medium and nutrients to facilitate the process with minimal disturbance to the shore area. There is no plan to excavate in this area.

IES is seeking a DEM, Division of Freshwater Wetlands permit which will allow the described project to proceed, and allow the applicant to comply with the DEM Consent Agreement. The following list of enclosures in addition to this letter constitutes the Freshwater Wetlands application package.

<u>Attachments:</u>

1) DEM, Freshwater Wetlands Preliminary Determination Application form and Check List
2) Army Corps of Engineers Wetland Delineation Report, (copy)
3) Subject Site Background
4) Excavation and Biobed Construction Remedial Work Plan
5) Pre-Remedial Soil Characterization Report (partial)
6) DEM, Division of Water Resources Consent Agreement (copy)

Drawings:

1) Location and Site Map
2) Town of Tiverton, Tax Assessor Plat and Lot Plan (2 pages)
3) Excavation and Erosion Site Plan (incl. Flagged Wetland Boundaries) - Figure #1
4) Biobed Site Plan - Figure #2
5) Existing API Separator System & Storm Drainage System Site Plan - Figure #4
6) Sample Location & Analytical Results - Figure #5

If you need any further information or have any questions regarding this application, please contact Mr. James M. Pietrzak, P.E., Project Engineer IES, (203) 796-5241.

Sincerely,
INTEGRATED ENVIRONMENTAL SERVICES

David W. Stevens

David W. Stevens
Project Superintendent
Environmental Engineering and Remediation

Enclosures