# EXHIBIT M

# Natural Resource Services, Inc.

February 25, 1993

David Stevens
Integrated Environmental Systems
44 Shelter Rock Road
Danbury, CT 06810

RE: Freshwater and Coastal Wetland Delineations
Former Northeast Petroleum Terminal
Tiverton, Rhode Island

Dear Mr. Stevens,

Natural Resource Services, Inc. (NRS) has completed the wetland delineations on the above referenced property. These field delineations were done in accordance with applicable state and federal wetland standards. Theses include: 1) the Rhode Island Fresh Water Wetlands Act, 2) the Rhode Island Coastal Resources Management Program, and 3) the U.S. Army Corps of Engineers Wetland Delineation Manual (1987). All delineations performed by NRS are subject to verification from the appropriate state or federal agencies, these are the R.I. Dept. of Environmental Management (DEM), R.I. Coastal Resource Management Council (CRMC), and the U.S. Army Corps of Engineers (COE).

The property is located along the east side of the Sakonnet River in Tiverton. The property had been used as an oil product storage facility. All of the oil tanks have been removed from the subject property. Current activity on the site is related to remediation of potential soil and water contamination. It should be noted that portions of this site have been highly disturbed due to the dismantling of the storage tanks.

The dismantling of the storage tanks has also left numerous depressions throughout the property. Some of these depressions have established herbaceous wetland plant communities. However, in each situation valves are in place which allow the property owner to drain the depressions, thereby controlling the hydrology. Since the water regime is artificial and controlled, these areas were not field delineated by NRS as freshwater wetland.

Two field delineations were performed by NRS along the coastal portion of the project. The CF-series represents the inland edge of the sand/gravel beach. This coastal feature is required for any plans submitted to the CRMS for review. The CRMC takes regulatory jurisdiction 200 feet from the inland edge of the coastal feature.

[illegible] 401-568-0966

The second field delineation is represented by the A-series. This is an area of primarily freshwater ponding which may be subject to occassional coastal flooding during storm surges. The A-series thus represents a sand flat which falls under the jurisdiction of both the CRMC and the COE. Soils and hydrology have been documented on the appropriate COE data forms.

The hydrology of this wetland is augmented by the direct discharge of water from a sedimentation basin located east of the railroad easement. However, this water discharge appears to be supplemental to the existing wetland hydrology.

The only freshwater wetland delineated on this site (B-series) is located in the northern portion of the property. The wetland is an herbaceous plant community dominated by tall reed (Phragmites sp.). The area is adjacent to a removed storage tank; however, it appears to have been a pre-existing wet area. If verified by the DEM as an herbaceous plant community, it should not be subject to any jurisdictional setback requirement.

There are a number of drainage swales present along the steep slopes on the property. These drainage channels appear to be a result of site disturbances and remediation activities. They were not field delineated as jurisdictional wetlands, however, the DEM must verify this determination.

Please contact my office should you have any questions or require additional information.

Very truly yours,

Scott P. Rabideau
President

SPR/LL
Enclosures