# EXHIBIT N

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Environmental Management
DIVISION OF FRESHWATER WETLANDS
291 Promenade Street
Providence, R.I. 02908-5767
(401)277-6820

AUG 0 2 1993

RECEIVED
AUG 1 5 1997
LEGAL DEPARTMENT

Nuclear Energy Services
44 Shelter Rock Road
Danbury, CT 06810

RE: Application No. 93-0182D

Dear Applicant:

Kindly be advised that this Department has reviewed your request for Freshwater Wetland Applicability Determination. Our staff has inspected the site in question located at:

CITY/TOWN: Tiverton

West of Old Main and Main Roads (Rt. 138), approximately 500 feet west of the intersection of Carey Lane and Main Road, north of Souza Road, approximately 700 feet east southeast of the intersection of Main and Souza Roads, Plat 24, Lots 1 & 2; Plat 51, Lots 1 & 2; Plat 51, Lots 1 & 2; Plat 54, Lot 16; Plat 57, Lots 22, 23 & 29A, Tiverton, RI

This inspection has revealed that freshwater wetlands are present on or adjacent to the subject site which are regulated by this Department. Additionally, our review of the proposed alterations described by the site plan(s) submitted with your request to this Department and entitled:

"Former Northeast Petroleum Terminal Tiverton, Rhode Island" .., 4 sheets; figure #1 revised June 21, 1993; figure #2 undated; figure #3 revised 6/11/93; figure 5 dated 3/23/93; all figures sheets except figure #1, received by this Depart ment on June 17, 1993; figure #1 received by this Department on June 25, 1993,

indicate that an alteration of freshwater wetlands is proposed.

It is the determination of this Department that this can be approved as an **INSIGNIFICANT ALTERATION** of a Freshwater Wetland under the following Special Conditions:

1. Only work specifically shown on the aforementioned site plan(s) is allowed.

2. The approved site plan(s) and a copy of this letter MUST be maintained at the alteration site throughout the life of this project.

3. This Preliminary Determination shall expire four (4) years from the date of issuance if the project is not completed in that time.

4. The applicant/permittee shall be required to post, in a prominent location at the project area visible from the public right of way or street, a sign or card which displays the application number for the particular permitted project and the initials DEM. The applicant/permittee shall be responsible for maintaining this sign throughout the period of project construction. The required sign can be of any suitable material provided that it is at least nine (9) by nine (9) inches in size and is protected from weather.

5. The applicant is required to notify the Division of Freshwater Wetlands in writing prior to commencement of construction and upon completion of the project.

6. Prior to commencing any work on this project, you <u>must</u> record a copy of this permit letter in the land evidence records of the Town of Tiverton.

7. Erosion and sedimentation controls shall be installed at the site prior to the start of construction and be properly maintained until all disturbed areas are stabilized to the satisfaction of this Department, including but not limited to:

   a. The installation of a continuous line of staked haybales or silt fence in all locations shown on the <u>approved</u> site plans and where otherwise necessary to prevent sediments from entering adjacent or downstream wetlands. All silt fence must be removed upon satisfactory stabilization of disturbed soils at the site. Prior to the removal of the silt fence all accumulated sediments must be removed to a suitable upland site.

   b. The placement of additional erosion-sedimentation controls as required by the Wetlands Staff during construction.

   c. All disturbed areas are to be permanently stabilized with a suitable conservation grass seed mix prior to the completion of the project. Areas exposed for extended periods are to be completely covered with spread hay mulch.

   d. Catch basins will be protected with haybale filters throughout the construction period and until all disturbed areas are thoroughly stabilized.

e. All control measures will be maintained in effective condition throughout the construction period.

8. As a specific condition of this permit, you are required to restore and/or replicate, on-site, no less than five (5) acres of open water/emergent freshwater wetlands consisting of at least one, but no more than three (3) separate individual wetland areas. A natural vegetated buffer zone of at least fifty (50) feet in width must be established around the restored/replicated wetlands. All restoration/replication work must be completed within two (2) years from the issue date of this permit letter or within one (1) year of completion of site remediation, whichever comes first. Within one (1) year of the issue date of this permit letter, the applicant must provide to this Division site plans (three sets) and all supporting documents (two copies) incorporating a comprehensive proposal for a restoration/replication plan which must include at a minimum:

a. Limits of all vegetative clearing and surface disturbance;

b. Existing and proposed contours at one (1) foot intervals;

c. Proposed locations of the restored/replicated freshwater wetland(s);

d. Existing groundwater elevation data;

e. Construction methods, sequence and specification narrative;

f. Cross-sections and profiles of the restored/replicated freshwater wetland(s);

g. Erosion and sedimentation control plan;

h. All engineering data necessary to support the design, contruction and success of the restored/replicated freshwater wetland(s);

i. The types of soils and plant materials to be used in the restored/replicated freshwater wetlands including the source of material and methods of construction or installation (note: restored/replicated wetland areas must incorporate a combination of open water and emergent wetland types);

j. A monitoring plan to ensure the success of the restoration/replication including the provision of submitting monitoring reports to this Division.

9. Any material, man made or natural, which is in any way disturbed and/or utilized during work herein authorized shall not be deposited in any wetland or watercourse, either onsite or off-site, unless so specifically authorized in this permit.

10. The limits of all clearing, grading and disturbance shall be kept to a minimum within the proposed area of construction. All areas outside of the limits of disturbance shall remain totally undisturbed unless otherwise authorized in writing by this Division.

11. This approval does not relieve you from any duties owed to adjacent landowners with specific reference to the deflection of surface waters and/or the installation of drains.

12. The applicant shall be required to secure the services of a qualified environmental consultant to inspect the project site periodically and monitor compliance with implementation of erosion-sedimentation controls, as stipulated, including maintenance of said controls at the project site. Monthly progress reports indicating current site status shall be submitted to the Division of Freshwater Wetlands.

13. The plan submitted to and approved by this Department does not accurately reflect all wetlands or their exact edges. More specifically, during the review of this application errors were noted in regards to wetlands edge delineations and classifications (including upland areas flagged as wetlands and wetland areas not identified and/or flagged). Considering the project purpose, the time and effort to locate all wetlands and their exact boundaries was found to be unwarranted. It is recommended that the Division's file for this application be reviewed for details of corrections needed, prior to any future application to the Department for this site.

14. All material for fill must be clean and free of matter which could pollute adjacent wetlands and watercourses.

15. Please note that failure to comply with any of the aforementioned provisions will result in enforcement action, including an order to cease and desist, until such non-compliance has been corrected to the satisfaction of this Department.

You should also note that freshwater wetlands are present on this property which may be regulated under Section 404 of the Clean Water Act (Federal Water Pollution Control Act, as amended, 33 U.S.C. 1344). The definition of these wetlands may be different than that defined under the R.I. Fresh Water Wetlands Act. Accordingly, a permit would be required from the U.S. Army Corps of Engineers for the discharge of any dredge or fill material in these wetland areas. Such a permit is separate and distinct from any state permit issued from the Division of Freshwater Wetlands of this Department.

Provided that your project is undertaken in strict compliance with the Special Conditions listed above, a FORMAL Permit to alter Freshwater Wetlands will not be required. Failure to comply with any of the Special Conditions listed above will render this approval null and void.

Enclosed find one copy of the above-referenced site plan(s) stamped APPROVED by the Wetlands Division.

You are hereby notified of the presence of Freshwater Wetlands on your property. In accordance with a 1983 amendment to the Fresh Water Wetlands Act, you must disclose to any potential buyer(s) of the subject property that the Department of Environmental Management has determined that there are wetland areas under jurisdiction of the Fresh Water Wetlands Act on said property.

Please note that this does not remove your obligation to obtain any necessary permits from other federal, state or local agencies.

If you have any questions regarding this matter, you may contact Dan Kowal of my staff at the Division of Freshwater Wetlands (401) 277-6820.

Sincerely,

Charles A. Horbert

Charles A. Horbert, Supervisor for Applications
Division of Freshwater Wetlands

Enclosure: Approved Site Plans

CAH/DMK/prd

xc: Regulatory Reporter
Edward Szymanski, Associate Director for Water Quality Management
James Fester, Associate Director for Air, Solid Waste & Hazardous Materials
Dean Albro, Chief, Freshwater Wetlands
Scott Herke, US Army Corps of Engineers
The Charter International Oil Company
Scott P. Rabideau
Terry Walsh, Division of Water Resources
Michael Mulhare, Division of Groundwater & ISDS