# EXHIBIT O

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

235 Promenade Street, Providence, RI 02908-5767 TDD 401-831-5508

RECEIVED
DEC 11 1997
LEGAL DEPARTMENT

8 December 1997

Mr. Adam Pacchiana
Senior Environmental Engineer
NES, Inc.
44 Shelter Rock Road
Danbury, CT 06810

RE: Proposed Wetland Mitigation Plan
Charter International Oil, Northeast Petroleum Site, Tiverton

Dear Mr. Pacchiana:

The Department has received and reviewed the Proposed Freshwater Wetlands Mitigation Plan for the Shore Area which was prepared by NES, Inc. and submitted on November 14, 1997 on behalf of Charter International Oil Company. The Office of Water Resources, Freshwater Wetlands Program, found the wetland mitigation plan acceptable subject to the following conditions:

1. Excavation and final grading for the wetland area must be completed as soon as is practical, and no later than April 15, 1998, with seeding and planting to be completed no later than May 15, 1998.

2. A representative of the Wetlands Program will inspect the site upon completion of final grading and again upon completion of planting of the perimeter wetland. Please notify the Office of Waste Management when each of these activities are completed so that a site visit with a Wetland's representative can be scheduled.

3. All areas to be planted are to be covered with a minimum of four (4) inches of loam to ensure survival of plantings.

4. The wetland must be monitored for a minimum of three years after completion. During this period, any plants which have died are to be replaced in kind and any areas of bare ground will be loamed and reseeded.

5. The type of wetland being created is susceptible to being invaded by tall reed grass (*Phragmites sp.*), a non-native, invasive species which chokes out more desirable plants. Charter must develop a plan to effectively prevent the establishment of *Phragmites* and must submit this plan for review by the Freshwater Wetlands Program through the Office of Waste Management by January 31, 1997. Control of *Phragmites* may be critical to the success of the wetland creation. Toward this end, Charter may wish to consider modifying their grading plan to ensure a semi-permanent water depth of two (2) feet in the wetland.

In addition to the conditions established above by the Office of Water Resources Wetlands Program, the Office of Waste Management requests that the 15,000 cubic yards of "clean" soil being excavated from the proposed freshwater wetland area to be used as backfill in the Shore Area and Texaco Shore Area be field screened for TPH. Any suspect soil should be sampled and analyzed by the onsite laboratory in order to ensure that the 500 mg/kg TPH standard established for the Shore Areas is being met.

If you have any questions or comments regarding the conditions established by Freshwater Wetlands, please contact Charles Horbert at (401) 277-2306 (Ext. 7402). If you have any other questions, please contact Jeffrey Crawford or myself at (401) 277-2797.

Sincerely,

Kelly J. Owens

Kelly J. Owens, Engineer
Office of Waste Management

cc: Greg Fine, P.E., Supervising Engineer, DEM/OWM
Jeffrey Crawford, Principal Environmental Scientist, DEM/OWM
Charles Horbert, Supervising Environmental Scientist, DEM/OWR
John Ross, Deputy General Counsel, Charter International Oil

ncpwet.let

TIV 1997 Wetland