# EXHIBIT P

SPELLING
ENTERTAINMENT GROUP INC.

TO: Sean O. Coffey, Esq. (via fax #401-277-9600)
Bill Needrith (via fax #401-624-8456)
Timothy M. O' Connor (via fax #401-621-7599)
Adam R. Pacchiana (via fax #203-796-5272)
Scott P. Rabideau (via fax #401-568-7490)

FROM: John E. Ross, Esq.

DATE: December 3, 1997

RE: Northeast Petroleum Terminal - Tiverton, RI

---

Attached is a copy of a letter from Robert J. DeSista dated November 20, 1997 to Scott Rabideau, with attachment regarding authorization to remove soils at the Tiverton site. Please call me to discuss.

J.E.R.

JER/jz

Attachments

9821

4655 Salisbury Road, Suite 399 • Jacksonville, Florida 32256 • Phone (904) 281-4480

DEPARTMENT OF THE ARMY
NEW ENGLAND DIVISION, CORPS OF ENGINEERS
424 TRAPELO ROAD
WALTHAM, MASSACHUSETTS 02254-9149

RECEIVED
DEC 0 1 1997
LEGAL DEPARTMENT

REPLY TO
ATTENTION OF
Regulatory Branch
CENAE-CO-R-97-02765
**CRMC File # 92-8-39**
**Former Northeast Petroleum Terminal, Tiverton, RI**

November 20, 1997

Charter International Oil Company
c/o Scott Rabideau
Natural Resource Services, Inc.
P.O. Box 311
Harrisville, Rhode Island 02830

Dear Mr. Rabideau:

This concerns your request for authorization to remove soils contaminated with petroleum products at the former oil fields of Northeast Petroleum Terminal in Tiverton, Rhode Island. The project will affect approximately 21, 292 s.f. of coastal wetlands. Upon completion of the excavation, the coastal wetland will be restored and revegetated. The work will be performed in accordance with the attached plans entitled, "FORMER NORTHEAST PETROLEUM TERMINAL", and dated, "9/11/97".

The Corps of Engineers and the Federal and State Resource Agencies have reviewed your proposal and have found that it meets the criteria for authorization under **Category II of the Rhode Island Programmatic General Permit (RI PGP, General Permit No. 57) if performed in accordance with the following special conditions:**

1. Plants used in the restoration; *Myrica pennsylvanica, Rosa rugosa, Spartina alterniflora, and Spartina patens;* shall be from sources with climatic conditions similar to New England and shall be native to the Northeast United States. The applicant shall submit source lists and invoices to the Army Corps for approval prior to planting.

2. The project shall be monitored for 3 years after planting to document plant viability of 80%. If the viability ratio is not met, the permittee shall contact the Corps and discuss remedial measures with Corps staff. Permit modifications may be required at this time. Annual monitoring reports documenting the survivability of the plants and containing photographic records taken from permanent stations shall be submitted to the Army Corps of Engineers, Regulatory Branch. Reports shall be submitted after the first full growing season.

**All submittals shall be sent to the Corps of Engineers, Regulatory Branch, ATTN: 26-97-02765, 424 Trapelo Road, Waltham, Massachusetts, 02254.**

Please note that the attached RI PGP conditions apply to **all** activities authorized under the RI PGP. The time limit for completion of this work is three years from the date of this letter.

In order to thoroughly familiarize yourself with its contents, please review the attached RI PGP and its conditions carefully. You may wish to discuss the conditions with your contractor to ensure that the work can be accomplished in a manner that conforms to all RI PGP requirements. If the plans or construction methods for work in our jurisdiction change, please contact us immediately to discuss a modification of this authorization.

Also, this permit requires you to notify us before beginning work and allow us to inspect the project. Hence, you must complete and return the attached Work Start Notification Forms to this office no later than two weeks before the anticipated starting date.

Performing work not specifically authorized by this permit, starting work without obtaining other state and local approvals, or failing to comply with the permit conditions may subject you to the enforcement provisions of the Corps' regulations. If you have any questions, please call Joanne M . Barry at 781/647-8156 or 800/343-4789.

Sincerely,

Robert J. DeSista
Chief, Permits & Enforcement Section
Regulatory Branch

Attachment

Copy furnished:

Dave Reis
CRMC
Oliver Stedman Government Center
4808 Tower Hill Road
Wakefield, Rhode Island 02879 - 1900

# WORK START NOTIFICATION FORM

**(Minimum Advance Notice: Two Weeks)**

**MAIL TO:**

Corps of Engineers, New England District
Regulatory Branch
Policy Analysis/Technical Support Section
424 Trapelo Road
Waltham, Massachusetts 02254-9149

**A Corps of Engineers Permit (No. 97-02765) was issued to Charter International Oil Company. The permit authorized the removal of soils contaminated with petroleum products at the former oil fields of Northeast Petroleum Terminal in Tiverton, Rhode Island.**

**The people (e.g., contractor) listed below will do the work, and they understand the permit's conditions and limitations.**

**PLEASE PRINT OR TYPE**

**Name of Person/Firm:**

______________________________________________

______________________________________________

**Business Address:**

______________________________________________

______________________________________________

**Telephone Number:** Area code ( )

**Proposed Work Dates:** Start: ______________________

Finish: ______________________

______________________________________________

**PERMITTEE'S SIGNATURE** **DATE**

______________________________________________

**PRINTED NAME** **TITLE**

*FOR USE BY THE CORPS OF ENGINEERS*

**PM:** Barry **Submittals Required:** ______________________

**Inspection Recommendation:** ______________________


North
Approximate Site Location
Common Fence Point
Site
Tidal Flat
RIVER
CONRAIL
Montaup Country Club
The Hummocks
Anthony Pt
Tommy Island
Spectacle Island
ANTHONY
USGS Topographic Series
Fall River Quad
Quad Map
SCALE 1:24000
1 MILE
7000 FEET
1 KILOMETER
QUADRANGLE LOCATION
CONTOUR INTERVAL 10 FEET
NATIONAL GEODETIC VERTICAL DATUM OF 1929




| DOCUMENT CONTROL NO. | PROJECT | FORMER NORTHEAST PETROLEUM TERMINAL<br>TIVERTON, RHODE ISLAND | IES INTEGRATED ENVIRONMENTAL SERVICES A DIVISION OF NES, INC. | PROJECT # 2025-106<br>FILENAME: 2025106SH.DWG<br>SCALE: 1" =50' DATE: 9/11/97<br>BY: ARP CK:<br>FIGURE # 6 |
|---|---|---|---|---|
| REVISION NO | DRAWING | PROPOSED AREAS OF IMPACT | | |




| | | | | |
|---|---|---|---|---|
| DOCUMENT CONTROL NO. | PROJECT | FORMER NORTHEAST PETROLEUM TERMINAL<br>TIVERTON, RHODE ISLAND | IES<br>INTEGRATED ENVIRONMENTAL SERVICES<br>A DIVISION OF HES, INC. | PROJECT # 2025-106<br>FILENAME: 2025106SH.DWG<br>SCALE: 1" =50' DATE: 9/11/97<br>BY: ARP CK:<br>FIGURE # 5 |
| REVISION NO. | DRAWING | EXISTING SHORE AREA ELEVATION CONTOURS | | |




| | | | | |
|---|---|---|---|---|
| DOCUMENT CONTROL NO. | PROJECT | FORMER NORTHEAST PETROLEUM TERMINAL<br>TIVERTON, RHODE ISLAND | IES INTEGRATED ENVIRONMENTAL SERVICES A DIVISION OF NES, INC. | PROJECT # 2025-106<br>FILENAME 2025106SH.DWG<br>SCALE 1" = 50'  DATE 8/11/97<br>BY ARP  CK |
| REVISION NO. | DRAWING | SHORE AREA REGRADING PLAN | | FIGURE # 7 |




| | | |
|---|---|---|
| DOCUMENT CONTROL NO. | PROJECT | FORMER NORTHEAST PETROLEUM TERMINAL<br>TIVERTON, RHODE ISLAND |
| REVISION NO. | DRAWING | SHORE AREA REVEGETATION PLAN |

IES INTEGRATED ENVIRONMENTAL SERVICES A DIVISION OF IES, INC.

PROJECT # 2025-106
FILENAME: 2025106SH.DWG
SCALE: 1" = 50'
DATE: 9/11/97
BY: ARP
FIGURE # 8

SPELLING
ENTERTAINMENT GROUP INC

faxed
12-3-97
1:42
pm
97

DATE: December 3, 1997

TELECOPY COVER SHEET

TO: Sean O. Coffey, Esq. (NAME)

Hinckley, Allen & Snyder (COMPANY)

401-277-9600 (TELECOPY PHONE NO.)

10 (NUMBER OF PAGES INCLUDING COVER SHEET)

FROM: John E. Ross, Esq. (NAME)

Spelling Entertainment Group Inc. (COMPANY/DEPT.)

MESSAGE (IF ADDITIONAL MESSAGE REQUIRED):

NOTE: IF YOU DO NOT RECEIVE ALL OF TRANSMISSION, CALL US AT:

Voice Number(s): 904 – 281 – 4488

904 – ____ – ____

Automatic Telecopier Number: 904-281-9148

Hours of operation are 8:30 a.m. to 5:00 p.m., Monday through Friday, excluding holidays and weekends.

#40/TCS.d40

4655 Salisbury Road, Suite 399 • Jacksonville, Florida 32256 • Phone (904) 281-4480

SPELLING
ENTERTAINMENT GROUP INC

faxed 12-3-97 1:47 pm 97

DATE: December 3, 1997

TELECOPY COVER SHEET

TO: Timothy M. O'Connor (NAME)

ERM (COMPANY)

401-621-7599 (TELECOPY PHONE NO.)

10 (NUMBER OF PAGES INCLUDING COVER SHEET)

FROM: John E. Ross, Esq. (NAME)

Spelling Entertainment Group Inc. (COMPANY/DEPT.)

MESSAGE (IF ADDITIONAL MESSAGE REQUIRED):

NOTE: IF YOU DO NOT RECEIVE ALL OF TRANSMISSION, CALL US AT:

Voice Number(s): 904 - 281 - 4488

904 - ____ - ____

Automatic Telecopier Number: 904-281-9148

Hours of operation are 8:30 a.m. to 5:00 p.m., Monday through Friday, excluding holidays and weekends.

#40/TCS.d40

4655 Salisbury Road, Suite 399 • Jacksonville, Florida 32256 • Phone (904) 281-4480

SPELLING
ENTERTAINMENT GROUP INC

faxed
1:53 pm
93
12-3-97

DATE: December 3, 1997

**TELECOPY COVER SHEET**

TO: Adam R. Pacchiana (NAME)

Nuclear Energy Services
IES Division (COMPANY)

203-796-5272 (TELECOPY PHONE NO.)

10 (NUMBER OF PAGES INCLUDING COVER SHEET)

FROM: John E. Ross, Esq. (NAME)

Spelling Entertainment Group Inc. (COMPANY/DEPT.)

MESSAGE (IF ADDITIONAL MESSAGE REQUIRED):

NOTE: IF YOU DO NOT RECEIVE ALL OF TRANSMISSION, CALL US AT:

Voice Number(s): 904 - 281 - 4488

904 - ____ - ____

Automatic Telecopier Number: 904-281-9148

Hours of operation are 8:30 a.m. to 5:00 p.m., Monday through Friday, excluding holidays and weekends.

#40/TCS.d40

4655 Salisbury Road, Suite 399 • Jacksonville, Florida 32256 • Phone (904) 281-4480

SPELLING
ENTERTAINMENT GROUP INC

faxed
12-3-97
2:08
pm
93

DATE: December 3, 1997

TELECOPY COVER SHEET

TO: Scott P. Rabideau (NAME)

Natural Resource Services, Inc. (COMPANY)

401-568-7490 (TELECOPY PHONE NO.)

10 (NUMBER OF PAGES INCLUDING COVER SHEET)

FROM: John E. Ross, Esq. (NAME)

Spelling Entertainment Group Inc. (COMPANY/DEPT.)

MESSAGE (IF ADDITIONAL MESSAGE REQUIRED):

NOTE: IF YOU DO NOT RECEIVE ALL OF TRANSMISSION, CALL US AT:

Voice Number(s): 904 - 281 - 4488

904 - ____ - ____

Automatic Telecopier Number: 904-281-9148

Hours of operation are 8:30 a.m. to 5:00 p.m., Monday through Friday, excluding holidays and weekends.

#40/TCS.d40

SPELLING
ENTERTAINMENT GROUP INC

Faxed
12-3-97
2:17 pm
97

DATE: December 3, 1997

TELECOPY COVER SHEET

TO: Bill Needrith (NAME)

_______________ (COMPANY)

401-624-8456 (TELECOPY PHONE NO.)

10 (NUMBER OF PAGES INCLUDING COVER SHEET)

FROM: John E. Ross, Esq. (NAME)

Spelling Entertainment Group Inc. (COMPANY/DEPT.)

MESSAGE (IF ADDITIONAL MESSAGE REQUIRED):

NOTE: IF YOU DO NOT RECEIVE ALL OF TRANSMISSION, CALL US AT:

Voice Number(s): 904 - 281 - 4488

904 - ____ - ______

Automatic Telecopier Number: 904-281-9148

Hours of operation are 8:30 a.m. to 5:00 p.m., Monday through Friday, excluding holidays and weekends.

#40/TCS.d40