# EXHIBIT Q

**R. I. Analytical**
*Specialists in Environmental Services*

your original

**1-800-937-2580**

nes®

NES, Inc.

44 Shelter Rock Road
Danbury, CT 06810
(203) 796-5000

• Integrated Environmental Services
• Engineering & Technical Services
• Engineered Products

RECEIVED
NOV 14 1997
LEGAL DEPARTMENT

November 14, 1997

Mr. Gregory Fine, P.E.
Supervising Engineer
Rhode Island Department of Environmental Management
Office of Waste Management
Division of Site Remediation
235 Promenade Street, Third Floor
Providence, RI 02908-5767

Subject: Proposed Freshwater Wetlands Mitigation
Former Northeast Petroleum Terminal, Tiverton, Rhode Island

Dear Mr. Fine:

NES, Inc. (NES), acting on behalf of the Charter International Oil Company (CIOC), hereby submits for your approval site drawings and supporting documentation for the mitigation of freshwater wetlands at the subject site. The enclosed drawings include the following:

Figure 1: Site Layout
Figure 2: Proposed Freshwater Wetland
Figure 3: Miscellaneous Details
Figure 4: Revegetation Plan

Figure 1 and Figure 2 show the proposed location for the mitigated freshwater wetland. In general, the freshwater wetland is to be constructed in the northern portion of the so-called Shore Area of the site west of the RIDOT railroad right-of-way. The freshwater wetland will include an interior open water wetland and a 50 foot perimeter wetland. As shown, the freshwater wetland covers a total of 2.59 acres, with 1.05 acres of open water and 1.54 acres of perimeter wetland. NES and CIOC have received approval of an Assent Modification from the Rhode Island Coastal Resources Management Council (CRMC) which includes the construction of a salt marsh in the southern portion of the Shore Area, within the currently bermed area.

As shown on Figure 2, the proposed freshwater wetland will have a maximum base elevation of 2 ft Mean Sea Level (MSL). Historical groundwater elevation data and tidal study data has shown that the mean low water table elevation for the summer months in the vicinity of the proposed freshwater wetland ranges from 2 ft to above 4 ft MSL. Additionally, tidal influences from the Sakonnet River effectively raise the water table in the area from 0.2 to 1.2 ft during high tide. Therefore, setting the base elevation of the freshwater wetland at 2 ft MSL or below ensures open water throughout the year.

Test pits shown on Figure 2 correspond to the enclosed data sheets summarizing the existing soil horizon and current water table information. Historical and recent groundwater data is summarized below.

| Monitoring Well | GW Elevation[a] 9/23/97 (ft) | 1994-1996 Average Summer GW Elevation[a] (ft) | Tidal Influence Range (ft) | Expected Summer High Tide Elevation (ft) |
|---|---|---|---|---|
| MW-13 | 1.94 | 2.01 | 0.20 | 2.21 |
| MW-14 | 1.42 | 1.28 | 1.21 | 2.49 |
| MW-15 | 2.01 | 2.06 | 0.20 est. | 2.26 est. |
| PZ-1 | 6.73[b] | N/A | 0.20 est. | 6.93 est. |

a = Readings taken during low tide
b = Reading taken on 10/21/96

The perimeter wetland will be graded as necessary from the 2 ft inner elevation to meet the existing outer grade. The maximum slope for this configuration is 17% or 1:6; the minimum slope is 6% or 1:17. If the interior wetland is graded to an elevation below 2 ft MSL, a maximum slope of 1:3 (33%) will not be exceeded.

The proposed work is scheduled to be performed in the next several months, concurrent with other Shore Area remedial and restoration activities being performed pursuant to RIDEM Order of Approval Case #97-059, dated November 7, 1997, and Modification of CRMC Assent No. B92-8-39, dated November 5, 1997, hereafter referred to as the *Amended Shore Area Work Plan*. The sequence of events for the freshwater wetland mitigation will proceed as follows:

**Erosion Controls**

Due to the fact that: (i) the construction of the freshwater wetland is essentially the excavation of a depression; (ii) the area of work is 150 feet from the Sakonnet River over level ground; and (iii) other erosion controls as approved for the Amended Shore Area Work Plan will be in place; one line of standard silt fencing will be installed between the limits of disturbance and the Sakonnet River as shown on Figure 1. If additional controls are warranted during excavation or mitigation activities, NES will install such controls as needed and in accordance with the Amended Shore Area Work Plan and the site Erosion and Sedimentation Control Plan.

Inspection of all site erosion controls outlined above and in the Amended Shore Area Work Plan will be incorporated into the Site BMP Inspection program. At a minimum, controls will be reviewed once every two weeks and following major storm events (>0.25 inches within 24 hours).

**Excavation and Grading**

NES estimates that 15,000 cubic yards of clean soil will be excavated from the freshwater wetland area and used as backfill in the Shore Area and Texaco Shore Area pursuant to the Amended Shore Area Work Plan. An estimated 1,240 cubic yards of TPH contaminated soil will be removed from the freshwater wetland area as part of the Amended Shore Area Work Plan and transported upland for bioremediation in treatment cells.

Grade stakes will be surveyed by the site engineer and placed within the proposed freshwater wetland area to ensure accurate final grading. Excavation and grading will be performed with a combination of construction machinery including, but not limited to, excavators, loaders,

bulldozers, and articulating dump trucks. Entry to the Shore Area will be via temporary access roads as outlined and approved in the Amended Shore Area Work Plan.

**Revegetation**

Figure 4 depicts the proposed revegetation plan for the freshwater wetland. The entire 50 foot perimeter wetland will be seeded with a cover-all grass mixture with the following properties:

| | % by Weight | Minimum Purity Content | Minimum Germination Percent |
|---|---|---|---|
| Champion Perennial Ryegrass | 25 | 24.50 | 90 |
| Annual Ryegrass | 25 | 24.50 | 90 |
| Creeping Red Fescue | 25 | 24.60 | 85 |
| Titan Tall Fescue | 18 | 17.74 | 85 |
| Kentucky Bluegrass | 5 | 4.46 | 80 |
| Exeter Colonial Bentgrass | 1 | 0.99 | 90 |
| Red Top | 1 | 0.99 | 85 |

Seed shall be uniformly applied at a rate of 4 pounds per 1,000 square feet or as specified by the manufacturer.

In addition to seeding, NES proposes establishing plant clusters 25 feet on center in two offset rows within the perimeter wetland. Each cluster will consist of 4 shrubs: 2 Northern Bayberry (*Myrica pennsylvanica*), and 2 Seaside Rose (*Rosa rugosa*). The shrubs shall be 8 feet on center within each cluster.

Thank you for your assistance and consideration in this matter. If you need any further information or clarification, please call me at (203) 796-5365.

Sincerely,

***NES, INC.***

Adam R. Pacchiana, P.E.
Senior Environmental Engineer
Environmental Engineering and Remediation

ESE-2202

Enclosures: 1) Figures 1-4
2) Test Pit Data Sheets

cc: S. Coffey, Hinckley, Allen and Snyder
B. Needrith, NES, Inc
T. O'Connor, ERM, Inc.
K. Owens, RIDEM Division of Site Remediation
S. Rabideau, Natural Resource Services, Inc.
J. Ross, Charter International Oil Company

Figure 1: Site Layout
Figure 2: Proposed Freshwater Wetland
Figure 3: Miscellaneous Details
Figure 4: Revegetation Plan


SITE LAYOUT
FORMER NORTHEAST PETROLEUM TERMINAL
TIVERTON, RHODE ISLAND
PROJECT
DRAWING
DOCUMENT CONTROL NO.
REVISION NO.
INTEGRATED ENVIRONMENTAL SERVICES
A DIVISION OF MES, INC.
2025-108
11/13/97
1"=200'
FIGURE 1
BIOCELL #2 - SOUTH
BIOCELL #1 - SOUTH
BIOCELL #2 - NORTH
BIOCELL #1 - NORTH
BIOCELL #3
BIOCELL #10
BIOCELL #11
BIOCELL #14
BIOCELL #15
BIOCELL #5N
CHECK DAM (TYP)
DRAINAGE SWALE
SETTLEMENT BASIN
SETTLEMENT BASINS
CAREY LANE
OLD MAIN ROAD
TEXACO SHORE AREA
PERIMETER WETLAND
INTERIOR WETLAND
SAKONNET RIVER
LEGEND:
GATE VALVE
CATCH BASIN
EXISTING MONITORING WELL
1" PIEZOMETER
HAY BALES
DRAINAGE SWALE
SETTLEMENT BASIN
NOTES:
1-ALL PIPE AND VALVE LOCATIONS ARE APPROXIMATE.
N 205000
N 205500
N 206000
N 206500
N 207000
N 207500
N 208000
E 581000
E 581500
E 580500
E 580000
E 579500
E 579000


FORMER NORTHEAST PETROLEUM TERMINAL
TIVERTON, RHODE ISLAND
PROPOSED FRESHWATER WETLAND
NES, INC.
44 SHELTER ROCK ROAD
DANBURY, CONNECTICUT 06810
FIGURE
2
REVISIONS
SCALE: 1" = 50'
DRAWN BY: AD
DATE: 11/13/07
PROJECT NO.: 2025
FILENAME: 2025106R
PERIMETER WETLAND
INTERIOR WETLAND
SHORE AREA
STANDARD EROSION CONTROL FENCING
ACCESS ROAD
ACCESS ROAD (APPROX. LOCATION)
APPROXIMATE AREA OF CONTAMINATED SOIL EXCAVATION
APPROXIMATE AREA OF CONTAMINATED SOIL EXCAVATION
DENSE VEG
RAILROAD RIGHT-OF-WAY
PROPERTY LINE
MW-13
MW-14
MW-15
PZ-1
TP-1 7.87
TP-2 7.77
TP-3 5.25
TP-4 7.82
TP-5 7.82
N 207500
N 207500
N 208000
E 580000
E 580000
50'
50'
50'
150'
25'
A
A
B
B
AREA SF ACRES
Interior Wetland 45,568 1.05
Perimeter Wetland 66,956 1.54
Total 112,524 2.59


EXISTING GRADE
ASSUMED HIGH WATER TABLE ELEVATION
ASSUMED LOW WATER TABLE ELEVATION
PROPOSED WETLAND
SECTION A–A
HORIZ. 1"=50'
VERT. 1"=10'
EXISTING GRADE
ASSUMED HIGH WATER TABLE ELEVATION
ASSUMED LOW WATER TABLE ELEVATION
PROPOSED WETLAND
SECTION B–B
HORIZ. 1"=50'
VERT. 1"=10'
EXISTING GRADE
MYRICA PENNSYLVANICA
ROSA RUGOSA
ENTIRE PERIMETER WETLAND TO BE COVERED WITH COVER-ALL GRASS SEED
25'
8'
2 FT MLS
INTERIOR WETLAND
PERIMETER WETLANDS
50'
INTERIOR WETLAND
REVEGETATION DETAIL
NOT TO SCALE
REVISIONS
SYMBOL
DESCRIPTION
DATE
MADE BY
CHECK BY
APPROVED
FORMER NORTHEAST PETROLEUM TERMINAL
TIVERTON, RHODE ISLAND
MISCELLANEOUS DETAILS
NES, INC.
44 SHELTER ROCK ROAD
DANBURY, CONNECTICUT 06810
FIGURE
3
SCALE: AS NOTED
DESIGNED BY:
DRAWN BY: AD
CHECKED BY:
APPROVED BY:
DATE: 11/13/97
PROJECT NO.: 2025
DOCUMENT CONTROL NO.
REVISION NO.
FILENAME: 2025106R


FORMER NORTHEAST PETROLEUM TERMINAL
TIVERTON, RHODE ISLAND
REVEGETATION PLAN
NES, INC.
44 SHELTER ROCK ROAD
DANBURY, CONNECTICUT 06810
FIGURE
4
REVISIONS
SCALE: 1" = 50'
DESIGNED BY:
DRAWN BY: AD
CHECKED BY:
APPROVED BY:
DATE: 11/13/97
PROJECT NO.: 2025
DOCUMENT CONTROL NO.
REVISION NO.
FILENAME: 2025106T
PERIMETER WETLAND
INTERIOR WETLAND
SHORE AREA
CLOSTER PLANTING IN OFFSET ROWS (TYP)
ACCESS ROAD
RAILROAD RIGHT-OF-WAY
PROPERTY LINE
DENSE VEG
MW-13
MW-14
MW-15
PZ-1
E 580000
N 207500
N 208000
25'
50'
150'

# Test Pit Data Sheets

SOIL INVESTIGATIONS / FIELD NOTES

DESCRIBED BY: Scott P. Rabideau — Plot 1

REQUESTED BY: Charter International Oil Co.

SITE LOCATION: Tiverton Tank Farm, Tiverton RI

| | | | | | |
|---|---|---|---|---|---|
| DATE | 10-16-97 | TIME | 1:00pm | WEATHER | Cloudy |
| LAND USE | open space | LANDFORM | outwash / fill | SLOPE | level |
| VEGETATION | q. aspen, bluestem, red oak (all saplings) | | | STONINESS | none |
| SOIL TYPE | | | | | |
| SOIL CLASSIFICATION | | | | | |
| PARENT MATERIAL | fill | | | DEPTH BEDROCK | |
| DRAINAGE CLASS | MWD | | | HYDRIC SOIL | No |
| DEPTH MOTTLES | 32" | | | DEPTH WATER TABLE | 82" |

SOIL PROFILE DESCRIPTION

| SOIL HORIZON | DEPTH INCHES | COLOR DRY/MOIST | SOIL TEXTURE | SOIL MOTTLING | |
|---|---|---|---|---|---|
| B' | 25" | | Sand | none | |
| $B_2$' | 70-73" | 2.5Y 4/2 | Gravelly Sand | c/D 7.5Y 6/6 | |
| | 73-82" | old virgin beach | cobble sand | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTES: Seasonal high Groundwater should be about ~~[illegible]~~" 70"
drought / summer Groundwater about 82"

SOIL INVESTIGATIONS / FIELD NOTES

DESCRIBED BY: Scott P. Rabideau Plot 2

REQUESTED BY: Charter International Oil Co.

SITE LOCATION: Tiverton Tank Farm, Tiverton RI

DATE 10-16-97 | TIME 1:30 pm | WEATHER

LAND USE | LANDFORM outwash | SLOPE level

VEGETATION W. cedar; Staghorn sumac, g aspen, multiflora rose, oriental bittersweet | STONINESS none

SOIL TYPE

SOIL CLASSIFICATION

PARENT MATERIAL | DEPTH BEDROCK

DRAINAGE CLASS MWD | HYDRIC SOIL No

DEPTH MOTTLES 24" | DEPTH WATER TABLE 84"

SOIL PROFILE DESCRIPTION

| SOIL HORIZON | DEPTH INCHES | COLOR DRY/MOIST | SOIL TEXTURE | SOIL MOTTLING | |
|---|---|---|---|---|---|
| Oac<br>B | 4-0"<br>0-20" | | Gravelly Sand | | |
| B1' | 20-59" | 2.5Y 5/2 | Gravelly/Cobble Sand | c/D 2.5Y 7/6 | |
| B2' | 59-84" | 2.5Y 5/1 | Gravel Sand | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTES: Water table about 59" winter; 82" summer

SOIL INVESTIGATIONS / FIELD NOTES

DESCRIBED BY: Scott P. Rabideau  Plot 4

REQUESTED BY: Charter International Oil Co.

SITE LOCATION: Tiverton Tank Farm, Tiverton RI

| | | |
|---|---|---|
| DATE | TIME 2:15pm | WEATHER |
| LAND USE | LANDFORM | SLOPE |
| VEGETATION multiflora rose, staghorn sumac, | | STONINESS |
| SOIL TYPE | | |
| SOIL CLASSIFICATION | | |
| PARENT MATERIAL | | DEPTH BEDROCK |
| DRAINAGE CLASS | | HYDRIC SOIL NO |
| DEPTH MOTTLES 24" | | DEPTH WATER TABLE 85" |

SOIL PROFILE DESCRIPTION

| SOIL HORIZON | DEPTH INCHES | COLOR DRY/MOIST | SOIL TEXTURE | SOIL MOTTLING | |
|---|---|---|---|---|---|
| Oac | 2-0" | | | | |
| A | 0-3" | | Gravelly Sand | | |
| B1 | 3-75" | | Gravelly Sand | | |
| B2 | 75-85" | Gravel 10YR 5/1 | Gravelly Sand | NO | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTES: Water table up to 60" in winter; 85" in summer

# SOIL INVESTIGATIONS / FIELD NOTES

DESCRIBED BY: Scott P. Rabideau Plot 5

REQUESTED BY: Charter International Oil Co.

SITE LOCATION: Tiverton Tank Farm, Tiverton RI

| DATE | TIME 2:40pm | WEATHER |
|---|---|---|
| LAND USE | LANDFORM | SLOPE |
| VEGETATION w. cedar, n. bayberry, | | STONINESS |

SOIL TYPE

SOIL CLASSIFICATION

| | |
|---|---|
| PARENT MATERIAL | DEPTH BEDROCK |
| DRAINAGE CLASS | HYDRIC SOIL No |
| DEPTH MOTTLES | DEPTH WATER TABLE 60" |

SOIL PROFILE DESCRIPTION

| SOIL HORIZON | DEPTH INCHES | COLOR DRY/MOIST | SOIL TEXTURE | SOIL MOTTLING | |
|---|---|---|---|---|---|
| Oa | 2-0" | | | | |
| B1 | 0-40" | 10YR 6/1 | Gravelly | C/D 2.5Y 6/6 | |
| B2' | 40-75" | 10YR 5/1 | Sand | None | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTES: Water table at 60" in summer; 45" in winter