# EXHIBIT R

JUL 03 '00 03:38PM P.1

**Vanasse Hangen Brustlin, Inc.**

Transportation
Land Development
Environmental Services

VHB
530 Broadway
Providence, Rhode Island 02909
401 272-8100
FAX 401 273-9694

# FAX Transmittal

| | | | |
|---|---|---|---|
| Deliver To: | John Ross, Spelling | From: | Timothy O'Connor |
| | | VHB Project No.: | 70760 |
| | | FAX No.: | (904) 281-9148 |

Total Number of Pages (Including Transmittal Form) ~~X~~ 15

Original of Telecopy Message Will not be sent

Date and Time: July 3, 2000

---

John

Attached is the draft monitoring report for the coastal marsh and freshwater wetland. Also attached are the letters from the Army Corps of Engineers and RIDEM describing what they are looking for.

- We need to discuss several issues associated with this subject:
- We need to track down source lists and invoices for the coastal marsh plantings.
- The cover letter to the Army must explain why we didn't submit source lists prior to planting.
- RIDEM may ask for the phragmites plan.
- Does the MidCape guarantee cover the smooth cordgrass and when should we get them to the site?

Please call me with your comments.

Tim

\\RI-DATA\...

# *Former Northeast Petroleum Terminal Site Closure Plan*

Tiverton,
Rhode Island

Prepared for
Charter International Oil Company
c/o Spelling Entertainment
4655 Salisbury Road, Suite 399
Jacksonville, Florida

Prepared by
VHB/Vanasse Hangen Brustlin, Inc.
530 Broadway
Providence, Rhode Island

July 2000

JUL 03 '00 03:38PM P.2

## Introduction

The Charter International Oil Company (Charter) recently completed remediating the Former Northeast Petroleum Terminal (the Site) in Tiverton, Rhode Island (See Figure 1). The Site remediation consisted of bioremediating petroleum contaminated soils and sediments that were the result of former terminal's operation. During the site remediation process, Charter worked closely with and obtained approvals from the Rhode Island Department of Environmental Management's (RIDEM) Office of Waste Management to implement the on-site program. This remedial action has successfully remediated the Site soils to the RIDEM residential land use criteria.

The bioremediation process consisted of excavating, temporarily placing, stockpiling, and grading large volumes of soil and sediment. The contaminated soils were placed and treated in windrows on broad, flat terraces (biobeds). Once treated, the soils were removed and used for site grading and stabilization, while remaining contaminated soils and sediments were transferred to the biobeds, renewing the treatment process. Continuous soil movement occurred at the Site from 1993 to 1998.

As part of the site remediation, Charter also cooperated with and obtained regulatory approvals from the RIDEM Site Remediation Program, the Coastal Resources Management Council (CRMC), RIDEM Freshwater Wetlands Program (FWP) and RIDEM Rhode Island Pollution Discharge Elimination System (RIPDES) Program, and the U.S. Army Corps of Engineers (ACOE).

Authorizations were granted by:

- the RIPDES Program for releasing storm water, classified as an Industrial Activity, to the Sakonnet River;
- the CRMC for altering and restoring salt marsh, mudflat, and bank coastal features and lands within the 200-foot contiguous area;
- the ACOE for authorizing excavation and discharge of fill materials in waters of the U.S.; and
- the FWP for authorizing the removal of several man-made freshwater wetlands and construction of an on-site compensatory freshwater wetland.

The subject of this monitoring report is to report the progress of the salt marsh and freshwater wetland revegetation program and plant species survivorship in accordance with the CRMC Assent, ACOE Programmatic General Permit and RIDEM FWP permit.

## History of Site Remediation and Regulatory Processing

The former petroleum storage facility ceased operations in 1986. Shortly thereafter petroleum products were drained from the tanks, and most of the support equipment was removed from the site. The site remediation occurred in phases. Phase I included removing all petroleum products from the tanks, and cleaning all tanks. Phase II involved removing the above ground storage tanks and moving them to other storage facilities. All other storage structures (primarily underground tanks, lines) were removed during Phase III of the project. The environmental study and site cleanup was accomplished as part of Phase IV.

A Consent Agreement for the site remediation project was issued by the RIDEM Division of Groundwater and ISDS on March 25, 1992. An Order of Approval was issued by the RIDEM Division of Water Resources (Number RIO 194) on September 23, 1993. The RIDEM FWP issued a permit for the remediation project in March 1992 (93-0182D), and was incorporated into the WQC for the original work, dated October 1, 1993. The RIPDES Program issued its permit for an Industrial Discharge (RI0000418) on March 10, 1994 that went into effect April 1, 1994 and valid through April 1, 1999. A modified RIPDES Permit was issued on December 1, 1995, eliminating the previous Industrial Discharge effluent limits since they did not apply to the remediation site activities.

In June 1995, the Office of Waste Management began the process of amending the Rules and Regulations for the Investigation and Remediation of Hazardous Material Releases (the Remediation Regulations). This process ultimately led to an amended remedial objective for residual total petroleum hydrocarbons in soil for residential areas of 1,000 parts per million (ppm). In November 1997, an Order of Approval was issued by the RIDEM Office of Waste Management approving an amended remedial approach for the Main Shore Area. This amendment included a remedial objective for this area of 500 ppm. The remediation of site soils was completed for all on-site areas in September 1998.

The original CRMC Assent for the project was issued in 1990 (90-11-17), while a more recent Assent (92-9-39) was issued on November 2, 1992 for the remediation work. Conditions of this Assent included coordination with CRMC staff on the restoration of the tidal inlet/salt marsh and other coastal features. To address the amended remedial approach for the Main Shore Area, CRMC issued an Assent Modification on November 5, 1997, and an extension was granted covering the site closure activities through March 26, 2001. A condition of the Assent Modification required the collection of accurate tidal data to correctly restore the intertidal zone to facilitate re-establishment of the salt marsh.

In November 1997, the U.S. Army Corps of Engineers (ACOE) previously issued a Category II Programmatic General Permit (PGP) (CENAE-CO-R-97-02765) for the proposed disturbance of intertidal sediments and restoration of coastal wetlands (The original ACOE File Number for the project was 1993-00242). The ACOE PGP for this project includes a condition that post-construction monitoring of the salt marsh restoration will occur for a period of 3 years following completion to document percent plant survival, and the owner is responsible for submitting annual monitoring reports to the ACOE.

## Freshwater Wetland Restoration Area

A freshwater wetland consisting of state-regulated open water and Perimeter Wetland was created to compensate for impacts to site wetlands during the site closure operation. The wetland was constructed in the northern portion of the Shore Area west of the railroad right-of-way (RR ROW). The wetland encompasses a total of 2.59 acres, with 1.05 acres of open water and 1.54 acres of Perimeter Wetland. The wetland was constructed with a maximum base elevation of 2 feet mean sea level (MSL). Setting the base elevation at 2 feet MSL or below ensures open water throughout the year.

Construction of the freshwater wetland began in February 1998 and final grading was completed on April 10, 1998. Planting within the Perimeter Wetland was completed on May 8, 1998. Approximately 200 northern bayberry (*Myrica pennsylvanica*) and 200 seaside rose (*Rosa rugosa*) were planted in clusters 25 feet on center in two offset rows within the Perimeter Wetland. Each cluster consists of 4 shrubs: 2 northern bayberry and 2 seaside rose. The shrubs were planted 8 feet on center within each cluster. The entire Perimeter Wetland was seeded with the following mix at an application rate of 4 pounds per 1,000 square feet:

| Grass Species | % By Weight | Min. Purity Content | Min. Germination % |
|---|---|---|---|
| Champion Perennial Ryegrass | 25 | 24.50 | 90 |
| Annual Ryegrass | 25 | 24.50 | 90 |
| Creeping Red Fescue | 25 | 24.60 | 85 |
| Titan Tall Fescue | 18 | 17.74 | 85 |
| Kentucky Bluegrass | 5 | 4.46 | 80 |
| Exeter colonial Bentgrass | 1 | 0.99 | 90 |
| Redtop | 1 | 0.99 | 85 |

## Freshwater Wetland Restoration Area Monitoring

On June 1, 2000, the freshwater wetland restoration area was inspected to monitor the progress of revegetation. As previously noted, the wetland includes open water habitat and a vegetated Perimeter Wetland. A narrow (3 to 8 feet wide) fringe of marsh vegetation is establishing along the shallow perimeter of the open water area. Typical species include soft rush (*Juncus effusus*), cattail (*Typha latifolia*), spike rush (*Eleocharis obtusa*) and common reed (*Phragmites australis*).

The *Phragmites* is growing in sparse stands on the north and south ends of the wetland. The shoots are 2 to 3 feet high. Areas of green algae were also present around the perimeter of the open water. In addition to the bayberry and seaside rose, and grass species noted in the seed mixture, the Perimeter Wetland is vegetated by white clover (*Trifolium repens*), red clover (*Trifolium pratense*), vetch (*Vicia* sp.), wild indego (*Baptisia tinctoria*), English plantain (*Plantago lanceolata*) and rough-stemmed goldenrod (*Solidago rugosa*). Perennial ryegrass, red fescue, and red top are also established throughout the Perimeter Wetland. Some of the rose shrubs were blooming with pink and white flowers at the time of the site visit.

Approximately 5 percent of the total rose and bayberry shrubs planted did not survive. Total vegetative cover within the Perimeter Wetland was estimated at 90 percent. The attached monitoring report form summarizes plant survivorship.

## Salt Marsh Restoration Area

On June 1, 2000, the salt marsh restoration area was inspected to monitor the progress of revegetation. As previously noted, the wetland includes salt marsh surrounded by a perimeter of seaside rose, northern bayberry, American beachgrass and a shoreline stabilization seed mixture.

In addition to plantings noted above, the adjacent coastal feature is vegetated by white clover, red clover, and wild indego. Perennial ryegrass, tall fescue, bentgrass, switch grass and red top are established throughout the coastal feature. Beachgrass has experienced high mortality and only an estimated 5 percent of the planted peat plugs have survived. The smooth cordgrass also experienced a high mortality rate. An estimated 5 percent of the total plugs planted have survived. Approximately 5 percent of the total rose shrubs planted did not survive and the bayberry has experienced nearly 100 percent mortality. Total vegetative cover within the coastal feature was estimated at 75 percent. The attached monitoring report form summarizes plant survivorship.

## Recommendations

Revegetation of the freshwater wetland is considered successful to date as only minimal plant mortality has occurred. The *Phragmites* that is establishing along the perimeter of the open water area should be eradicated by pulling individual stems or spot applications of herbicide once a year.

Smooth cordgrass, American beachgrass and northern bayberry within the salt marsh and coastal feature have experienced high mortality. These species should be replanted as soon as possible to achieve the survivorship required by the end of the third growing to satisfy the requirements of the state and federal permits.

# Coastal Marsh Inspection Form

Charter International Oil Co.
former Northeast Petroleum Terminal
995 Main Road
Tiverton, RI 02878

Date: June 1, 2000
Inspection by: P. Knapik
Signature:

| | | Inspection Area |
|---|---|---|
| Rosa rugosa | Percent survival | 95 |
| | Height (everage) | 2.5 feet |
| | General Plant Condition | Good |
| | | 5 |
| Myrica pennsylvanica | Percent survival | 2 feet |
| | Height (everage) | Poor |
| | General Plant Condition | |
| | | |
| Spartina alterniflora | Percent cover | 5 |
| | Height (everage) | 6 inches |
| | General Plant Condition | Fair |
| | | |
| Amophila breviligulata | Percent cover | 5 |
| | Height (everage) | 8 Inches |
| | General Plant Condition | Good |

Comments and/or actions recommended:
Replant bayberry, smooth cordgrass and American beachgrass.

**Freshwater Wetland Inspection Form**

Charter International Oil Co.
former Northeast Petroleum Terminal
995 Main Road
Tiverton, RI 02878

Date: June 1, 2000
Inspection by: P. Knapik
Signature:

| | | Inspection Area |
|---|---|---|
| Rosa rugosa | Percent survival | 95 |
| | Height (average) | 2.5 feet |
| | General Plant Condition | Good |
| Myrica pennsylvanica | Percent survival | 95 |
| | Height (average) | 2 feet |
| | General Plant Condition | Good |
| Grasses | Percent cover | 90 |
| | Height (average) | 6 inches |
| | General Plant Condition | Good |
| Phragmites australis | Percent cover | 5 |
| | Height (average) | 2.5 feet |
| | General Plant Condition | Good |

Comments and/or actions recommended:

No additional planting recommended. Spot herbicide *Phragmites* and/or pull individual stems immediately.




Source: U.S.G.S. Quadrangles

Vanasse Hangen Brustlin, Inc.

Site Location Map
Former Northwest Petroleum Terminal
Tiverton, Rhode Island

Figure 1

JUL 03 '00 03:41PM P.10


PLANT LIST
SHORELINE STABILIZATION SEED MIX
General Notes:
Photo Station Location
Arrow Indicated Direction of Photographs
Mount Hope Bay
Sakonnet River
Freshwater Wetland Restoration Area
Salt Marsh Restoration Area
Open Water
50-Feet Perimeter Wetland
Vanasse Hangen Brustlin, Inc.
Figure 2
Salt Marsh and Freshwater Wetland Restoration Areas
Tiverton, Rhode Island

RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

235 Promenade Street, Providence, RI 02908-5767 TDD 401-831-5508

Mr. Adam Pacchiana
Senior Environmental Engineer
NES, Inc.
44 Shelter Rock Road
Danbury, CT 06810

8 December 1997

RE: Proposed Wetland Mitigation Plan
Charter International Oil, Northeast Petroleum Site, Tiverton

Dear Mr. Pacchiana:

The Department has received and reviewed the Proposed Freshwater Wetlands Mitigation Plan for the Shore Area which was prepared by NES, Inc. and submitted on November 14, 1997 on behalf of Charter International Oil Company. The Office of Water Resources, Freshwater Wetlands Program, found the wetland mitigation plan acceptable subject to the following conditions:

1. Excavation and final grading for the wetland area must be completed as soon as is practical, and no later than April 15, 1998, with seeding and planting to be completed no later than May 15, 1998.

2. A representative of the Wetlands Program will inspect the site upon completion of final grading and again upon completion of planting of the perimeter wetland. Please notify the Office of Waste Management when each of these activities are completed so that a site visit with a wetland's representative can be scheduled.

3. All areas to be planted are to be covered with a minimum of four (4) inches of loam to ensure survival of plantings.

4. The wetland must be monitored for a minimum of three years after completion. During this period, any plants which have died are to be replaced in kind and any areas of bare ground will be loamed and reseeded.

5. The type of wetland being created is susceptible to being invaded by tall reed grass (*Phragmites sp.*), a non-native, invasive species which chokes out more desirable plants. Charter must develop a plan to effectively prevent the establishment of *Phragmites* and must submit this plan for review by the Freshwater Wetlands Program through the Office of Waste Management by January 31, 1997. Control of *Phragmites* may be critical to the success of the wetland creation. Toward this end, Charter may wish to consider modifying their grading plan to ensure a semi-permanent water depth of two (2) feet in the wetland.

In addition to the conditions established above by the Office of Water Resources Wetlands Program, the Office of Waste Management requests that the 15,000 cubic yards of "clean" soil being excavated from the proposed freshwater wetland area to be used as backfill in the Shore Area and Texaco Shore Area be field screened for TPH. Any suspect soil should be sampled and analyzed by the onsite laboratory in order to ensure that the 500 mg/kg TPH standard established for the Shore Areas is being met.

If you have any questions or comments regarding the conditions established by Freshwater Wetlands, please contact Charles Horbert at (401) 277-2306 (Ext. 7402). If you have any other questions, please contact Jeffrey Crawford or myself at (401) 277-2797.

Sincerely,

Kelly J. Owens

Kelly J. Owens, Engineer
Office of Waste Management

cc: Greg Fine, P.E., Supervising Engineer, DEM/OWM
Jeffrey Crawford, Principal Environmental Scientist, DEM/OWM
Charles Horbert, Supervising Environmental Scientist, DEM/OWR
John Ross, Deputy General Counsel, Charter International Oil

DEPARTMENT OF THE ARMY
NEW ENGLAND DIVISION, CORPS OF ENGINEERS
424 TRAPELO ROAD
WALTHAM, MASSACHUSETTS 02254-9149

REPLY TO
Regulatory Branch
CENAE-CO-R-97-02765
<u>CRMC File # 92-8-39</u>
<u>Former Northeast Petroleum Terminal, Tiverton, RI</u>

November 20, 1997

Charter International Oil Company
c/o Scott Rabideau
Natural Resource Services, Inc.
P.O. Box 311
Harrisville, Rhode Island 02830

Dear Mr. Rabideau:

This concerns your request for authorization to remove soils contaminated with petroleum products at the former oil fields of Northeast Petroleum Terminal in Tiverton, Rhode Island. The project will affect approximately 21, 292 s.f. of coastal wetlands. Upon completion of the excavation, the coastal wetland will be restored and revegetated. The work will be performed in accordance with the attached plans entitled, "FORMER NORTHEAST PETROLEUM TERMINAL", and dated, "9/11/97".

The Corps of Engineers and the Federal and State Resource Agencies have reviewed your proposal and have found that it meets the criteria for authorization under Category II of the Rhode Island Programmatic General Permit (RI PGP, General Permit No. 57) if performed in accordance with the following special conditions:

1. Plants used in the restoration; *Myrica pennsylvanica, Rosa rugosa, Spartina alterniflora, and Spartina patens;* shall be from sources with climatic conditions similar to New England and shall be native to the Northeast United States. ~~The applicant shall submit source lists and invoices to the Army Corps for approval prior to planting.~~

~~2. The project shall be monitored for 3 years after planting to document plant viability of 80%. If the viability ratio is not met, the permittee shall contact the Corps and discuss remedial measures with Corps staff. Permit modifications may be required at this time. Annual monitoring reports documenting the survivability of the plants and containing photographic records taken from permanent stations shall be submitted to the Army Corps of Engineers, Regulatory Branch. Reports shall be submitted after the first full growing season.~~

All submittals shall be sent to the Corps of Engineers, Regulatory Branch, ATTN: 26-97-02765, 424 Trapelo Road, Waltham, Massachusetts, 02254.

Please note that the attached RI PGP conditions apply to all activities authorized under the RI PGP. The time limit for completion of this work is three years from the date of this letter.

In order to thoroughly familiarize yourself with its contents, please review the attached RI PGP and its conditions carefully. You may wish to discuss the conditions with your contractor to ensure that the work can be accomplished in a manner that conforms to all RI PGP requirements. If the plans or construction methods for work in our jurisdiction change, please contact us immediately to discuss a modification of this authorization.

Also, this permit requires you to notify us before beginning work and allow us to inspect the project. Hence, you must complete and return the attached Work Start Notification Forms to this office no later than two weeks before the anticipated starting date.

Performing work not specifically authorized by this permit, starting work without obtaining other state and local approvals, or failing to comply with the permit conditions may subject you to the enforcement provisions of the Corps' regulations. If you have any questions, please call Joanne M . Barry at 781/647-8156 or 800/343-4789.

Sincerely,

Robert J. DeSista
Chief, Permits & Enforcement Section
Regulatory Branch

Attachment

Copy furnished:

Dave Reis
CRMC
Oliver Stedman Government Center
4808 Tower Hill Road
Wakefield, Rhode Island 02879 - 1900