# EXHIBIT S

# APPLICATION FOR ASSENT MODIFICATION

# FILE NO. 92-8-39

**to the**

## COASTAL RESOURCES MANAGEMENT COUNCIL

**WAKEFIELD, RHODE ISLAND**

**for the**

## FORMER NORTHEAST PETROLEUM TERMINAL

**TIVERTON, RHODE ISLAND**

**Prepared for:**

***CHARTER INTERNATIONAL OIL COMPANY***

**JACKSONVILLE, FLORIDA**

**Prepared by:**

***NES, INC.***
**DANBURY, CONNECTICUT**

**JUNE 1997**

# APPLICATION FOR ASSENT MODIFICATION
# FILE NO. 92-8-39

**to the**

**COASTAL RESOURCES MANAGEMENT COUNCIL**
**Oliver H. Steadman Government Center**
**4808 Tower Hill Road**
**Wakefield, Rhode Island, 02879**

**for the**

**FORMER NORTHEAST PETROLEUM TERMINAL**
**995 Main Road**
**Tiverton, Rhode Island 02878**

**Prepared for:**

**CHARTER INTERNATIONAL OIL COMPANY**
**4655 Salisbury Road, Suite 399**
**Jacksonville, FL 32256**

**Prepared by:**

**NES, Inc.**
**44 Shelter Rock Road**
**Danbury, Connecticut 06810**

**JUNE 1997**

**Adam R. Pacchiana**
**Senior Environmental Engineer**

6/2/97
**Date**

**Robert E. McPeak, Jr., P.E.**
**Senior Department Manager**
**Environmental Engineering and Remediation**

6/2/97
**Date**

## TABLE OF CONTENTS

**1. INTRODUCTION ....1**
1.1 PURPOSE ....1
1.2 EXISTING PERMIT ....1
**2. CURRENT STATUS ....2**
2.1 CURRENT IN-SITU REMEDIAL SYSTEM ....2
2.1.1 Construction ....2
2.1.2 Additives ....2
2.2 PROGRESS ....2
2.2.1 TPH Data ....2
2.2.2 Conclusions ....3
**3. EXCAVATION WORK PLAN ....4**
3.1 AREAS OF IMPACT ....4
3.2 SHORE AREA PROTECTION ....4
3.3 ACCESS ROAD CONSTRUCTION ....4
3.4 EXCAVATION AND EARTH MOVING ....5
3.5 RESTORATION ....5
3.5.1 Backfilling ....5
3.5.2 Wetland Restoration ....5
3.6 PROJECT SCHEDULE ....5
**4. TEXACO SHORE AREA ....6**

## LIST OF TABLES

TABLE 1: BASELINE SAMPLE RESULTS
TABLE 2: INTERIM SAMPLE RESULTS

## LIST OF FIGURES

FIGURE 1: BASELINE SAMPLES
FIGURE 2: INTERIM SAMPLES
FIGURE 3: AREAS OF IMPACT

## APPENDIX

Rhode Island Coastal Resources Management Council Assent: File No. 92-8-39

# 1. INTRODUCTION

This Application for Assent Modification was prepared by NES, Inc. (NES) for the Charter International Oil Company (Charter) to allow for the removal of soils contaminated with petroleum products within the jurisdiction of the Rhode Island Coastal Resources Management Council (CRMC) at the Former Northeast Petroleum Terminal in Tiverton, Rhode Island (Site).

In April 1992, Charter entered into Consent Agreement with the Rhode Island Department of Environmental Management (RIDEM) to remediate petroleum hydrocarbon and volatile organic compound contamination in soil and groundwater. The Site has received approval for in-situ remedial work by the CRMC under File No. 92-8-39 (see Appendix A), approved November 2, 1992 and extended through March 26, 1998 (Assent). The Site is currently undergoing land farming bioremediation of upland soils and in-situ bioremediation of soils in the vicinity of the shore.

## 1.1 PURPOSE

The focus of the Assent, and the application therefor dated August 11, 1992 (Original Application), was the Shore Area as shown on Figures 1, 2 and 3. Contaminated soils remain in the Shore Area of the Site. The in-situ methods currently being employed have failed to remediate the existing petroleum contamination. In an effort to expedite remediation of the Shore Area, NES proposes treatment of such contaminated soils by excavation, transportation and land farming remediation in treatment cells located upland easterly of the railroad embankment.

## 1.2 EXISTING PERMIT

The current CRMC Assent for the Site, File No. 92-8-39, states under *Earthwork Stipulations:* Item I. "Excavation and grading shall be limited to the area approved. Excess earthwork beyond that authorized by this Assent is not permitted." The work sought under this modification that is not currently permitted pertains to <u>excavation and transportation upland</u> of contaminated Shore Area soils, including some found outside the "area approved" principally along the toe of the railroad embankment. Tilling within the "area approved" is currently permitted.

In addition, in order to access and transport contaminated soils to upland areas where conventional treatment can take place, temporary access roads must be constructed outside of the "area approved."

## 2. CURRENT STATUS

The area of concern with respect to this application is the Shore Area west of the railroad embankment and north of Carey Lane. Total Petroleum Hydrocarbons (TPH) is the pollutant of concern with concentrations greater than 5,000 ppm at estimated depths of 0 - 10 feet below grade.

### 2.1 CURRENT IN-SITU REMEDIAL SYSTEM

NES contracted Green Environmental, Inc. (Green) of Quincy, Massachusetts to perform the in-situ bioremediation of Shore Area soils pursuant to the Assent.

#### 2.1.1 Construction

The in-situ system is comprised of air sparging wells and surface irrigation piping. The air sparging wells are designed to introduce oxygen and nutrients to soils below the groundwater table. Nutrients may also be added through the sparge points by means of a quick connect fitting. The irrigation system serves to introduce dissolved oxygen and additives through the distribution of water. Additives are dissolved in a large mixing tank located in the API oil/water separator building and distributed via gravity to the irrigation system.

#### 2.1.2 Additives

Green uses a standard agricultural water soluble fertilizer mixture with a composition of 35% nitrogen, 9% phosphorous, and 3% potassium. The mixture is comprised as follows:

| Component | Weight % |
|---|---|
| Sodium Nitrate ($NaNO_3$) | 15.0 |
| Potassium Nitrate ($KNO_3$) | 12.5 |
| Urea ($CO(NH_2)_2$) | 56.0 |
| Ammonium Phosphate ($(NH_4)_2HPO_4$) | 16.5 |

The fertilizer application rate is adjusted to maintain a nitrate concentration in soil of 25 - 250 ppm and a phosphorous concentration in soil of 10 - 100 ppm. Other additives included in the irrigation system are soda ash, used to maintain a pH between 7.0 and 7.5, and humic acid in a 2 ppm solution used to minimize pH fluctuations and limit nutrient leaching.

### 2.2 PROGRESS

#### 2.2.1 TPH Data

The average TPH concentration of soil samples 0 - 10 feet below grade within the Shore Area prior to any remedial work was 1,190 ppm. The latest round of sampling conducted within the Shore Area beginning in January 1996 showed the average concentration of soil samples 0 - 10 feet below grade to be 1,044 ppm. Tables 1 and 2 and Figures 1 and 2 show soil sample results and locations for the two sampling rounds.

The in-situ system has been in operation since August, 1995 with less than 25% reduction in remedial area. Several areas remain above 10,000 ppm TPH.

2.2.2 Conclusions

The in-situ system has failed to effectively remediate the subject soils. The excavation proposed in this Application will expedite and complete such soil remediation with a method that has proven effective in site operations.

# 3. EXCAVATION WORK PLAN

## 3.1 AREAS OF IMPACT

Figure 3 shows the estimated areas for excavation and access although, based on site experience, contaminated soils may be found outside these boundaries. NES expects to excavate approximately 5,000 cubic yards within the Shore Area. Due to the high water table, it is not anticipated that excavation generally will need to exceed 5 - 7 feet below grade. All soils excavated from the Shore Area will be transported upland to treatment cell areas where land farming bioremediation will take place.

## 3.2 SHORE AREA PROTECTION

The following precautions shall be implemented to minimize disturbances in areas outside the work scope:

- Highly visible barricade fencing shall be installed at the perimeter of the areas of impact.
- During high tide peaks, if the tide encroaches upon the access road, transportation across the beach will be postponed.
- Protective geotextile matting shall be placed in areas that can not support the weight of construction vehicles (i.e., where deep rutting occurs).
- Construction vehicles will not be permitted to cross the API oil/water separator outfall.
- The protective berm currently in place shall be maintained at all times in order to minimize contamination of tidal waters. The existing berm shall be extended to protect areas slated for excavation in the southern portion of the Shore Area.
- The small areas outside of the protective berm that are subject to tidal influence will be excavated and backfilled concurrently within one low tide cycle. Excavation, backfilling and grading shall be completed in such areas before the next high tide.
- If separate phase product is discovered during excavation, absorbent booms and pads shall be used to extract product to preclude migration. If product continues to flow into the excavation, an active or passive oil skimming system or vacuum truck also may be utilized. An observation/recovery trench may be left in place for the minimum possible period if deemed necessary for removal of petroleum products.
- The Sakonnet River will be monitored periodically for visible signs of petroleum sheen during the excavation and backfilling phases of site work. Booms will be placed in the river as a precautionary measure to capture any product releases. Booms will be checked and replaced as needed.

## 3.3 ACCESS ROAD CONSTRUCTION

Two access roads will be constructed across the railroad tracks for truck and machinery transportation as shown on Figure 3. Fill will be used to build up roadways across the Railroad ties and rails. No fill, rock or other aggregate materials will be placed on beach sands. Access roads on the beach will be constructed and maintained by grading only. As noted above, protective geotextile matting will be used in areas that can not support the weight of construction vehicles. Any geotextile materials used will be removed upon completion of site work.

## 3.4 EXCAVATION AND EARTH MOVING

Excavation and transportation of soils will be accomplished as an ordinary earth moving operation. Soils will be dug with an excavator and loaded into trucks for transportation upland. Excavations will encompass enough contaminated soils to meet RIDEM compliance objectives established for the Site. Truck and equipment movement will be on specified pathways. Surficial soils that meet RIDEM criteria but overlay target contaminated soils will be stripped and stockpiled for later use as backfill.

Site personnel will note the type of soil excavated (i.e., sand, glacial till, etc.) and replace soil of similar composition during backfilling. In addition to characterization during excavation, soils will be characterized through soil sampling, geological classification and supplemental sieve analyses. Any sample with no more than 35% passing a no. 200 sieve will be considered sandy soils. Conversely, any sample with more than 35% passing a no. 200 sieve will be considered silt-clay material.

As noted above, soils in the Shore Area outside of the protective berm that are subject to tidal influence shall be excavated and backfilled concurrently within one low tide cycle. Excavation, backfilling and grading shall be completed in such areas before the next high tide.

## 3.5 RESTORATION

### 3.5.1 Backfilling

All excavations shall be backfilled to the original grade with soil of similar composition (as noted above). NES anticipates replacement of excavated soils with on-site soils or, if necessary to meet soil characteristics, off site clean sand. All on-site soils to be used as backfill will be in compliance with RIDEM regulatory TPH objectives for residential property. Soils in the Shore Area will be regraded similar to original conditions to promote wetlands development.

### 3.5.2 Wetland Restoration

Protection of site wetlands will be a priority during operations. Those wetlands within the Shore Area that are disturbed during site operations shall be documented and vegetation replaced with similar seeding. Every effort will be made to duplicate Shore Area hydrology to promote the redevelopment of wetlands. Existing wetland boundaries will be considered as noted on the RIDEM Division of Freshwater Wetlands approved site drawings, dated August 2, 1993, file number 93-0182D.

## 3.6 PROJECT SCHEDULE

The project schedule has been designed to complete all earthwork in the Shore Area before the height of hurricane season begins in August. To accomplish this accelerated schedule, site work can be initiated no later than July 14.

## 4. TEXACO SHORE AREA

The Original Application indicates (page 8) that although the Texaco Shore Area is within 200 feet of the Sakonnet River, there should be no effect on any Coastal Feature due to its elevation and the rock barrier along the river. The Site Plan accompanying the Application provides that soil excavated in the Texaco Shore Area would either be treated in place or transported to an upland treatment cell. For purposes of operational efficiency, and to preclude the need for additional future access roads, contaminated Texaco Shore Area soils will be excavated and transported to the upland treatment biobeds contemporaneously with the proposed Shore Area activity. Thereafter the area will be regraded, using backfill as necessary, and grass seeded in order to stabilize the area, prevent channeling, gullying or other potential point source type discharge from surface water run off, and minimize rainfall infiltration through unexcavated soils.