# EXHIBIT V

File

The Charter Company
One Charter Plaza · Post Office Box 2017
Jacksonville, Florida 32231-0029
Telephone 904-358-4111 · Telex 56-8415

April 4, 1986

Mr. Thomas F. Butler
Sr. Claim Representative
Aetna - Commercial Insurance Division.
4 Copley Place, P.O. Box 943
Boston, Massachusetts 02103

Re: Petroleum Tank Farm, Tiverton, RI

Dear Mr. Butler:

We estimate the ultimate cost of cleanup at Tiverton to be approximately $3,000,000.00

In addition to primary coverage, the Aetna had excess under Policy 06-X-55812-SCA which expired 9/30/83.

This letter is to put you on notice regarding this excess policy as coverage under this policy may be involved.

Yours very truly,

Boyd W. Fink
Insurance/Claim Coordinator

BWF/glm

cc: David Liedtke, Whilden & Associates, Jacksonville
Bill Schwind, Northeast Petroleum, Jacksonville
John Dow, Northeast Petroleum, Jacksonville



CIOC00079911