# EXHIBIT W

# The Charter Company
## SEGI - Jax

## TIVERTON COSTS: 1992-Present

| | | Legal | | | | |
|---|---|---|---|---|---|---|
| Year | Consultants | Remediation 7230.10.01210 | Recovery from Aetna 7210.03.01522 | Property Sale 7210.05.02345 | Contribution Claims 7230.10.02328 | NES Issues 7230.10.02339 & 7230.10.02342 |
| 1992 | 1,000,000.00 * | | | | | |
| 1993 | 3,348,506.00 | 175.00 | | | 131,517.80 | |
| 1994 | 5,277,442.00 | 3,275.10 | | | 122,000.78 | |
| 1995 | 3,422,027.00 | 23,168.62 | | | 330,000.76 | 16,178.81 |
| 1996 | 2,050,748.00 | 5,441.38 | | | 384,834.57 | 15,149.35 |
| 1997 | 3,269,096.00 | 62,199.20 | | | 17,922.20 | 27,183.19 |
| 1998 | 1,502,511.80 | 34,861.77 | | | 83.44 | 62,239.36 |
| 1999 | 1,266,384.34 | 18,227.41 | 9,987.73 | 40,392.09 | 300.00 | 162.00 |
| 2000 | 93,685.00 | 15,620.95 | 1,141.00 | 34,345.87 | | |
| Total | 21,230,400.14 | 162,969.43 | 11,128.73 | 74,737.96 | 986,659.55 | 120,912.71 |

**Total Legal**
1,356,408.38

*Approximate amount for 1992 and prior years.