# EXHIBIT X

5

# Draft Site Ownership and Operation History Report (Volume I)

## Liability Analysis/Cost Allocation

# Tiverton Air Force Petroleum Retail Distribution Station Tiverton, Rhode Island

Contract No. DACW33-92-D0004
Delivery Order No. 0040

Prepared for:

United States Army Corps of Engineers
New England Division
424 Trapelo Road
Waltham, Massachusetts 02254-9149

Prepared by:

TRC Environmental Corporation
Boott Mills South
Foot of John Street
Lowell, Massachusetts 01852

and

Normandeau Associates, Inc.
25 Nashua Road
Bedford, New Hampshire 03110

February 1996

— Privileged and Confidential —

00892

TABLE OF CONTENTS


Section Page

DISCLAIMER . . . . . viii

1.0 INTRODUCTION . . . . . 1-1
1.1 Background and Site Description . . . . . 1-1
1.2 Objectives and Scope . . . . . 1-3
1.3 Report Organization . . . . . 1-5

2.0 HISTORY OF SITE OWNERSHIP . . . . . 2-1
2.1 General Overview . . . . . 2-1
2.2 Ownership History of Each Parcel . . . . . 2-2
2.2.1 Northeast Tank Farm . . . . . 2-2
2.2.2 A-Tank Farm . . . . . 2-3
2.2.3 Pacific Tank Farm . . . . . 2-3
2.2.4 Texaco Shore Tanks . . . . . 2-4
2.2.5 Texaco Tank Farm on Souza Road . . . . . 2-4
2.2.6 Other Miscellaneous Parcels . . . . . 2-4

3.0 HISTORY OF SITE OPERATIONS . . . . . 3-1
3.1 Site Development Overview . . . . . 3-1
3.1.1 Northeast Tank Farm . . . . . 3-2
3.1.2 A-Tank Farm . . . . . 3-2
3.1.3 Pacific Tank Farm . . . . . 3-3
3.1.4 Texaco Shore Tanks and Texaco Tank Farm on Souza Road . . . . . 3-3
3.2 History of the Northeast and A-Tank Farms: 1917 through 1980s . . . . . 3-4
3.2.1 Operations Prior to U.S. Ownership: 1917 through 1955 . . . . . 3-4
3.2.2 Operations During U.S. Ownership: 1955 through 1968 . . . . . 3-6
3.2.3 Operations After U.S. Ownership: 1968 through 1980s . . . . . 3-10
3.3 History of Pacific Tank Farm: 1917 through 1980s . . . . . 3-16
3.3.1 Petroleum Chemical Corporation . . . . . 3-16
3.3.2 Liberty Oil Company . . . . . 3-16
3.3.3 New England Terminal Company . . . . . 3-17
3.3.4 Raymond Ferris . . . . . 3-17
3.3.5 Eastern States Petroleum Co., Inc. . . . . . 3-17
3.3.6 Union Market Bank of Watertown . . . . . 3-17
3.3.7 Pacific Oil Company/Durfee and Canning, Inc. . . . . . 3-18
3.3.8 Northeast Petroleum Corporation . . . . . 3-19

TABLE OF CONTENTS (CONTINUED)


| Section | | Page |
|---|---|---|
| 3.4 | History of Texaco Shore Tanks and Texaco Tank Farm: 1950s through 1980s | 3-20 |
| | 3.4.1 Rhode Island Refining Corporation | 3-20 |
| | 3.4.2 Northeast Petroleum Corporation | 3-22 |
| 3.5 | Activities on All Site Parcels: Mid 1980s to present | 3-22 |
| 4.0 | NATURE AND EXTENT CONTAMINATION | 4-1 |
| 4.1 | Environmental Investigations | 4-1 |
| 4.2 | Site Geology and Hydrology | 4-1 |
| 4.3 | Nature and Extent of Soil Contamination | 4-3 |
| | 4.3.1 General Overview | 4-3 |
| | 4.3.2 Area-Specific Summaries | 4-5 |
| 4.4 | Nature and Extent of Ground Water Contamination | 4-9 |
| 5.0 | CONTAMINANT FATE AND TRANSPORT | 5-1 |
| 5.1 | Potential Pathways of Contaminant Migration | 5-1 |
| 5.2 | Transport and Fate Characteristics of Petroleum Products Historically Stored at the Former Northeast Petroleum Terminal | 5-3 |
| 5.3 | Interpretation of Available Site Characterization Data | 5-5 |
| | 5.3.1 Soil Data | 5-5 |
| | 5.3.2 Ground Water Data | 5-9 |
| 6.0 | SUMMARY OF FINDINGS AND DATA GAPS | 6-1 |
| 7.0 | REFERENCES | 7-1 |


TABLES


| Number | | Page |
|---|---|---|
| 2-1 | Chain of Title | 2-6 |
| 3-1 | Northeast Tank Farm Tank Contents | 3-25 |
| 3-2 | A-Tank Farm Tank Contents | 3-26 |
| 3-3 | Pacific Tank Farm Tank Contents | 3-27 |
| 3-4 | Texaco Shore and Tank Farm Contents | 3-28 |
| 3-5 | Chronology of Petroleum Product Releases on Northeast and A-Tank Farms | 3-29 |
| 3-6 | Chronology of Petroleum Product Releases on Pacific and Texaco Tank Farms | 3-33 |

TABLE OF CONTENTS (CONTINUED)

TABLES (CONTINUED)


| Number | | Page |
|---|---|---|
| 4-1 | Summary of Pre-Remedial Investigations | 4-11 |
| 4-2 | Residential Cleanup Criteria | 4-13 |
| 4-3 | Soil Samples Exceeding Residential TPH Cleanup Criteria Versus Commercial/ Industrial Criteria | 4-14 |
| 4-4 | Pre-Remedial Contaminated Soil Volume Estimates | 4-16 |
| 5-1 | Inventory of Products Stored on Tank Farm Properties | 5-10 |
| 5-2 | Predicted Travel Times of Free Product in Ground Water | 5-11 |


FIGURES


| Number | | Page |
|---|---|---|
| 1-1 | Vicinity Map, Former Northeast Petroleum Terminal, Tiverton, Rhode Island | 1-7 |
| 1-2 | Former Northeast Petroleum Terminal | 1-8 |
| 2-1 | 1995 Tax Assessors Map, Former Northeast Petroleum Terminal, Tiverton, Rhode Island | 2-11 |
| 2-2 | Chain of Title, Former Tiverton Air Force Petroleum Retail Distribution Station, Tiverton, Rhode Island | 2-12 |
| 3-1 | Industrial Ownership Chronology - Former Northeast Petroleum Terminal | 3-37 |
| 3-2 | Former Northeast Petroleum Terminal - 1955 | 3-38 |
| 3-3 | Former Northeast Petroleum Terminal - 1968 | 3-39 |
| 3-4 | Former Northeast Petroleum Terminal - 1980 | 3-40 |
| 3-5 | Known Releases of Petroleum Products, Prior to September 1955 | 3-41 |
| 3-6 | Known Releases of Petroleum Products, from September 1955 to December 1968 | 3-42 |
| 3-7 | Known Releases of Petroleum Products, from December 1968 through 1990s | 3-43 |
| 4-1 | Cross Section through A-Tank Farm/Northeast Tank Farm | 4-17 |
| 4-2 | Cross Section through Pacific Tank Farm | 4-18 |
| 4-3 | Cross Section and Monitoring Well Locations | 4-19 |


**Appendices**


| | | |
|---|---|---|
| A | Title Search | A-1 |
| B | Research Contacts | B-1 |
| C | Aerial Photographs | C-1 |
| D | Interview Summaries | D-1 |
| E | Review of Aviation Fuel Investigation | E-1 |

## DISCLAIMER

This report was prepared for the United States Army Corps of Engineers, New England Division, under Contract No. DACW33-92-D0004, Delivery Order No. 0040. The findings, opinions, and conclusions presented in this report are based solely upon the interpretation of available historical information and documents reviewed, as described in this report. It is assumed that the reviewed reports are accurate; TRC has not independently verified the available information.

were owned by Rhode Island Refining Company, Northeast Petroleum Corporation, and NP Corporation.

## 1.2 Objectives and Scope

TRC and its subcontractor, Joseph E. McCain Investigative Services, Inc., conducted research to determine site ownership and operational history. Although the former U.S. Government parcels (Northeast and A-Tank Farms) were the primary focus of this research, TRC's research also encompassed all parcels currently owned by Charter. The scope of research included history of site ownership, occupancy, petroleum products and hazardous materials stored at the site, spills or releases of petroleum products and hazardous materials, waste disposal practices of past owners/operators, environmental regulatory involvement, investigations and remediation activities, fate and transport of petroleum products, and plans for future use of the site. TRC's research encompassed the time period beginning in the 1900s through the 1990s, with emphasis on the years the U.S. Government owned its parcels: *1955 through 1968, and after the government sold the property.*

TRC and its subcontractor performed the following tasks to develop the ownership and operation history of the site:

1) Conducted research at the Town of Tiverton Tax Assessor, Town Clerk, and Registry of Deeds Offices and obtained copies of the relevant tax maps for the property. Reviewed and obtained Town of Tiverton tax lists and identified the current owners of record for the property.

2) Conducted title research of the Grantor/Grantee indices from approximately 1900 to present, and developed the chain of title for the property. Obtained and reviewed copies of all instruments filed with the Tiverton Town Clerk concerning entities identified as current or former owners of the property. *Appendix A* includes the results of TRC's Title Search.

3) Contacted local, state, and federal agencies to obtain information on the history of site, including ownership, occupancy, materials used, spills, waste disposal practices, environmental regulatory involvement, investigatory and remedial activity, and plans for future use of the site. Agencies contacted include:

   *Local*

   Tiverton Town Hall, Tiverton, Rhode Island
   Tiverton Fire Department, Tiverton, Rhode Island

Fall River Herald News, Fall River, Massachusetts
Fall River Public Library, Fall River, Massachusetts
Tiverton Public Library, Tiverton, Rhode Island
Sheffield & Harvey Law Offices, Newport, Rhode Island

*State*

Rhode Island Department of Environmental Management, Division of Site Remediation, Providence, Rhode Island
U.S. Coast Guard, Materials Safety Office, Providence, Rhode Island

*Federal*

General Services Administration, Property Disposal Division; Boston, Massachusetts
National Archives - New England Region; Waltham, Massachusetts
Wright Patterson Air Force Base, Air Force Material Command; Dayton, Ohio
Military Reference Branch, National Archives; Washington, D.C.
Defense Logistic Agency, Defense Fuel Supply Center; Cameron Station, Virginia
Kelly Air Force Base, Historian Office; San Antonio, Texas
Griffiss Air Force Base, Air Force Conversion Agency; Rome, New York
Military Reference Branch, National Archives; Washington, D.C.
Maxwell Air Force Base, U.S. Air Force History Research Agency; Montgomery, Alabama
Bolling Air Force Base, Air Force History Office; Washington, D.C.

*Appendix B* includes the names and addresses of all contacts.

4) Contacted various sources to identify available historical aerial photographs of the site. *Appendix C* lists the sources contacted and dates of available photographs. TRC obtained and reviewed aerial photographs of the site from 1930s to 1995, including: May 10, 1939; November 6, 1951; October 5, 1954; May 12, 1955; February 6, 1958; May 26, 1960; March 23, 1962, April 27, 1967; August 11, 1972; August 16, 1978; 1980; and April 17, 1995.

5) Interviewed 22 former employees of site owners/operators (Northeast Petroleum Terminals, Northeast Petroleum Corporation, Pacific Oil Company, Rhode Island Refining Corporation, and Curran & Burton), former local government officials , former town employees, former state environmental regulators, and local residents concerning past operations at the site. The individuals interviewed had knowledge

of the site from the 1950s through the 1980s. ***Appendix D*** provides a list of the interviewees and interview summaries.

6) Reviewed site and regional geological and hydrogeological information to identify potential contamination pathways and ground water flow direction. Reviewed available site environmental investigation reports to determine the nature and extent of petroleum contamination. Assessed the fate and transport of petroleum products likely released into the environment throughout the years. Evaluated available analytical data to identify possible connections between site contamination and past operations. Focused on determining if the available data can be linked to operations under U.S. Government ownership. ***Appendix E*** presents a technical review of Charter's aviation fuel investigation (report prepared by Trillium, Inc. for Day, Berry & Howard dated June 8, 1994).

7) Compiled a database of all records obtained during this investigation.

### 1.3 Report Organization

The report is organized as follows:

Section 2.0, ***History of Site Ownership***, presents the Title Search results for all site parcels currently owned by Charter, including the former U.S. Government parcels.

Section 3.0, ***History of Site Operations***, presents a synopsis of past operations based on available documents and interviews. This section also includes the history of environmental regulatory involvement in the site.

Section 4.0, ***Nature and Extent of Contamination***, summarizes the nature and extent of site soil and ground water contamination based on available investigative reports prepared by Charter's consultants. The validity of Charter's aviation fuel investigation (report prepared by Trillium, Inc. for Day, Berry, & Howard, dated June 8, 1994 ) is also discussed.

Section 5.0, ***Contaminant Fate and Transport***, discusses the potential fate and transport of known petroleum products released into the environment throughout the years. This section also provides an analysis of the available data in relationship to known and potential releases of contamination on the former U.S. Government properties.

Section 6.0, ***Summary of Findings and Data Gaps***, summarizes the key findings and data gaps of TRC's research.

Section 7.0, ***References***, lists the references and documents used to compile this report.

The appendices contain the following information:

Appendix A, ***Title Search***, provides the title search results and supporting documents.

Appendix B, ***Research Contacts***, includes names and address of all research contacts.

Appendix C, ***Aerial Photograph Contacts***, lists the sources of aerial photographs and dates of available photographs.

Appendix D, ***Interview Summaries***, provides a list of interviewees and their significant comments.

Appendix E, ***Review of Aviation Fuel Investigation***, provides the technical review of a report prepared by Trillium, Inc. for Day, Berry, & Howard, dated June 8, 1994.


TCS010618




BASE MAP IS A PORTION OF THE FOLLOWING
7.5' X 15' USGS QUADRANGLE:
FALL RIVER, MA-RI, 1985

0 1000 2000 3000
scale in feet




QUADRANGLE
LOCATION

FIGURE 1-1.

VICINITY MAP

FORMER NORTHEAST
PETROLEUM TERMINAL
TIVERTON, RHODE ISLAND

U.S. ARMY CORPS OF ENGINEERS
PRIVILEGED AND CONFIDENTIAL

00803

# 1.0 INTRODUCTION

The former Air Force Petroleum Retail Distribution Station, located in Tiverton, Rhode Island, was owned by the United States Government from 1955 to 1968. The property, consisting of approximately 42 acres, was used as a fuel depot by the U.S. Air Force. This property consisted of two parcels, which are currently referred to as the Northeast Tank Farm and the A-Tank Farm. The parcels are now a component of a larger piece of property (approximately 94 acres) known as the Former Northeast Petroleum Terminal (site), which was used as an oil terminal and tank farm through the 1980s. The site is currently owned by Charter International Oil Company (Charter), a subsidiary of Spelling Entertainment Group, Inc. Charter is voluntarily remediating site contamination due to past leaks and spills of petroleum products. Charter is remediating the site to residential cleanup criteria, with the goal of reclassifying the property from industrial land to unlimited use.

In 1995, Charter filed a Civil Action against the United States of America, including the Department of Defense, Air Force, Army Corps of Engineers, New England Division (Civil Action No. CA 95 124.P). Charter filed the Civil Action to recover the costs of assessing, containing and remediating release and disposal of oil and related solid and hazardous wastes and hazardous substances at the site and for removing and disposing of tanks, piping, and related structures.

The United States Army Corps of Engineers (USACE), New England Division (NED) contracted Normandeau Associates (Normandeau) and TRC Environmental Corporation (TRC), under Contract Number DACW33-92-D0004, Delivery Order Number 0040, to provide litigation support services in defending and/or settling a potential court case with Charter. The Scope of Work involved determining past site ownership and operational history, and performing a liability analysis and cost allocation. This Site Ownership and Operation Report summarizes the history of the site, including ownership, occupancy, materials used, spills, waste disposal practices, environmental regulatory involvement, investigation and remediation activity, and plans for future use of the site.

## 1.1 Background and Site Description

The site is located in Tiverton, Rhode Island about 15 miles southeast of Providence (see Figure 1-1). The site is bordered by Old Main Road and Main Road (Route 138) to the east, the Sakonnet River to the west, and residential developments to the north and south. The property is currently zoned as general and limited industrial use.

A railroad right-of-way runs north-south through the site. This right-of-way bisects the site into the sloped upland area to the east and a geuerally flat shore area to the west.

The site consists of five areas based on past land use:

- Northeast Tank Farm;
- A-Tank Farm;
- Pacific Tank Farm;
- Texaco Shore Tanks; and
- Texaco Tank Farm on Souza Road.

These areas have been developed and used as a petroleum terminal and tank farm from the 1920s through 1980s. The Northeast Tank Farm was developed first (1930s), followed by the Pacific Tank Farm (1930s-1950s), the A-Tank Farm (early 1950s), Texaco Shore Tanks (late 1950s), and the Texaco Tank Farm on Souza Road (late 1950s through early 1960s).

Over its operational history, the site consisted of 33 above ground storage tanks of various capacities and ages, 15 underground storage tanks, three piers for loading and off-loading tanker vessels (Northeast Pier, Pacific Pier, and Texaco Pier), and various piping and support facilities necessary for terminal operations, including three truck rack areas (Northeast Loading Rack, Pacific Loading Rack, and Texaco Loading Rack) and one rail rack area (Railroad Rack) for loading and unloading tank trucks and railroad tank cars. Figure 1-2 illustrates the approximate former locations of these features. Petroleum products stored on site included kerosene, No. 2 fuel oil, No. 4 fuel oil, No. 6 fuel oil, unleaded and regular gasoline, diesel, jet fuel, and aviation gasoline.

As of April 1995 all tanks and associated piping had been removed from the site. This included the Pacific and Texaco Loading Racks. In addition, the Northeast Loading Rack, and the Pacific and Northeast Piers had been partially removed.

Several entities have owned the Northeast Tank Farm throughout the years. Beginning in 1917, they include Sinclair Refining Company, Tiverton Oil Terminal, Inc., Paragon Oil Company, Bay Oil Corporation, U.S. Government, Northeast Petroleum Terminals, Inc., Northeast Petroleum Corporation, and NP Corporation. Only a few companies have owned the A-Tank Farm, including Bay Oil Corporation, U.S. Government, Northeast Petroleum Terminals, Inc., Northeast Petroleum Corporation, and NP Corporation.

Since 1925, owners of the Pacific Farm included Petroleum Chemical Corporation, Liberty Oil Company, Union Market Bank of Watertown, Pacific Oil Company, Northeast Petroleum Corporation, and NP Corporation. Since the late 1950s, the Texaco Tank Farm and Shore Tanks







TCS010621




This map was compiled from the following sources:

General Services Administration, Waltham, Massachusetts (drawing number NED-PA-1001, TIV-16)

Aerial Photograph Taken By John T. Hopf of Newport, Rhode Island, (May 12, 1955, April 27, 1967)

**LEGEND**

- Former U.S. Government Property Line
- Tract Boundary Line
- Railroad
- Utility

The boundary of the government property was compiled from deed description and actual survey. (see Plan of Land drawn for Bay Oil Corp. located in Tiverton, Rhode Island, Leo W. Granier Reg. L.S. 49 Purchase Street., Fall River, Massachusetts. Scale 1" = 60', September 1953, on file in the New England Division Real Estate Firm.)

FIGURE NO. 1-2.

FORMER NORTHEAST PETROLEUM TERMINAL

TIVERTON, RHODE ISLAND

U.S. ARMY CORPS OF ENGINEERS

PRIVILEGED AND CONFIDENTIAL




TCS 010623

TCS010623

## 2.0 HISTORY OF SITE OWNERSHIP

The following sections summarize the ownership history of the Former Northeast Petroleum Terminal, including the parcels once owned by the U.S. Government. Ownership information is based on all instruments filed with the Tiverton Town Clerk concerning parties identified as current or former owners of the property, including deeds, mortgages, leases, extension of leases, assignments, agreements, bills of sale, easements, release of easements, agreements of merger, consent agreements, and compliance orders. ***Appendix A*** presents the complete title search for all the parcels which comprise the site.

### 2.1 General Overview

The Former Northeast Petroleum Terminal, occupying approximately 94 acres according to tax records, is situated on nine parcels of land, listed at the Tiverton Tax Assessor's Office as follows:

- Block 24, Lot 1 and Block 51, Lot 1 *(Northeast Tank Farm)*
- Block 57, Lot 23 *(A-Tank Farm)*
- Block 24, Lot 2 and Block 51, Lot 2 *(Pacific Tank Farm)*
- Block 54, Lot 16 *(Texaco Shore Tanks)*
- Block 94, Lot 191A *(Texaco Tank Farm on Souza Road)*
- Block 57, Lot 22 and Lot 29A

Figure 2-1 shows the location of these parcels based on 1995 Town of Tiverton tax assessor maps.

The current owner of the site is NP Corporation, c/o Blockbuster Entertainment Corporation, P.O. Box 407060, Fort Lauderdale, Florida 33340-7060. According to Town of Tiverton Tax Assessor records, NP Corporation has been the owner of record since 1990. Northeast Petroleum Corporation is listed as being the owner of record until 1989.

There is no ownership documentation recorded that identifies Charter International Oil Company as the owner of the property, with the exception of a Consent Agreement and Immediate Compliance Order issued by RIDEM in 1991 and 1992. However, a letter from Spelling Entertainment, filed in the Tax Assessor's Office in reference to the property, identifies NP Corporation as the "predecessor to Charter International Oil Company."

Northeast Petroleum Terminals, Inc. and successor companies acquired the site in numerous parcels through a series of deeded conveyances from commercial entities between 1968 and 1985. Northeast Petroleum acquired portions of the site as a result of a merger with Pacific Oil Company in 1983, with Northeast Petroleum as the surviving corporation.

sold the parcels, physical structures, and personal property to the United States of America in September 1955. The United States of America owned the parcels until December 1968, at which time they conveyed them to Northeast Petroleum Terminals, Inc. In March 1983, Northeast Petroleum Terminals, Inc. merged with Northeast Petroleum Corporation, with Northeast Petroleum Corporation as the surviving corporation. Northeast Petroleum Corporation successor corporations remain the owner of record.

*2.2.2 A-Tank Farm*

**Block 57, Lot 23 (23 acres)**

This parcel, although currently assessed as one parcel, was conveyed as two separate 11-acre parcels until October 1939. Prior to that time, numerous members of the Hambly family owned the northern portion of the parcel and numerous members of the Osborn family owned the southern portion of the parcel. In October 1939, the Osborn family acquired the northern portion of the parcel, becoming the owner of both parcels. In January 1949, Henry L. Schwartz purchased both parcels, but later conveyed the property to Bay Oil Corporation in July 1949.

Bay Oil Corporation owned the property until September 1955, at which time they conveyed it to the United States of America. In December 1968, the United States of America conveyed the property to Northeast Petroleum Terminals, Inc. In March 1983, Northeast Petroleum Terminals, Inc. merged with Northeast Petroleum Corporation, with Northeast Petroleum Corporation as the surviving corporation. Northeast Petroleum Corporation successor corporations remain the owner of record.

*2.2.3 Pacific Tank Farm*

**Block 24, Lot 2 (1 acre)**
**Block 51, Lot 2 (27.09 acres)**

Records indicate that these parcels have historically been conveyed together, although they are described individually in deeds and are considered separate parcels. Numerous members of the Osborn family owned these parcels until August 1925, at which time the property was conveyed to Petroleum Chemical Corporation. Petroleum Chemical Corporation owned the parcels for approximately 4 years before conveying them to Liberty Oil Company in October 1929. Liberty Oil Company owned the parcels until the Union Market Bank of Watertown foreclosed on the property in December 1933. Raymond T. Ferris purchased the property from the mortgaging bank during foreclosure but conveyed it back to the bank in June 1934. In June 1939, Pacific Oil Company acquired the parcels from the Union Market Bank of Watertown. Pacific Oil Company is the parcels' longest owner of record. In March 1983, Pacific Oil Company merged with Northeast Petroleum Corporation, with Northeast Petroleum Corporation as the surviving

corporation. Northeast Petroleum Corporation successor corporations remain the owner of record.

### *2.2.4 Texaco Shore Tanks*

**Block 54, Lot 16 (11 acres)**

The history of this parcel, although currently assessed as one parcel, was recorded as a series of separate deeded conveyances until December 1958. Between 1878 and 1958, approximately eight individuals and one commercial entity, Newport Electric Corporation, owned various portions of this property. Rhode Island Refining Corporation was the first to own the property in its entirety, having acquired it between June 1956 and December 1958 from various individuals. Rhode Island Refining Corporation owned the entire property between December 1958 and July 1985, before conveying it to Northeast Petroleum Corporation in July 1985. Northeast Petroleum Corporation successor corporations remain the owner of record.

### *2.2.5 Texaco Tank Farm on Souza Road*

**Block 94, Lot 191A (9.67 acres)**

Prior to 1958, members of the Charles A. Hambly family owned this parcel. The first non-individual entity to own this parcel was Rhode Island Refining Corporation, who purchased the parcel from Norman F. Smith in May 1958. Rhode Island Refining Corporation owned the parcel for approximately 28 years before conveying it to Northeast Petroleum Corporation in July 1985. Northeast Petroleum Corporation successor corporations remain the owner of record.

### *2.2.6 Other Miscellaneous Parcels*

**Block 57, Lot 22 (2.55 acres)**

Prior to 1958, numerous members of the Osborn family owned this parcel. The non-individual entity to own this parcel was Rhode Island Refining Corporation, who purchased the parcel from Frank M. Silvia, Jr. in May 1958. Rhode Island Refining Corporation owned the parcel for approximately 28 years before conveying it to Northeast Petroleum Corporation in July 1985. Northeast Petroleum Corporation successor corporations remain the owner of record.

**Block 57, Lot 29A (21,534 square feet)**

Prior to 1946, numerous individuals owned this parcel. The first commercial entity to own this parcel was Crystal Ice Company, who acquired it in April 1946. In March 1947, Crystal Ice Company conveyed the parcel to Edward J. Dopart, et als. Edward J. Dopart, et als, conveyed

the property to Mary G. Shannon in August 1950 who conveyed it to Pauline Ryba the same day. Pauline Ryba owned the parcel until March 1958, at which time she conveyed it to Rhode Island Refining Corporation. Rhode Island Refining Corporation owned the parcel for approximately 28 years before conveying it to Northeast Petroleum Corporation in July 1985. Northeast Petroleum Corporation successor corporations remain the owner of record.

**TABLE 2-1.**
**CHAIN OF TITLE**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| Parcels | Owner | Period of Ownership |
|---|---|---|
| *Northeast Tank Farm* | Warren R. Keith | October 1916 - May 1917 |
| B-24/L-1<br>B-51/L-1 | Sinclair Refining Company | May 1917 - July 1945 |
| | Tiverton Oil Terminal, Inc. | July 1945 - September 1945 |
| | State Terminal & Realty Corporation | September 1945 - November 1947 |
| | Paragon Oil Company | November 1947 - November 1953 |
| | Bay Oil Corporation | November 1953 - September 1955 |
| | United States of America | September 1955 - December 1968 |
| | Northeast Petroleum Terminals, Inc. | December 1968 - March 1983 |
| | Northeast Petroleum Corporation | March 1983 - 1990 |
| | NP Corporation | 1990 - Present |
| *A-Tank Farm* | Charles A. Hambly | October 1878 - August 1923 |
| B-57/L-23 (portion) | Harry C. Hambly | August 1923 - October 1939 |
| | Mary M. Osborn | October 1939 - January 1949 |
| B-57/L-23 (portion) | Charles F. Osborn | Circa 1900 - January 1940 |
| | Henry C. Osborn | January 1940 - February 1940 |
| | Henry C. Osborn, Jr.<br>Mary M. Osborn | February 1940 - January 1949 |
| B-57/L-23 (portion) | Henry C. Osborn | Unknown - February 1917 |
| | Henry C. Osborn, Jr. | February 1917 - February 1940 |

TABLE 2-1. (CONTINUED)

| Parcels | Owner | Period of Ownership |
|---|---|---|
| B-57/L-23 (portion) (cont.) | Henry C. Osborn, Jr.<br>Mary M. Osborn | February 1940 - July 1949 |
| B-57/L-23 (all portions above) | Henry L. Schwartz | January 1949 - July 1949 |
| | Bay Oil Corporation | July 1949 - September 1955 |
| | United States of America | September 1955 - December 1968 |
| | Northeast Petroleum Terminals, Inc. | December 1968 - March 1983 |
| | Northeast Petroleum Corporation | March 1983 - 1990 |
| | NP Corporation | 1990 – Present |
| *Pacific Tank Farm*<br><br>B-24/L-2<br>B-51/L-2 | Joseph D. Osborn<br>Grace Osborn Brewster | Circa 1883 - August 1925 |
| | Petroleum Chemical Corporation | August 1925 - October 1929 |
| | Liberty Oil Company | October 1929 - December 1933 |
| | Raymond T. Ferris | December 1933 - June 1934 |
| | Union Market Bank of Watertown | June 1934 - June 1939 |
| | Pacific Oil Company | June 1939 - March 1983 |
| | Northeast Petroleum Corporation | March 1983 - 1990 |
| | NP Corporation | 1990 - Present |
| *Texaco Shore Tanks*<br><br>B-54/L-16 (portion) | Charles A. Hambly, Jr. | October 1878 - August 1923 |
| | Harry C. Hambly | August 1923 - June 1930 |
| | Bernard O'Donnell | June 1930 - November 1955 |
| | William B. Sullivan | November 1955 - November 1955 |
| | Norman F. Smith (attorney for Rhode Island Refining Corporation) | December 1955 - November 1956 |

TABLE 2-1. (CONTINUED)

| Parcels | Owner | Period of Ownership |
|---|---|---|
| | Rhode Island Refining Corporation (RIRC) | June 1956 - July 1985 |
| B-54/L-16 (portion) | Charles F. Osborn | Circa 1900 - January 1940 |
| | Henry C. Osborn Jr.<br>Mary M. Osborn | January 1940 - April 1956 |
| | Frank M. Silvia, Jr. | April 1956 - June 1956 |
| | RIRC | June 1956 - July 1985 |
| B-54/L-16 (portion) | Henry C. Osborn, Jr. | Unknown - February 1917 |
| | Henry C. Osborn, Jr. | February 1917 - July 1926 |
| | Newport Electric Corporation | July 1926 - February 1956 |
| | Norman F. Smith<br>(attorney for RIRC) | February 1956 - June 1956 |
| | Frank M. Silvia, Jr. | June 1956 - June 1956 |
| | RIRC | June 1956 - July 1985 |
| B-54/L-16 (portion) | Harry C. Hambly | Unknown - March 1925 |
| | Bernard O'Donnell | March 1925 - October 1956 |
| | RIRC | October 1956 - July 1985 |

**TABLE 2-1. (CONTINUED)**

| Parcels | Owner | Period of Ownership |
|---|---|---|
| B-54/L-16 (2 portions) | William T. Manning, Jr. | Unknown - December 1955 |
| | Norman F. Smith | December 1955 - June 1956 |
| | RIRC | June 1956 - July 1985 |
| B-54/L-16 (portion) | Frank M. Silvia, Jr. | Unknown - May 1958 |
| | RIRC | May 1958 - July 1985 |
| B-54/L-16 (4 portions) | Norman F. Smith (attorney for RIRC) | Unknown - May 1958 |
| | RIRC | May 1958 - July 1985 |
| B-54/L-16 (portion) | Frank M. Silvia, Jr. | Unknown - December 1958 |
| | RIRC | December 1958 - July 1985 |
| B-54/L-16 (portion) | Norman F. Smith (attorney for RIRC) | Unknown - November 1958 |
| | RIRC | November 1958 - July 1985 |
| B-54/L-16 (all portions above) | Northeast Petroleum Corporation | July 1985-1990 |
| | NP Corporation | 1990 - Present |
| ***Texaco Tank Farm on Souza Road*** B-94/L-191A | Charles A. Hambly | October 1878 - May 1958 |
| | Rhode Island Refining Corporation (RIRC) | May 1958 - July 1985 |
| | Northeast Petroleum Corporation | July 1985-1990 |
| | NP Corporation | 1990-Present |
| ***Abutting Parcels*** | Charles F. Osborn | Unknown - January 1940 |
| B-57/L-22 (portion) | Henry C. Osborn | January 1940 - March 1958 |

TABLE 2-1. (CONTINUED)

| Parcels | Owner | Period of Ownership |
|---|---|---|
| B-57/L-22 (portion) | Henry C. Osborn | Unknown - February 1917 |
| B-57/L-22 (2 portions) | Henry C. Osborn, Jr.<br>Mary M. Osborn | February 1917 - March 1958 |
| | Frank M. Silvia, Jr. | March 1958 - May 1958 |
| B-57/L-22 (all portions above) | RIRC | May 1958 - July 1985 |
| B-57/L-22 | Northeast Petroleum Corporation | July 1985 - 1990 |
| (all portions above) cont. | NP Corporation | 1990 - Present |
| *Abutting Parcel* | Harry C. Hambly | Unknown - July 1923 |
| B-57/L29A | Lillian B. Shove | July 1923 - November 1940 |
| | Florence Dowling<br>Richard J. Dowling | November 1940 - April 1946 |
| | Crystal Ice Company | April 1946 - March 1947 |
| | Stanley P. Dopart<br>Edward J. Dopart | March 1947 - August 1950 |
| | Mary G. Shannon | August 1950 - August 1950 |
| | Pauline Ryba | August 1950 - March 1958 |
| | RIRC | March 1958 - July 1985 |
| | Northeast Petroleum Corporation | July 1985 - 1990 |
| | NP Corporation | 1990- Present |


BLOCK 54
LOT 16
(TEXACO SHORE TANKS)
Railroad Right Of Way
BLOCK 57
LOT 23
(A-TANK FARM)
(NORTHE
BLOCK 57
LOT 29A
BLOCK 57
LOT 22
Route 138
SOUZA ROAD
BLOCK 94
LOT 191A
(TEXACO TANK FARM)
00915




Source: Aerial Survey and Photo, Inc.
Skowhegan, Maine, January 1, 1994
Town of Tiverton, Rhode Island

**LEGEND**

- - - Property currently owned by NP Corporation (Charter International Oil)

Former U.S. Government Parcel

FIGURE NO. 2-1.

1995 TAX ASSESSORS MAP

FORMER NORTHEAST PETROLEUM TERMINAL PARCELS

TIVERTON, RHODE ISLAND

U.S. ARMY CORPS OF ENGINEERS

PRIVILEGED AND CONFIDENTIAL




FIGURE NO. 2-2

CHAIN OF TITLE
FORMER TIVERTON AIR FORCE PETROLEUM RETAIL DISTRIBUTION STATION

TIVERTON, NEWPORT COUNTY, RHODE ISLAND
BLOCK 24, LOT 1; BLOCK 51, LOT 1;
BLOCK 57, LOT 23

U.S. ARMY CORPS OF ENGINEERS
PRIVILEGED AND CONFIDENTIAL

00916

TCS 010635

TCS010635

35



## 3.0 HISTORY OF SITE OPERATIONS

This section summarizes the ownership and operational history of the five major areas which comprise the Former Northeast Petroleum Terminal from the 1920s through the 1990s. The operational history includes chronological development of the site; permitted activities; types, quantities, and locations of petroleum products stored on site; operational procedures; spills and releases of petroleum products; and environmental regulatory involvement. This section was compiled from Town of Tiverton records, aerial photographs, interviews, and documents obtained from the General Services Administration (GSA), Rhode Island Department of Environmental Management (RIDEM), USACE, and Day, Berry & Howard.

Section 3.1 provides an overview of the major site areas and summarizes key physical characteristics of each. Section 3.2 covers the Northeast Tank and A-Tank farms and documents site actions/activities over three time periods: prior to U.S. Government ownership (1917-1955); during U.S. Government ownership (1955-1968); and following U.S. Government ownership (1968-1984).

Sections 3.3 and 3.4 present the development history of the Pacific and Texaco portions of the site, from initial development through shutdown. Section 3.5 describes the evolution of Northeast Petroleum's plans to redevelop the property into a residential condominium complex.

Given the complex development history of the site and its individual parcels, the reader may wish to refer to Figures 2-1 and 3-1. Figure 2-1 identifies the approximate boundaries for each parcel. Figure 3-1 illustrates ownership chronology of each parcel during industrial use. These figures should facilitate an understanding of the development sequence and activities associated with each parcel.

### 3.1 Site Development Overview

This section provides a general overview of the site development activities in the following areas: Northeast Tank Farm; A-Tank Farm; Pacific Tank Farm; Texaco Shore Tanks; and the Texaco Tank Farm on Souza Road. As a general reference, Figures 3-2, 3-3, and 3-4 illustrate the physical site layout in 1955 (prior to U.S Government purchase), 1968 (when the U.S. Government sold its parcels to Northeast Petroleum Terminals), and 1980 (illustrating changes made after U.S. Government ownership). Tables 3-1 and 3-2 list the storage capacity, type of construction, and products stored in above ground tanks prior to, during, and after the U.S. Government owned the Northeast Tank Farm and A-Tank Farm. Tables 3-3 and 3-4 list storage capacity and materials stored over time in the Pacific, Texaco Shore, and Texaco Tank Farm areas.

### *3.1.1 Northeast Tank Farm*

The Northeast Tank Farm, located north of Carey Lane, occupies 19.25 acres. It was the first area of the site to be developed as a petroleum terminal. Beginning in 1917, it has been owned/operated by several entities, including:

- Sinclair Refining Company (28 years: 1917 - 1945)
- Tiverton Oil Terminal, Inc. (2 months: 1945)
- State Terminal & Realty Corporation (2 years: 1945 - 1947)
- Paragon Oil Company (6 years: 1947-1953)
- Bay Oil Corporation (2 years: 1953-1955)
- United States of America (13 years: 1955-1968)
- Northeast Petroleum Terminals and successor companies (28+ years: 1968-present)

Major features of the Northeast Tank Farm include nine above ground storage tanks (Nos. 1, 2, 3, 4, 8, 9, 10, 14, and 15) having a total storage capacity of 318,000 barrels; six underground storage tanks with a total storage capacity of 24,000 gallons; the Northeast Pier; the Northeast Loading Rack and associated buildings; and the Railroad Rack and associated buildings. All above ground storage tanks within the Northeast Tank Farm were constructed under Sinclair Refining Company's ownership. Table 3-1 lists the individual above ground tank capacities and materials stored prior to, during, and following U.S. Government ownership of this parcel. Seven of the above ground storage tanks were of riveted construction and two were welded (Guilliemette, 1968). The above ground tanks stored gasoline, fuel oil, and naphtha prior to the U.S. Government ownership and kerosene, gasoline, No. 2 fuel oil, and diesel after U.S. Government ownership. Only limited information was available pertaining to the underground tanks. Toluene and No. 2 fuel oil were reportedly the last products stored in the underground storage tanks (GZA, 1991).

### *3.1.2 A-Tank Farm*

The A-Tank Farm, located south of Carey Lane, occupies 23 acres. Since 1949, the A-Tank Farm has been owned/operated by:

- Bay Oil Corporation (6 years: 1949-1955)
- United States of America (13 years: 1955-1968)
- Northeast Petroleum Terminals and successor companies (28+ years: 1968-present)

The A-Tank Farm was developed during the early 1950s by Bay Oil Corporation. A 1951 aerial photograph shows the A1 and A2 tanks under construction, and 1954 and 1955 photographs show the remaining tanks (A3, A4, A5, A6, A7, A8, A9) under construction. Following completion, the nine above ground storage tanks had a total storage capacity of 1,204,000 barrels.

Table 3-2 lists the capacity, approximate date of construction, tank type, and type of products stored prior to, during, and after U.S. Government ownership of this parcel. Regular gasoline and No. 2 fuel oil were stored in these tanks after U.S. Government ownership.

### *3.1.3 Pacific Tank Farm*

The Pacific Tank Farm occupies 28.09 acres and is located immediately north of the Northeast Tank Farm. It was developed over time, beginning in 1925 by Petroleum Chemical Corporation. Ownership history is summarized below:

- Petroleum Chemical Corporation (4 years: 1925-1929)
- Liberty Oil Company (4 years: 1929-1933)
- Raymond Ferris (1 year: 1933-1934)
- Union Market Bank of Watertown (5 years: 1934-1939)
- Pacific Oil Company (44 years: 1939-1983)
- Northeast Petroleum Corporation and successor companies (+13 years: 1983-present)

The parcel was actively used as a petroleum storage terminal from the 1920s through the 1980s. Pacific Oil Company owned/operated the Pacific Tank Farm throughout most of its operational history (44 years).

The tank farm consisted of seven above ground storage tanks, six underground storage tanks, the Pacific Pier, the Pacific Loading Rack, and Big Louie Lagoon. Tanks P1 through P4 were riveted tanks constructed prior to 1939. Tanks P5 through P7 were welded tanks constructed in the 1950s.

The above ground tanks had a total storage capacity of 453,000 barrels and primarily stored No. 2, No. 4, and No. 6 fuel oils. Table 3-3 lists the capacity and type of products stored in each above ground tank. The underground storage tanks had a storage capacity of 6,000 gallons, and last stored diesel and No. 2 fuel oil (GZA, 1991).

### *3.1.4 Texaco Shore Tanks and Texaco Tank Farm on Souza Road*

The Texaco Shore Tanks are located west of the A-Tank Farm on an 11 acre parcel. The Texaco Tank Farm, covering 9.67 acres, is situated at the intersection of Route 138 and Souza Road. Both parcels were constructed in the late 1950s and have had only two owners/operators:

- Rhode Island Refining Corporation (29 years: 1956-1985, Texaco Shore Tanks);
- Rhode Island Refining Corporation (27 years: 1958-1985, Texaco Tank Farm); and
- Northeast Petroleum Corporation and successor companies (11+ years: 1985-present)

The Texaco Shore area contained two above ground tanks, with a total storage capacity of 300,000 barrels, and the Texaco Pier. The Texaco Tank Farm consisted of six above ground tanks, with a total storage capacity of 150,000 barrels, and a loading rack. Table 3-4 lists the capacities and type of products stored in the tanks.

The Texaco Shore Tanks, Texaco Tank Farm, and ancillary structures were built by the Rhode Island Refining Corporation. Products stored under Rhode Island Refining's and Northeast Petroleum Corporation's ownership included No. 2 fuel oil and kerosene.

## 3.2 History of the Northeast and A-Tank Farms: 1917 through 1980s

### *3.2.1 Operations Prior to U.S. Ownership: 1917 through 1955*

The following details the operational history, by owner/operator, of the Northeast and A-Tank farms prior to U.S. Government ownership.

#### *3.2.1.1 Sinclair Refining Company - Northeast Tank Farm*

Sinclair Refining Company owned and operated the Northeast Tank Farm from May 31, 1917 until July 16, 1945. This included use of the Northeast Pier through a lease agreement with the Town of Tiverton. During this time the company constructed and stored petroleum products in tanks 1, 2, 3, 4, 8, 9, 10, 14, and 15. Tiverton Town Council minutes (February 4, 1933) and correspondence (Sinclair Refinery Company, 1931a, 1931b, 1933; Tiverton Town Council, 1934) record permits for tank construction and petroleum storage.

Based on a September 16, 1927 Fall River Herald News article, six grades of oil including kerosene were stored in the tanks. Other fuels reportedly stored on the property included two grades of gasoline, two grades fuel oil, and naphtha oil (Fall River Herald News, 1927).

Based on Tiverton Town Council minutes (May 1, 1945), Sinclair leased a portion of its property to Pacific Oil Company for the storage of 40,000 gallons of petroleum products.

#### *3.2.1.2 Tiverton Oil Terminal, Inc.- Northeast Tank Farm*

Tiverton Oil Terminal, Inc. acquired the Northeast Tank Farm and leasing agreement for use of the Northeast Pier on July 16, 1945. The parcel was sold two months later to State Terminal and Realty Corporation.

Town Council minutes dated October 1946 recorded a petroleum storage permit issued to Tiverton Oil Terminal for 317,000 barrels. No other records regarding Tiverton Oil Terminal, Inc. were available.

*3.2.1.3 State Terminal and Realty Corporation - Northeast Tank Farm*

State Terminal and Realty Corporation took ownership of the Northeast Tank Farm on September 12, 1945 and sold its interests two years later. No other records regarding activities at the site over this two year period of ownership were available.

*3.2.1.4 Paragon Oil Company, Inc. - Northeast Tank Farm*

Paragon Oil Company purchased the Northeast Tank Farm on November 28, 1947 and acquired Tiverton Oil Terminal's lease agreement for use of the Northeast Pier on January 2, 1948. According to town records (Tiverton Building Department, 1948-1954), the only other permits issued to Paragon were for construction of an office (November 23, 1949) and for dock repairs (January 8, 1952). Bay Oil, however, was granted petroleum storage permits for the Northeast Tank Farm from the Tiverton Town Council in the late 1940s and early 1950s. This suggests that Bay Oil may have managed the Northeast Tank Farm while under Paragon's ownership.

*3.2.1.5 Bay Oil Corporation - Northeast and A-Tank Farms*

Bay Oil Corporation acquired the A-Tank Farm from Henry Schwartz on July 11, 1949, and the Northeast Tank Farm and Northeast Pier lease from Paragon Oil on November 9, 1953.

The town issued tank construction permits to Bay Oil in 1949 and 1954 (minutes dated March 5, 1949; Building Department permit dated October 13, 1954). Town Council minutes (May 1, 1948; May 7, 1949; May 5, 1951; May 1952; May 2, 1953; May 1, 1954; May 7, 1955) also record petroleum storage permits issued to Bay Oil for new and existing tanks located north and south of Carey Lane (the Northeast Tank Farm and A-Tank Farm tanks). In addition, the town granted a permanent easement across a portion of Carey Lane for the purpose of laying and maintaining structures relating to operations.

A Fall River Herald News article dated September 2, 1955 noted that the U.S. Government leased tanks from Bay Oil beginning in 1949 for the storage of jet fuel and high octane gas. Records documenting this lease arrangement, however, could not be located. A letter written by the Air Force to Senator Green on August 22, 1952 (Eaton, 1952), requests that representatives from the Armed Services Committees approve funding for the purchase of 44 acres of land in Tiverton for use as a bulk storage facility. The letter noted that Bay Oil was the current owner of the property and describes the current facility, but showed no indication that the government had ever held a lease on the property.

*3.2.2 Operations During U.S. Ownership: 1955 through 1968*

The following details the operational history of parcels encompassing the Northeast and A-Tank farms during U.S. Government ownership.

*3.2.2.1 Property Transfer*

Personnel from the U.S. Air Force Head Quarters and Corps of Engineers conducted a preliminary conditions survey of the Bay Oil properties in June 1955. Following this, the U.S. Government assumed ownership on September 1, 1955.

On February 6, 1956 an agreement was signed between the U.S. Government and the New York, New Haven, and Hartford Railroad Company for operations and maintenance of the railroad side track. On July 6, 1957 the town granted a ten year lease to the U.S. Government for use of the Northeast Pier.

According to GSA appraisal reports (Guilliemette, 1968; Raleigh et al., 1968), the former distribution station consisted of 18 fuel tanks (nine in the A-Tank Farm and nine in the Northeast Tank Farm). The Northeast Tank Farm also contained the Northeast Rack, Railroad Rack, an administration building with pump controls, a foam house, two electric substations, a product testing laboratory, Pumping Station No. 1, and miscellaneous small buildings. In addition to the tanks, the A-Tank Farm was equipped with four 1000 gallon per minute fuel pumps to serve the loading rack.

The U.S. Government and its contractors were not required to obtain petroleum storage permits from the town, since the terminal was not used for commercial purposes.

Operations at the site were coordinated through Olmstead Air Force Base from 1955 through 1966. In 1966, Griffiss Air Force Base assumed real property accountability and jurisdiction for the installation (USAF, 1966).

*3.2.2.2 General Operations*

The Northeast and A-Tank farms were operated to meet the fuel storage and distribution needs of the Middletown Air Material Area. Although owned by the U.S. Government, day-to-day operation and management of the terminal was performed by private contractors. According to Edythe Martel (1995) and Alexander Cote (1995) (former employees, Rhode Island Refining Corporation), government contractors included Bay Oil Corporation, Curran & Burton, Texaco, and Northeast Petroleum Terminals. Ms. Martel indicated that Bay Oil operated the terminal until 1962. After that, yearly contracts were issued to different contractors. Although operations were performed by several contractors, a core group of employees worked at the site while it was

under U.S. Government ownership.

Fuel delivered to the facility by tanker or barge was unloaded at the Northeast Pier. The fuel was conveyed to the A-Tank Farm through a series of seven pipelines, ranging in size from 6 to 16-inches in diameter. Aviation gas was reportedly stored in seven of the tanks and jet fuel in two of the tanks (Aquiar, 1995). Available records do not specify which products were stored in which tanks. While under U.S. Government ownership, all above ground tanks were equipped with containment dikes and routinely inspected and maintained. Concrete and steel retaining walls were constructed in the A-Tank Farm in 1958, 1963, and 1965.

The Northeast Tank Farm was not used for fuel storage while under U.S. Government ownership (Silvia, 1995; Aquiar, 1995; Arruda, 1995; Martel, 1995). Aerial photographs from 1960 and 1962 support these accounts and show the dismantling of distribution piping within the Northeast Tank Farm.

Government contractors were required to comply with all provisions in the standard operating procedures manual entitled *"Operation of USAF Bulk Petroleum Storage Depots"* (AMC Manual NR 85-1) (USAF, 1955). The manual, prepared by Headquarters, Air Material Command, outlined minimum requirements for all facilities and provided technical guidance to contractors in the development of plans and procedures to address site specific issues. Government contractors were required to thoroughly train all terminal personnel in the following areas:

- safety precautions;
- waste disposal;
- transportation of fuel including receiving, storing, and shipping;
- maintenance and operational procedures;
- fire prevention;
- internal security and plant protection; and
- inspection, including periodic testing of equipment and piping.

All contractors were also required to maintain a complete set of plans, detailing all tanks, pipelines, pumps, valves, bends and other underground fixtures. Operation charts and instruction panels showing step-by-step operation of each system, including special fire protection systems and equipment, were to be labeled accordingly. In addition, the Manual outlined protocols and procedures regarding waste accumulation, sludge and sediment disposal, preventing wastes from escaping to adjoining property, and wastewater treatment.

The Manual stated that it is not necessary to clean a tank unless the interior is excessively corroded, an unreasonable quantity of sludge is in the bottom, another product is to be placed in the tank, or the tank is to be repaired or dismantled. In addition, the Manual stated that the inspection and cleaning of tanks containing gasoline or jet fuel was potentially hazardous, and

required strict adherence to safety precautions by qualified personnel approved by the Headquarters U.S. Air Force command.

Guidance on waste disposal practices emphasized cleanliness of work areas, and avoiding "accumulations or careless disposal of waste that would result in pollution of adjoining property or waterways." Further, it warned against allowing spill/overflow wastes to accumulate to avoid creating a fire hazard. The Manual advised that petroleum waste be disposed of in a safe and efficient manner. Because tank bottom sludge and sediment from leaded gasoline was considered dangerous, the Manual required that the waste be kept wet with water and buried in a location where it was not likely to be disturbed again. The Manual also required that any absorbent material used needed to be treated in the same manner. The Manual recommended the placement of markers at the spot to indicate where lead waste was buried; sludge from unleaded gasoline tanks was allowed to be burned.

Recommendations within the Manual for handling waste accumulations from small leaks/spills during fuel transfers were somewhat more specific, noting that "these accumulations may be washed to sewers or adjacent water in the event of storms, floods, or high tides." The Manual did not specify procedures for handling these accumulations during normal weather circumstances.

Design of the physical plant to facilitate treatment of wastewater that may contain fuel was emphasized. The manual noted that suitable drainage systems at a facility include:

- well graded pavements;
- adequate catch basins;
- well constructed and covered sewer lines; and
- one or more traps to separate and retain wastes from the water before it is permitted to leave the installation.

The Manual also required frequent inspection of separators on drainage lines, and periodic removal of fuel wastes in order to ensure proper function. Sediment from the bottom of traps was to be hauled to a public disposal dump whenever possible.

The Manual provided procedures for quality and quantity control to ensure a quality product free of contamination. The contractor was required to develop a system to maintain quality control, covering:

- quality and quantity of products;
- unloading and transfer of incoming products;
- storage of products; and
- transfer and loading of products for shipment, including inspection for condition prior to loading or filling of tankers, barges, tank cars, tank trucks, and smaller containers.

Quality and quantity of product was ensured by requiring contractor-operators to conduct certain operations in the presence of a quality control inspector. This included loading/unloading tankers or barges, tank to tank transfers, and gauging for preparation of reports. The Manual also required that the contractor make a physical inspection of the entire system once every 24 hours to check for leaks in pipelines, valves, pumps, and manifolds and to begin emergency repairs if a leak is discovered.

The Manual described government contractor's responsibilities for performing day-to-day maintenance and record keeping, including indicating dates and work accomplished and specific guidelines on regular inspection, maintenance and operation of pumps, pipelines, and dock facilities. Requirements on the loading and unloading of petroleum products, daily equipment checks during fueling operations, and weekly inspections of dock facilities also were described. The Manual also instructed the contractor on proper operation of pipelines during fueling operations in order to avoid spills, which could occur if excessive pressure were allowed to build up in the line causing it to rupture.

Government inspectors performed regular inspections every sixty days and more rigorous inspections were performed semi-annually, including inspections of the physical plant as well as review of operational procedures and adherence to the Manual.

*3.2.2.3 Spills/Releases*

There are few recorded incidents of spills or releases of petroleum products to the environment from the Northeast Tank Farm or A-Tank Farm while under U.S. Government ownership. John Aquiar and John Silvia (former employees, U.S. Government contractors) both indicated that "the terminal was a clean operation while under U.S. Government ownership (Aquiar, 1995; Silvia, 1995). Mr. Silvia stated that he never saw one spill the whole time he worked there. He said that the terminal had to be well run, because the aviation gas was so flammable, the workers had to be especially alert for leaks. Mr. Aquiar also noted there were no spills or leaks at the site during U.S. Government ownership, due to the strict regulations enforced by the Air Force inspectors.

The following minor incidents involving general operations were noted in depositions obtained by Day, Berry & Howard (1955b,d):

Russell T. Lacey (former superintendent, Northeast Petroleum Terminals) said that two former U.S. Government contractors told him of a tank car spill that occurred when they overfilled a rail tank car at the Railroad Rack.

Edgar Vallee recalled cleaning one or two tanks at the A-Tank Farm when he worked as a laborer for Bay Oil in 1956. He thought that the tank bottom sludge was buried next to the tank. Mr.

Vallee also recalled the tank cars to sometimes "bleed" after they were filled in the Railroad Rack area.

*3.2.2.4 Condition of Property at Time of Sale*

Consolidation of fuel distribution procedures by the Defense Supply Agency made the fuel distribution station in Tiverton obsolete in the mid 1960s. Operation of the fuel terminal was consequently discontinued on September 30, 1966 (Guilliemette, 1968).

A property appraisal prepared for GSA records the condition of the property when it was sold to Northeast Petroleum Terminals. The appraisal states that the A-Tanks were in good condition and that the A-Tank Farm, built in 1954, had been excellently maintained (Guilliemette, 1968). The document concludes that the A-Tank Farm was fully usable with little or no expenditures, and that the dikes surrounding the tanks were in excellent condition.

The appraisal document also describes the poor condition of the tanks in the Northeast Tank Farm, stating that tanks do not appear to have been used for several years and are badly rusted on the outside. Further, the appraisal noted that Tanks 1, 2, 3, and 4 have had patching of tank bottoms, and that all tanks needed thorough testing, cleaning and painting. The report recommended that the oldest three of seven riveted tanks be abandoned.

By 1966, one half of the A-Tanks had been thoroughly cleaned and protected against interior corrosion. The remaining tanks were cleaned by 1968 (Guilliemette, 1968). A 1968 GSA document concluded that a "Statement of Clearance" was not required, since there was no contamination of the property (GSA, 1968).

***3.2.3 Operations After U.S. Ownership: 1968 through 1980s***

The following details the operational history of parcels encompassing the Northeast and A-Tank farms following U.S. Government ownership.

*3.2.3.1 Property Transfer*

Northeast Petroleum Terminals, Inc., took ownership of the Northeast Tank and A-Tank farms from the U.S. Government on December 6, 1968. According to Assessors records dated December 31, 1968, Northeast Petroleum Terminals used both the Northeast Tank and the A-Tank farms for petroleum storage and distribution.

Prior to purchase by Northeast Petroleum Terminals, Malcom Newall, inspected the properties. Mr. Newall worked for Northeast Petroleum Terminals-Division of Cargill, Inc. serving as superintendent of terminals (1966-present). In his assessment, he noted that the A-Tank Farm

was clean and in good shape, that the A-Tanks were empty, and that piping was in pretty good shape. Mr. Newall described the Northeast Tank Farm and piping as being in "tough shape" and in need of work (Day, Berry & Howard, 1995e).

Mr. Russell T. Lacey also inspected the property prior to Northeast's purchase and recalled the following (Day, Berry & Howard, 1995b):

- All tanks at the A-Tank and Northeast Tank farms were cleaned and emptied. The A-Tank Farm was in excellent condition, but the Northeast Tank Farm tanks were very old and not in good condition.
- The Railroad Rack had been cleaned and purged, but the ground surrounding the rack area was visibly stained.
- Discolored soils were observed on the D Road around the pumps and around Northeast Tank Farm tanks 8 and 9.
- Oil was observed on the surface of the Northeast Loading Rack.
- Wooden stakes were observed in the Northeast Tank and A-Tank farms, indicating that something was buried.

Russell W. Lacey (son of Russell T. Lacey and former Northeast Petroleum Terminal employee) recalled locations of signs, specifically noting A-Tank Farm dikes for A5, A6, A9, possibly A8; and Northeast Farm tank 10 with one inside and one outside its dike. Mr. Russell W. Lacey also observed stains around pump areas, noting A3 and the Railroad Rack, and minor stains throughout the terminal (Day, Berry & Howard, 1995c).

*3.2.3.2 General Operations*

Northeast Petroleum Terminals stored kerosene and other petroleum products in the old riveted tanks within the Northeast Tank Farm from 1968 to 1987 (Northeast Petroleum Terminals, Inc. 1986); Stanzione, 1995; Leary, 1995; Day, Berry & Howard 1995e).

After Northeast Petroleum Terminals purchased the terminal, Russell T. Lacey assumed responsibility for day-to-day operations.

Russell T. Lacey described early operations in his deposition: During the first year of operation, the Northeast Tank Farm tanks 8, 9, 10, 14, and 15 were used. Tank 3 was never used and eventually torn down. Products stored in the Northeast Tank Farm tanks included No. 2 fuel oil, kerosene, and gasoline (regular and unleaded) (Day, Berry & Howard, 1995b).

Melvin Sanford, Jr. (former employee, Texaco) recalled Northeast Petroleum's use of the Northeast Tank Farm, noting that the old riveted tanks "weeped" and leaked oil badly (Sanford, 1995). Jim Leary (former employee, Northeast Petroleum Terminals) confirmed this account stating that Northeast Petroleum used the Northeast Tank Farm for a number of years before the tanks were renovated and sealed with epoxy. In his opinion, this was not an adequate procedure for renovating tanks (Leary, 1995)

Northeast Petroleum Terminals stored petroleum products in the A-Tank Farm tanks from 1968-1987. Mr. Russell T. Lacey described early operations, noting initially, the A tanks stored No. 2 fuel oil. In the mid-1970s, the company began storing leaded gasoline in tanks A1 and A4. During this time, the A2 tank was used as a "swing" tank, storing unleaded regular gasoline during the summer and No. 2 fuel oil in winter. Each time there was a change in product the tank had to be cleaned. The same was true for tanks that went from storing leaded to unleaded gasoline. The "swing" tank operation lasted approximately 2 years (Day, Berry & Howard, 1995b).

Russell T. Lacey described a typical standard practice for cleaning tanks and disposal of tank bottom waste before environmental regulations prohibited these practices (late 1970s early 1980s). He noted that tank bottoms consisted of three layers: sludge, water, and oil. In the process of pumping the tank bottom, the good oil on top was first recovered and moved to another tank. The water in the tank was then "drawn off" onto the ground. Typically, the sludge at the bottom would be buried beside the tank. During later years, after practices changed, the tank bottom sludge would be disposed offsite by a cleaning company such as Jet Line. Under Northeast Petroleum ownership, all tanks were cleaned at least once and many were cleaned two or more times.

Russell W. Lacey recalled one instance where tank bottom sludge was buried at the A-Tank Farm (Day, Berry & Howard, 1995c).

In September 1983, Northeast Petroleum implemented a Work Procedures Manual. The Manual outlined procedures for truck loading and rack operation covering: sales accountability; metering and safety precautions at the truck rack; yardman's responsibilities including product circulation and blending, tank water draw-off, fire prevention, gauging methods, water cut, and physical product handling; receipts and discharge areas such as, tank and barge discharge procedure, vessel loading, product testing, and vessel and pipeline transfer; emergency procedures regarding fires, spills, personal injuries and accidents; and a general section covering safety and housekeeping, and training. All terminal workers were required to be familiar with the procedures (Northeast Petroleum, 1983).

The Manual did not, however, describe procedures for tank cleaning, or waste handling and disposition. For example, drawing-off water from a tank to a tank sump is described, but no direction is provided on final disposal of sump contents.

Northeast Petroleum Terminals, Inc. also developed an oil spill contingency program (approximately 1980) in a cooperative effort with town and state officials. The document identified sensitive resource areas and outlined town and industrial responsibilities for the protection of resources through prevention measures and outlined a system for responding to oil spills.

Northeast Petroleum Terminals, Inc. and successor companies discontinued operations in 1987.

*3.2.3.3 Spills/Releases*

There are numerous documented and personal accounts of oil spills and releases under Northeast Petroleum Terminals' ownership of the tank farms. The number and severity of releases under Northeast's ownership significantly exceeds the known incidents under U.S. Government ownership. Figures 3-5 through 3-7 illustrate this point, by displaying the accounts of releases on the parcels prior to, during, and after U.S. Government ownership of the tank farm properties. Table 3-5 correspondingly provides a chronological summary of spills and releases that occurred on the Northeast and A-Tank farms during U.S. Government and Northeast Petroleum Terminals ownership of the tank farms.

A chronological account of known documented incidents follows:

<u>Oil Spill - January 8, 1969</u>

Pearce Klazer, Rhode Island Department of Health, investigated a large oil spill which occurred on January 8, 1969. He reported that the spill of approximately 42,000 gallons of No. 2 fuel oil was due to a pipeline leak. The leak was uncontained by retaining walls and remained undetected for an unknown period of time. During his first visit, Mr. Klazer observed that oil flowed to a drainage ditch a few yards from the break directly to Mt. Hope Bay, and a considerable amount of oil was on the road next to the ditch and on the beach area below the road. The next day, the oil slick extended several hundred yards into Mt. Hope Bay, and oil accumulated south of the site due to a "stiff west wind." This prompted the immediate closure of the area to commercial fishing (Klazer, 1969).

<u>Oil Spill - April 15, 1970</u>

Raymond Joubert, Rhode Island Department of Health, reported a spill at the site on April 23, 1970 following observations by the U.S. Coast Guard that an oil slick had formed on

the Sakonnet River by Old Stone Bridge. Mr. Joubert inspected the area and determined that Northeast Petroleum Terminals was responsible for the spill. Mr. Russell T. Lacey indicated that "a 55-gallon barrel of contaminated oil was spilled by vandals on the Northeast property, and the contents entered a pipe gallery and discharged into the Bay. Prevailing winds and the tide carried the spill down the Sakonnet River (Joubert, 1970a).

Oil Spill - January 9, 1971

Following a site visit, Raymond Biszko, Tiverton Tax Assessor, reported to the U.S. Coast Guard that oil was spilling down Carey Lane (Biszko, 1971). The Fall River Herald News covered the story (January 12, 1971) and reported on a Town Council meeting at which Mr. Joubert (Rhode Island Department of Health) provided a report on the spill. The newspaper reported that Mr. Biszko stated that "quite a bit" of No. 2 fuel oil entered the river after a crack developed in a pipeline. Exact estimates of the volume of the release were not available. According to the news article, Mr. Klazer (Rhode Island Department of Health) stated at the meeting that "oil was still leaking from the terminal and probably from the same source to drains leading into the bay." The Council subsequently outlined corrective actions regarding inadequacies observed at the Northeast facility.

On January 18, 1971, a report submitted by Carleton Maine (Rhode Island Department of Health) described the cause of the oil spill and ordered a study of facility operations (Maine, 1971). At the Department's request, all pipes and drains leading from the site to the Sakonnet River were to be blocked off. In addition, the Department of Health required Northeast Petroleum Terminals to build an 8 foot retaining wall around the pump area and catch basin located at the bottom of Carey Lane.

On March 5, 1971, Mr. Klazer informed Northeast Petroleum Terminals that deficiencies identified during an inspection on February 15, 1971 included: diverting surface drainage from dikes at tanks 10 and 14 in the Northeast Tank Farm; sealing the pipe gallery under the railroad tracks north of the wharf to prevent discharge of oil and water; and repair of a leaking air separator on the gas pipeline to the truck racks (Klazer, 1971).

Other personal accounts reported by former employees and town officials are summarized below:

Mr. Leary said he had knowledge of waste oil dumping and several oil spills that were not handled properly by Mr. Russell T. Lacey or reported to state or local authorities (Leary, 1995).

In 1979-80, Mr. Leary noted that the A9 tank was found to be leaking. During cleaning, tank bottom sludge was dumped in a wooded area in the northeast corner of the Pacific

Tank Farm behind tank P7. Mr. Leary suspected that there were other instances of dumping, stating that this was Mr. Lacey's normal procedure for disposing of tank sludge (Leary, 1995).

In 1981, Mr. Leary discovered a serious kerosene leak from tank No. 8 at the Northeast Tank Farm. Because of high ground water, Mr. Leary thought that the kerosene was "certainly" carried down to the Railroad Rack area. Mr. Russell T. Lacey was informed of the problem and had the tank sand blasted and sealed with epoxy, a treatment which Mr. Leary thought was inadequate for renovating a leaking tank (Leary, 1995).

Mr. Leary noted that in January 1982 there was a large kerosene spill (estimated to range between 100-250 barrels) which went undetected for hours. The spill was caused by the malfunction of an air eliminator along a pipeline near tank No. 9 in the Northeast Tank Farm (Leary, 1995).

Mr. Russell T. Lacey recalled a similar incident (possibly the same incident) where a leak occurred in an air eliminator/compressor as product was being loaded onto a rack at the Northeast Tank Farm. He recalled that the kerosene spill followed the pipeline, running down a road located between tanks numbered 9 and 15, and was diverted into tank No. 8 dike (Day, Berry & Howard, 1995b).

Mr. Newall described two spills: one in the Northeast Tank Farm; and one in the A Tank Farm, when a fuel oil pipeline and gasoline pipeline let go, respectively. Petroleum product ran down a trough on Carey Lane, and pooled at the base. Some of the spill went under the railroad tracks. Mr. Newall noted that the gasoline release was approximately 10,000 - 15,000 gallons (Day, Berry & Howard, 1995e).

Melvin Sanford, Sr. (former fireman, Town of Tiverton) stated that "whenever there was a leak, the terminal operators were hush-hush about it. The leaks were taken care of by the employees." Mr. Sanford also said that it was common practice to bury fuel wastes on-site before environmental regulations prevented the practice (Sanford, 1995b).

Charles McDermott (former fireman, Town of Tiverton) recalled that the Tiverton Fire Department responded to an oil release in the early 1980s when a separator mechanism failed and oil was discharged into the Sakonnet River (McDermott, 1995).

Edward Stanzione (former employee, Northeast Petroleum Terminals) indicated that the Northeast Tank and A-Tank farms had a holding tank with a separator/filter system for runoff prior to discharge to the Sakonnet River, and that the Northeast Loading Rack was equipped with a capture system to return spilled oil to a storage tank. However, during winter the air eliminator system would frequently malfunction causing frequent spills that

could not be caught by the drainage system. Mr. Stanzione also recalled hearing of a large kerosene spill at the Northeast Tank Farm caused by overfilling (Stanzione, 1995).

Mr. Russell W. Lacey recalled a spill, estimated at less than 100 gallons of oil, when a valve broke outside of tank A9. Mr. Lacey also recalled two expansion joint leaks. One occurred when an expansion joint ruptured, causing less than 100 gallons of No. 2 fuel oil to be released from the pipeline running between tanks A5 and A8. He said that the oil ran into the tanks' dikes and the spill was cleaned up through the separator. The second expansion joint leak released oil into the bay (Day, Berry & Howard, 1995e).

Mr. Russell T. Lacey recalled a leak in a pipeline connecting the Northeast Pier with the Northeast Tank Farm. The leak occurred as the tanks were being loaded. He said that it was a very minor leak because it was quickly caught and fuel flow from the ship was shut down. These pipes were subsequently replaced as well as those at the A-Tank Farm (approximately 1968-1972). Russell T. Lacey also recalled that in the early to mid-1970s, the A6 tank was cleaned and sludge from the tank bottom was buried in front of it (just east and south of the tank) (Day, Berry & Howard, 1995b).

Mr. Vallee (1995) and Mr. Sanford, Jr. (1995a) noted that they observed the Northeast Tank Farm tanks to "weep" oil while Northeast Petroleum owned the property.

## 3.3 History of Pacific Tank Farm: 1917 through 1980s

The following details the operational history, by owner/operator, of parcels comprising the Pacific Tank Farm.

### *3.3.1 Petroleum Chemical Corporation*

Petroleum Chemical Corporation owned and operated petroleum storage tanks at the Pacific Tank Farm from approximately 1917 through 1929. Tiverton Town Council minutes (August 7, 1926) also note that the company was granted a license to manufacture solvents, gasoline and other chemical products. The minutes (October 26, 1929) record a license granted to Liberty Oil for construction of tanks and storage of petroleum on Petroleum Chemical's property. By March 21, 1930, Town Council minutes indicate that Liberty Oil Company purchased the Pacific Tank Farm.

### *3.3.2 Liberty Oil Company*

Following purchase in 1929, Liberty Oil obtained additional permits to construct tanks and store petroleum products in the Pacific Tank Farm (Town Council minutes dated March 21, 1930). Additional petroleum storage permits were obtained from Town Council on April 5, 1930 and

June 3, 1933 (minutes dated June 3, 1933). Liberty Oil operated at the site from 1929 until approximately July 1933, when the site was taken over by Raymond Ferris.

### *3.3.3 New England Terminal Company*

Fall River Herald News articles (November 20, 1937; December 12, 1940) indicate that New England Terminal Company leased the Pacific Tank Farm (presumably from Union Market National Bank). Tiverton Town Council minutes (October 3, 1931; November 14, 1933) indicate that the company was granted a tank construction permit and license to store petroleum products.

The news articles also describe the "collapse of a huge storage tank preceding the big oil fire at the New England Terminal in Tiverton on November 1, 1933." The article states that the collapse of the 80,000 gallon tank was caused by defective welding, and had occurred while being tested. Graver Tank and Manufacturing Company, responsible for construction of the tank, reimbursed New England Terminal Company for property damage, including lost fuel oil, gasoline, and kerosene.

### *3.3.4 Raymond Ferris*

Raymond Ferris was affiliated with Union Market National Bank and assumed ownership of the Pacific Tank Farm from Liberty Oil Company in 1933. Correspondence dated March 13, 1934 to the Town Council from Mr. Ferris requested a permit for the storage of petroleum products and informed the Council of a new lessee, Eastern States Petroleum Company, Inc. (Liberty Oil Company, 1934).

### *3.3.5 Eastern States Petroleum Co., Inc.*

Eastern States Petroleum began leasing the Ferris/Union Market Bank property in 1933. Town Council minutes (April 13, 1933) record a license granted to Eastern States for the storage of petroleum products. In a letter dated September 26, 1934, a permit was granted by the Town Council for construction of tanks and additional petroleum storage facilities north of the Pacific Rack.

### *3.3.6 Union Market Bank of Watertown*

Union Market Bank of Watertown owned the Pacific Tank Farm from 1934 through 1939. The bank sold the property to Pacific Oil Company.

### *3.3.7 Pacific Oil Company/Durfee and Canning, Inc.*

Town Council minutes indicate that Pacific Oil Company owned and operated the Pacific Tank Farm from June 1, 1939 until March 23, 1983, when it merged with Northeast Petroleum Terminals et al. to form Northeast Petroleum Corporation.

Town Council minutes (June 7, 1941; November 8, 1948; December 4, 1948; May 1, 1954) and Building Department permits (January 31, 1948; 1949; June 21, 1951) document issuance of permits for both petroleum storage and tank construction. Storage permits for tanks P1 through P7 were also recorded in Town Council minutes (May 1, 1945; May 1, 1948; May 7, 1949; May 5, 1951; May 1952; May 2, 1953; May 3, 1958; May 2, 1959; May 7, 1960 May 1962; May 2, 1963; May 1964; and March 19, 1971). Aerial photographs from 1939, 1951, and 1955 show construction of the Pacific Tank Farm over this period.

Pacific Oil primarily stored No. 2 fuel oil. Tanks P1 and P3 were used to store black oil.

*Spills/Releases*

Mr. Leary (1995) characterized the Pacific Farm as a "dump," with evidence of oil all over the site. This statement was substantiated by Alexander Cote (1995) (former employee, Rhode Island Refining Corporation), who said that he observed the riveted tanks in the Pacific Tank Farm to leak/weep oil. Other problems were noted by Antone Arruda (1995), and John Perry (1995) (former employees, Pacific Oil Company). Mr. Arruda recalled that oil spills of 15 to 20 gallons occurred once or twice a week at the truck loading area. He also recalled that a small trucking company was contracted to clean the Pacific tank bottoms and dumped many truck loads of oil-soaked hay in the northeast corner of the property. Mr. Perry recalled several oil spills at the Pacific Loading Rack which ran into a catch basin.

Another incident was recorded in a letter from Raymond Joubert, Rhode Island Department of Health, to Pacific Oil Company dated February 27, 1970. Mr. Joubert noted that considerable oil staining was observed along the shoreline adjacent to the Pacific Tank Farm and operations at the site were in violation of several state laws, and provided a series of recommendations (Joubert, 1970b).

Alfred Helger (former employee, Pacific Oil Company) stated that there was no system in place to catch spills in the loading rack area, and that the asphalt was always stained (Helger, 1995).

Mr. Russell T. Lacey recalled a spill incident prior to Northeast's purchase of the property. He observed black oil running down the hill in the vicinity of the P6 tank. Mr. Russell T. Lacey speculated that the oil was coming from that area. He also observed a bulldozer pushing oil down toward the area of the Big Louie Lagoon and operating on the Pacific beach. Mr. Lacey saw the

bulldozer make a big earthen berm across the area and thought that Big Louie Lagoon was created during this incident (Day, Berry & Howard, 1995b)

After Northeast purchased the property, Mr. Lacey recalled the following during a site inspection (Day, Berry & Howard, 1995b):

- Recalled a sign reading "lead danger" behind the main building alongside the electrical shed near tank P6. Mr. Lacey said that he assumed tank bottoms containing leaded gasoline were buried there.
- Recalled seeing signs of a burial area near P6 or P7.
- Recalled discolored soil at the Pacific Loading Rack.

Mr. Newall also conducted a site inspection after Northeast purchased the property. He characterized Pacific housekeeping practices as poor, noting that the preventive maintenance program was bad. There were oil-saturated soils, leaking valves, etc. that would not meet acceptable standards. He recalled discolored soil in the P1, P2, P3 area, and around P4 between the two garage buildings, as well as by the truck loading rack near P7. He reported that the pump house was leaking No. 4 fuel oil. He noted the area was saturated with oil and the dike contained a lot of oil as well (Day, Berry & Howard, 1995e).

### *3.3.8 Northeast Petroleum Corporation*

The merger of Northeast Petroleum Terminals with Pacific Oil et al. was recorded on March 23, 1983, and an agreement for the merger was executed on October 9, 1984. The surviving corporation, Northeast Petroleum Corporation, operated the Pacific Tank Farm until the company closed terminal operations at the end of 1987.

Mr. Russell T. Lacey noted that the terminal was operational when Northeast purchased the property, and he immediately began storing fuel on the site. Mr. Russell W. Lacey recalled that the Pacific tanks were in poor condition when Northeast purchased the property. Both said that the company upgraded the facilities and installed a new pipeline connecting the Pacific tanks to the Northeast Loading Rack. Mr. Russell T. Lacey noted that Pacific Oil had stored black oil in P1 and P3, and Northeast continued to store the oil for a few years (Day, Berry & Howard, 1995b,c).

Records indicate that No. 2 fuel oil was the primary fuel stored from the early 1970s through the 1980s. Documents obtained from the Tiverton Fire Department from May 1986 until January 1987 record petroleum storage for each month during the period. In 1987 the Pacific Tank Farm was closed when Northeast closed operations.

*Spills/Releases*

On July 2, 1986, a Northeast Casualty Report and Notification Form indicated that a bulldozer had changed the contour of the beach area causing oil to reach the water during high tide. The exact location of the release or corresponding cleanup actions were not specified (Northeast Petroleum Corporation, 1986)

On March 9, 1987, a spill inspection report notified RIDEM of a "weathered petro product" spill which may have discharged into the bay (RIDEM, 1987). The Coast Guard was also notified. The exact location of the releases or corresponding clean-up action was not specified.

Table 3-6 provides a chronological summary of known spills that occurred on the Pacific Tank Farm. Figures 3-5 through 3-7 correspondingly illustrate the approximate locations of the spills/releases.

### 3.4 History of Texaco Shore Tanks and Texaco Tank Farm: 1950s through 1980s

The following details the operational history, by owner/operator, of the Texaco Shore Tanks and Texaco Tank Farm on Souza Road.

#### *3.4.1 Rhode Island Refining Corporation*

Rhode Island Refining Corporation (RIRC), a subsidiary of Paragon Oil, was created to build and operate a refinery in Tiverton according to an interview with G. Richard Duffy (Paragon Oil) in a Fall River Herald News article (December 9, 1955). RIRC began acquiring property for the refinery in December 1955, starting with the Texaco Shore area, followed by the Souza Road property. The company later obtained an easement from the town across Carey Lane.

Town Council minutes (February 16, 1956; January 4, 1958) record an application for construction of an oil refinery, and permits for the storage of petroleum at the Texaco Tank Farm. RIRC continued to seek permits for petroleum storage relating to the refinery and the Council continued to issue permits between 1956 and 1963. Mr. Edgar Vallee was employed by RIRC to survey properties and construct facilities for the refinery, beginning with the dock in 1957-1958. These activities were followed by extension of the shoreline and construction of the Texaco Shore tanks and the Souza Road tanks. The refinery was never built; however, the tanks were still used for petroleum storage.

Rhode Island Refining Corporation was granted several storage permits from 1960 to 1966 for locations east and west of Main Road (Town Council minutes dated May 2, 1960; May 2, 1963; May 1964; permits dated April 1, 1965 and March 15, 1966). In 1982, the company was also

assessed for petroleum storage by the Assessors office (document dated December 31, 1982) for the shore tanks.

According to Ms. Martel (1995) and Kenneth Longwill (1995) (former employee, Curran & Burton), Curran & Burton began managing the Texaco Shore and Texaco Tank Farm for Paragon in 1958. According to Mr. Goodwin (1995), Paragon Oil and its subsidiaries were sold to Texaco Corporation in the early 1960s. RIRC and Curran & Burton became subsidiaries of Texaco (Town Council minutes dated November 19, 1964).

On July 26, 1985, RIRC sold the property to Northeast Petroleum Corporation.

Mr. Vallee (1995) described the physical layout of the terminal. The Texaco shore tanks stored No. 2 fuel oil, which was then pumped up to Souza Road. On Souza Road there were four pumps with a gravity fed system to the Texaco Loading Rack. Mr. Vallee noted that the shore tanks always stored No. 2 fuel oil, and the tanks on Souza Road stored No. 2 fuel oil and kerosene. The kerosene was pumped to Souza Road directly from barges.

Mr. Sanford, Jr. (1995a) confirmed that kerosene was pumped directly from barges to tank No. 6 located at Souza Road, and the other seven tanks (Nos. 1, 2, 4, 5, 7, 8, and 9) stored No. 2 fuel oil. Mr. Sanford stated that the "kerosene" was, in fact, jet fuel. According to Mr. Sanford, demand for kerosene decreased, and with this decline, Texaco sold jet fuel as kerosene to a limited number of local customers. Mr. Sanford stated that this was common knowledge among workers who conducted fuel testing. The jet fuel was stored at the Texaco facility as an emergency supply for White Fuel Company and was occasionally barged to White Fuel in East Boston. Mr. Sanford, Sr. (1995b) confirmed that the kerosene was jet fuel, recalling conversations that he had with Frank Delle Femine.

*Spills/Releases*

There are only a few accounts of petroleum contamination originating from the Texaco Shore Tanks and Texaco Tank Farm while owned by Rhode Island Refining Corporation. On August 22, 1963, an oil spill and fire occurred near the Texaco Shore Tanks. The fire started when maintenance workers accidentally cut a pipeline. Approximately 19,000 gallons of No. 2 fuel oil were released. Some of the oil was burned in the fire (Cote, 1995; Sanford, 1995a; Martel, 1995).

Alexander Cote (1995) (former employee, Rhode Island Refining Corporation) recalled the fire and also observed that the above ground piping system running parallel to Carey Lane adjacent to the A-Tank Farm leaked occasionally. This pipeline carried kerosene, which may have actually been jet fuel. It is possible that these leaks may have impacted the A-Tank Farm property.

Mr. Sanford, Jr. (1995a) noted that oil frequently pooled in the Texaco dike where it was later vacuumed and soaked up using absorbent material.

Mr. Russell W. Lacey (Day, Berry & Howard, 1995c) also recalled that there were minor oil releases involving the shore tanks, noting that there were stains around the pumps. Mr. Russell W. Lacey also noted the following:

- Recalled a minor oil release involving Texaco's pipeline which occurred on the Air Force property at the corner of A Road and Carey Lane near the A1 tank.
- Believed that there was a release involving Texaco's separator located at the top of the hill. He described a trough which ran through the A-Tank Farm from the Texaco terminal which discharged stormwater runoff into the bay. Mr. Russell W. Lacey observed evidence in the bay of a small release.

Table 3-6 provides a chronological summary of the known spills that occurred at the Texaco Shore and Tank Farm area. Figures 3-5 through 3-7 correspondingly illustrate the approximate locations of these spills/releases.

### *3.4.2 Northeast Petroleum Corporation*

On July 26, 1985, Northeast Petroleum Corporation acquired the Texaco Tank Farm and the Texaco Shore Area from Rhode Island Refining Corporation. Northeast acquired the parcels for their proposed condominium development.

Correspondence from NP Corporation to the Tiverton Fire Department for each month between May 1, 1986 to January 2, 1987 listed the status of the Texaco tanks as empty. Mr. Russell W. Lacey confirmed that the Texaco tanks were never used by Northeast after it purchased the property.

## 3.5 Activities on All Site Parcels: Mid 1980s to present

Northeast Petroleum Corporation and related companies (NP Corporation, Charter International Oil Company, Charter Oil Company) began planning to redevelop the fuel terminal for residential purposes in the mid 1980s. A 1985 Charter Oil Company letter noted that although the fuel terminal was profitable, it was not generating the return on working capital and other assets at a level high enough to justify keeping the business (Bastien, 1985a). An internal corporate memorandum concluded that the value of the property would be maximized if the tank farm was dismantled and the land was developed for residential use (Bastien, 1985b). The memorandum stated that the property would be worth only $2 million if it was sold as a fuel terminal, but would be worth $5 million if sold for residential development.

Northeast Petroleum chose to redevelop the property for residential land uses, with plans for a 300 unit condominium development project, and 300 boat marina. A 1985 Fall River Herald News article quoted Gary Ivansan, Attorney for Northeast Petroleum, stating the each unit would sell for "a ballpark figure of $200,000." A February 1986 Charter Oil Company memorandum documents offers from two developers for the project contingent upon obtaining the required zoning: offers were for $7.5 million and $10 million (Mohr, 1986).

A 1985 internal memo outlines some initial tasks that were to be completed for the condominium development project, including sampling of the site for contaminants and making discrete inquiries with local politicians regarding rezoning the site from industrial to residential (Takvorian, 1985). RIDEM's involvement in the site was triggered by Northeast Petroleum's desires to develop the property for residential use. In March 1985, RIDEM's Division of Air and Hazardous Materials visited the site, apparently at the request of Charter. At that time the Division did not have any reason to believe that site was hazardous (Miller, 1985a). To satisfy Charter's desire to evaluate site conditions, RIDEM recommended that suspect areas be evaluated for VOCs and metals.

Northeast Petroleum subsequently conducted limited sampling and analysis for VOCs, metals, and oil and grease (Ryan, 1985). The results were submitted to the Division of Air and Hazardous Materials. A RIDEM letter to Northeast Petroleum confirmed that the soil was not hazardous (Miller, 1985b). However, RIDEM's Division of Water Resources had concerns with the oil and grease results, given Northeast Petroleum's plans to redevelop the property for residential land use. The Division of Water Resources consequently requested Northeast Petroleum to submit a sampling and analysis plan (Annarummo, 1985). The Division required Northeast Petroleum to conduct extensive sampling and analysis to quantify the nature and extent of site contamination, followed by remediation of soil and ground water to residential cleanup criteria. It should be emphasized that these requirements were due to Northeast Petroleum's desire to upgrade the zoning from industrial to residential. The Division would not have imposed these requirements had Northeast Petroleum continued using the property as a fuel terminal (Therrien, 1995; Mulhare, 1996).

Northeast Petroleum apparently chose to move forward with its proposed condominium project. The company retained several environmental contractors to assist with site environmental investigations, environmental permitting, and site remediation efforts.

In 1992, the company chose to enter a Consent Agreement with RIDEM, Division of Water Resources for remediation of site contamination to residential cleanup levels. The Consent Agreement outlines the required residential contaminant cleanup criteria for soil and ground water. Contaminants of concern include petroleum hydrocarbons; benzene, toluene, ethylbenzene, and xylene (BTEX); and lead (Charter, 1992).

The Consent Agreement also references Charter's proposal and plans to decommission the tank farm, with subsequent remediation of the property (GZA, 1991). Charter's proposal consisted of four components:

1. Remove product, clean tanks and piping.
2. Identify/Dismantle/Remove reusable tanks.
3. Remove remaining structures/piping.
4. Site Remediation.

The first three components were completed in 1991 and 1992. The last component is currently underway.

As of July 1995, the company has reportedly expended up to $16.6 million on environmental investigation and remediation work as part of its condominium development project (Reich, 1995).

**TABLE 3-1.**
**NORTHEAST TANK FARM TANK CONTENTS**
**Prior, During, and After U.S. Government Ownership**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| Tank # | Tank Capacity (barrels) | Owner: Paragon Oil Company/ Bay Oil (1947-1955) | Owner: U.S. Government (1955 - 1968) | Owner: Northeast Petroleum Terminals and Northeast Petroleum Corporation (1968-1990) | |
|---|---|---|---|---|---|
| 1 (riveted) | 10,000 | Tanks stored kerosene, two grades of gasoline, two grades of fuel oil, naphtha oil.[1] Exactly what products were stored in each tank is unknown. All tanks were constructed by Sinclair Refining Company prior to 1933. | All Northeast tanks were condemned and not used during this time.[2] | No. 2 Fuel Oil, Kerosene[3] | Kerosene[4] |
| 2 (riveted) | 10,000 | | | Kerosene[3] | Kerosene[4] |
| 3 (riveted) | 10,000 | | | No tank[3] | No tank[4] |
| 4 (riveted) | 38,000 | | | No. 2 Fuel Oil, Kerosene[3] | Kerosene[4] |
| 8 (riveted) | 55,000 | | | Kerosene[3] | Kerosene[4] |
| 9 (riveted) | 55,000 | | | Diesel[3] | Diesel[4] |
| 10 (riveted) | 80,000 | | | Kerosene[3] | Kerosene[4] |
| 14 (welded) | 30,000 | | | U/L Premium Gas[3] | U/L Premium Gas[4] |
| 15 (welded) | 30,000 | | | Kerosene[3] | Kerosene[4] |
| TOTAL | 318,000 | | | | |

[1]Fall River Herald News article dated 9/16/27.
[2]Interviews with John Aquiar and John Silvia (1995); and aerial photograph dated 5/26/60.
[3]Northeast Petroleum Terminals (1986); interview with Jim Leary (1995).
[4]Last product stored in tanks. Camp, Dresser and McKee, Inc., (1986b).

**TABLE 3-2.**
**A-TANK FARM TANK CONTENTS**
**Prior, During, and After U.S. Government Ownership**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| Tank # | Tank Capacity (barrels) | Owner: Bay Oil (1949-1955) | Owner: U.S. Government (1955 - 1968) | Owner: Northeast Petroleum Terminals and Northeast Petroleum Corporation (1968-1990) | |
|---|---|---|---|---|---|
| A1 | 80,000 | The A tanks numbered A3 to A9 were under construction through 1955; therefore, no petroleum products were stored during this time. A1 and A2 were under construction in 1951, and completed by 1954.[1] Tanks were of welded construction. | Seven tanks stored aviation gas; two tanks stored jet fuel.[2] Exactly what product was stored in each tank is unknown. | U/L Regular Gas, Regular Gas, No. 2 Fuel Oil[3] | Regular Gas[4] |
| A2 | 80,000 | | | U/L Regular Gas[3] | Regular Gas[4] |
| A3 | 132,000 | | | U/L Regular Gas, No. 2 Fuel Oil[3] | Regular Gas, U/L Gas[4] |
| A4 | 132,000 | | | Regular Gas, No. 2 Fuel Oil[3] | No. 2 Fuel Oil[4] |
| A5 | 132,000 | | | No. 2 Fuel Oil[3] | No. 2 Fuel Oil[4] |
| A6 | 132,000 | | | No. 2 Fuel Oil[3] | No. 2 Fuel Oil[4] |
| A7 | 172,000 | | | No. 2 Fuel Oil[3] | No. 2 Fuel Oil[4] |
| A8 | 172,000 | | | No. 2 Fuel Oil[3] | No. 2 Fuel Oil[4] |
| A9 | 172,000 | | | No. 2 Fuel Oil[3] | No. 2 Fuel Oil[4] |
| TOTAL | 1,204,000 | | | | |

[1] Aerial photographs dated 11/6/51, 10/5/54, and 5/12/55.
[2] Interviews with John Aquiar and John Silvia (1995).
[3] Northeast Petroleum Terminals (1986); interview with Jim Leary (1995).
[4] Last product stored in tanks. Camp, Dresser and McKee, Inc., (1986b).

00942

**TABLE 3-3.**
**PACIFIC TANK FARM TANK CONTENTS**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| | | Owner: | | |
|---|---|---|---|---|
| Tank # | Tank Capacity (barrels) | Pacific Oil Company (1939-1983) | Northeast Petroleum Corporation (1983-1990) | |
| P1 | 25,000 | Stored primarily No. 2 fuel oil in all tanks. Other fuels stored at various times include dieselect, No. 5 and No. 6 fuel oil, and gasoline.[2] | No. 2 Fuel Oil[1] | No. 4 and No. 6 Fuel Oil[3] |
| P2 | 25,000 | | No. 2 Fuel Oil[1] | No. 4 Fuel Oil[3] |
| P3 | 38,000 | | No. 2 Fuel Oil[1] | No. 4 and No. 6 Fuel Oil[3] |
| P4 | 80,000 | Tanks P1 through P4 were of riveted construction; P5 through P7 were welded tanks. | No. 2 Fuel Oil[1] | No. 2 Fuel Oil[3] |
| P5 | 80,000 | | No. 2 Fuel Oil[1] | No. 2 Fuel Oil[3] |
| P6 | 80,000 | | No. 2 Fuel Oil[1] | No. 2 Fuel Oil[3] |
| P7 | 125,000 | | No. 2 Fuel Oil[1] | No. 2 Fuel Oil[3] |
| TOTAL | 453,000 | | | |

[1]Northeast Petroleum Terminals (1986).
[2]Tiverton Assessors field cards dated 1/18/71; Interviews with Jim Leary, John Perry, and Antone Arruda (1995).
[3]Last product stored in tanks. Camp, Dresser and McKee, Inc. (1986b).

**TABLE 3-4.**
**TEXACO SHORE AND TANK FARM CONTENTS**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| Tank # | Tank Capacity (barrels) | Owner: RIRC (1956-1985) | Owner: Northeast Petroleum Corporation (1985-1990) | |
|---|---|---|---|---|
| T1 (Shore tank) | 150,000 | No. 2 fuel oil stored in all tanks, except tank 6 which stored kerosene.[1] "Kerosene" may have been jet fuel. All tanks were of welded construction; and were built from 1958-1960. | No. 2 Fuel Oil[2] | Empty[3] |
| T2 (Shore tank) | 150,000 | | No. 2 Fuel Oil[2] | Empty[3] |
| T4 (Tank Farm) | 25,000 | | No. 2 Fuel Oil[2] | Empty[3] |
| T5 (Tank Farm) | 25,000 | | No. 2 Fuel Oil[2] | Empty[3] |
| T6 (Tank Farm) | 25,000 | | Kerosene[2]/Jet Fuel[1] | Empty[3] |
| T7 (Tank Farm) | 25,000 | | No. 2 Fuel Oil[2] | Empty[3] |
| T8 (Tank Farm) | 25,000 | | No. 2 Fuel Oil[2] | Empty[3] |
| T9 (Souza Road) | 25,000 | | No. 2 Fuel Oil[2] | Empty[3] |
| TOTAL | 450,000 | | | |

[1]Interviews with: Edythe Martel and Melvin Sanford, Jr. (1995).
[2]Northeast Petroleum Terminals (1986).
[3]Northeast Petroleum Terminals (1986-1987).

DRAFT

*U.S. Army Corps of Engineers*
*Privileged and Confidential*

**TABLE 3-5.**
**CHRONOLOGY OF PETROLEUM PRODUCT RELEASES ON NORTHEAST AND A-TANK FARMS**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| | DATE | INCIDENT/LOCATION | OWNER/OPERATOR (PARCEL) | SOURCE |
|---|---|---|---|---|
| *During U.S. Government Ownership* | | | | |
| 1. | 1956 | Recalled cleaning one or two tanks in the A-Tank Farm. The tank bottom/s were buried in the tank dike beside the (unspecified) tank/s. | U.S. Government/Bay Oil<br><br>*(A-Tank Farm)* | Deposition: Edgar Vallee (Day, Berry & Howard, 1995d). |
| 2. | 1968 (After Northeast purchased the property). | The following observations were made by Mssrs. Lacey and Mr. Newall after Northeast purchased the Air Force property:<br><br>Lead warning signs located in dikes of tanks A5, A6, A9 and at Northeast Farm tank 10 indicating burial of tank bottoms.<br><br>Discolored soils at A-Tank Farm pump area, D Road, and Railroad Loading Rack.<br><br>Mssrs. Lacey related a story from an Air Force contract worker who described a JP-4 spill which occurred at the Railroad Rack when a tank car was overfilled. Some of the oil got into the bay. | U.S. Government/U.S. Government Contractors<br><br>*(A-Tank Farm/Northeast Tank Farm)* | Deposition: Russell T. Lacey (Day, Berry & Howard, 1995a).<br><br>Deposition: Russell W. Lacey (Day, Berry & Howard, 1995c).<br><br>Deposition: Malcom C. Newall (Day, Berry & Howard, 1995e). |
| *During Northeast Petroleum Terminals' Ownership* | | | | |
| 1. | 1968-1980 | Old riveted Northeast Farm tanks leaked/weeped oil badly (kerosene was stored in the tanks during this time). | Northeast Petroleum Terminals, Inc.<br><br>*(Northeast Tank Farm)* | Interview: Melvin Sanford, Jr. (1995) |

TABLE 3-5. (CONTINUED)

| | DATE | INCIDENT/LOCATION | OWNER/OPERATOR (PARCEL) | SOURCE/AFFILIATION |
|---|---|---|---|---|
| 2. | January 8, 1969 | Mr. Klazer investigated an oil spill which occurred at the Northeast Petroleum terminal. He reported that the spill of approximately 42,000 gallons of No. 2 fuel oil was due to a pipeline leak, which was uncontained by retaining walls and remained undetected for an unknown period of time. During his first visit, Mr. Klazer observed that oil flowed to a drainage ditch a few yards from the break directly to Mt. Hope Bay, and a considerable amount of oil was on the road next to the ditch and on the beach area below the road. The next day, the oil slick extended several hundred yards into Mt. Hope Bay, and oil accumulated south of the site due to a "stiff west wind." The immediate area was closed to commercial fishing due to contamination. | Northeast Petroleum Terminals, Inc.<br><br>*(Northeast Tank Farm/ A-Tank Farm)* | Report dated January 24, 1969 by Pearce M. Klazer, Rhode Island Department of Health.<br><br>Tiverton Town Council meeting minutes dated January 13, 1969 - Russell Lacey, Northeast plant manager reported on progress of cleanup.<br><br>U.S. Coast Guard, reported at the site of the spill.<br><br>Fall River Herald article dated January 10, 1969. |
| 3. | April 15, 1970 | An oil slick was noted on the Sakonnet River by the Coast Guard. Mr. Joubert interviewed Russell Lacey, Northeast plant manager, who explained that a 55 gallon drum was overturned by vandals, and the contents entered the pipe gallery which discharged into the Bay. Prevailing winds carried it down the Sakonnet River. The exact location of the spill was not specified. | Northeast Petroleum Terminals, Inc.<br><br>*(Northeast Tank Farm/ A-Tank Farm)* | Report dated April 15, 1970 by Raymond Joubert, Rhode Island Department of Health.<br><br>U.S. Coast Guard first observed the spill. |
| 4. | early 1970s | A major oil spill occurred on the A-Tank Farm property when an expansion joint ruptured and released a major quantity of oil down Carey Lane and into the Sakonnet River. | Northeast Petroleum Terminals, Inc.<br><br>*(A-Tank Farm)* | Interview: Melvin Sanford Jr. (1995a)<br><br>Interview: Melvin Sanford Sr. (1995b)<br><br>Interview: Jim Leary (1995) |

DRAFT

*U.S. Army Corps of Engineers*
*Privileged and Confidential*

**TABLE 3-5. (CONTINUED)**

| | DATE | INCIDENT/LOCATION | OWNER/OPERATOR (PARCEL) | SOURCE/AFFILIATION |
|---|---|---|---|---|
| 5. | January 9, 1971 | Mr. Maine, Mr. Joubert, and Mr. Klazer, reported on an oil spill at the Northeast Petroleum. Mr. Maine's report noted the spill of No. 2 fuel oil was caused by a hairline crack that developed in a valve, releasing oil on the ground and into the Sakonnet River. The Department of Health expressed concern regarding the 4 hour delay in installing a boom to contain the spill. Mr. Joubert's report noted that "quite a bit of No. 2 fuel oil" spilled into the Sakonnet River, but no estimate for the amount of oil spilled was given. It was thought that the oil leaked through the drains into the Bay. | Northeast Petroleum Terminals, Inc.<br><br>*(Northeast Tank Farm/ A-Tank Farm)* | Report dated January 18, 1971 from Carleton A. Maine, Rhode Island Department of Health.<br><br>Letter dated January 9, 1971 to the Coast Guard from Raymond Biszko, Tax Assessor.<br><br>Tiverton Town Council minutes dated January 11, 1971, Coast Guard reported on spill.<br><br>Fall River Herald News article dated January 12, 1971, noted reports by Raymond Joubert and Pearce Klazer, at the Tiverton Town Council meeting on January 11, 1971.<br><br>Fall River Herald News article dated January 14, 1971. |
| 6. | Early to mid 1970's | Tank A6 was cleaned and the tank bottom sludge was buried on the southeast side of the tank dike. | Northeast Petroleum Terminals, Inc.<br><br>*(A-Tank Farm)* | Deposition: Russell T. Lacey (Day, Berry & Howard, 1995a) |
| 7. | 1976-1985 | Chronic malfunctions of air eliminator system during winter caused 10 gallon spills at the Northeast Loading Rack. These spills were not caught by the drainage system. | Northeast Petroleum Terminals, Inc.<br><br>*(Northeast Loading Rack/Northeast Tank Farm)* | Interview: Edward Stanzione (1995) |
| 8. | early 1980s | Oil was accidentally pumped into the Sakonnet River when an oil separator mechanism failed. The Coast Guard used an oil boom and absorbent material to clean the spill. | Northeast Petroleum Terminals, Inc.<br><br>*(Northeast Tank Form/ A-Tank Farm)* | Interview: Charles McDermott (1995) |
| 9. | 1981 | Mr. Leary discovered a "serious" kerosene leak from tank No. 8 on the Northeast Tank Farm, which because of high groundwater on the site, likely migrated down to the railroad rack area. | Northeast Petroleum Terminals, Inc.<br><br>*(Northeast Tank Farm/ A-Tank Farm)* | Interview: Jim Leary (1995) |

DRAFT

*U.S. Army Corps of Engineers*
*Privileged and Confidential*

TABLE 3-5. (CONTINUED)

| DATE | | INCIDENT/LOCATION | OWNER/OPERATOR (PARCEL) | SOURCE/AFFILIATION |
|---|---|---|---|---|
| 10. | January 1982 | A large kerosene spill estimated at 100-250 barrels occurred at the Northeast Tank Farm due to a malfunction of an air eliminator tank in the area of the Northeast Truck Loading Rack. A sheen of liquid was noticed on roadway near tank No. 9. | Northeast Petroleum Terminals, Inc. *(Northeast Tank Farm)* | Interview: Jim Leary (1995) |
| 11. | dates unknown | Broken valve outside Tank A9 released approximately 100 gallons of fuel oil.[1] 10,000-15,000 gallon gasoline spill released from a broken pipeline down Carey Lane and under railroad tanks.[1] Expansion joint leak in pipeline between tanks A5 and A8 released 100 gallons of No. 2 fuel oil into tank dikes.[1,2] | Northeast Petroleum Terminals, Inc. *(A-Tank Farm)* | [1]Deposition: Russell W. Lacey (Day, Berry & Howard, 1995b) [2]Deposition: Russell T. Lacey (Day, Berry & Howard, 1995c) |
| 12. | dates unknown | Oil was released from the Texaco pipeline at the corner of A Road and Carey Lane near tank A1. Noticed evidence of a small release on the shore area at the point of stormwater discharge. Believed that the source of the release was Texaco's separator at the top of the hill. | Texaco Corporation *(A-Tank Farm)* | Deposition: Russell W. Lacey (Day, Berry & Howard, 1995c) |

**TABLE 3-6.**
**CHRONOLOGY OF PETROLEUM PRODUCT RELEASES ON PACIFIC AND TEXACO TANK FARMS**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| | DATE | INCIDENT/LOCATION | OWNER/OPERATOR (PARCEL) | SOURCE/AFFILIATION |
|---|---|---|---|---|
| 1. | November 1, 1933 | An 80,000 gallon tank collapsed (at the Pacific Farm) while being tested due to defective welding. The tank was constructed by Graver Tank and Manufacturing Company. A settlement was awarded to New England Terminal Co. for property damages which included lost kerosene. | New England Terminal Company (lessee)<br>*(Pacific Tank Farm)* | Fall River Herald News articles dated November 20, 1937; December 12, 1940. |
| 2. | December 27, 1944 | A fire broke out in a store house containing oil drums located near the railroad tracks on the Pacific property. Three men were burned as they worked and the fire completely destroyed the structure. | Pacific Oil Company<br>*(Pacific Tank Farm)* | Fall River Herald News article dated December 27, 1944. |
| 3. | 1957-1985 | During this time period oil spills of 15 to 20 gallons were observed to occur once or twice a week at the truck loading area, which seeped into the ground.<br>Recalled that a truck loading company cleaned the Pacific tank bottoms (number of tanks cleaned unknown) and dumped many truckloads of oil-soaked bay in the northeast corner of the property. | Pacific Oil Company<br>*(Pacific Tank Farm)* | Interview: Antone J. Arruda (1995) |
| 4. | 1963-1967 | During this time period the old riveted Pacific Oil tanks leaked/weeped due to expansion/contraction from varying weather conditions. There was a lot of oil all over the ground on the Pacific site. | Pacific Oil Company<br>*(Pacific Tank Farm)* | Interview: Alexander J. Cote (1995) |

DRAFT

*U.S. Army Corps of Engineers*
*Privileged and Confidential*

**TABLE 3-6. (CONTINUED)**

| | DATE | INCIDENT/LOCATION | OWNER/OPERATOR (PARCEL) | SOURCE/AFFILIATION |
|---|---|---|---|---|
| 5. | 1963-1968 | During this time period, several oil spills were observed at the Pacific Oil loading rack located at the top of the property, which ran into a catch basin. The oil was later pumped from the basin. | Pacific Oil Company<br><br>*(Pacific Tank Farm)* | Interview: John R. Perry Jr. (1995) |
| 6. | August 22, 1963 | Oil spill and fire occurred near the Texaco shore tanks when maintenance personnel accidentally cut a pipeline containing oil. Approximately 19,000 gallons of No. 2 heating oil were lost. A lot of oil pooled in the dike where it was later vacuumed and the remainder collected using absorbent material. The oil flow was stopped when the pipeline valve on Souza Road was shut down. | Texaco Corporation<br><br>*(Texaco Shore Tanks)* | Interview: Alexander J. Cote (1995)<br><br>Interview: Melvin Sanford Jr. (1995)<br><br>Interview: Melvin Sanford Sr. (1995)<br><br>Interview: Edythe G. Martel (1995) |
| 7. | 1962-1967 | During this time period it was observed that the Texaco pipeline leading from Souza Road tanks to Texaco shore tanks leaked occasionally.[1]<br><br>The pipeline carried kerosene.[2,3] However, it was common knowledge that the "kerosene" stored and sold by Texaco was actually jet fuel.[3] | Texaco Corporation<br><br>*(Texaco Tank Farm, Texaco Shore Tanks)* | [1]Interview: Alexander J. Cote (1995)<br><br>[2]Interview: Edyth G. Martel (1995)<br><br>[3]Interview: Melvin Sanford, Jr. (1995) |
| 8. | 1963-1968 | Several oil spills were observed at the Pacific Loading Rack which ran into a catch basin. | Pacific Oil Company<br><br>*(Pacific Tank Farm)* | Interview: John R. Perry, Jr. (1995) |
| 9. | late 1960's to early 1970's | A bulldozer working in the tank P6 area caused black oil to flow toward the Big Louie Lagoon and Pacific beach area. The bulldozer was seen on the beach pushing the oil into the lagoon. | Pacific Oil Company<br><br>*(Pacific Tank Farm)* | Deposition: Russell T. Lacey (Day, Berry & Howard, 1995b) |

DRAFT

*U.S. Army Corps of Engineers*
*Privileged and Confidential*

TABLE 3-6. (CONTINUED)

| DATE | INCIDENT/LOCATION | OWNER/OPERATOR (PARCEL) | SOURCE/AFFILIATION |
|---|---|---|---|
| 10. February 27,1970 | Mr. Joubert noted evidence of an oil leak where he observed "considerable" oil stains on the Pacific property adjacent to the shore.<br><br>The letter also outlined state violations to be corrected. | Pacific Oil Company<br><br>*(Pacific Tank Farm)* | Letter dated February 27, 1970 to Pacific Oil Company from Raymond Joubert, Rhode Island Department of Health. |
| 11. 1979-1980 | When the A9 tank was found to be leaking, the tank was emptied and the tank bottom was replaced. Two to three front-loader buckets of sludge emptied from the bottom of the tank were dumped in a wooded area at the northwest corner of the Pacific property behind tank P7. | Northeast Petroleum Terminals, Inc.<br><br>*(Pacific Tank Farm)* | Interview: Jim Leary (1995)<br><br>Interview: Antone J. Arruda (1995) |
| 12. 1983 (After Northeast purchased the property) | During an inspection of the Pacific Farm after Northeast purchased the property, the following observations were made:<br><br>Lead warning signs seen in the area of P6 alongside electrical shed.<br><br>Oil-saturated soils were observed around pumphouse and in tank P4 dike where bunker oil had leaked. | Pacific Oil Company<br><br>*(Pacific Tank Farm)* | Deposition: Malcom C. Newall (Day, Berry & Howard, 1995e).<br><br>Deposition: Russell T. Lacey (Day, Berry & Howard, 1995b). |
| 13. 1990's | During work currently underway at the site, oil was noted surfacing in the filled area at the Pacific shoreline. | NP Corporation or/Charter International Oil Company<br><br>*(Pacific Tank Farm)* | Interview: Edward J. Carreiro (1995) |



TCS 010670

TCS010670




FIGURE NO. 3-1
INDUSTRIAL OWNERSHIP CHRONOLOGY
FORMER NORTHEAST PETROLEUM TERMINAL
TIVERTON, RHODE ISLAND
U.S. ARMY CORPS OF ENGINEERS
PRIVILEGED AND CONFIDENTIAL

00952

## 5.0 CONTAMINANT FATE AND TRANSPORT

This section discusses the fate and transport of contamination from known releases of petroleum products stored at the terminal and of contaminants associated with products used on the A-Tank and Northeast Tank farms while under U.S. Government ownership. The discussion integrates the known geology, hydrology, and nature and extent of contamination with physical and chemical characteristics of the contaminants detected. An inventory of products stored on all tank farm properties is presented in Table 5-1. Of these products, only jet fuel (JP-4) and aviation gas were stored on the former U.S. Government properties during U.S. Government ownership. Documented petroleum product spills include fuel oils and kerosene.

### 5.1 Potential Pathways of Contaminant Migration

Numerous releases of petroleum fuels occurred during historical operations at the Former Northeast Petroleum Terminal. A chronological account of all releases was presented in Tables 3-5 and 3-6, and illustrated in Figures 3-5 through 3-7. There are few known releases related to the former U.S. Government parcels, while under U.S. ownership; however, numerous releases have been reported under Northeast Petroleum Terminals' ownership.

In general, these releases occurred at both the surface and subsurface environment from leaking tanks and pipelines, overtopping of fill pipes during fuel transfer operations, surface disposal of tank bottom sludge, and from malfunctioning oil-water separator and air eliminator devices. These releases could have potentially followed several routes of migration, including:

- discharge to either the ground surface or subsurface with subsequent infiltration through the soil;
- surface accumulation with subsequent runoff to catch basins, drainage ditches, and nearby water bodies;
- direct discharge to the Sakonnet River and Narragansett Bay from fractured pipelines with subsequent dispersion; and
- volatilization of surface spills into the atmosphere.

Surface contaminant releases within the bermed areas around the tanks would likely not have significantly flowed overland from their points of release. Spills from underground tanks would have behaved similarly, except that the nature of the release would have been more continuous rather than episodic, and the release would not have been contained by surface features. Spills resulting from above ground pipeline ruptures could have spread great distances on the surface, following the topography and surface drainage patterns. Residual contamination may have lingered inside underground drainage pipelines.

the glacial till layer due to molecular diffusion, which typically accounts for greater migration speeds in very low permeability formations. Contaminant migration in ground water will be inhibited by retardation processes and contaminants will undergo chemical breakdown due to several physical, chemical, and biological processes. The maximum expected rate of travel for ground water contaminants in the sand/fill layer is approximately 0.5 feet per day, assuming a hydraulic conductivity of $10^{-2}$ cm/sec, a hydraulic gradient of 0.005 ft/ft, an effective porosity of 25 percent, and no retardation.

## 5.2 Transport and Fate Characteristics of Petroleum Products Historically Stored at the Former Northeast Petroleum Terminal

Once released into the environment from the storage tanks, pipelines, or transport vehicles, the movement of the petroleum fuels through soils, water, and air are largely dependent on their individual physical and chemical characteristics (e.g., boiling points, viscosities, and densities). Therefore, the following discussion of transport processes addresses groups of fuels that possess similar physical and chemical characteristics. The petroleum fuels released at the Former Northeast Petroleum Terminal have been grouped in three categories according to their predominant boiling point (BP) ranges: 1) light fuels (BP 30 to 200 °C), 2) middle distillates (BP 150 to 360 °C), and 3) heavy fuels and residues (BP 200 to greater than 588 °C) (MADEP, 1994). Also classified are materials associated with these products (i.e., tank bottoms and sludge byproduct material, which could have been potentially released or disposed from petroleum operations. The individual products which comprise these classifications are:

| | |
|---|---|
| 1) Light Fuels: | Aviation gasoline, gasoline, naphtha oil; |
| 2) Middle Distillates: | No. 2 fuel oil, kerosene, jet fuel (JP-4), diesel fuel; and |
| 3) Heavy Fuels and Residuals: | No. 5 fuel oil, No. 6 fuel oil, tank bottoms, sludge byproduct materials. |

*Light Fuels*

Light fuels stored at the site included aviation gasoline, gasoline, and naphtha oil. These materials consist of larger proportions of volatile aromatic hydrocarbons (e.g., benzene, toluene, ethylbenzene, and xylene) than middle distillates and heavy fuels/residues. Therefore, the light fuels are less viscous (more fluid) and more volatile than these heavier fuels. Massive bulk releases of light fuels typically overcome the infiltration rate, thus resulting in overland runoff beyond the point of immediate release. Past records document the occurrence of such a process. Overland runoff is controlled by local topography and surface cover materials. Low-lying areas, catch basins, drainage ditches, and down slope areas were impacted to varying degrees by direct

releases as well as contaminants contained in runoff. The Sakonnet River and Narragansett Bay were also receptors of past releases.

Light fuels tend to percolate downward through the unsaturated zone to the water table. The water table at the Former Northeast Petroleum Terminal is 3 to 11 feet below ground surface. Chronic releases of light fuels, such as with leaking pipelines, saturate the soil pores and migrate vertically through the soils under the influence of gravity and capillary forces. Little lateral dispersion typically occurs in the unsaturated zone. The ground water table acts a barrier to light fuels because the fuels are lighter than water and cannot break the surface tension of the water surface. When sufficient volumes were released, light fuels can pool as a separate layer along the surface of the water table, spreading outward in the direction of the ground water gradient. This floating layer of light fuel could then migrate along the slope of the water surface towards the Sakonnet River and Narragansett Bay. Floating product would then be subject to discharge to surface water bodies assuming a sufficient floating layer had accumulated.

The light fuels contain benzene, toluene, ethylbenzene, and xylene, volatile aromatic hydrocarbons which are soluble in water. These compounds can be easily leached from light fuels present either in the soils or as a floating layer. The dissolved compounds can then be transported in the direction of ground water flow to the Sakonnet River and Narragansett Bay. Transport processes through ground water are naturally retarded by several attenuating processes which include volatilization, sorption to soils, biological and chemical degradation, photolysis, and hydrolysis. Of these processes, sorption and biological degradation are likely to be the dominant removal processes from the water column.

*Middle Distillates*

Fuels categorized as middle distillates include kerosene, jet fuel (JP-4), No. 2 fuel oil, and diesel fuel. These fuels contain less volatile compounds than light fuels; thus, the middle distillates are slightly more viscous and also less volatile than light fuels. Transport processes for middle distillates are similar to those of the light fuels. However, the infiltration of middle distillates into soils will be less rapid than light fuels. Irrespective of the infiltration rate, middle distillates can infiltrate soils and impact ground water. As with the lighter fuels, sufficient volumes of middle distillates can accumulate atop the water table as a floating layer. The more volatile components of these fuels will also leach into ground water as a dissolved phase.

The most distinct difference between transport characteristics of middle distillates and light fuels is that the former will be subject to greater retardation by soil materials. Biological degradations may also be less extensive than that associated with the lighter fuels since the middle distillates contain more higher molecular weight compounds that are not easily metabolized by soil bacteria.

*Heavy Fuels and Fuel Residues*

Heavy fuels include Nos. 5 and 6 fuel oils. Tank bottom sludges and sludge by-products are characterized as fuel residues. Both heavy fuels and fuel residues contain far less of the volatile components than light fuels and middle distillates. Paraffins comprise a large proportion of the compounds which make up heavy fuels and residues. The paraffins tend to impart tar-like properties to these fuels/residues. Therefore, heavy fuels/residues do not generally migrate much beyond the point of release, either vertically or laterally. Unlike the light fuels and middle distillates, heavy fuels/residues are far less likely to impact ground water in a bulk manner (free phase). However, individual chemical constituents may be leached from the heavy fuels/residues by precipitation, transported vertically as dissolved components to ground water, then transported laterally in the direction of ground water flow.

In addition, most heavy fuels/residues that are released to the surface are typically much more resistant to volatilization to the atmosphere, hydrolysis, photolysis, and biological and chemical degradation than middle distillates and light fuels. Therefore, these materials are more likely to remain unchanged at the point of release.

### 5.3 Interpretation of Available Site Characterization Data

Given the available information and analytical data, it is currently not possible to identify if operations under U.S. Government ownership contributed to site contamination. The available site characterization data, primarily TPH and BTEX, are of limited utility in determining the particular product source for specific petroleum contamination.

The analytical methodology used for the majority of TPH analyses conducted (EPA Method 418.1, modified for soil analyses) is a screening or survey tool which is limited by the following: approximately 50 percent of the gasoline range organics and 100 percent of the 5- and 6-membered ring compounds are not measured due to losses incurred during sample preparation; and natural products (e.g., plant waxes) cannot be differentiated from petroleum hydrocarbons and will be reported in the TPH concentration. Further, Method 418.1 cannot provide any indication of the boiling point range of the hydrocarbon material to aid in determining whether contaminants represent heavy fuels and residuals from historical releases or are similar to middle distillates from more recent releases. Available BTEX data provides no support for particular product source identification because these components can be found in many petroleum products used extensively at the site, including gasoline, diesel fuel No. 2, JP-4, and No. 2 fuel oil.

#### *5.3.1 Soil Data*

The available soil data indicates that toluene is the predominant residual BTEX contaminant in Railroad Rack area soils (e.g., 160 mg/kg, toluene in RRRK-1-2 at 3-4 feet BGS). The compound cannot be attributed to any one fuel type; however, since it is a constituent of JP-4, leaded gasoline, No. 2 fuel oil, and diesel fuel (MADEP, 1994; API, 1994; and Heath, et al.,

1993). Thus, the concentration of toluene in the soil or in ground water is not useful in predicting either the time of release or the source of the fuel. Furthermore, the soil residual or free phase in ground water can act as a continuing source of dissolved phase toluene, constantly replenishing the toluene that is removed via bacterial degradation. Because of these fundamental complications, the use of degradation rates is not expected to prove useful in identifying or negating a potential singular source of toluene.

Residual petroleum product concentrations in soil cannot be used to estimate the time of release because, in addition to incomplete chemical characterization of the petroleum source, the activity of bacterial populations in the soil and ground water at the Former Northeast Petroleum Terminal is unknown or has not been reported. Bacterial activity was not characterized during the previous field investigations, nor was the subsurface environment characterized to determine if aerobic or anaerobic processes will dominate biological degradation of the fuel constituents. Since aerobic processes typically occur four times faster than anaerobic processes (Howard, 1991), the degree of degradation that is likely at the Former Northeast Petroleum Terminal cannot be accurately predicted.

Because of incomplete characterization of the site, basic transport and fate models cannot be used to identify sources of the free product detected in wells along the shore line or to realistically estimate times of contaminant releases. The reasons for this limitation are presented below. The hydrogeologic environment at the Former Northeast Petroleum Terminal is highly complex and is unlikely to act as a single uniform stratigraphic unit. Site stratigraphy consists of a thin overburden layer with several bedrock outcrops. Although the interaction of ground water between overburden and bedrock is unknown, it is reasonable to assume that the ground water flows freely between the two water bearing units. Flow rates within each unit are likely to differ. Flow in overburden is dependent on the porosity and tortuosity of the soil particle matrix, while flow in bedrock is controlled by the degree of rock fracturing. In addition, the flow rates across the site are likely to be heterogeneous given that overburden is a discontinuous layer interrupted by bedrock outcrops.

Incomplete characterization of subsurface soils, bedrock, and ground water, exacerbated by the complexity of the geologic setting, introduces large uncertainties to any transport model. Hydraulic conductivity and porosity were not determined for the overburden aquifer, and conductivity and degree of fracturing were not quantified for the bedrock aquifer. These data are fundamental components for estimating travel times. Rough approximations of travel times can be grossly estimated for the overburden aquifer only by adopting literature values for hydraulic conductivity and porosity for the soil materials reported for the overburden materials. Although this approach allows lower- and upper-bound estimates of travel times to be predicted, it is far less ideal than using measured, site-specific values. The use of literature values for the bedrock aquifer is not practical or scientifically sound because the hydraulic conductivity of bedrock is dependent on the degree of fracturing, a variable which was not characterized by previous field investigations.

The relationship between the tides and ground water flow is also an unknown variable. Therefore, the effects of flushing and smearing are difficult to factor into the transport equation.

To illustrate the inherent uncertainties noted above, travel time estimates via ground water were calculated for the free product detected at the Former Northeast Petroleum Terminal. (Note that these estimates do not include overland migration, which could take place very rapidly.) Travel times were calculated for transport of free product from two hypothetical release points: the A-Tank Farm and the Northeast Tank Farm/Loading Area. These times assumed distinct product releases at the most down gradient source and most up gradient source of the two tank farms. The flow rate of the free product was assumed to be the same as rate of ground water flow. This assumption is appropriate for light fuels such as gasoline. The flow rate of middle distillates and heavy fuels will be somewhat retarded as a result of their higher viscosities (compared to water and gasoline). Therefore, the travel time estimates for these fuels will be somewhat longer than predicted.

For the overburden aquifer, ground water flow rates of 0.14 feet/day and 0.00014 feet/day were estimated from the literature values for hydraulic conductivities of sand/fill and till ($10^{-4}$ and $10^{-8}$ feet/second, respectively), and an assumed soil porosity of 0.3. Using these flow rates, travel times were calculated for product released at hypothetical locations to reach the shoreline wells (where product was detected). Table 5-2 presents the travel times calculated for free product hypothetically released from the Northeast Loading Rack and A-Tank Farm. These values cover such a wide range (four orders of magnitude) that they do not conclusively identify or negate any singular potential source area or time of release. For example, a release of gasoline at the Northeast Loading Area would take between 24 and 237,000 years to travel with the ground water flow to the shore area. This is not surprising given that the transport model is limited to determining lower- and upper-bound travel time estimates which are based on hydraulic conductivity values which span four orders of magnitude.

*A-Tank Farm*

Under U.S. Government ownership, the A-Tank Farm was used when first constructed; thus, the structural integrity of the tanks would have been optimal during U.S. Government ownership and the likelihood of releases from structural failure at a minimum. No indications of major spills at the A-Tank Farm are reported during U.S. Government ownership. However, under Northeast Petroleum Terminals' ownership, a major spill of fuel oil reported during the early 1970s released oil down Carey Lane and into the Sakonnet River. In addition, one of the A-Tank Farm tanks was reported to be leaking during 1979-1980.

It has also been reported that tank bottom sludges from tank cleaning operations were buried in the tank dikes during the Government's ownership of the property. This practice was continued by Northeast Petroleum Terminals, Inc. at least until the 1970s.

Since the residual contamination, BTEX and TPH, cannot be specifically attributed to a given petroleum product stored on the former U.S. Government properties while under U.S. ownership, it is reasonable to postulate that the U.S. Government should not be held responsible for the majority of the residual contamination found. In addition, the residential cleanup objective of 50 mg/kg for TPH is more conservative than is typically applied to industrial land uses. Cleanup objectives for industrial land uses typically range from 500 to 1000 mg/kg TPH; thus, a large volume of the soil cleanup was specifically targeted for a future residential scenario and would have been unnecessary in a continued industrial setting. More importantly, if Northeast Petroleum Terminals, Inc. and successor companies continued operating the property as a petroleum storage terminal, investigation and remediation of contaminated soils due to historical releases of petroleum products would not have been required (Mulhare, 1996).

*Northeast Tank Farm*

Although the U.S. Government owned the Northeast Tank Farm, the tanks were not used during the U.S. Government's ownership. It has been reported that tank bottom sludges from tank cleaning operations were buried in the tank dikes during the Government's ownership of the property. This practice was continued by Northeast Petroleum Terminals, Inc. at least until the 1970s. The Northeast Tank Farm tanks were used after the U.S. Government sold the property to Northeast Petroleum Terminals to store kerosene, No. 2 fuel oil, gasoline, diesel fuel and naphtha oil. As detailed in Table 3-5 and illustrated on Figure 3-7, there are several documented reports of leaks and spills which occurred under Northeast Petroleum Terminals' ownership. These spills included a pipeline leak of 42,000 gallons of No. 2 fuel oil in 1969 and a kerosene spill of between 100 to 250 barrels in 1982. In addition, kerosene spills occurred in the early 1980s, which reportedly migrated overland to the Railroad Rack area. Since reports of major releases of petroleum products were not noted during U.S. Government ownership and such reports were prevalent after the property was sold to Northeast Petroleum Terminals, the majority of the residual contamination should be reasonably attributed to Northeast Petroleum Terminals' operations, and not U.S. Government operations.

*Railroad Rack Area*

The U.S. Government owned and used the Railroad Rack area; discontinued operations in 1965; and simultaneously removed the railroad rack from service in the late 1960s. There are reports of minor spills due to tank overtopping during U.S. Government operations; however, this area is located immediately downhill and down gradient from the Northeast Tank Farm where spills of kerosene occurred during the early 1980s. Residual petroleum product contamination is present at the surface and immediately above the ground water table. Sources of this contamination are likely overland or floating product from the Northeast Tank Farm, under Northeast Petroleum Terminals' operations and thus largely not attributable to activities conducted under U.S. Government ownership.

***Texaco Shore Tanks Area***

The U.S. Government did not own or operate tanks in this area. Residual soil contamination with petroleum products and floating product in this area is likely due to a major spill near the Texaco Shore Tanks in 1963 and the occasional leaking of the Texaco fuel line reported between 1962 and 1967.

### *5.3.2 Ground Water Data*

Section 4.4 of this report noted that comprehensive investigation of ground water contamination has not been conducted to date. Wells located in the Shore Area and Texaco Shore Area have been reported to contain floating product identified as weathered No. 2 fuel oil. No. 2 fuel oil was not stored at the facility during U.S. Government ownership. Given the history of spills of petroleum products unrelated to U.S. Government operations, including 19,000 gallons of No. 2 fuel oil spilled near the Texaco Shore Tanks (1963) and 42,000 gallons of No. 2 fuel oil spilled by Northeast Petroleum Terminals, Inc. (1969), the residual floating product is likely not attributable to U.S. Government operations.



TCS010679

DRAFT

*U.S. Army Corps of Engineers*
*Privileged and Confidential*

**TABLE 5-1.**
**INVENTORY OF PRODUCTS STORED ON TANK FARM PROPERTIES**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| |
|---|
| **A-Tank Farm - Nine tanks numbered: A1 to A9**<br><br>No. 2 Fuel Oil<br>Unleaded Regular Gas<br>Regular Gasoline<br>Jet Fuel<br>Aviation Gasoline |
| **Northeast Tank Farm - Nine tanks numbered: 1,2, 3, 4, 8, 9, 10, 14, 15**<br><br>Kerosene<br>No. 2 Fuel Oil<br>Regular Gasoline<br>Ul Gasoline<br>Ul Premium Gasoline<br>Diesel<br>Naphtha Oil |
| **Pacific Tank Farm - Seven tanks numbered: P1 to P7**<br><br>Kerosene<br>No. 2 Fuel Oil<br>No. 5 Fuel Oil<br>No. 6 Fuel Oil<br>Diesel Select |
| **Texaco Tank Farm - Six tanks numbered 4 to 9 (Souza Road) and Shore Tanks numbered 1 and 2**<br><br>Kerosene<br>Jet Fuel<br>No. 2 Fuel Oil |



TCS 010680

TCS010680

DRAFT

*U.S. Army Corps of Engineers*
*Privileged and Confidential*

**TABLE 5-2.**
**PREDICTED TRAVEL TIMES OF FREE PRODUCT IN GROUND WATER**
**Former Northeast Petroleum Terminal, Tiverton, Rhode Island**

| Potential Source Area | Soil Type | Travel Times (years) Minimum | Travel Times (years) Maximum |
|---|---|---|---|
| Northeast Loading Area (center) | sand<br>till | 24 | 237, 377 |
| Northeast Tank Farm (Tank 8 to MW-1) | sand<br>till | 4.9 | 48, 923 |
| A-Tank Farm (Tank A-4 to MW-3) | sand<br>till | 18 | 183, 561 |
| A-Tank Farm (Tank A-6 to MW-3) | sand<br>till | 4.9 | 48, 923 |



TCS010681

**IES Remedial Activities (additional)**
**Work Performed 1993 – 1997: Remedial activities not included in TRC's draft estimate**

| Item | Item Description | Quantity | Units | Unit Price | Total Price | Reference |
|---|---|---|---|---|---|---|
| 1 | Reporting/Administration | | | | | |
| | GW Sampling Plan – 1994 | 100 | HRS | $65.00 | $6,500.00 | |
| | GW Sampling Report – 1995 | 100 | HRS | $65.00 | $6,500.00 | |
| | Remedial Work Plan and Revisions – 1993 | 300 | HRS | $65.00 | $19,500.00 | |
| | Quarterly Report – 1993 – 1997 | 1200 | HRS | $65.00 | $78,000.00 | |
| | Miscelleneous | 1000 | HRS | $65.00 | $65,000.00 | |
| | Five years of project management | 1500 | HRS | $65.00 | $97,500.00 | |
| 2 | Sampling – GW | 40 | DAY | $800.00 | $32,000.00 | |
| 3 | Analysis (TPH, BTEX, NO2, P) | 120 | EA | $50.00 | $6,000.00 | |
| 4 | Pilot Studies | 1 | LS | $40,000.00 | $40,000.00 | |
| | | | | | $351,000.00 | |
| | Health & Safety Costs | 351000 | Level D | 10% | $35,100.00 | |
| | Contingency (20%) | 351000 | | 20% | $70,200.00 | |
| | Oversight (8%) | 351000 | | 8% | $28,080.00 | |
| | Total Estimated Price (This Page) | | | | $484,380.00 | |

NOTE: Estimate does not include ground water remediation activities.
No information available on IES pilot studies.

00634