# EXHIBIT Z

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Environmental Management
DIVISION OF WATER RESOURCES
291 Promenade Street
Providence, R.I. 02908 - 5767
(401) 277-3961

October 1, 1993

Mr. Robert J. DeSista, Chief
Permits Branch
U.S. Army Corps of Engineers
424 Trapelo Road
Waltham, Massachusetts 02254-9149

RE: ACOE File No.: 1993-00242
RIDEM FWW File No.: 1993-0182D
Applicant Name/Town: Nuclear Energy Services/Tiverton

Dear Mr. DeSista:

Please be advised that we have received a copy of your May 6, 1993 correspondence to Charter International Oil Company requiring a Water Quality Certificate. The applicant proposes to bioremediate petroleum contaminated soils on site at the former Northeast Petroleum Terminal in Tiverton, RI. The project includes earthwork and land farming methods which will be employed by RIDEM Consent Order Agreement Cleanup criteria. We have reviewed the subject project and site plans entitled, "Former Northeast Petroleum Terminal", sheets 1 through 5, dated March 23, 1993. The waters in the area are classified A, SA.

It is our opinion that said project will not violate applicable water quality criteria for the area, provided that the applicant complies with the above plans and the following conditions:

1. Material used for construction is clean and free of matter which could cause pollution of the waters of the State.

2. Material used for fill is clean and free of matter which could cause pollution of the waters of the State.

3. Sediment and Erosion controls are installed prior to construction and maintained in functional condition until all disturbed soil is permanently stabilized to prevent sedimentation of the Sakonnet River, Mt. Hope Bay and associated wetlands.

4. No sewage, refuse or waste of any kind shall be discharged into waters of the State.

5. A permit for this project has been issued by the Department of Environmental Management, Division of Freshwater Wetlands, Number 93-0182D, dated March 25, 1992 (copy enclosed). This permit hereby is incorporated into and made part of this Water Quality Certification. All conditions and stipulations included therein must be adhered to strictly.

6. A Consent Agreement for this project has been issued by the Department of Environmental Management, Division of Groundwater and ISDS, dated March 25, 1992 (copy enclosed). This Consent Agreement hereby is incorporated into and made part of this Water Quality Certification. All conditions and stipulations included therein must be adhered to strictly.

7. An Order of Approval for this project has been issued by the Department of Environmental Management, Division of Water Resources, Number RIO 194, dated September 23, 1993 (copy enclosed). This approval hereby is incorporated into and made part of this Water Quality Certification. All conditions and stipulations included therein must be adhered to strictly.

8. A Rhode Island Pollutant Discharge Elimination System (RIPDES) permit for the discharge from this site, including the groundwater from the bioremediation project, is not denied.

9. After one year of issuance of this Water Quality Certificate, documentation for proof that maintenance was carried out as described in the approved project should be submitted to the Division of Water Resources. After one year, such documentation must be kept on file for Departmental review upon the request of the Division of Water Resources.

10. This Water Quality Certification shall expire three (3) years from the date of issuance if project construction is not completed in that time.

This is the State's Water Quality Certification for this project. The Director, Rhode Island Department of Environmental Management, upon notice to the Army Corps of Engineers, Regulatory Branch, and the affected party, automatically may suspend or revoke the Water Quality Certification if the parties violate any term or condition of the Certification.

Sincerely,

Alicia M. Good

Alicia M. Good, P.E., Chief
Division of Water Resources

AMG/CBN/
Enclosure

cc: Dean Albro, DEM
Grover Fugate, CRMC
James M. Pietrzak, Integrated Environmental Services, Inc.
Charter International Oil Company
RI Regulatory Reporter

WW00242.MLM

9