# EXHIBIT BB

①

DAY, BERRY & HOWARD

*Counsellors at Law*
*Boston, Hartford and Stamford*

260 Franklin Street
Boston
Massachusetts 02110-3179
Telephone (617) 345-4600
Facsimile (617) 439-4453
Telex 990686

Kenneth A. Reich
345-4630

September 20, 1993

Lieutenant General Arthur E. Williams
Chief of Engineers
U.S. Army Corps of Engineers
20 Massachusetts Avenue N.W.
Washington, D.C. 20314

Re: Charter International Oil Company -- Tiverton, Rhode Island

Dear Mr. Williams:

On behalf of Charter International Oil Company, the owner of a former oil terminal facility in Tiverton, Rhode Island, we formally request that the Corps of Engineers investigate the site to determine its eligibility for cleanup or reimbursement under the Defense Environmental Restoration Program ("DERP"). 10 USC §2701 et seq. It is our understanding that this site is on the list of former military facilities to be investigated by the Corps under the DERP program.

Charter is in the process of site remediation pursuant to a Consent Agreement with the Rhode Island Department of Environmental Management ("RIDEM") dated on or about April, 1992. We have corresponded and met with officials in the DERP program office in the New England Division regarding this issue. Representatives of that office have visited the site and we understand that the New England Division is in the process of preparing an initial project report on this site.

While our information on site ownership and operation is sketchy at this time, it appears that this facility was used for bulk oil storage for a number of years. Various predecessors of Charter -- Texaco, and other entities, owned or operated portions of the site at different times. According to title information provided by the Army Corps, one of the owners of a portion of the facility for a period of time, at least from 1955-1968, was the United States Air Force. We have reason to believe that the Air Force contaminated the portions of the property it owned as a result of its operations.

DAY, BERRY & HOWARD

Lieutenant General Arthur E. Williams
September 20, 1993
Page 2

Charter, which is a subsidiary of Spelling Entertainment Group, Inc., is the current owner of the site and in that capacity was required by RIDEM to perform an investigation and cleanup of the contamination at the site. Charter has already removed all of the tanks at the site and conducted extensive site investigations and is in the process of site cleanup. The state approved cleanup remedy involves excavation of contaminated soil and bioremediation on site. It is estimated that the total cleanup program, including site investigation and tank removal, will cost in excess of $7 million. That estimate could be low based on the unanticipated additional amounts of contaminated material excavated in the early stages of the cleanup (in the former Air Force area) and could change if the cleanup does not proceed as planned.

Based on estimated volumes of contaminated soil at the site, it appears that the Air Force may be responsible for a significant percentage of that contamination and should share the cost of investigation and cleanup proportionally with Charter and any other potentially responsible parties. We intend to pursue our legal remedies against all potentially responsible parties and our discussions with the Corps should not be construed as any waiver of such rights and remedies as we may have under applicable law.

We appreciate the Corps' promptness in investigating this matter and request that you enter into discussions with Charter concerning an appropriate allocation of responsibility for the cleanup costs. Charter has already spent or intends to spend nearly $3.5 million through this calendar year on this cleanup and is committed to spending at least an additional $3.7 million over the next several years. Therefore, it is in our mutual interests to commence discussions as soon as possible.

As the cleanup proceeds, let me confirm our offer to the New England Division to provide the United States and its authorized agents and consultants with access to the site to perform necessary tests and analyses and to monitor the work being performed.

Thank you in advance for your cooperation and we look forward to further discussions. Naturally, please feel

free to call me if you have any questions about this matter.

Sincerely,

Kenneth A. Reich

Kenneth A. Reich

cc: Mr. William Holtham, Director
Defense Environmental Restoration Program,
New England Division