# EXHIBIT CC

AIR FORCE PETROLEUM
RETAIL DISTRIBUTION STATION
TIVERTON, RI
SITE NO. D01RI035700
NARRATIVE

The Air Force Petroleum Retail Distribution Station is located in Tiverton, Rhode Island about 15 miles southeast of Providence, see Location Map. The site is on the eastern shore of Mount Hope Bay just north of the Route 24 bridge, see Vicinity Map. This site, which was part of the Tiverton Fuel Terminal, was used by the Air Force to store aviation gas and lubricants.

The site, which consists of 45.83 acres, was acquired from the Bay Oil Company by deed on September 1, 1955 (Bk. 82 Pg. 84-86). It was reported excess to GSA in 1968 and conveyed to Northeast Petroleum by Quitclaim Deed dated 6 December 1968 (Attached). Aerial Photography obtained from the town indicates that in 1987 there were 17 above ground fuel storage tanks on the 45.83 acre site.

The Tiverton Fuel Terminal was in operation for more than 60 years, with the 100 plus acre complex being developed in a series of discrete phases, see Site Plan. The initial development occurred during the 1920's by Sinclair Oil with the installation of tanks 1, 2, 4, 8, 9, and 10. During the same time period Pacific Oil constructed tanks P-1, P-2, and P-3. No additional construction occurred until the early 1930's, when Sinclair Oil installed tanks 14 and 15. Tanks P-4, P-5, P-6, and P-7 were constructed by Pacific Oil in 1957 along with an on-site lagoon. Pacific Oil operations ceased at the site during the early 1970's when the company was purchased by Northeast Petroleum.

The "A" series of tanks designated A-1 through A-9 were constructed by Bay Oil during the early to mid-1950's. The tanks were used by the Air Force as were the loading racks at the railroad siding. The Federal Government discontinued operations at the terminal in 1965 and simultaneously removed the railroad racks from service. Northeast Petroleum purchased the property in 1968.

Bay Oil Company constructed the Texaco Shore Tanks and the bulk terminal adjacent to Souza Road in the early 1950's. Texaco operated these facilities until approximately 1980. The property was transferred to Northeast Petroleum in 1985. Northeast Petroleum operations continued at the Tiverton Terminal until 1986 with principal activities being associated with the "A" series tanks, P-5 and tanks 8 and 9.

Northeast Petroleum ceased all operations at the site in 1986, with the sale of their wholesale business to Cargill Inc. Northeast Petroleum merged with Charter International Oil Company in 1989. Since that time they have come under control of Spelling Entertainment.

At the present time all the tanks formerly used by the Air Force have been removed. Charter Oil is in the process of cleaning up the site. There are some areas on the site that contain oil contaminated soil. The Rhode Island DEM has issued an order to the company to clean up the site. Charter Oil hired Integrated Environmental Services (IES) to oversee the cleanup operations. They are using onsite bioremediation of the contaminated soil. The cleanup began in 1992 and is under orders by the State to be completed by 1997.

As of September 1993, the Air Force tank farm has been completely cleaned-up. ~~All~~ the contaminated soil has been placed into bioremediation beds on the site. Discussions with Mr. Robert McPeak of IES indicates they are on schedule to complete the job by 1997.

There are no structures currently on the site and no remaining fuel tanks. As a result of the site inspection and discussions with the current owners, there are no CON/HTW, BD/DR or OEW hazards on the site. There is an HTW problem, however it is presently being remediation by the owner. As a result it is recommended that no further Federal action be taken at this site under the DERP Program.

Charter Oil suspects that some of the leaks occurred prior to 1968 when they took over complete control of the site and all operations. They have hired legal consultants Day, Berry & Howard to research prior ownership for possible PRP involvement. They are looking for prior owners to help pay for the cost of the cleanup, which is presently estimated at $7,000,000.

Per Bob McPeak:
Not all the soil only that on South part of site — IES

the South part of site is treating on Bio beds,
10-4-93

SUMMARY

DOD USE: This site was used by the Air Force from 1955 through 1968 as an Aviation Gas and lubricants storage and distribution area.

CATEGORY OF HAZARDS:

This is a NOFA project.

7

DEFENSE ENVIRONMENTAL RESTORATION PROGRAM
FOR
FORMERLY USED DEFENSE SITES
FINDINGS AND DETERMINATION OF ELIGIBILITY
DERP-FUDS SITE NO. D01RI0367
PROPERTY OF CHARTER INTERNATIONAL OIL COMPANY
(TIVERTON AIR FORCE PETROLEUM RETAIL DISTRIBUTION STATION)
TIVERTON, RHODE ISLAND

FINDINGS OF FACT

1. The site totalled 45.85 acres. The United States acquired 45.83 acres fee on 1 September 1955 and 0.02 acre lease on 12 October 1955 by purchase.

2. The site was known as Tiverton Air Force Petroleum Retail Distribution Station. The Air Force used the site to store aviation gas and lubricants. The facility had a storage capacity of 1.5 million gallons. The Air Force used approximately seventeen (17) existing tanks, railroad tracks, and miscellaneous facilities. CENED does not know whether the Air Force made any improvements to the site. CENED has found no evidence that the site was under other than DOD control during the period of DOD ownership.

3. The Air Force reported the site excess to General Services Administration (GSA) on 19 January 1968. GSA conveyed the 45.83 acres fee and the 0.02 acre lease to Northeast Petroleum Terminals, Inc. in December 1968. The deed included transfer of an easement and a permit for pipelines. The deed also included transfer of a lease with the Town of Tiverton. The Northeast Petroleum Terminal Inc. agreed to hold the United States harmless against any claims and costs incidental to and arising from the permit on or after the date of transfer. The deed did not contain a recapture clause or a restoration provision.

DETERMINATION

Based on the foregoing findings of fact, the site has been determined to be formerly used by DOD. It is therefore eligible for the Defense Environmental Restoration Program - Formerly Used Defense Sites established under 10 USC 2701 et seq.

10 NOVEMBER 1993
Date

[signature]
BRINK P. MILLER
Colonel, Corps of Engineers
Commanding

00065

PROJECT SUMMARY SHEET
FOR
DERP-FUDS PROJECT SUMMARY SHEET
FOR
DERP-FUDS HTRW PROJECT NO. D01RI036701
(AIR FORCE PETROLEUM RETAIL DISTRIBUTION STATION)
TIVERTON, RHODE ISLAND
24 September 1993

**DESCRIPTION OF HTRW HAZARDS:** There are some areas on the site that contain oil-contaminated soil. The Rhode Island DEM has issued an order to Charter International Oil Company to clean up the site by 1997. Charter Oil hired Integrated Environmental Services (IES) to oversee the cleanup operations. They are using on-site bioremediation of the contaminated soil. The cleanup began in 1992. As of September 1993, all of the tanks on the formerly used Air Force portion of the site have been removed. The contaminated soil from the southerly portion of the site has been placed in bioremediation beds on this portion of the site. Charter Oil suspects that some of the leaks occurred prior to 1968 when Northeast Petroleum took over control of the site and all operations. They have hired legal consultants to research prior ownership for possible PRP involvement.

**PROJECT ELIGIBILITY:** The Air Force used the site for aviation gas and lubricant storage during DOD ownership of the site.

**POLICY CONSIDERATION:** Prior to DOD control of the site in 1955, various other owners installed and utilized at least some of the tanks. After DOD disposal of the site in 1968, Pacific Oil, Northeast Petroleum, and Charter International Oil Company owned the tanks at the site. However, Charter Oil suspects that some of the leaks which resulted in oil-contaminated soil occurred during DOD control of the site. DERP-FUDS policy does not preclude contribution towards future petroleum-related cleanup costs if the contamination was caused by DOD.

**PROPOSED PROJECT:** It is recommended that a limited records search be made to determine the types of lubricants and fuels used by the Air Force while occupying the site. There should be a review of investigations, studies, and other documents generated by Charter Oil, the Rhode Island Department of Environmental Management, or others.

**DD FORM 1391:** Attached.

**EPA 2070-12:** Attached.

**DIVISION POC:** Anne Laster, CENED-RE-AM, 617-647-8584.

| 1. COMPONENT | DEFENSE ENVIRONMENTAL RESTORATION PROGRAM | 2. DATE October 1993 |
|---|---|---|

| 3. INSTALLATION AND LOCATION | 4. PROJECT TITLE |
|---|---|
| FORMER AF PETROLEUM RETAIL DISTRIBUTION STATION, TIVERTON, RI | |

| 5. PROGRAM ELEMENT | 6. CATEGORY CODE | 7. PROJECT NUMBER | 8. PROJECT COST ($000) |
|---|---|---|---|
| | | D01RI035701 | 19 |

9. COST ESTIMATES

| ITEM | U/M | QUANTITY | UNIT COST | COST ($000) |
|---|---|---|---|---|
| LIMITED RECORDS SEARCH | | | | 15 |
| CONTINGENCIES (10%) | | | | 1.5 |
| S & A (15%) | | | | 2.5 |

10. DESCRIPTION OF PROPOSED CONSTRUCTION

Limited records search includes review of investigations, studies, Charter Oil documents, Rhode Island DEM records for Air Force use of fuels and lubricants.

S & A includes preparation of scope of work, contract administration and in-house review.

DD FORM 1391 1 DEC 76 PREVIOUS EDITIONS MAY BE USED INTERNALLY UNTIL EXHAUSTED PAGE NO

00067

POTENTIAL HAZARDOUS WASTE SITE
PRELIMINARY ASSESSMENT
PART 1 - SITE INFORMATION AND ASSESSMENT

IDENTIFICATION
STATE: RI SITE NUMBER: D01RI0357

SITE NAME AND LOCATION
SITE NAME: Air Force Petroleum Retail Distribution Station LOCATION: Route 138 CITY: Tiverton STATE: RI ZIP:
COORDINATES: LATITUDE LONGITUDE
DIRECTIONS TO SITE:

RESPONSIBLE PARTIES
OWNER: Charter International Oil Company ADDRESS: c/o Day, Berry & Howard 260 Franklin Street
CITY: BOSTON STATE: MA ZIP: 02110 PHONE: (617) 345-4630 ATT: Kenneth A. Reich
OPERATOR: ADDRESS:
CITY: STATE: ZIP: PHONE:
TYPE OF OWNERSHIP:
[ ]A PRIVATE [ ]B FEDERAL________ [ ]C STATE [ ]D COUNTY [ ]E MUNICIPAL
[ ]F OTHER________ [ ]G UNKNOWN

OWNER/OPERATOR NOTIFICATION ON FILE:
[ ]A RCRA 3001 DATE RECEIVED______ [ ]B UNCONTROLLED WASTE SITE DATE RECEIVED______ [ ]C NONE

II. CHARACTERIZATION OF POTENTIAL HAZARD
ON SITE INSPECTION:
[x] YES DATE: 8/27/93 [ ] NO By U.S. Army Corps of Engineers, New England Division
BY: [ ]A EPA [ ]B EPA CONTRACTOR [ ]C STATE [ ]D OTHER CONTRACTOR [ ]E LOCAL HEALTH OFFICIAL [ ]F OTHER
[ ] CONTRACTOR NAME(S): ________

SITE STATUS: YEARS OF OPERATION
[ ]A ACTIVE [x]B INACTIVE [ ]C UNKNOWN BEGINNING YEAR 1955 ENDING YEAR 1968 [ ] UNKNOWN

DESCRIPTION OF SUBSTANCES POSSIBLY PRESENT, KNOWN, OR ALLEGED
Oil contamination at various locations on the site.

DESCRIPTION OF POTENTIAL HAZARD TO ENVIRONMENT AND OR POPULATION
All of the contaminated soil had been placed into bioremediation beds on the site as of 9/93.

III. PRIORITY ASSESSMENT
PRIORITY FOR ASSESSMENT
[ ] HIGH [ ] MEDIUM [ ] LOW [ ] NONE

IV. INFORMATION AVAILABLE FROM
CONTACT: Joseph L. Horowitz OF: Corps of Engineers NEW ENGLAND DIVISION (NED) TELEPHONE NUMBER: (617) 647-8518

PERSON RESPONSIBLE FOR ASSESSMENT AGENCY ORGANIZATION TELEPHONE NUMBER:
DATE 10/18/93 Joseph L. Horowitz, NED, Corps of Engineers (617) 647-8518

00068

POTENTIAL HAZARDOUS WASTE SITE
PRELIMINARY ASSESSMENT
PART . DESCRIPTION OF HAZARDOUS CONDITIONS AND INCIDENTS

IDENTIFICATION
SITE NUMBER: D01RI0357

HAZARDOUS CONDITIONS AND INCIDENTS

GROUNDWATER CONTAMINATION [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

SURFACE WATER CONTAMINATION [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

CONTAMINATION OF AIR [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

FIRE/EXPLOSIVE CONDITIONS [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

DIRECT CONTACT [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

CONTAMINATION OF SOIL [x] OBSERVED DATE 1993 and earlier [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
See Description of Subtances and Description of Potential Hazard

DRINKING WATER CONTAMINATION [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

WORKER EXPOSURE/INJURY [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

POPULATION EXPOSURE/INJURY [ ] OBSERVED DATE ______ [ ] POTENTIAL [ ] ALLEGED
POPULATION POTENTIALLY AFFECTED ______
NARRATIVE DESCRIPTION:
None Noted

POTENTIAL HAZARDOUS WASTE SITE
PRELIMINARY ASSESSMENT
PAR. DESCRIPTION OF HAZARDOUS CONDITIONS AND INCIDENTS

I. IDENTIFICATION
STATE: RI
SITE NUMBER: D01RI0357

HAZARDOUS CONDITIONS AND INCIDENTS continued

DAMAGE TO FLORA [ ] OBSERVED DATE ____________ [ ] POTENTIAL [ ] ALLEGED

NARRATIVE DESCRIPTION:

None Noted

DAMAGE TO FAUNA [ ] OBSERVED DATE ____________ [ ] POTENTIAL [ ] ALLEGED

NARRATIVE DESCRIPTION:

None Noted

CONTAMINATION OF FOOD CHAIN [ ] OBSERVED DATE ____________ [ ] POTENTIAL [ ] ALLEGED

NARRATIVE DESCRIPTION:

None Noted

UNSTABLE CONTAINMENT OF WASTES [ ] OBSERVED DATE ____________ [ ] POTENTIAL [ ] ALLEGED

POPULATION POTENTIALLY EFFECTED ____________
NARRATIVE DESCRIPTION:

None Noted

DAMAGE TO OFFSITE PROPERTY [ ] OBSERVED DATE ____________ [ ] POTENTIAL [ ] ALLEGED

NARRATIVE DESCRIPTION:

None Noted

CONTAMINATION OF SEWERS/STORM DRAINS/WWTPS [ ] OBSERVED DATE ____________ [ ] POTENTIAL [ ] ALLEGED

NARRATIVE DESCRIPTION:

None Noted

ILLEGAL/UNAUTHORIZED DUMPING [ ] OBSERVED DATE ____________ [ ] POTENTIAL [ ] ALLEGED

NARRATIVE DESCRIPTION:

None Noted

DESCRIPTION OF ANY OTHER KNOWN POTENTIAL OR ALLEGED HAZARDS

—

II. TOTAL POPULATION POTENTIALLY AFFECTED

V COMMENTS

—

V SOURCES OF INFORMATION

—

000170

PROJECT SUMMARY SHEET
FOR
DERP-FUDS PRP/HTRW PROJECT NO. D01RI036701
(AIR FORCE PETROLEUM RETAIL DISTRIBUTION STATION)
TIVERTON, RHODE ISLAND
24 September 1993

**DESCRIPTION OF PRP/HTRW HAZARDS:** There are some areas on the site that contain oil-contaminated soil. The Rhode Island DEM has issued an order to Charter International Oil Company to clean up the site by 1997. Charter Oil hired Integrated Environmental Services (IES) to oversee the cleanup operations. They are using on-site bioremediation of the contaminated soil. The cleanup began in 1992. As of September 1993, the former Air Force tank farm has been completely cleaned-up. All the contaminated soil has been placed into bioremediation beds on the site. Charter Oil suspects that some of the leaks occurred prior to 1968 when they took over complete control of the site and all operations. They have hired legal consultants to research prior ownership for possible PRP involvement.

**PROJECT ELIGIBILITY:** The Air Force used the site for aviation gas and lubricant storage during DOD ownership of the site.

**POLICY CONSIDERATION:** Prior to DOD control of the site in 1955, various other owners installed and utilized at least some of the tanks. After DOD disposal of the site in 1968, Pacific Oil, Northeast Petroleum, and Charter International Oil Company owned the tanks at the site. Charter Oil Company suspects that some of the leaks which resulted in oil-contaminated soil occurred during DOD control of the site.

**PROPOSED PROJECT:** No further action. DERP-FUDS policy prohibits reimbursement for past costs of cleaning up petroleum.

**DD FORM 1391:** N/A.

**EPA 2070-12:** Attached.

**DIVISION POC:** Anne Laster, CENED-RE-AM, 617-647-8584.