# EXHIBIT DD

(13)

## Final Preliminary Cost Analysis and PRP Screening Report

# Tiverton Air Force Petroleum Retail Distribution Station Tiverton, Rhode Island

Contract No. DACW33-92-D0004
Delivery Order No. 0040

**Prepared for:**

**United States Army Corps of Engineers**
**New England Division**
**424 Trapelo Road**
**Waltham, MA 02254-9149**

**Prepared by:**

**TRC Environmental Corporation**
**Boott Mills South**
**Foot of John Street**
**Lowell, Massachusetts 01852**

**and**

**Normandeau Associates**
**25 Nashua Road**
**Bedford, New Hampshire 03110**

**June 1995**

00560

**Disclaimer**

This report was prepared for the United States Army Corps of Engineers, New England Division, under Contract No. DACW33-92-D0004, Delivery Order No. 0040. The conclusions presented in this report are based solely upon the interpretation of available historical information and documents reviewed, as described in this report. It is assumed that the reviewed reports are accurate; TRC has not independently verified the available information.

It should be recognized that the evaluation of site conditions, investigations, and remediation activities is not intended to be a definitive review of site conditions. The scope of services was limited and should not be construed as comprehensive. Opinions and recommendations presented herein apply to site conditions as presented in reports by others.



TCS010595

# Table of Contents


| Section | | | Page |
|---|---|---|---|
| 1.0 | INTRODUCTION | | 1 |
| | 1.1 | Objectives and Scope | 1 |
| | 1.2 | Report Organization | 2 |
| 2.0 | SITE DESCRIPTION AND HISTORY OF OPERATIONS | | 3 |
| 3.0 | HISTORY OF SITE OWNERSHIP | | 7 |
| | 3.1 | Tiverton Fuel Terminal | 7 |
| | 3.2 | Air Force Petroleum Retail Distribution Station | 8 |
| 4.0 | NATURE AND EXTENT OF CONTAMINATION | | 11 |
| | 4.1 | Consent Agreement | 14 |
| | 4.2 | Site Geology and Hydrology | 14 |
| | 4.3 | Nature and Extent of Contamination | 16 |
| | | 4.3.1 Soils | 16 |
| | | 4.3.2 Ground Water | 19 |
| 5.0 | PRELIMINARY REMEDIAL COST ESTIMATE | | 20 |
| | 5.1 | Selected Remediation Technology | 21 |
| | | 5.1.1 General | 21 |
| | | 5.1.2 Site Specific | 22 |
| | 5.2 | Capital Costs | 25 |
| | 5.3 | Operating and Maintenance Costs | 27 |
| | 5.4 | Discussion | 28 |
| | | 5.4.1 Costs to Date | 28 |
| | | 5.4.2 Costs to Complete | 28 |
| 6.0 | SUMMARY OF KEY FINDINGS AND RECOMMENDATIONS | | 29 |
| 7.0 | REFERENCES | | 33 |

**Appendices**

| | | |
|---|---|---|
| A | Site Ownership Information | A-1 |
| B | Nature and Extent of Contamination Figures | B-1 |
| C | Details of Biobed and Insitu Bioremediation | C-1 |
| D | Cost Detail | D-1 |




TCS010596

# Table of Contents (Continued)

## *Figures*


| Number | | Page |
|---|---|---|
| 1 | Vicinity Map | 4 |
| 2 | Site Plan | 5 |
| 3 | Chain of Title | 10 |


## *Tables*


| | | |
|---|---|---|
| 4-1 | Previous Site Investigative Efforts | 12 |
| 4-2 | Tiverton Fuel Terminal Cleanup Criteria (State of RI, 1992) | 15 |
| 4-3 | IES Pre-Remedial Contaminated Soil Volume Estimates (IES, 1993d) | 18 |
| 5-1 | Summary of Pertinent Information Regarding Biobeds (IES, 1993d) Forder Tiverton Fuel Terminal, Tiverton, Rhode Island | 23 |
| 5-2 | Summary of Revised Estimates and Excavated Soil Volumes for the Former Air Force-Occupied Properties, Tiverton, Rhode Island | 24 |
| 5-3 | Summary of Estimated Capital Costs for Former Air Force Occupied Properties Tiverton, Rhode Island | 26 |

## 1.0 INTRODUCTION

The former Air Force Petroleum Retail Distribution Station, located in Tiverton, Rhode Island, was occupied by the Air Force from 1955 to 1968. This former United States Government property was a component of a larger piece of property known as the Tiverton Fuel Terminal (site), which was used as an oil terminal and tank farm from the early 1920s through the 1980s. The site is currently owned by Charter International Oil Company (Charter). Under a Consent Agreement with the Rhode Island Department of Environmental Management (RIDEM), Charter is in the process of remediating site contamination due to past leaks and spills. Charter believes that the United States Government is responsible for some of the site contamination and should share in the remediation costs.

The United States Army Corps of Engineers (USACE), New England Division (NED) contracted Normandeau Associates (Normandeau) and TRC Environmental Corporation (TRC), under Contract Number DACW33-92-D0004, Delivery Order Number 0040, to provide litigation support services in defending and/or settling a potential court case with Charter. The Scope of Work involves determining all past site ownership and operational history, and performing a liability analysis and cost allocation for all potentially responsible parties. Task 1 of the Scope of Work requested TRC to collect and review the readily available technical documentation to determine the magnitude and complexity of site contamination, remediation costs, and past ownership/occupancy. This report presents the results of Task 1. This final report incorporates NED's April 14, 1993 comments on the draft report, dated April 1995.

### 1.1 Objectives and Scope

The purpose of Task 1 is to define the general magnitude and complexity of site contamination, remediation costs, and past ownership/occupancy based on a review of readily available information. To accomplish this task, TRC performed the following subtasks:

- Performed a brief file search of RIDEM Site Remediation files and obtained readily available technical documentation regarding past investigations of the site.
- Reviewed the most relevant documents to determine the approximate nature and extent of contamination.
- Summarized approximate depths, distribution, and volume of contaminated soils.
- Developed preliminary costs for pre-remedial investigations and remediation activities at the site based on unit costs in the available literature and professional experience.
- Conducted research at the following Town of Tiverton offices: Tax Assessor's Office, Town Clerk, and Registry of Deeds in order to obtain copies of the relevant tax maps for the site property as well as aerial photographs used in the 1994 tax assessment.

- Reviewed and obtained Town of Tiverton tax lists to identify the current owners of record for the site property.

- Conducted title research of the Grantor/Grantee indices from approximately 1900 to present to develop the chain of title for the site property.

- Reviewed and obtained copies of all instruments filed with the Tiverton Town Clerk concerning entities identified as current or former owners of the site property.

- Developed a list of property owners/potentially responsible parties (PRPs) for entire property and chain of title for former Air Force-occupied parcels.

## 1.2 Report Organization

The report is organized as follows:

- Section 2.0, ***Site Description and History of Operations***, provides a brief overview of the site and operational history based on available information.

- Section 3.0, ***History of Site Ownership***, presents the Chain of Title for the former Air Force-occupied parcels as well as a list of past owners of the Tiverton Fuel Terminal parcels.

- Section 4.0, ***Nature and Extent of Contamination***, summarizes the approximate nature and extent of site soil and ground water contamination based on review of the readily available site documents.

- Section 5.0, ***Preliminary Remedial Cost Estimate***, provides a description of the remedial actions currently being implemented at the site as well as a preliminary estimate of costs associated with pre-remedial investigations and site remediation for the former Air Force-occupied property and the properties located hydraulically downgradient.

- Section 6.0, ***Summary of Key Findings and Recommendations***, summarizes the key findings and recommendations of Task 1.

- Section 7.0, ***References***, lists the references and documents used to compile this report.

## 2.0 SITE DESCRIPTION AND HISTORY OF OPERATIONS

This section is based on information obtained from RIDEM Site Remediation files.

The Tiverton Fuel Terminal (site) is located in Tiverton, Rhode Island about 15 miles southeast of Providence. The site, comprising of approximately 94 acres, is situated on the eastern shore of the Sakonnet River (see Figure 1). The site is bordered by Old Post Road and Main Road to the east, the Sakonnet River to the west, and residential developments to the north and south.

A railroad right-of-way runs north-south through the site. This right-of-way bisects the site into the sloped upland area to the east and a generally flat shore area to the west.

The site consisted of 32 above ground bulk storage tanks of various capacities and ages, 15 underground storage tanks, three piers for loading and off-loading tanker vessels, and various piping and support facilities necessary for the terminal operation, including three truck rack areas and one rail tank rack area for unloading and off-loading tank trucks and railroad tank cars.

Very limited information is available regarding past operations at the site. A brief description of past operations is provided below, as extracted from relevant documents prepared by Charter's consultants. This information has not been verified. Figure 2 illustrates the approximate locations or former locations of most of the features mentioned.

The Tiverton Fuel Terminal, in operation for more than 60 years, was developed in discrete phases. Since the 1920s, the property was used as an oil terminal and tank farm. Several entities have owned portions of the property throughout the years, including but not limited to, Bay Oil Corporation, Northeast Petroleum Corporation, NP Corporation, Newport Electric Corporation, Pacific Oil Company, Paragon Oil Company, Petroleum Chemical Corporation, Rhode Island Refining Corporation, Sinclair Refining Company, Tiverton Oil Terminal, Incorporated, and the United States of America. (Section 3.0 of this report summarizes the history of past property owners based on town records.)

Initial development of the site began in 1920s by Sinclair Oil, which installed seven riveted tanks numbered: 1, 2, 3, 4, 8, 9, and 10 (CDM, 1986a). The location of tank 3 was not identified on any available site maps. During this same time frame, it is reported that Pacific Oil installed three riveted tanks on the northern portion of the site: P1, P2, and P3.

Sinclair Oil was reported to have installed the first welded tanks on site in the early 1930s (numbered tanks 14 and 15).




BASE MAP IS A PORTION OF THE FOLLOWING 7.5' x 15' USGS QUADRANGLE:
FALL RIVER, MA-RI, 1985

0 1000 2000 3000 feet

Rhode Island

QUADRANGLE LOCATION

## VICINITY MAP

FORMER TIVERTON FUEL TERMINAL
TIVERTON, RHODE ISLAND

Figure 1.

MAP


TCS010602




## SITE PLAN

**FORMER TIVERTON FUEL TERMINAL**
**TIVERTON, RHODE ISLAND**

5

**Figure 2.**

MS002/5

U.S. ARMY CORPS OF ENGINEERS
PRIVILEGED AND CONFIDENTIAL

06568

In 1957, Pacific Oil constructed welded tanks numbered P4, P5, P6, and P7 and the lagoon known as "Big Louie" (CDM, 1986a).

During the early to mid 1950s, Bay Oil reportedly constructed nine welded tanks, known as the A-Tanks (A-1 through A-9) on the southern portion of the site. Bay Oil also reportedly constructed the Texaco Shore tanks and bulk terminal adjacent to Souza Road in the early 1950s. It is reported that Texaco operated these facilities until approximately 1980, and that the tanks remained out of service until they were transferred to Northeast Petroleum in 1985 and 1986 (CDM, 1986a). The exact time period that Texaco operated the Texaco Shore Tanks and bulk terminal adjacent to Souza Road is unknown.

In 1955, the Air Force acquired the southern and central portions of the site from Bay Oil. The Air Force may have used the nine A-Tanks, the railroad, railroad rack, and miscellaneous facilities. It is unknown if the Air Force used the tanks on the Northeast Farm. The former Air Force-occupied property consisted of approximately 42 acres according to tax assessment records. Figure 2 shows the approximate boundaries of this property, based on 1995 Town of Tiverton tax maps.

The Air Force discontinued operations in 1965 and simultaneously removed the railroad rack from service. The property was conveyed to Northeast Petroleum Terminals, Incorporated on December 6, 1968.

Northeast Petroleum began operations at the terminal in 1965 and over time acquired all of the parcels that comprise the site. Northeast Petroleum continued operations until 1985. Principal activities were reportedly associated with the A-Tanks, P-5, and tanks 8 and 9.

Correspondence in RIDEM Site Remediation files document the occurrence of several oil spills and/or leaks possibly originating from the site while under the occupancy of Pacific Oil and Northeast Petroleum. Releases were noted on January 8, 1969; April 15, 1970; and January 9, 1971:

- A report written by Pearce M. Klazer, Division of Water Supply and Pollution Control, documents a No. 2 fuel oil spill on January 8, 1969, due to a pipeline break within the terminal tank farm. The oil flowed to a drainage ditch located a few yards from the break, and directly into Mount Hope Bay. A considerable amount of oil was noted on the road next to the ditch, and on the beach area below the road. An oil slick covered Mount Hope Bay. Approximately 42,000 gallons of oil were reportedly released.

- A letter from Raymond J. Joubert, Division of Water Supply and Pollution Control, references an oil spill, which occurred at the Northeast Oil Company on April 15, 1970. The letter also mentions the discovery of a large oil stain on the premises of Pacific Oil, in the area at the foot of the terminal on Mount Hope Bay.

Mr. Joubert's correspondence further states that the Division of Water Supply and Pollution Control have discussed the circumstances of oil spills from the terminal at length with the plant superintendent, Mr. Russ Lacy, and that Mr. Lacy indicated that the plant would be modified to prevent future discharges.

- A report written by Carleton A. Maine, Division of Water Supply and Pollution Control, documents that on January 9, 1971, a hairline crack developed in a valve at the Northeast Petroleum Corporation plant in Tiverton, permitting No. 2 oil to escape onto the ground surface and flow into the Sakonnet River.

The exact location and source of these spills is not clearly specified in the available documentation. It is unknown if these spills impacted the former Air Force-occupied properties. No records or documentation were encountered concerning spills or releases of oil or hazardous materials during the period of Air Force occupancy.

The available reports do not describe the standard operating practices of the former site owners/operators. All site operations reportedly ceased in 1986. Charter International Oil Company reportedly acquired the entire site in 1989.

In 1992, RIDEM and Charter entered into a Consent Agreement (Agreement), which requires Charter to remediate site soils and ground water contamination by 1997. Since the Agreement was entered, Charter has performed pre-remedial investigatory work to delineate the extent of soil contamination. Charter is currently performing bioremediation on site soils to reduce the levels of petroleum hydrocarbons to below the maximum contaminant level specified in the Agreement.

## 3.0 HISTORY OF SITE OWNERSHIP

The following sections summarize the ownership history of the Tiverton Fuel Terminal and the former Air Force-occupied parcels. Ownership information is based on all instruments filed with the Tiverton Town Clerk concerning parties identified as current or former owners of the site property, including deeds, mortgages, leases, extension of leases, assignments, agreements, bills of sale, easements, release of easements, agreements of merger, consent agreements, and compliance orders.

### 3.1 Tiverton Fuel Terminal

The Tiverton Fuel Terminal, occupying approximately 94 acres according to tax records, is situated on nine parcels of land, listed at the Tiverton Tax Assessor's Office as follows:

- Block 24, Lots 1 and 2;
- Block 51, Lots 1 and 2;
- Block 54, Lot 16;
- Block 57, Lots 22, 23, and 29A; and

- Block 94, Lot 191A

Appendix A provides copies of the most recent tax assessors maps, which delineate the parcels.

The current owner of the site is NP Corporation, c/o Blockbuster Entertainment Corporation, P.O. Box 407060, Fort Lauderdale, Florida 33340-7060. According to Town of Tiverton Tax Assessor records, NP Corporation has been the owner of record since 1990. Northeast Petroleum Corporation is listed as being the owner of record until 1989.

There is no ownership documentation recorded that identifies Charter International Oil Company as the owner of the site property, with the exception of a Consent Agreement and Immediate Compliance Order issued by RIDEM in 1991 and 1992. However, a letter from Spelling Entertainment, filed in the Tax Assessor's Office in reference to the site property, identifies NP Corporation as the "predecessor to Charter International Oil Company."

Northeast Petroleum acquired the site in numerous parcels through a series of deeded conveyances from commercial entities between 1968 and 1985. Northeast Petroleum acquired portions of the site as a result of a merger with Pacific Oil Company in 1983, with Northeast Petroleum as the surviving corporation.

Public records show 34 entities who have owned portions of the site since the early 1900s; Table A-1 of Appendix A provides a list of past owners. There is no documentation on file that identifies what the parcels were used for.

### 3.2 Air Force Petroleum Retail Distribution Station

The United States of America owned and operated approximately 42 acres of the site property at one time, having acquired it in a single deed conveyance from Bay Oil Corporation in September 1955. The government parcels included:

- Block 24, Lot 1;
- Block 51, Lot 1; and
- Block 57, Lot 23.

In addition to the property, the United States of America purchased "all physical structures and personal property used in the conducting of oil storage terminal and depot." During its ownership, the United States of America also leased from the Town of Tiverton the landing/pier extending from the waterfront at the end of Carey Lane for its exclusive use. The lease, dated July 1957, granted the Unites States of America use of the landing/pier for a ten year period. In December 1968, the United States of America, acting by and through the Administrator of General Services, conveyed the property to Northeast Petroleum Terminals, Incorporated.

Figure 3 presents the Chain of Title for the former Air Force-occupied properties. The United States Government was one of eight owners of these parcels when the site was used as a bulk petroleum terminal. The following details the ownership history of each parcel formerly owned by the United States Government.

**Block 24, Lot 1 (1.5 acres)**
**Block 51, Lot 1 (17.75 acres)**

Records indicate that these parcels have historically been conveyed together, although they are described individually in deeds and are considered separate parcels. Various individuals owned these parcels until May 1917, when they conveyed the property to Sinclair Refining Company. Sinclair Refining Company owned the parcels until July 1945 at which time they conveyed them to Tiverton Oil Terminal, Incorporated. Tiverton Oil Terminal, Incorporated owned the parcels for two months before conveying them to State Terminal and Realty Corporation in September 1945.

State Terminal and Realty Corporation owned the parcels for approximately two years before conveying them to Paragon Oil Company in November 1947. Bay Oil Corporation acquired the parcels, including "all physical structures and personal property used in the conducting of oil storage terminal and depot" from Paragon Oil Company in November 1953. Bay Oil Corporation sold the parcels, physical structures, and personal property to the United States of America in September 1955. The United States of America owned the parcels until December 1968, at which time they conveyed them to Northeast Petroleum Terminals, Incorporated. In March 1983, Northeast Petroleum Terminals, Incorporated merged with Northeast Petroleum Corporation, with Northeast Petroleum Corporation as the surviving corporation. Northeast Petroleum Corporation successor corporations remain the owner of record.

**Block 57, Lot 23 (23 acres)**

This parcel, although currently assessed as one parcel, was conveyed as two separate 11-acre parcels until October 1939. Prior to that time, numerous members of the Hambly family owned the northern portion of the parcel and numerous members of the Osborn family owned the southern portion of the parcel. In October 1939, the Osborn family acquired the northern portion of the parcel, becoming the owner of both parcels. In January 1949, Henry L. Schwartz purchased both parcels, but later conveyed the property to Bay Oil Corporation in July 1949.

Bay Oil Corporation owned the property until September 1955, at which time they conveyed it to the United States of America. In December 1968, the United States of America

# Figure 3.
## Chain of Title
## Tiverton Air Force Petroleum Retail Distribution Station
Tiverton, Newport County, Rhode Island
Block 24, Lot 1; Block 51, Lot 1; Block 57, Lot 23






06573

U.S. ARMY CORPS OF ENGINEERS
PRIVILEGED AND CONFIDENTIAL

conveyed the property to Northeast Petroleum Terminals, Inc. In March 1983, Northeast Petroleum Terminals, Inc. merged with Northeast Petroleum Corporation, with Northeast Petroleum Corporation as the surviving corporation. Northeast Petroleum Corporation successor corporations remain the owner of record.

## 4.0 NATURE AND EXTENT OF CONTAMINATION

This section summarizes the approximate nature and extent of contamination based on readily available documents developed for Charter. Information provided herein has been compiled through review of a series of investigations performed to characterize surface and subsurface conditions over various portions of the site. These investigations are documented in the following reports:

- A Preliminary Assessment of Environmental Contamination at the Northeast Petroleum Corporation Terminal in Tiverton, Rhode Island, prepared by Camp Dresser & McKee, Inc. (CDM) including results of investigatory work performed by Mr. Donald Reed, April 1986.

- Groundwater Monitoring Report, NEP Terminal, Tiverton, Rhode Island, prepared by Goldberg-Zoino & Associates, April 1990.

- Remedial Work Plan (Revision 2), Former DEP Terminal, Tiverton, Rhode Island, prepared by GZA GeoEnvironmental, Inc. (GZA) February 1991.

- Pre-Remedial Soil Characterization Report, Former Northeast Petroleum Terminal, Tiverton, Rhode Island, prepared by Integrated Environmental Services (IES), March 1993.

- Pre-Remedial Soil Characterization Plan, Addendum 1, Former Northeast Petroleum Terminal, Tiverton, Rhode Island, prepared by IES, July 1993.

- Pre-Remedial Soil Characterization Report, Addendum 1, Former Northeast Petroleum Terminal, Tiverton, Rhode Island, prepared by IES, August 1993.

- Draft Remedial Work Plan, Revision 2, Former Northeast Petroleum Terminal, Tiverton, Rhode Island, prepared by IES, September 23, 1993.

- 1994 Ground Water Monitoring Report for the Former Northeast Petroleum Terminal, Tiverton, Rhode Island, prepared by IES, January 1995.

Table 4-1 provides an overview of the work performed during each investigation and summarizes significant findings and conclusions.