# Exhibit GG

# 1 Project Overview

## Introduction

The Charter International Oil Company (Charter) completed the remediation of the Former Northeast Petroleum Terminal (the Site) in Tiverton, Rhode Island in the winter of 1999. The remediation of the Site consisted of the bioremediation of petroleum contaminated soils and sediments that were the result of former terminal operations. During the site remediation process, Charter has worked closely with and obtained approvals from the Rhode Island Department of Environmental Management (RIDEM) Office of Waste Management to implement the on-site program. This remedial action has successfully remediated the Site soils to the RIDEM residential land use criteria.

The bioremediation process consisted of excavation, temporary placement, stockpiling, and grading of large volumes of soil and sediment. The contaminated soils were placed and treated in windrows on broad, flat terraces (biobeds). Once treated, the soils were removed and used for site grading and stabilization, while remaining contaminated soils and sediments were transferred to the biobeds, renewing the treatment process. Continuous soil disturbance occurred at the Site from 1993 to 1998.

As part of the site remediation, Charter has also cooperated with and obtained regulatory approvals from the RIDEM Site Remediation Program, the Coastal Resources Management Council (CRMC), RIDEM Freshwater Wetlands Program (FWP) and RIDEM Rhode Island Pollution Discharge Elimination System (RIPDES) Program, and the U.S. Army Corps of Engineers (ACOE). Authorizations were granted from the RIPDES Program for releasing stormwater, classified as an Industrial Activity, to the Sakonnet River; the CRMC for altering and restoring salt marsh, mudflat, and bank coastal features and lands within the 200-foot contiguous area; the ACOE for authorizing excavation and discharge of fill materials in waters of the U.S.; and the FWP for authorizing the removal of several man-made freshwater wetlands and construction of an on-site compensatory freshwater wetland.

The subject of this application package is to complete the final grading and vegetative stabilization of the site and achieve site closure. The applicant is seeking

agency approval of both temporary soil erosion and sediment control (E&S) measures and long-term stormwater best management practices (BMPs) to stabilize the site and maintain site compliance with water quality standards. A Site Closure Plan, based on several meetings with CRMC representatives, thorough site reviews and drainage analysis, has been prepared to address both the E&S measures and stormwater BMPs. The Site Closure Plan has been developed, applying practices identified in the Rhode Island Soil Erosion and Sediment Control Handbook and the Rhode Island Stormwater Design and Installation Standards Manual. Regulatory approval and proper implementation of the plan will ensure the long-term stability of the site. These materials are being submitted as part of the application package.

By way of this submittal, the applicant is seeking an CRMC Category A Assent. The application materials address the applicable Sections and meet the requirements of the Rhode Island Coastal Management Plan. While a Category B Assent was previously issued in 1992 and remains valid until March 26, 2001 via several Assent Extensions, CRMC staff has indicated that the final site stabilization can be authorized via an administrative approval.

This submittal is a revision of a document originally submitted to the CRMC, the RIDEM RIPDES program (General Permit for Construction Activity) and the RIDEM Water Quality Certification (WQC) program in May 1999. As a follow-up to that submittal, representatives of Charter and CRMC met on two occasions to discuss, CRMC's concerns and comments. These meetings were held on site on October 12, 1999 and at CRMC offices on November 11, 1999. VHB and CRMC personnel also engaged in a series of telephone conversations during and subsequent to that time period in order to reach a consensus as to the design and construction of the Closure Plan.

During the October meeting and site inspection CRMC personnel identified several issues that they were concerned about as a result of their review of the May 1999 submittal and the site inspection. Those issues were as follows:

- The status of the RIPDES application.
- The status of the Water Quality Certification application.
- The lack of infiltration as a mechanism to manage stormwater; and the volume of groundwater being discharged via the Closure Plan design.
- The proposal to install a riprap swale on the railroad embankment, which CRMC identified as a coastal bank.
- The use of the concrete box culvert to discharge stormwater from the Pacific and Northeast portions of the site on to the Main Shore Area.
- The ability of the site soils to support vegetation.
- The expected flows through oil/water separator discharge due to a 10 year storm event before and after the completion of the Closure Plan.
- The expected flows through Texaco Shore Area storm sewer due to a 10 year storm event before and after the completion of the Closure Plan.

- The expected flows through oil/water separator discharge due to a 100 year storm event after the completion of the Closure Plan.
- The expected flows through Texaco Shore Area storm sewer due to a 100 year storm event after the completion of the Closure Plan.

On October 29, 1999, representatives of VHB and Charter met with representatives of the RIDEM RIPDES Program, the RIDEM WQC program and the RIDEM Office of Waste Management to update the programs as to the site status. At the meeting the RIPDES program representative requested additional information regarding the cleaning of the oil/water separator. This information was provided in the form of several letters (copies included in Appendix A). As a follow-up to these submittals, the RIPDES program indicated that a permit was not required for the construction of the Closure Plan and that the RIPDES Industrial Discharge permit for the former Northeast Petroleum Terminal was no longer active. The WQC program also issued a letter in follow-up to the meeting which indicated that the program viewed the Closure Plan to be an "as-built" record of the project and not subject to further permitting requirements under the Water Quality Certification program.

On November 11, 1999, representatives of VHB and Charter met with CRMC to review Charter's response to CRMC's comments and concerns as a result of the site meeting. After that meeting, VHB prepared a brief submittal, dated December 15, 1999 (Appendix B), which reviewed the issues covered in the meeting.

On January 5, 2000, Timothy Motte of the CRMC called VHB and indicated that CRMC was satisfied with the resolution of the CRMC comments and concerns relating to the May 1999 submittal and that Charter should submit a revised Closure Plan which included the agreed upon changes (primarily the elimination of the riprap Main Shore Swale) and any changes to the plan as a result of construction.

## Site Location and Description

The Former Northeast Petroleum Terminal is located off Route 138 (Main Road), approximately 0.6 miles north of Route 24 in Tiverton, Rhode Island. Most of the site is situated west of Route 138, while one additional lot is situated east of Route 138 and directly north of Souza Road. Old Post Road borders the northeast portion of the site and the Sakonnet River forms the western site boundary. Carey Lane transects the site in an east-west direction. A railroad right-of-way (RR-ROW) transects the westerly portion of the site in a north-south direction. The majority of the land west of the RR-ROW was created by the placement of pumped dredge materials (between 1944 and 1951). An oil and water separator building is situated near the shoreline in the central portion of the site. Three large piers that were constructed for tanker operations associated with the former tank farm extend out into the Sakonnet River.

The Site topography is characterized as primarily sloping to steep slopes with elevations ranging from mean sea level (msl) to more than 220 feet above msl west of