UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARTER INTERNATIONAL OIL COMPANY,

Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),

Defendant.

Civil Action No. 06-324-S

**SUPPLEMENTAL AFFIDAVIT OF KATHLEEN BURDETTE SHIELDS IN SUPPORT OF TRAVELERS CASUALTY AND SURETY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON THE STATUTE OF LIMITATIONS**

TRAVELERS CASUALTY AND SURETY COMPANY

R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

John A. Nadas (admitted pro hac vice)
Kathleen Burdette Shields (admitted pro hac vice)
Christopher R. Blazejewski (# 7549)
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000 (P)
(617) 248-4000 (F)

Dated: June 15, 2007

I, Kathleen Burdette Shields, affirm and declare as follows:

1. I am an attorney with Choate, Hall & Stewart LLP, counsel of record for Travelers Casualty and Surety Company ("Travelers C&S"). I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this supplemental affidavit in support of Travelers C&S's Motion for Summary Judgment on the Statute of Limitations.

2. Attached hereto as Exhibits 30 through 32 are true and correct copies of documents produced by Charter during discovery in this case. The following table provides a brief summary of the documents that are attached:

| **Exhibit Number** | **Bates Number of Document** | **Date of Document** | **Brief Description of Document** |
|---|---|---|---|
| 30 | CIOC 00023206-07<br>CIOC 00048264-65<br>CIOC 00031593-95 | 11/6/90<br>6/28/91<br>1992 | Memoranda and attached spreadsheets showing expenses incurred by Charter at the Tiverton Site from April 1986 through December 31, 1991 |
| 31 | CIOC 00014145-47 | 10/21/87 | Memo from Charles A. Kelley (Charter) to Dick Bastien (Charter) |
| 32 | CIOC 00001768-70 | 5/8/96 | Letter from John E. Ross (Charter) to The Honorable John H. Chafee |

I declare under penalty of perjury under the laws of the State of Rhode Island that the foregoing is true and correct and that this affidavit is executed at Boston, Massachusetts on June 15, 2007.

Kathleen Burdette Shields
Kathleen Burdette Shields



4220735v1