# Exhibit 30

Charter
New England Petroleum

**Memorandum**

TO: Tom Terbrueggen

FROM: Debbie Salinas

DATE: November 6, 1990

RE: Tiverton Environmental Expenditures

Attached is a summary of the environmental clean-up and related expenses incurred at the Tiverton Terminal from April 1986 to December 1989. These expenses have been classified in six major categories, and by invoice date. For your convenience, I have placed the information for each year in a separate folder.

In each folder you will find a summary of the year's expenditures as well as copies of the supporting invoices and checks. In a few instances support of payment could not be found, and was denoted on the summary page.

As we discussed earlier, 1990 expenditure information will be completed in early 1991 at which time I will forward a copy to you.

If you should have any questions regarding the enclosed information, please call me at (904) 281-4403.

RECEIVED
NOV 9 1990
RISK MANAGEMENT

cc: Richard Ray
Carol Rogers

N.P. Corporartion
Summary of Environmental Expenditures
April 1986 - December 1989

| Category | 1986 | 1987 | 1988 | 1989 | Total |
|---|---|---|---|---|---|
| Phase I | 103,041.80 | 0 | 0 | 0 | 103,041.80 |
| Phase II | 150,004.67 | 0 | 0 | 0 | 150,004.67 |
| Phase III | 14,265.02 | 85,048.19 | 42,483.34 | 8,972.11 | 150,768.66 |
| Legal Expenses | 67,062.13 | 52,720.87 | 40,044.34 | 28,665.99 | 188,493.33 |
| Real Estate Expenses | 52,256.55 | 12,766.50 | 27,551.92 | 19,431.08 | 112,006.05 |
| Miscellaneous Expenses | 142,722.30 | 2,173.34 | 4,164.35 | 0 | 149,059.99 |
| Total | 529,352.47 | 152,708.90 | 114,243.95 | 57,069.18 | 853,374.50 |

Overall Summary

Charter
New England Petroleum

**Memorandum**

TO: Tom Terbrueggen

FROM: Debbie Salinas

DATE: June 28, 1991

RE: Tiverton Environmental Expenditures

Attached is a summary of the environmental clean-up and related expenses incurred at the Tiverton Terminal during 1990. These expenses have been classified into four major categories, and by invoice date.

If you should have any questions regarding the enclosed information, please call me at (904) 281-4408.

cc: Richard Ray
Carol Rogers

N.P. Corporartion
Summary of Environmental Expenditures
January 1990 - December 1990

| | | |
|---|---|---|
| Clean-Up | $ | 100,124.57 |
| Phase III | | 34,988.78 |
| Legal Expenses | | 17,004.47 |
| Real Estate Expenses | | 9,600.05 |
| Total | $ | 161,717.87 |

NP CORPORATION
ANALYSIS OF EXPENSES CHARGED TO RESERVE
YEAR ENDED DECEMBER 31, 1991

| | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tiverton Pollution (A) | 4,619 | 5,197 | 1,984 | 16,103 | 7,550 | 3,087 | 0 | 0 | 104,976 | 832 | 1,818 | 4,543 | 150,708 |
| Tiverton Other: | | | | | | | | | | | | | |
| Terminal Wages | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 4,883 | 41,550 |
| Temp-Non Employee | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Taxes-Payroll | 253 | 253 | 309 | 1,094 | 153 | 253 | 576 | 251 | 251 | 251 | 251 | 370 | 4,267 |
| Terminal Health Insurance | 236 | 236 | 236 | 236 | 236 | 189 | 166 | 166 | 166 | 166 | 166 | 166 | 2,365 |
| Property Taxes | 0 | 0 | 51,661 | 0 | 0 | 51,443 | 0 | 0 | 51,443 | 0 | 0 | 51,443 | 205,990 |
| Maintanence and Repair | 0 | 125 | 250 | 125 | 250 | 0 | 125 | 198 | 250 | 125 | 0 | 250 | 1,698 |
| Power & Water | 0 | 0 | 1,089 | 162 | 145 | 202 | 541 | 221 | 149 | 130 | 130 | 203 | 2,971 |
| Telephone | 144 | 158 | 161 | 0 | 244 | 95 | 132 | 110 | 0 | 206 | 0 | 92 | 1,341 |
| Brothers Property | 0 | 685 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 685 |
| Misc Taxes - Water | 22 | 0 | 0 | 0 | 0 | 29 | 0 | 0 | 23 | 7,173 | 0 | 186 | 7,432 |
| Total | 4,488 | 4,790 | 57,040 | 4,950 | 4,361 | 55,545 | 4,873 | 4,279 | 55,615 | 11,385 | 3,881 | 57,593 | 268,800 |
| Total Tiverton: | 9,107 | 9,987 | 59,023 | 21,053 | 11,911 | 58,632 | 4,873 | 4,279 | 160,591 | 12,216 | 5,699 | 62,136 | 419,508 |
| Other N.P.: | | | | | | | | | | | | | |
| R.I. Tax Refund 1985-1986 | 0 | 0 | 0 | 0 | 0 | (13,407) | 0 | 0 | 0 | 0 | 0 | 0 | (13,407) |
| R.I. Tax Refund - Interest | 0 | 0 | 0 | 0 | 0 | (3,400) | 0 | 0 | 0 | 0 | 0 | 0 | (3,400) |
| Mass. Tax Refund - 1983 | 0 | (86,489) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (86,489) |
| Misc. Income | 0 | 0 | 0 | (1,834) | 0 | 0 | (1,344) | 0 | 0 | 0 | 0 | 0 | (3,178) |
| Interest Income | 0 | 0 | 0 | (145) | 0 | (3,886) | 0 | 0 | 0 | 0 | 0 | (1,447) | (5,477) |
| Retirees Wages | 0 | 2,387 | 6,536 | 6,536 | 6,536 | 6,536 | 28,536 | 6,536 | 6,536 | 6,536 | 6,536 | 6,536 | 89,746 |
| Goldfarb Deferred Comp. | 0 | 0 | 12,500 | 0 | 0 | 12,500 | 0 | 0 | 12,500 | 0 | 0 | 12,500 | 50,000 |
| Payroll Taxes | 0 | 0 | 956 | 0 | 0 | 956 | 0 | 0 | 956 | 0 | 0 | 956 | 3,825 |
| Health Insurance | 856 | 856 | 856 | 708 | 708 | 708 | 617 | 517 | 517 | 517 | 517 | 517 | 7,891 |
| Property Taxes | 242 | 0 | 40 | 311 | 0 | 0 | 0 | 226 | 0 | 0 | 0 | 211 | 1,029 |
| N.J. Business Tax | 0 | 0 | 471 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 471 |
| Tax Penalties | 0 | 0 | 24 | 752 | 0 | 0 | 5,659 | 0 | 0 | 0 | 0 | 0 | 6,434 |
| Legal Fees | 175 | 0 | 261 | 34,754 | (39) | 0 | 0 | 934 | 65,516 | 0 | 20,488 | 70,011 | 192,100 |
| South Portland Clean-up | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 460 | 0 | 0 | 0 | 460 |
| McClay Environ'tal Settlemt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52,000 | 0 | 52,000 |
| Global Paymt/Cargill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,156 | 26,156 |
| Credit and Collection | 0 | 0 | 0 | 96 | 0 | 1,506 | 0 | 0 | 2,570 | 0 | 2,500 | 6,248 | 12,920 |
| Misc. Expense | 0 | 5,737 | 0 | (21) | 0 | 337 | 87 | 1,038 | 152 | 350 | 417 | 0 | 8,097 |
| Bad Debt Expense | 0 | 0 | 0 | (240) | (4,630) | 0 | 0 | 0 | (175) | 0 | 0 | 7,095 | 2,050 |
| Interest Expense | 0 | 0 | 411 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 411 |
| Retrospective Ins. Premium | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 96,943 | 0 | 0 | 0 | 0 | 96,943 |
| Intr. '85-88 Add'l Mass. Tax | 0 | 0 | 0 | 19,623 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,623 |
| SIT Expense | (314) | (314) | (314) | (314) | (314) | (314) | (339) | (314) | (314) | (314) | (314) | (314) | (3,793) |
| Total | 959 | (77,823) | 21,741 | 60,226 | 2,261 | 1,536 | 33,216 | 105,879 | 88,717 | 7,088 | 82,143 | 128,469 | 454,411 |
| TOTAL | 10,066 | (67,837) | 80,764 | 81,279 | 14,172 | 60,168 | 38,089 | 110,158 | 249,309 | 19,305 | 87,842 | 190,605 | 873,919 |

(A) Includes engineering, legal and other miscellaneous related expenses

1990 1/2

NP CORPORATION
ANALYSIS OF EXPENSES CHARGED TO RESERVE
YEAR ENDED DECEMBER 31, 1990

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | Summary Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tiverton Pollution** | | | | | | | | | | | | | |
| Engineering | 0 | 6,204 | 0 | 3,262 | 0 | 10,036 | 2,433 | 0 | 2,395 | 0 | 0 | 3,539 | 27,869 |
| Clean-up | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,860 | 0 | 0 | 88,569 | 97,429 |
| Legal | 705 | 0 | 481 | 0 | 2,257 | 0 | 0 | 0 | 0 | 0 | 0 | 6,323 | 9,766 |
| Consultants | 0 | 0 | 0 | 3,000 | 0 | 2,000 | 2,100 | 0 | 0 | 0 | 0 | 0 | 7,100 |
| Meals & Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 268 | 0 | 0 | 0 | 268 |
| Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 377 | 0 | 0 | 0 | 377 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 27 |
| Busines Permit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 770 | 770 |
| Sub-Total | 705 | 6,204 | 481 | 6,262 | 2,257 | 12,036 | 4,533 | 0 | 11,900 | 0 | 0 | 99,228 | 143,606 |
| **Tiverton Tank Removal Costs:** | | | | | | | | | | | | | |
| Meals & Entertainment | 0 | 0 | 0 | 0 | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| Travel | 0 | 0 | 0 | 0 | 0 | 1,226 | 0 | 0 | 0 | 0 | 0 | 0 | 1,226 |
| Legal | 0 | 0 | 0 | 0 | 1,094 | 1,730 | 3,048 | 0 | 0 | 0 | 0 | 0 | 5,872 |
| Sub-Total | 0 | 0 | 0 | 0 | 1,094 | 2,984 | 3,048 | 0 | 0 | 0 | 0 | 0 | 7,126 |
| **Tiverton Other:** | | | | | | | | | | | | | |
| Terminal wages | 3,333 | 3,333 | 3,334 | 3,333 | 3,333 | 3,334 | 3,333 | 3,333 | 3,334 | 3,333 | 3,333 | 4,883 | 41,549 |
| Payroll taxes | 254 | 254 | 1,031 | 154 | 254 | 253 | 488 | 253 | 253 | 253 | 253 | 372 | 4,072 |
| Health insurance | 154 | 154 | 154 | 154 | 221 | 206 | 201 | 202 | 200 | 200 | 200 | 205 | 2,251 |
| M & R unplanned | 42 | 387 | 250 | 1,135 | 125 | 125 | 125 | 125 | 0 | 125 | 250 | 0 | 2,689 |
| Power & water | 285 | 483 | 167 | 0 | 192 | 0 | 282 | 3,613 | 327 | 351 | 155 | 0 | 5,855 |
| Legal | 0 | 0 | 795 | 0 | 0 | 4,501 | 0 | 0 | 0 | 0 | 0 | 0 | 5,296 |
| Telephone | 0 | 175 | 115 | 0 | 218 | 11 | 101 | 391 | (98) | 105 | 204 | 111 | 1,333 |
| Property taxes | 0 | 0 | 47,799 | 0 | 0 | 56,229 | 0 | 0 | 51,661 | 0 | 0 | 51,661 | 207,350 |
| Water taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,694 | 0 | 1,000 | 8,694 |
| Postage | 26 | 12 | 0 | 0 | 62 | 21 | 0 | 0 | 0 | (74) | 0 | 0 | 47 |
| Misc expense | 1,638 * | 0 | 0 | 0 | 5 | 1,083 | 0 | 0 | 0 | 0 | 0 | 0 | 2,726 |
| Credit Collection | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 |
| Purchased services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | | | 1,000 |
| Sub-Total | 5,852 | 4,798 | 53,645 | 4,776 | 4,410 | 65,763 | 4,530 | 7,917 | 55,677 | 12,987 | 4,395 | 58,232 | 282,982 |

1990 2/2

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | Summary Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other N.P.: | | | | | | | | | | | | | |
| 1983 MASS SIT Refund | (1,504) | (1,375) | 0 | (2,357) | 0 | (3,767) | (1,551) | (273) | (149,952) | (288) | (5,047) | 0 | (166,114) |
| 1983 MASS SIT Refund - Int. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (143,336) | 0 | 0 | 0 | (143,336) |
| Misc Interest Income | (1,504) | (1,375) | 0 | (2,357) | 0 | (3,767) | (1,551) | (273) | 0 | (288) | (5,047) | 0 | (16,162) |
| Misc. Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (311) | 0 | 0 | (311) |
| Retirees Wages | 6,896 | 6,896 | 6,896 | 6,896 | 6,896 | 6,896 | 6,896 | 6,896 | 6,896 | 6,896 | 5,296 | 6,496 | 80,752 |
| Goldfarb Deferred Comp. | 0 | 0 | 12,500 | 0 | 0 | 12,500 | 0 | 0 | 12,500 | 0 | 0 | 12,500 | 50,000 |
| Payroll Taxes | 0 | 0 | 956 | 0 | 0 | 956 | 210 | 0 | 956 | 0 | 0 | 956 | 4,034 |
| Health Insurance | 3,926 | 3,926 | 1,587 | 1,745 | 2,447 | 2,393 | 2,129 | 2,129 | 2,129 | 2,129 | 2,129 | 2,129 | 28,798 |
| Property Taxes - Other | 0 | 0 | 0 | 0 | 0 | 192 | 0 | 0 | 0 | 250 | 0 | 16 | 458 |
| Legal Fees | 0 | 2,726 | 35,870 | 7,906 | 0 | 45,320 | 1,413 | 0 | 23,922 | 24,797 | (825) | 39,991 | 181,120 |
| Credit and Collection | 0 | 92 | 0 | 0 | 0 | 0 | 1,354 | 64 | 0 | 0 | 150 | 0 | 1,660 |
| Misc Expense | 0 | 0 | 351 | 87 | 50 | 0 | 87 | 375 | 788 | 174 | 0 | 0 | 1,912 |
| Bad Debt Expense | (300) | (275) | 0 | 0 | 0 | 0 | (5,260) | (638) | 0 | 0 | (375) | 0 | (6,848) |
| LT Interest-Serre | 808 | 0 | 593 | 0 | 0 | 399 | 0 | 0 | 0 | 202 | 0 | 0 | 2,002 |
| Franch., Business Licenses | 0 | 15 | 300 | 0 | 0 | 0 | 0 | 0 | 100 | 100 | 0 | 0 | 515 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SIT Expense | 0 | 0 | (1,000) | (1,354) | 677 | (1,031) | (339) | (339) | (339) | (339) | (339) | 338 | (4,065) |
| Sub-Total | 8,322 | 10,630 | 58,053 | 10,566 | 10,070 | 60,091 | 3,388 | 7,941 | (246,336) | 33,322 | (4,058) | 62,426 | 14,415 |
| Total Tiverton Expenses: | 14,879 | 21,632 | 112,179 | 21,604 | 17,831 | 140,874 | 15,499 | 15,858 | (178,759) | 46,309 | 337 | 219,886 | 448,129 |

* Lacy's mileage (1989)

CIOC00031595