# Exhibit 31

78-000-00

# Memorandum

The Charter Company
One Charter Plaza · Post Office Box 2017
Jacksonville, Florida 32231
Telephone 904-358-4111 · Telex 56-8415

CONFIDENTIAL

TO: Dick Bastien

FROM: Charles A. Kelley

DATE: October 21, 1987

SUBJ: Cost for Redevelopment Program - Tiverton Terminal Property

Following is a summation of the costs that are anticipated with respect to the proposed clean-up for redevelopment of the Tiverton Terminal property for residential use. These costs were developed after soliciting proposals for cleaning and disposing of the residual petroleum products from the tanks and lines to a gas free level; demolishing the tanks and other improvements at the site; and carrying out the clean-up or remediation program with respect to the petroleum hydrocarbon contamination at the site as set forth in the October submittal of the Redevelopment Program by NP Corporation to the Rhode Island Department of Environmental Management by NP's consultant, Camp Dresser & McKee. Other costs associated with this clean-up program such as the caretaker operation are also included.

## COST SUMMARY - REMEDIATION PROGRAM

### LEACHEATE COLLECTION SYSTEM - Shore Area

| | | | |
|---|---|---|---|
| 2000 lin/ft of collection trench pipe with pumpfeed to API separator - | | $ | 145,000 |
| | 15% Contingency | | 22,000 |
| | | $ | 167,000 |

### SHORE AREA - 10 Acres

| | | | |
|---|---|---|---|
| A. 1 ft. soil cover with gravel lens @ $45,000/A | 8 Greenbelt Acres | $ | 360,000 |
| B. 4 in. paved parking area @ $75,000/A | 2 Parking Acres | $ | 150,000 |
| C. Biodegradation 6 in. lifts for 2 ft. depth @ $44,000/A | 10 Acres | | 440,000 |
| | | $ | 950,000 |
| | 15% Contingency | | 142,500 |
| | | $ | 1,092,500 |

CAK-28.MEM
CAK1

CONTROLLED ACCESS - 7 Acres

1 Acre each for the Pacific rack, Northeast rack, Texaco rack, Rail rack, Lagoon rack, Texaco Shore tanks, and miscellaneous areas that may require controlled access

| | | |
|---|---|---|
| A. Open space @ $108,800/A for 5 acres | $ | 544,000 |
| B. Paving @ $138,000/A for 2 acres | | 276,000 |
| C. Greenbelt for the 20 ft. set-backs surrounding the controlled access areas at 16,720 sq. ft. per acre (for 7 acres) @ $45,000 per acre. | | 121,000 |
| | $ | 941,000 |
| 15% Contingency | | 141,000 |
| | $ | 1,082,000 |

LAGOON AREA

| | | |
|---|---|---|
| Removal of 2200 cy. @ $212/cy. | $ | 466,400 |
| Solidification @ $51.09/cy. | | 112,400 |
| | $ | 578,800 |
| 15% Contingency | | 87,000 |
| | $ | 665,800 |

TERMINAL GRADING

| | | |
|---|---|---|
| Clearing and Grubbing 10/A @ $3,000/A | $ | 30,000 |
| Grading 165,000 cy. @ $6.00 cy. | | 990,000 |
| | $ | 1,020,000 |
| 15% Contingency | | 153,000 |
| | $ | 1,173,000 |

CONTINGENCY FOR SOIL REMOVAL

| | | |
|---|---|---|
| Estimate 2,000 yd. of soil with free product @ $ 263.09/A. | $ | 526,200 |
| 15% Contingency | | 79,000 |
| | $ | 605,200 |

CONSULTING MANAGEMENT SUPERVISION

| | | |
|---|---|---|
| Testing costs considering three samples for the entire test grid as proposed in the Redevelopment Program | $ | 75,000 |
| Supervision per current contract with CDM | | 155,000 |
| Design for the Redevelopment Program as approved by RIDEM per current contract with CDM | | 95,000 |
| | $ | 325,000 |
| 15% Contingency | | 49,000 |
| | $ | 374,000 |

CAK-28.MEM
CAK1

DEMOLITION

| | | |
|---|---|---|
| Tank clean out - lump sum ($150,000 - $200,000) | $ | 200,000 |
| Site improvement demolition work - lump sum ($70,000 - $1,100,000 depending on salvage) | | 300,000 |
| | $ | 500,000 |
| 15% contingency | | 75,000 |
| | $ | 575,000 |

COST TO CARRY

| | | |
|---|---|---|
| Taxes @ 15,000 per month | $ | 180,000 |
| Site Cost - Caretaker/Utilities/etc. @ 10,000/mo. for 12 months | | 120,000 |
| | | 300,000 |
| 15% contingency | | 45,000 |
| | $ | 345,000 |

EXPENDITURES TO DATE

| | | |
|---|---|---|
| Actual | $ | 655,400 |
| Work in Progress-not billed (estimate) | | 50,000 |
| | $ | 705,400 |

| | | |
|---|---|---|
| Total cost for remediation program | $ | 6,784,900 |

The contamination remediation program costs were prepared by Camp, Dresser & McKee based on their on-going experience in similar projects. The cost to carry is based on experience to date. Tank clean out and site demolition are based on proposals submitted to NP Corporation. The demolition cost is subject to the ability to sell as salvage certain of the improvements at site; this cost could be improved or, considering a poor market for surplus tanks, this cost could become considerably higher. The time frame involved for this work, based on discussions with contractors and CDM, can vary considerably, depending on such factors as the weather and the additional expense NP may be willing to incur for a faster work schedule. The tank clean-out people advise that one can anticipate 3 - 6 months for that work. The demolition work could be anywhere from 6 months to 1 year. The clean-up time for the contaminated soils could run from 6 months to a year. Therefore, this project could run anywhere from 1 to 2 years.

Having all phases of the work proceeding at the same time, to the extent possible, while being more costly and complex to administer, will probably allow the time frame to be compressed to nine to twelve months overall for completion of the remediation program.

CAK/dw

cc: Richard Lewis
Jon Dow
File: 10-001-01
78-000-00

CAK-28.MEM
CAK1