**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARTER INTERNATIONAL OIL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 06-324 S |

**<u>JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES</u>**

Plaintiff, Charter International Oil Company ("Charter"), and Defendant, Travelers Casualty and Surety Company ("Travelers C&S"), respectfully request that the Court extend the current pre-trial deadlines in light of the extensions granted for briefing on Travelers C&S's Motion for Summary Judgment and the significance of that Motion to the remainder of the case. The parties jointly propose the following schedule:

1. *Remaining Fact Discovery* – to begin on the day of a decision by this Court denying Travelers C&S's Motion for Summary Judgment and to conclude 180 days thereafter.

2. *Plaintiff's Expert Witness Disclosures* – due 21 days after fact discovery closes.

3. *Defendant's Expert Witness Disclosures* – due 30 days after Plaintiff's expert witness disclosures are made.

4. *Expert Discovery* – to be completed 28 days after Defendant's expert witness disclosures are made.

5. *Pretrial Memoranda and any Additional Motions Under Rule 56* – due no later than 21 days after expert discovery closes.

CHARTER INTERNATIONAL OIL COMPANY

By Its Attorneys,

/s/ Robin L. Main
Gerald J. Petros (#2931)
Robin L. Main (#4222)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600
gpetros@haslaw.com

James R. Segerdahl (admitted pro hac vice)
Neal R. Brendel (admitted pro hac vice)
Brian F. Saulnier (admitted pro hac vice)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
james.segerdahl@klgates.com

TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY)

By Its Attorneys,

/s/ R. Kelly Sheridan
R. Kelly Sheridan (#1976)
Jason C. Preciphs (#6727)
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903
(401) 521-7000
(401) 521-1328
ksheridan@rcfp.com

John A. Nadas (admitted pro hac vice)
Kathleen Burdette Shields (admitted pro hac vice)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Phone: (617) 248-5156
Fax: (617) 248-4000
jnadas@choate.com

Dated: August _____, 2007.

815436v3