UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARTER INTERNATIONAL OIL COMPANY,

Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY),

Defendant.

Civil Action No. 06-324-S

**ENTRY OF APPEARANCE**

I, Christopher R. Blazejewski, hereby enter my appearance as co-counsel on behalf of the Defendant, Travelers Casualty and Surety Company.

Respectfully submitted,

/s/ Christopher R. Blazejewski
Christopher R. Blazejewski (#7549)

CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Dated: September 20, 2007

# CERTIFICATE OF SERVICE

I, Christopher R. Blazejewski, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 20, 2007.

/s/ Christopher R. Blazejewski