(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

CHARTER INTERNATIONAL OIL CO.
Plaintiff(s)

v. Dkt. No. 06-324 S

TRAVELERS CASUALTY AND SURETY CO. Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Travelers Casualty and Surety Company hereby moves that Jennifer A. Brennan be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Jason C. Preciphs
Print Name

Roberts, Carroll, Feldstein & Peirce, Inc.
Firm and Business Address

Ten Weybosset Street

Providence, RI 02903

RI Bar ID # 6727

Email: jpreciphs@rcfp.com

Tel. # 401-521-7000

Fax # 401-521-1328

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

**CERTIFICATION OF SERVICE**

I hereby certify that on this 9th day of July, 2008, a copy of the within motion was filed electronically through the CM/ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

**Robin-Lee Main**
Hinckley Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903-0819
rmain@haslaw.com

**Gerald J. Petros**
Hinckley, Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
gpetros@haslaw.com

**Anna M. Piazza**
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
apiazza@haslaw.com

In addition, service of the within document by First-Class Mail, postage prepaid, has been made upon the following counsel of record who are not registered ECF participants identified on the Notice of Electronic Filing:

Brian F. Saulnier
James R. Segerdahl
Neal R. Brendel
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

/s/ Jason C. Preciphs