**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARTER INTERNATIONAL OIL COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 06-324 S |
| TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a AETNA CASUALTY AND SURETY COMPANY), | ) | |
| Defendant. | ) | |

**WITHDRAWAL OF APPEARANCE**

I, Anna M. Piazza, hereby withdraw my appearance as counsel for Plaintiff, Charter International Oil Company.

Respectfully submitted,

/s/ Anna M. Piazza

Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
apiazza@haslaw.com

Dated: July 18, 2008

**CERTIFICATE OF SERVICE**

**To:**

| | |
|---|---|
| John A. Nadas, Esq.<br>Kathleen Burdette Shields, Esq.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110 | R. Kelly Sheridan, Esq.<br>Jason C. Preciphs, Esq.<br>Roberts, Carroll Feldstein & Peirce<br>Ten Weybosset Street<br>Providence, RI 02903 |

I hereby certify that on July 18, 2008, a copy of the foregoing Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Anna M. Piazza
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Facsimile)
apiazza@haslaw.com

910074 (43914-77607)