(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

CHARTER INTERNATIONAL OIL CO.
Plaintiff(s)

v.

Dkt. No. 06-324 S

TRAVELERS CASUALTY AND SURETY CO.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Travelers Casualty and Surety Company hereby moves that Jennifer A. Brennan be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Jason C. Preciphs
Print Name

RI Bar ID # 6727

Roberts, Carroll, Feldstein & Peirce, Inc.
Firm and Business Address

Email: jpreciphs@rcfp.com

Tel. # 401-521-7000

Ten Weybosset Street

Fax # 401-521-1328

Providence, RI 02903

## ORDER

This motion is hereby ✓ GRANTED ____ DENIED

District Judge

7/17/08
Date