UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Charter International Oil Company<br>Plaintiff,<br><br>v.<br><br>Travelers Casualty and Surety Company (f/k/a Aetna Casualty and Surety Company),<br>Defendant | C.A. No. 06-324 S |

**ORDER**

WILLIAM E. SMITH, United States District Judge.

Travelers Casualty and Surety Company ("Travelers") has moved for clarification of the Court's June 9, 2008 Decision and Order ("Decision") denying Travelers' motion for summary judgment on the complaint of Charter International Oil Company ("Charter").

The motion for clarification is denied. The prior Decision held that the indemnity claim presented by Charter is not time-barred. The Court expressed no opinion on what categories of damages may be recovered by Charter, should it prevail in this litigation; nor will the Court issue what would amount to an

advisory opinion purporting to expand the holding of the Decision. The issue pressed by Travelers is best left for another day, if it is reached at all.

IT IS SO ORDERED.

WESmith

William E. Smith
United States District Judge
Date: 7/21/08